STATE OF FLORIDA
Department of Highway Safety and Motor Vehicles
NEIL KIRKMAN BLDG. Room A218
TALLAHASSEE, FLORIDA 32399-0575


1339

CHRISTOPHER LAMONT SHORTER
121 JAMES CIR
QUINCY, FL 32351-7765



Here is your new driver license/
identification card.  Please verify
that all information on the attached
driver license/identification card
is accurate and correct.  If not,
please contact customer service at
(850) 617-2000.

Please destroy your old one.



Congratulations! Here is your new license / ID card with advanced security
features.  To find out more, visit our web site: www.flhsmv.gov

!Felicidades!  Adjunto encontrara usted su nueva licencia o tarjeta de
identificacion que incluye nuevas medidas de seguridad.  Para mas informacion,
visite nuestro sitio en Internet: www.flhsmv.gov

Effective July 1, 2005 all Class D licenses were converted to Class E.
The current vehicle description for a Class E:
Any non-commercial vehicle with GVWR less than 26,001 lbs.

1330

MIA 1330.17
October 4, 2013
Page 4

Attachment A

## INFORMAL RESOLUTION
### Miami, Florida

Date: 2\27\2017

Inmate Name: SHORTER, CHRISTOPHER      Reg. No. 21344-017      Unit: GATOR

<u>NOTICE</u>:  You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor.  Please follow the three (3) steps listed below.

1.      State your specific complaint: I grieve, (HSA) Ford, Dr. Chipi/MD, Dr. Alarcon MD/CD, (hereinafter "FCI Miami Health Services" collectively), violation of my EIGHTH AMENDMENT RIGHTS, PROGRAM STATEMENT 5200.04, TRANSGENDER OFFENDER MANUAL, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS and NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, by refusing to provide constitutionally adequate medical treatment for my condition of Gender Dysphoria. Specifically on January 18, 2017, the Federal Bureau of Prisons issued Program Statement ---CONTINUED---

2.      State what efforts you have made to informally resolve your complaint: See attached EXHIBIT 1.

3.      State what resolution your request: Enforce FCI Miami Health Services adherence to Program Statement 5200.04 & 6031.04 and grant approval for BREAST AUGMENTATION SURGERY and SURGICAL CASTRATION. I also request a consult with UM's LGBTQ CENTER here in Miami. UM is in the BOP network and is used by this institution for other patients. (See attached EXHIBIT 2)

Inmate Signature: _____      Date: 2\27\2017

Correctional Counselor's Comments: _____

_____

_____

Correctional Counselor Signature: _____      Date: 2-27-2017

Unit Manager's Comments: _____

_____

Unit Manager's Review: _____      Date: _____

## INFORMAL RESOLUTION REQUEST CONTINUED

5200.04, Transgender Offender Manual. Per Program Statement 5200.04(2), The Health Services Division oversees all medical and psychiatric activity as it applies to transgender inmates. Guidance on the most current research-driven clinical medical and psychiatric care of transgender inmates will be provided by the medical director". Per Program Statement 5200.04(9), "Hormone or other medical treatment may be provided after an individualized assessment of the requested inmate by institution medical staff". Furthermore Program Statement 5200.04 lists, "Additional Resources For Clinicians---Diagnostic and Statistical Manual of Mental Disorders (DSM), most current version and World Professional Association for Transgender Health (WPATH) standards.

Well before the inception of Program Statement 5200.04, I have constantly requested, **BREAST AUGMENTATION SURGERY** and **SURGICAL CASTRATION**, simply because these procedures are medically accepted standards for the treatment of my diagnosed GD. Since Program Statement 5200.04 inception I again have requested **BREAST AUGMENTATION SURGERY** and **SURGICAL CASTRATION** based on the (WPATH) standards and the particulars of my health situation however to no avail. (Please see attached EXHIBIT 1)

FCI Miami Health Services attempts to justify not providing these services because I signed a refusal on 12/6/2016 for the hormone treatment, however the record is well documented with the complications, lumps and higher cancer risk that I faced if I continued taking the hormones. It should be noted that per the World Professional Association for Transgender Health and the American Medical Association the appropriate standard of care for GD is a triadic therapeutic protocol which includes: 1) hormone therapy; 2) a real-life experience ("RLE") by living full time as a member of the new gender; and 3) sex reassignment surgeries". FCI Miami Health Services' focus is only on the hormone therapy as if it is the only form of effective treatment for my diagnosed GD.

Additionally according to Program Statement 6031.04(1), Patient Care, "The purpose and scope is to effectively deliver medically neccessary health care to inmates and duties of the Physician is to directly evaluate and treat severely ill and medically complex inmates". Furthermore, Program Statement 6031.04(30), clearly states, "If a diagnosis of GID is reached a proposed treatment plan will be developed which promotes the physical and mental stability of the patient. Current, accepted standards of care will be used as a reference for developing the treatment plan. Inmates in the custody of the Bureau with a diagnosis of GID will receive a current individualized assessment and evaluation. Treatment options will not be precluded solely due to level of services received, or lack of services, prior to incarceration".

Therefore based on FCI Miami Health Services failure/refusal to provide me with constitutionally adequate medical treatment for my condition of Gender Dysphoria based on the applicable standards and Program Statement(s) 5200.04 & 6031.04, an administrative remedy granting my request(s) for **BREAST AUGMENTATION SURGERY** and **SURGICAL CASTRATION** is requested.

_____
DATE

_____
SIGNATURE OF REQUESTER

EXHIBIT 1

FROM:   Christopher Shorter #21344-017

TO:   Warden Romero, (AW) Knight, Psychology Services & Health Services


  Since my arrival at Miami FCI, I have constantly requested, BREAST AUGMENTATION SURGERY and SURGICAL CASTRATION which is consistent with the medically accepted standard(s) for the treatment of my diagnosed GID, however to no avail.  Per Program Statement 6031.04(30), "If a diagnosis of GID is reached, a proposed treatment plan will be developed which promotes the physical and mental stability of the patient". At no time did Health Services/Dr. Chipi/Dr. Alarcon, seek approval for these services based on the particulars of my situation. The doctor(s) here at Miami FCI has been adamant about not having any intention(s) of pursuing these services that I have repeatedly requested.  The specific facts concerning my inadequate treatment for my GID is as follow(s):

3/28/2016---Went to sick call to address such issues.

4/19/2016---Had a follow-up with Dr. Alarcon to discuss these issues.

5/9/2016----Follow-up visit with Dr. Alarcon to discuss these issues.  Was prescribed MEDROXYPROGESTERONE 5mg Tablets

5/13/2016---Had outside visit with Endocrinoglist/Dr. Angueira at Larkins whereas in office visit note(s) he clearly stated that I wanted to have testicles removed.

6/1/2016----Sick call for nausea/vomiting/to review ultrasound.

7/26/2016---Sick call for nausea/vomiting/lump growing.

8/1/2016----Sick call for nausea/vomiting/lump growing.

8/16/2016---Sick call for nausea/vomiting was seen by Dr. Alarcon who prescribed PROMETHAZINE INJECTION in right upper arm in the muscle and received PROMETHAZINE SUPPOSITORIES, was scheduled to see Endocrinologist.

8/26/2016---Follow-up with Dr. Chipi, where we discussed breast implants and surgical castration.

9/22/2016---Surgical removal of lump(s).

10/13/2016--Follow-up with Surgeon.  He ordered genetic testing with a follow-up after genetic testing.

10/14/2016--Gave PSYCHOLOGY/HEALTH SERVICES request, requesting breast implants/surgical castration in light of information from Surgeon.

10/19/2016--Emailed (HSA) Ford about having Dr. Alarcon removed as my primary care physician due to his behavior towards me.

10/21/2016--Chronic Care Clinic Encounterwith Dr. Chipi whereas she noted, "At this time reports to be concerned about the present management".  Placed on NO DUTY status due to complex medical work-up in progress.  Endocrinology follow-up reactivated.

10/28/2016--Genetic testing completed. BRCA negative.

11/17/2016--Transported to Jackson South via ambulance for chest pains, numbness on left side etc....

12/6/2016---Signed refusal for hormones due to documented complications and increased cancer risks.

1/6/2017----Transported to Larkin for Endocrinologist visit, however due to fog got there to late  and did not see the doctor.

**EXHIBIT 1**

**CONTINUED**

*****It should be noted that I have not seen an **ENDOCRINOLOGIST** since 5/13/2016.

I have not had a follow-up with the **SURGEON** after the genetic test.

All of the complications that I had with the hormones are listed on the **PATIENT MEDICATION INFORMATION** in the **POSSIBLE SIDE EFFECTS**.

Miami FCI's Health Services/Dr. Chipi/Dr. Alarcon are negligent in not providing me with adequate medical care of my **GID**. Not one time at this point have Health Services/Dr. Chipi/Dr. Alarcon consulted and/or considered the recommendations of Psychology Services.

Program Statement 5200.04, "Transgender Offender Manual", instituted on 1/18/2017, supports every request that I have made. Specifically Program Statement 5200.04(2), "The Health Services Division", "Guidance on the most current research-driven clinical medical and psychiatric care of transgender inmates will be provided by the Medical Director". Program Statement 5200.04(9), "Homrmone and Medical Treatment", "other medical treatment may be provided after an individualized assessment of the requested inmate by institution medical staff". Resources For Clinicians per Program Statement 5200.04 are: "Diagnostic and Statistical Manual of Mental Disorders (DSM), most current version. World Professional Association for Transgender Health (WPATH) standards".

The Hrry Benjamin Standards of Care published by the World Professional Association for Transgender Health, ("WPATH") and the American Medical Association has articulated that the appropriate standard of care of **GID** is atriadic therapeutic protocal which includes: 1) hormone therapy; 2) a real-life experience ("RLE") by living full-time as a member of the new gender; and 3) sex reassignment surgeries".

To establish medical negligence under **FLORIDA** law, I must show as I have that the actions and/or inactions of the health care provider represented a breach of the prevailing professional standards of care for the health care provider. The prevailing professional standard of care of a given health care provider shall be that level of care, skill, and treatment which, in light of all relevant surrounding circumstances, is recognized as acceptable and appropriate by reasonably prudent similar health care providers. **FLA. STATE. ANN § 766.102(1) (2004)**. **Florida** law "recognizes that physicians owe their patients a duty to use the ordinaryskills, means and methods that are recognized as necessary and which are customarily followed in the particular type of case according to the standard of those who are qualified by training and experience to perform similar servicesin the community". **SWEET v. SHEEHAN**, 932 So. 2d 365, 368 (Fla. App. 2 Dist. 2006)

Based on all this information I request:

1). **BREAST AUGMENTATION**

2). **SURGICAL CASTRATION**

_____
2/21/2017
DATE

_____
SIGNATURE OF REQUESTER

EXHIBIT 2

# At UM'S LGBTQ center, transgenders find new lives

BY ALEX HARRIS
aharris@miamiherald.com

She asked her mother for her new name.

"Mom, when I was a baby, what would you have named me if we could reverse all this and I was in your stomach again?"

She got her answer: Diana Elizabeth Guevara.

It was the final touch on her new, true self. For everything else, the 28-year-old went to Dr. Christopher Salgado at the University of Miami, the lead surgeon at the hospital's new LGBTQ clinic.

Guevara used to identify as a male Miami-Dade police officer, until she injured herself and left the force. With time on her hands to think, Guevara realized what she'd known since she was a third-grader: She's a woman.

"I knew I ticked differently, but I didn't know how," she said. "Then I figured it out. 'Oh, I'm trans.'"

Transgender people — the T in LGBTQ — are those born with sex organs that don't match their gender identities. Some trans people undergo complex, (and expensive) surgeries to change their genitalia, facial features, vocal cords. Others choose to live out their true gender identities without altering their bodies.

For Guevara, changing herself physically was "something so powerful and so important."

But the power of gender affirmation surgery, as it is sometimes called, goes beyond just altering appearances. Research indicates the operation can drastically improve the mental health of trans people, who studies show are much more likely to attempt suicide than the general population.

Salgado likened the surgery to removing a cancerous tumor. "It's life saving," he said.

Before the procedures, Guevara said, her life was emotionally draining. Even a quick trip to the mall left her on edge. But the day after her chest reconstruction, she looked in the mirror and cried tears of joy.

"I was changing and being myself," she said. "It doesn't seem like it should be such a big step, but it is."

Dr. Wrood Kassira, who focuses on chest surgery and facial feminization, said the clinic sees about four new trans patients a week.

When she walks her trans patients through the surgery, she said they don't ask for drastic changes. They just want to be comfortable in their own skin.

"They tell me, 'I don't want to be looked at funny. I don't want people to see me as the other gender,'" Kassira said.

## Want to know more?

To find out more information or to set up an appointment at UM's LGBTQ clinic, call 305-243-4500 or email @med.miami.edu.

Alex Harris: 305-376-5005, @harrisalexc

Salgado and other doctors can even perform multiple surgeries on a patient simultaneously, so after a marathon session the patient can emerge with everything done at once.

The university also hired Lauren Foster, a high-profile Miami Beach transmodel and activist, as UM's first director of LGBTQ concierge services.

SEE CLINIC, 6C

Word of mouth took her to Salgado, who had been performing the tricky surgeries for a few years by the time she saw him in 2012.

Even five years ago the surgeries were much less common than they are today. Salgado said during a recent tour of the clinic.

He never saw a single case during his residency in the late 1990s, and when he decided to study the surgery indepth, his best option was a fellowship in Taiwan.

Much has changed since then.

In 2014, Medicare began covering hormone therapy and sexual reassignment surgery, following the trend set by European insurance companies. With more insurance money available for the costly surgeries, Salgado saw more and more patients. At the same time, media celebrities such as Laverne Cox and

Caitlin Jenner raised the profile of trans people in the United States. Equality for and understanding of LGBTQ people became a hot topic.

UM opened its LGBTQ center in January to serve the needs of the growing population. The new clinic brings together specialists in urology, endocrinology and psychiatry, as well as a team of surgeons to accompany the patient into the operating room.

# CLINIC

FROM PAGE 1C

Trans patients "live their lives in stealth mode," Foster said, so the clinic focuses on privacy.

"A lot of patients don't want people to know why they're here."

She said some wealthier patients, primarily from South America and Europe, have even used the hospital's rooftop helicopter pad as a discreet entrance and exit.

In its fledgling state, the clinic focuses primarily on trans patients, but that's rapidly changing.

Foster said other doctors in the hospital are reaching out and offering to integrate their services, like HIV tests, anal pap smears, or PrEP — an HIV prevention treatment.

According to the BOP Transgender Guidance, December 2016, Section 12, requests for surgery are submitted to the BOP Transgender Clinical Care Team  (TCCT) for initial review and recommendation to the BOP Medical Director, who is the approving authority.  This request for surgery has been submitted to the TCCT per policy.

3:23 pm

3/8/17

Response

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | SHORTER, CHRISTOPHER, L | 21344-017 | GATOR | MIAMI FCI |
|-------|-------------------------|-----------|-------|-----------|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**   I further grieve the attached **INFORMAL RESOLUTION REQUEST** in it's entirety.

Currently, I am not being treated for my diagnosed condition of **GENDER DYSPHORIA** by the currently acceptable standards of care recognized in the medical community.

I renew my request(s) in their entirety and I renew my request that **"FCI MIAMI HEALTH SERVICES"**, is enjoined to provide me with constitutionally adequate medical treatment for my condition of **GENDER DYSPHORIA**.

| 3/9/2017 | |
|----------|--|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

See attached.

AW's OFFICE

MAR  9 2017

FCI MIAMI

RECEIVED

JUL 1 1 2017

FCI Miami
Warden's Office

| | |
|--|--|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 908238-F1

CASE NUMBER: 908238-F1

**Part C– RECEIPT**
Return to: Shorter, Christopher    21344-017    B    FCI - Miami
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: Medical

8/2/17
DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)

REQUEST FOR ADMINISTRATIVE REMEDY
Remedy Number: 908289-F1

Part B-RESPONSE

This is in response to your Request for Administrative Remedy received on July 11, 2017, wherein you allege you are not receiving medical treatment to address your Gender Dysphoria. For relief, you request approval for breast augmentation surgery and surgical castration. Additionally, you request a consultation with a transgender specialist.

A review of this matter reveals Bureau of Prisons Central Office experts are aware of your requests and they are under consideration. Regarding your request for a consultation with a transgender specialist, records indicate you were seen by a specialist on April 20, 2017 and July 13, 2017.

Therefore this response to your Request for Administrative Remedy is for informational purposes only. If dissatisfied with this response, you may appeal to the Regional Director, 3800 Camp Creek Parkway, SW, Bldg. 2000, Atlanta, Georgia 30331-6226. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____          7/27/17
B. H. Romero, Warden                Date

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: | SHORTER, CHRISTOPHER | 21344-017 | GATOR | MIAMI FCI
--- | --- | --- | --- | ---
 | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** I further grieve the attached <u>**INFORMAL RESOLUTION REQUEST**</u> and <u>**REMEDY ID #908238-F1**</u> in their entirety.

Furthermore, On 3/13/2017, I saw Dr. Christopher Estes, Transgender Specialist, who specifically noted in my medical records that I was not a good candidate for Estrogen and/or Medroxyprogesterone Therapy due to Lobular Hyperplasia, (PASH) and Ver High Breast Cancer Risks. He also ordered a surgery consult with Dr. Christopher Salgado at UM, for Breast Augmentation and Bi-lateral Orchiectomy.

On 4/20/2017, Dr. Christopher Estes, Transgender Specialist, altered my medications and again requested consult(s) for surgeries.

On 7/13/2017, Dr. Christopher Estes, Transgender Specialist again ordered a surgery consult with a Transgender Surgeon at Westchester General Hospital as it is medically necessary treatment for my persistent <u>**GENDER DYSPHORIA.**</u>

Based on all this information, I renew my request for <u>**BREAST AUGMENTATION**</u> and <u>**BI LATERAL ORCHIECTOMY SURGERY,**</u> to be performed simultaneously.

8/2/2017
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
AUG - 8 2017
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

_____     _____
DATE                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _908238-R1_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____   _____   _____   _____
                    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____          _____
DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

Regional Administrative Remedy Appeal No:   908238-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
August 8, 2017.   You allege you are receiving treatment for Gender Dysphoria, but Health
Services is ignoring your request for breast augmentation and surgical castration
(orchiectomy).

A review of your medical records revealed your medical history includes a diagnosis of
Gender Dysphoria (male to female).   A plastic surgery consultation request for an
evaluation for breast augmentation and an orchiectomy was generated by Health Services
on July 13, 2017.   This request is currently awaiting review/decision by the transgender
clinical care team.   Health Services will notify you when a decision has been made.

Should you experience any adverse changes in your condition, return to sick call for
reevaluation.   Medical care will continue to be provided to you consistent with Bureau of
Prisons' policy.

Accordingly, this response to your Regional Administrative Remedy Appeal is for
informational purposes only.   If dissatisfied with this response, you may appeal to the
Office of General Counsel.   Your appeal must be received in the Office of General
Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC, 20534, within 30
calendar days of the date of this response.

8/31/17
Date

Regional Director, SERO

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

| From: | SHORTER, CHRISTOPHER | 21344-017 | BISCAYNE | MIAMI FCI |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**   I further grieve the attached **INFORMAL RESOLUTION REQUEST, REMEDY ID #908238-F1** and **REMEDY ID #908238-R1** in their entirety.

Furthermore, the TRANSGENDER CLINICAL CARE TEAM, have been reviewing/decision my surgery requests since 2/2017, however have yet to take any action.  I am needlessly suffering due to this unreasonable denial/delay in prescribed medical treatment.  I struggle daily with thoughts of self-castration.  Dr. Christopher Estes has made clear that these surgery requests are medically necessary treatment for my persistent GENDER DYSPHORIA.  Per the Bureau of Prisons' Program Statement 5200.04, "Transgender Offender Manual", (9), "Hormone and Medical Treatment", "Hormone or other medical treatment may be provided after an individualized assessment of the requested inmate by institution medical staff".  Clearly, I've had an individualized assessment by TRANSGENDER SPECIALIST Dr. Christoher Estes, (Chief Medical Officer) of Westchester General Hospital, whereas he determined it to be medically necessary to perform BREAST AUGMENTATION and an ORCHIECTOMY.

On 9/28/2017, Dr. Christopher Estes, again recommended that the surgeries should be performed as soon as possible.

The Eighth Amendment's prohibition on cruel and unusual punishment imposes a duty on prison officials to provide prisoners with "humane conditions of confinement," including

| 9/30/2017 | **CONTINUED** | |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

RECEIVED

OCT 1 0 2017

Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE                                           GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 21344 908238-A

**Part C - RECEIPT**

CASE NUMBER: _____

| Return to: | | | | |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____          _____
DATE                                           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL DATED 9/30/2017 CONTINUED

adequate medical care.  FARMER v. BRENNAN, 511 U.S. 825, 832-34, 114 S.Ct. 1970, 128 L.Ed. 811 (1994).  The unnecessary and wanton infliction of pain constitutes cruel and unusual punishment forbidden by the Eighth Amendment. FARROW v. WEST, 320 F.3d 1235, 1242 (11 Cir. 2003).  It is a showing of prison official's deliberate indifference to an inmate's serious medical need that constitutes the unnecessary and wanton infliction of pain proscribed by the Eighth Amendment.  ESTELLE v. GAMBLE, 429 U.S. 97, 104, 97 S.Ct. 285, 50 L. Ed. 2d 251 (1976).  Generally, a serious medical need is considered "one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." FARROW v. WEST, 320 F.3d 1235, 1243 (11 Cir. 2003)(quoting HILL v. DEKALB REG'l YOUTH DET. CTR., 40 F.3d 1176, 1187 (11 Cir. 1994)).

The Eighth Amendment is implicated only when the prison doctors or guards intentionally and deliberately deny or delay access to medical attention to serious medical conditions.  BARFIELD v. BRIERTON, 883 F.2d 923 (11th Cir. 1989)  If the medical community has determined a certain treatment to be the only adequate way to treat a certain diagnosis, non-medical considerations, such as cost, "will not excuse the failure of correctional systems to maintain a certain minimum level of medical service necessary to avoid the imposition of cruel and unusual punishment." HARRIS, 941 F.2d at 1509.  Also see ALLARD v. GOMEZ, 9 Fed. App'x 793, 795 (9th Cir. 2001)(holding that denial of treatment for GENDER DYSPHORIA based on a blanket prison policy, rather than individual need, may constitute deliberate indifference under the Eighth Amendment standard).  Deliberate indifference to a serious medical need involves the "unnecessary and wanton infliction of pain." ESTELLE, 429, U.S. at 103, 97 S.Ct. at 290.  Such indifference may be evidenced by an intentional refusal to provide care, delayed provision of medical treatment for non-medical reason, denial of prescribed medical treatment, denial of reasonable requests for treatment that results in suffering or risk of injury," DURMER v. O'CARROLL, 991 F.2d 64, 68 (3d Cir. 1993), or "persistent conduct in the face of resultant pain and risk of permanent injury."  WHITE v. NAPOLEON, 897 F.2d 103, 109 (3d Cir. 1990). "Needless suffering resulting from the denial of simple medical care, which does not serve any penological purpose... violates the Eighth Amendment." ATKINSON v. TAYLOR, 316 F.3d 257, 266 (3d Cir. 2003).

Based on all this information, I renew my request for **BREAST AUGMENTATION** and **BI-LATERAL ORCHIECTOMY SURGERY**, to be performed simultaneously.

9/30/2017
_____
DATE

_____
SIGNATURE OF REQUESTER

Administrative Remedy No. 908238-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege deliberate indifference and cruel and
unusual punishment as you contend the Transgender Clinical Care
Team (TCCT) has been reviewing your request for breast
augmentation and bi-lateral orchiectomy surgery since
February 2017.  For relief, your request breast augmentation and
bi-lateral orchiectomy surgery.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Pursuant to Program Statement 6031.04, Patient Care,
inmates in the custody of the Bureau of Prison with a possible
diagnosis of Gender Identity Disorder (GID) will receive a
current individualized assessment and evaluation.  Treatment
options will not be precluded solely due to level of services
received, or lack of services, prior to incarceration.  If a
diagnosis of GID is reached, a proposed treatment plan will be
developed which promotes the physical and mental stability of
the patient.  Treatment plans will be reviewed regularly and
updated as necessary.

Following our review, we note the Transgender Clinical Care Team
(TCCT) has acknowledged they received your parent institution's
request for you to receive the requested surgery.  This request
is pending the decision of the TCCT, and you be notified when a
decision has been made.  Accordingly, we defer decisions in this
matter to the TCCT.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.


_____                    _____
11 / 6 / 17                             Ian Connors, Administrator
Date                                    National Inmate Appeals

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Regional Counsel<br>Bureau of Prisons, Southeast Regional Office<br>3800 Camp Creek Parkway, SW Bldg 2000<br>Atlanta, GA 30331-6226 | CHRISTOPHER SHORTER #21344-017<br>Federal Correctional Institution<br>PO BOX 779800<br>Miami, FL 33177 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 6/21/1978 | SINGLE | CONTINUING------- | ----------- |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

I submit this claim for the following: Respondent Superior/Vicarious Liability, Medical Malpractice/Continuing Tort/Negligence on the part of the Bureau of Prisons Employees for failing to provide BREAST AUGEMENTION and ORCHIECTOMY surgeries as clinically indicated medically necessary surgeries to successfully treat my persistent GENDER DYSPHORIA. CONTINUED see attached additional page and Notice Of Intent To Sue/Addendum. --------------------

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Respondent Superior-Vicarious Liability
Medical Malpractice/Continuing Tort/Negligence

| 11. | | WITNESSES | |
|---|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| See attached Notice of Intent to Sue/Addendum Informal Resolution Request, | | Remedy ID# 908238-F1/R1/A1 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| N/A | One Hundred Million (USD)<br>$100,000,000.00 | N/A | One Hundred Million (USD)<br>$100,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | N/A | 12/11/2017 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☑ No

N/A

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☑ No    17. If deductible, state amount.

N/A                                                                                                          N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☑ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<u>CLAIM FOR DAMAGE, INJURY, OR DEATH CONTINUED</u>

8. BASIS OF CLAIM      CONTINUED

 Pursuant to Program Statement 1330.18, I've exhausted my
Administrative Remedies in the attached, INFORMAL RESOLUTION REQUEST
and REMEDIES ID# 908238-F1/R1/A1.

 Please review attached NOTICE OF INTENT TO SUE & ADDENDUM TO NOTICE
OF INTENT TO SUE for all factual legal details that forms the BASIS OF
MY CLAIM.

<u>CLAIM FOR DAMAGE, INJURY, OR DEATH END</u>

11/14/2017

FROM:  Christopher Shorter #21344-017
       (a.k.a.) Chrissy
       Federal Correctional Institution
       PO BOX 779800
       Miami, FL 33177


TO:  Bureau of Prisons' Director      7009 2820 0001 7401 8979 (11/14/2017)
     Mark S. Inch                     7009 2820 0001 7401 8122
     320 1st St. NW
     Washington, DC 20534


     Bureau of Prisons' Assistant Director (HSD)
     Dr. Deborah G. Schult, DHD
     320 1st St. NW                   7009 2820 0001 7401 8986  (11/14/2017)
     Washington, DC 20534
                                      7009 2820 0001 7401 9112


     SERO Regional Director
     J.A. Keller                      7009 2820 0001 7401 9006  (11/14/2017)
     3800 Camp Creek PKWY SW
     Building 2000                    7009 2820 0001 7401 9105
     Atlanta, GA 30331


     SERO (HSD) Administrator         7009 2820 0001 7401 8993  (11/14/2017)
     CDR Todd Crawford
     3800 Camp Creek PKWY SW          7009 2820 0001 7401 9099
     Building 2000
     Atlanta, GA 30331


RE:  Addendum To Notice Of Intent To Sue

     This addendum adds the four above referenced Bureau of Prisons
employees to NOTICE OF INTENT TO SUE.

## RESPONDENT SUPERIOR/VICARIOUS LIABILITY

     A claim against an employer based on an act by an employee asserts
a claim under the principle of respondeat superior which is permitted
in a civil tort action. Under the FTCA, the United States is vicariously
liable for the negligent acts of its employees as long as the employee
was "acting within the scope of his office or employment, under
circumstances where the United States, if a private person, would
be liable to the claimant in accordance with the law of the place
where the act or omission occurred." 28 U.S.C. § 1346(b).  Since the
accident occurred in Florida, Florida's law of respondent superior

applies.  See <u>Bennett v. United States</u>, 102 F.3d 486, 489 (11th Cir.
1996).

Under that doctrine, employers are only vicariously liable for
an employee's negligent act when it is "committed during the course
of employment and to further a purpose or interest, however excessive
or misguided, of the employer." <u>Iglesia Cristiana La Casa Del Senor,
Inc. v. L.M.</u>, 783 So. 2d 353, 356 (Fla. Dist. Ct. App. 2001).  Whether
an employee's tortious acts are within the scope of his employment
relationship is normally to be determined by the fact finder. <u>Saudi
Arabian Airlines Corp. v. Dunn</u>, 438 So. 2d 116, 121 (Fla. Dist. Ct.
App. 1983).

Supervisory liability occurs either when the supervisor personally
participates in the alleged constitutional violation or when there
is a causal connection between the actions of the supervising official
and the alleged constitutional deprivation. <u>Brown v. Crawford</u>, 906
F.2d 667, 671 (11th Cir. 1990)(citations omitted)  The causal connection
can be established when a history of widespread abuse puts the
responsible supervisor on notice of the need to correct the alleged
deprivation, and he fails to do so. <u>Id</u>. (citations omitted).  The
deprivations that constitute widespread abuse sufficient to notify
the supervising official "must be obvious, flagrant, rampant and of
continued duration, rather than isolated occurrences." <u>Id</u>.  To state
a claim against a supervisory official, a prisoner must allege facts
showing either that the supervisor personally participated in the alleged
constitutional violation or that there is a causal connection between
the actions of the supervising official and the alleged constitutional
deprivation. <u>H.C. by Hewett v. Jarrard</u>, 786 F.2d 1080, 1086-87 (11th
Cir. 1986).  This may be done by alleging that the officials either
"(1) instituted a custom or policy which resulted in a violation of
the plaintiff's constitutional rights; (2) directed his subordinates
to act unlawfully; or (3) failed to stop his subordinates from acting
unlawfully when he knew they would." <u>Gross v. White</u>, 340 F.App'x 527,
531 (11th Cir. July 17, 2009)(citing <u>Goebert v. Lee County</u>, 510 F.3d
11312, 1331 (11th Cir. 2007)).  A custom is a practice that is "so
settled and permanent" that it carries the force of law. <u>Sewell v.
Town of Lake Hamilton</u>, 117 F.3d 488, 489 (11th Cir. 1997).  To show
the existence of a custom, a plaintiff must show more than an isolated
incident leading to constitutional injury. <u>McDowell v. Brown</u>, 392
F.3d 1283, 1290 (11th Cir. 2004).  Ultimately, a plaintiff must bring
forth evidence of a "series of constitutional violations from which
deliberate indifference can be inferred." <u>Craig</u>, 643 F.3d at 1312.

Each of these employees participated and/or, "instituted a policy
of denying needed medical care for non-medical reasons, i.e., the
financial burden of providing care, and that he, or someone at his
direction and in line with the policy, interfered with Plaintiff's
medical treatment by verbally reprimanding Plaintiff's doctor for
requesting chiropractic treatment and forbidding any future treatment.
As a result of this policy, the Fort Dix Medical Director denied Plaintiff
treatment for his serious medical need and instead "persist[ed] in
a particular course of treatment 'in the face of resultant pain and
risk of permanent injury." <u>Rouse</u>, 182 F.3d at 197 (quoting <u>White</u>,
897 F.2d at 109-11).

There is an unwritten, unconstitutional, blanket/freeze frame policy and/or custom of not providing adequate clinically indicated medically necessary care particuraly, breast augmentation, orchiectomy or any Gender-Affirming Surgery for any Transgender patient diagnosed with GENDER DYSPHORIA in the history of the Bureau of Prisons. It is known by the whole world that the Bureau of Prisons have this custom. These employees have the authority to end this custom and practice to allow medical professionals to make individualized medical care decisions. The Bureau of Prisons Medical staff are prohibited from ending such tortious acts and is admonished as Dr. Alarcon was on 9/28/2017 for submitting a Plastic Surgery consult for orchiectomy as prescribed by Dr. Christopher Estes/Transgender Specialist.

These employees enforces the unwritten, unconstitutional, blanket/freeze frame custom and/or policy of not providing clinically indicated medically necessary surgeries for non-medical reasons such as Cost/budgetary concerns.

This is PERSONAL NOTICE TO YOU OF MY INTENT TO SUE.

11/14/2017
_____
DATE                          SIGNATURE

ATTACHMENTS:  Applicable original NOTICE OF INTENT TO SUE, (16) Pages with attachments.

11/14/2017
_____
DATE                          SIGNATURE

DECLARATION
    I, CHRISTOPHER SHORTER #21344-017, hereby declare under the penalty of perjury pursuant to 28 USC § 1746, that the information contained in this NOTICE OF INTENT TO SUE is true.

Executed this 14th day of November, 2017, in Miami, FL, Miami FCI.

                              SIGNATURE

DECLARATION
    I, CHRISTOPHER SHORTER #21344-017, hereby declare under the penalty of perjury pursuant to 28 USC § 1746, that the information contained in this NOTICE OF INTENT TO SUE is true.

Executed this 17th day of April, 2018, in Miami, FL, Miami FCI.

                              SIGNATURE

<u>CERTIFICATE OF SERVICE</u>

I, <u>CHRISTOPHER SHORTER #21344-017</u>, hereby certify that on this <u>14th</u> day of <u>NOVEMBER, 2017</u>, I mailed a true and correct copy of the foregoing with First Class Prepaid Postage to the following address:

Bureau of Prisons' Employees
Mark S. Inch  7009 2820 0001 7401 8979
Dr. Deborah G. Schult, DHD 7009 2820 0001 7401 8986
Dr. Jeffery D. Allen, MD  7009 2820 0001 7402 0804
Transgender Clinical Care Team  7009 2820 0001 7402 0811
320 1st St. NW
Washington, DC 20534


Bureau of Prisons' Employees
J.A. Keller  7009 2820 0001 7401 9006
CDR Todd Crawford   7009 2820 0001 7401 8993
Dr. Angel Ortiz   7009 2820 0001 7402 1542
3800 Camp Creek PKWY SW
Building 2000
Atlanta, GA 30331


I declare under the penalty of perjury, 28 U.S.C. § 1746, that all of the statements made in this "Certificate of Service" are true and correct.

RESPECTFULLY SUBMITTED.

/s/

Name: CHRISTOPHER SHORTER

Register No.: 21344-017

Federal Correctional Institution

P.O. Box 779800

Miami, Florida 33177

## CERTIFICATE OF SERVICE

I,   <u>CHRISTOPHER SHORTER #21344-017</u>,  hereby  certify  that  on  this  <u>17th</u> day  of
<u>APRIL, 2018</u>,  I mailed  a  true  and  correct  copy  of  the  foregoing  with  First
Class Prepaid Postage to the following address:

Bureau of Prisons' Employees
Mark S. Inch   7009 2820 0001 7401 8122
Dr. Deborah G. Schult, DHD   7009 2820 0001 7401 9112
Dr. Jeffery D. Allen, MD   7009 2820 0001 7401 9082
Transgender Clinical Care Team 7009 2820 0001 7401 6289
320 1st St. NW
Washington, DC 20534


Bureau of Prisons' Employees
J.A. Keller   7009 2820 0001 7401 9006
CDR Todd Crawford   7009 2820 0001 7401 9099
Dr. Angel Ortiz   7009 2820 0001 7401 6272
3800 Camp Creek PKWY SW
Building 2000
Atlanta, GA 30331


I declare under the penalty of perjury, 28 U.S.C. § 1746, that all of the statements
made in this "Certificate of Service" are true and correct.

RESPECTFULLY SUBMITTED.

/s/ _____

Name: CHRISTOPHER SHORTER

Register No.: 21344-017

Federal Correctional Institution

P.O. Box 779800

Miami, Florida 33177

11/14/2017

FROM:   Christopher Shorter #21344-017
        (a.k.a.) Chrissy
        Federal Correctional Institution
        PO BOX 779800
        Miami, FL 33177

TO:   Dr. Jeffery D. Allen/M.D.    7009 2820 0001 7402 0804 (11/14/2017)
      Bureau of Prisons Medical Director
      320 1st St NW                7009 2820 0001 7401 9082
      Washington, DC 20534

      Transgender Clinical Care Team (TCCT)    7009 2820 0001 7402 0811 (11/14/1
      Bureau of Prisons Health Services Division  7009 2820 0001 7401 6289
      320 1st St NW
      Washington, DC 20534

      Dr. Angel Ortiz              7009 2820 0001 7402 1542   | (11/14/2017)
      Southeast Regional Director of Medical Services
      3800 Camp Creek PKWY SW       7009 2820 0001 7401 6272
      Building 2000
      Atlanta, GA 30331

RE:   <u>NOTICE OF INTENT TO SUE</u>

     <u>SUBJECT:</u>  Notice Of Intent To Sue the above referenced individuals.
In regards to the above stated <u>"SUBJECT"</u>, this is PERSONAL NOTICE TO YOU
that in violation of my 14th Amendment Civil Rights to equal protection of
laws and adequate health care and the Federal Bill of Rights, to <u>writ</u>: 1st
and 8th Amendments to Federal Constitution of The United States, applicable
to the State of Florida pursuant the 14th Amendment, are violated and there
is no restraint nor disclosed means or process to prevent reoccuring future
violations by the previously referenced staff of the Bureau of Prisons as
now delaying/denying adequate health care for my diagnosed serious medical
condition of GENDER DYSPHORIA.

     As you presumed to be aware or have a constitutional duty to be aware,
of the facts GENDER IDENITY DISORDER/GENDER DYSPHORIA requires parties
receiving Federal and local State monies in providing medical treatment
and/or treatment plan to particular medical and psychological treatment
needed to successfully treat this particular dysphoria.  In this regards,
I have found support in Federal/State laws, The World Professional
Association for Transgender Health, Standards of Care for the Health of
Transsexual, Transgender, and Gender Nonconforming People (SOC), 7th Version,
and written policies and statements supposing to show process and treatment
methodologies parties receiving government funding or State licensing
rights in treating inmates with my condition.  The particulars of which are
as follows:

## 1.)   MEDICAL MALPRACTICE/CONTINUING TORT/NEGLIGENCE

Fla. Stat. Ch. 766.106(2)(1993) provides: After completion of presuit investigation and prior to filing a claim for medical malpratice, a claimant shall notify each prospective defendant  of intent to initiate litigation for medical malpractice.  Fla. Stat. ch. 766.106(3)(a) (1993) declares that no suit may be filed for a period of 90 days after notice is mailed to any prospective defendant. Fla. Stat. ch. 766.203 (1993) provides that each prospective medical malpractice plaintiff must make adequate inquiry to ascertain that there are reasonable grounds to believe that defendants were negligent and that the negligence caused the injury.  Plaintiff must provide a corroborating affidavit from a medical expert at the time plaintiff serves notice of intent to sue on his defendants. Fla. Stat. ch. 766.203(2) (1993).

However, where states have created specialized hurdles for filing particular causes of action, as Florida has with regard to medical malpratice suits, the Eleventh (881 F. Supp. 584) Circuit has consistently favored the federal rules.  See Brown v. Nichols, 8 F.3d 770, 773 (11th Cir. 1993)("We have ... observed that, in diversity actions, ... federal law governs pleading requirements.").  In Lundgren v. McDaniel, 814 F.2d 600 (11th Cir. 1987), the court applied federal law when the court deemed "procedural" a Florida provision requiring plaintiffs to wait six months after filing notice to defendants to file a complaint.  Similarly, the notice provision in Fla. Stat. ch. 766.106 (1993), which requires 90 days' advance notice, directly conflicts with Federal Rules of Civil Procedure 3 and 4.

The heightened pleading requirement in Fla. Stat. ch. 766.203 (1993), requiring an affidavit from a medical expert as part of a plaintiffs complaint, directly conflicts with Fed.R.Civ.P. 8(a), which requires only a "short and plain statement of the claim showing that the pleader is entitled to relief."  In Caster v. Hennessey, 781 F.2d 1569 (11th Cir. 1986), the Eleventh Circuit overruled a district court that required a defamation plaintiff to follow Florida law and plead pubication in the complaint, under Hanna a federal court need not  adhere to a state's strict pleading requirements but should instead follow Fed.R.Civ.P. 8(a)." Id. at 1570 (citations omitted).  The heightened pleading requirement for medical malpractice cases should be treated in the same fashion, therefore the court applied federal procedural rules.

Because there is a direct conflict between the requirements of Florida's medical malpractice statute and the Federal Rules of Civil Procedure, and those federal rules have been implemented in a constitutional manner, the court does not proceed with evaluating the Florida provisions under the second Hanna test.  Even while sitting in diversity federal courts must abide by the procedural rules established by Congress. Fla. Stat. ch. 766.106 and ch. 766.203 directly conflict with Fed.R.Civ.P. 3, 4 and 8(a), and in that situation the court must apply the federal rules.  Fed. R. Civ. P. 9. Together, Rules 8 and 9 provide a comprehensive scheme of pleading requirements for stating a claim in federal court.  FRCP 11(a) provides that "(u)nless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit." Fed. R. Civ. P. 11(a). This Rule is generally interpreted to apply solely to federal enactments. Benjamin Grossberg, Uniformity, Federalism, and Tort Reform: The Erie Implications of Medical Malpratice Certificate of Merit Statutes, 159 U. Pa. L. Rev. 217, 251-53 (2010).  Nowhere in the FRCP are there heightened pleading requirments for medical malpractice cases.  In cases where no heightened pleading requirment is dictated by the FRCP, the Supreme Court has held that the complaint "must satisfy only the simple requirments of Rule 8(a)." Swierkiewicz v. Sorema N.A., 534 U.S. 506, 513, 122 S.Ct. 992, 152 L. Ed. 2d 1 (2002).  Under Rule 8(a), there is no requirement that a complaint alleging medical malpractice be accompanied by a certificate or affidavit of merit to survive dismissal.

Eleventh Circuit courts have long held that affidavit of merit statutes are preempted by the FRCP, even prior to the Supreme Court's decision in Shady Grove. Braddock v. Orlando Reg'l Health Care Sys., Inc., 881 F. supp. 580, 583-84 (M.D. Fla. 1995)("where states have created specialized hurdles for filing particular causes of action....the Eleventh Circuit has consistently favored the federal rules."); see also Callaway v. O'Connell, 44 F.Supp.3d 1316, 1329 N.7 (M.D. Ga. 2014)("The Court recognizes the requirement that a plaintiff attach an expert affidavit to his complaint in a professional malpractice action pursuant to (Georgia's statute) does not apply in federal court."); Robinson v. Corr. Med. Assocs., Inc., No. 1:09-cv-01509, 2010 U.S. Dist. LEXIS 59267, 2010 WL 2499994, at *4 (N.D. Ga. June 15, 2010)(holding that Georgia affidavit statute imposes a heightened pleading requirement, and under Hanna v. Plumer, 380 U.S. 460, 85 S. Ct. 1136 (M.D. Ga. 2005)("The sufficiency of a plaintiff's complaint is judged by the

## MEDICAL MALPRACTICE/CONTINUING TORT/NEGLIGENCE CONTINUED

standard set out in Federal Rule 8(a) which does not require the affidavit of an expert."). The FRCP are sufficiently broad so as to control the pleading requirements for medical malpractice cases in federal courts on the basis of an FTCA claim, and (2) FRCP 8, 9, and 11 are presumptively valid under the Rules Enabling Act and the Constitution. The court held that the presuit procedures did not apply in federal court actions as Fla. Stat. ch. 766.106 (1993), which required special notice and a waiting period before filing suit, and Fla. Stat. ch. 766.203 (1993), which required a corroborating affidavit from a medical expert, directly conflicted with the liberal pleading and notice provisions of the Federal Rules of Civil Procedure.

## CONTINUING TORT

For medical malpractice actions, the discovery rule and the continuing tort rule apply. "(A)n 'allegation of a failure to provide needed and requested medical attention constitutes a continuing tort, which does not accrue until the date medical attention is provided.'" Baker v. Sanford, 484 Fed. Appx. 291, 293 (11th cir. 2012)(per curiam)(quoting Lavellee v. Listi, 611 F.2d 1129, 1132 (5th Cir. 1980)).5" ("When a tort involves continuing injury, the cause of action accrues, and the limitation period begins to run, at the time the tortious conduct ceases." vacated on other grounds, 422 U.S. 563, 95 S. Ct. 2486, 45 L.Ed. 2d 396 (1975)).

## NEGLIGENCE

To establish medical negligence under Florida law: The claimant shall have the burden of proving by the greater weight of evidence that the alleged actions of the health care provider represented a breach of the prevailing professional standard of care for the health care provider. The prevailing professional standard of care for a given health care provider shall be that level of care, skill, and treatment which, in light of all relevant surrounding circumstances, is recognized as acceptable and appropriate by reasonably prudent similar health care providers. Fla. Stat. Ann. § 766.102(1) (2004). Florida law 'recognizes that physicians owe their patients a duty to use the ordinary skills, means and methods that are recognized as necessary and which are customarily followed in the particular type of case accoding to the standard of those who are qualified by training and experience to perform similar services in the community or in a similar community." Sweet v. Sheehan, 932 So.2d 365, 368 (Fla. App. 2 Dist. 2006). The "relevant inquiry" is whether a physician breached his duty by failing to treat a patient "in accordance with the standard of care required of him, and if so, whether this failure resulted" in injuries to the plaintiff. Id.

2.)   PROGRAM STATEMENT 1320.06, "Federal Tort Claim Act"

   1. PURPOSE AND SCOPE §543.30.     Pursuant to the Federal Tort Claims Act, a claim for money damages for personal injury or death and/or damage to or loss of property must be filed against the United States by the injured party with the appropriate Federal agency for administrative action. Under the Federal Tort Claims Act (FTCA), the government may be liable for the negligent or wrongful acts or omissions of its employees while acting within the scope of their employment."

   8. PROCESSING THE CLAIM §543.32(c)(4) Medical Malpractice Claims. Institution health services staff should review claims alleging medical malpractice or improper medical care. After this review, a clear case description must be provided, including a history of all relevant medical treatment, medications, and services rendered to the claimant. A case description should also include any relevant medical justifications for the treatment rendered."

2.)   <u>PROGRAM STATEMENT 1320.06, "Federal Tort Claim Act" Continued</u>

The Public Health Service Act, 42 U.S.C. §233(a), provides that an action against the United States under the Federal Tort Claims Act (FTCA) is the exclusive remedy "for <u>personal injury</u>, including death, resulting from the performance of medical, surgical, dental, or related functions, including the conduct of clinical studies or investigation, by any commissioned officer or employee of the Public Health Service while acting within the scope of his office or employment."

3.)   <u>PROGRAM STATEMENT 5200.04, "Transgender Offender Manual"</u>

1. PURPOSE AND SCOPE

To ensure the Bureau of Prisons (Bureau) properly identifies, tracks, and provides services to the transgender population.

a.  Program Objectives. Expected results of this program are:

* Institutions ensure transgender inmates can access programs and services that meet their needs as appropriate and prepare them to return to the community.
* Sufficient resources will be allocated to deliver appropriate services to  transgender inmates.

3.  STAFF RESPONSIBILITIES

The following Bureau components are responsible for ensuring consistent establishment of the programs, services, and resource allocations necessary for transgender offenders.

   (2) The Health Services Division oversees all medical and psychiatric activity as it applies transgender inmates.  Guidance on the most current research-driven clinical medical and psychiatric care of transgender inmates will be provided by the Medical Director.

   The Health Services Division also has oversight of a Transgender Clinical Care Team (TCCT). This team will be comprised of Physicians, Pharmacists, and Psychiatrists.  Social Workers, Psychologist and other clinical providers can also be included when appropriate.  The TCCT will offer advice and guidance to health services staff on the medical treatment of transgender inmates and/or inmates with GD.  Medical staff can raise issues to the TCCT through the Health Services Division.

9.  HORMONE AND MEDICAL TREATMENT

   Hormone or other medical treatment many be provided after an individualized assessment of the requested inmate by institution medical staff.  Medical staff should request consultation from Psychology Services regarding the mental health benefits of hormone or other medical treatment.  If appropriate for the inmate, hormone treatment will be provided in accordance with the Program Statement Patient Care and relevant clinical guidance.  Questions concerning hormone treatment may be referred to the TCCT.

Additional Resources For Clinicians
Diagnostic and Statistical Manual of Mental Disorders (DSM), most current version.
World Professional Association for Transgender Health (WPATH) standards.

**4.)   PROGRAM STATEMENT 6031.04, "Patient Care"**

1. PURPOSE AND SCOPE

To effectively deliver medically necessary health care to inmates.

30.)  INMATES WITH GENDER IDENTITY DISORDER

Inmates with a possible diagnosis of Gender Identity Disorder (GID), including inmates who assert they have GID, will receive thorough medical and mental health evaluations from medical professionals with basic competence in the assessment of the DSM-IV/ICD-10 sexual disorders and who have participated in BOP's GID training, including the review of all available community helath records. The evaluation will include an assessment of the inmate's treatment and life experiences prior to incarceration as well as experiences during incarceration (including hormone therapy, completed or in-process surgical interventions, real life experience consistent with the inmate's gender identity, private expressions that conform to the preferred gender, and counseling).

If a diagnosis of GID is reached, a proposed treatment plan will be developed which promotes the physical and mental stability of the patient. The development of the treatment plan is not solely dependent on services provided or the inmate's life experiences prior to incarceration. The treatment plan may include elements or services that were, or were not, provided prior to incarceration, including, but not limited to: those elements of the real life experience consistent with the prison environment, hormone therapy, and counseling. Treatment plans will be reviewed regularly and updated as necessary.

Current, accepted standards of care will be used as a reference for developing the treatment plan. All appropriate treatment options prescribed for inmates with GID in currently accepted standards of care will be taken into consideration during evaluation by the appropriate medical and mental health care staff. Each treatment plan or denial of treatment must be reviewed by the Medical Director or BOP Chief Psychiatrist. Hormone therapy must be requested through the non-formulary review process, and approved by the Medical Director and/or Chief Psychiatrist. Consultation with the Chief of Psychology prior to such approval may be appropriate in some cases.

In summary, inmates in the custody of the Bureau with a possible diagnosis of GID will receive a current individualized assessment and evaluation. Treatment options will not be precluded solely due to level of services received, or lack of services, prior to incarceration.

**5.)   PROGRAM STATEMENT 6010.05, "Health Services Administration"**

1. PURPOSE AND SCOPE

To deliver medically necessary health care to inmates effectively in accordance with proven standards of care without compromising public safety concerns inherent to the Bureau's overall mission.

2. ADMINISTRATION

a. Delegation of Authority. The Director's authority to provide for the care and treatment of persons charged or convicted of offenses against the United States has been delegated to the Assistant Director, Health Services Division (HSD). The Assistant Director, HSD, directs and administers all activities related to the physical and psychiatric care of inmates, the Bureau's Safety and Environmental Health Program, and Food and Farm Services.

5.)   PROGRAM STATEMENT 6010.05, "Health Services Administration" Continued

   2. ADMINISTRATION        Continued

   The Assistant Director, HSD, has delegated the clinical direction and administration of all
   activities related to the physical and psychiatric care of inmates to the Medical Director.
   The Medical Director is the final health care authority for all clinical issues.

   3. HEALTH SERVICES DIVISION, ORGANIZATIONAL CART

   b.  The Medical Director, as final health care authority for the Bureau, is resposible for
   all health care delivered by Bureau health care practitioners and U.S. Public Health Service
   (PHS) officers as well as establishing health care programs.  Under 18 U.S.C. § 4005, the
   Bureau is authorized to request assigment of PHS officers to assist with the direct delivery
   of health care.  The Medical Director serves as the focal point for this relationship.

   Historically, the Medical Director has been a board- certified physician assigned to the
   Bureau under 18 U.S.C. § 4005.

   The Assistant Director and Medical Director provide consultation and guidance to the Regional
   Directors and Wardens.


6.)   8th AMENDMENT TO THE UNITED STATES CONSTITUTION

   The Eighth Amendment's proscription against cruel and ususual punishment requires that prison
   officals provide inmates with adequate medical care. Estelle v. Gamble, 429, U.S. 97, 103-04,
   97 S. Ct. 285, 50 L. Ed. 2d 251 (1976).  In order to set forth a cognizable claim for a violation
   of a right to adequate medical care, an inmate must allege: (1) a serious medical need; and (2)
   behavior on the part of prison officials that constitutes deliberate indifference to that need.
   Id. at 106.

   A medical need is serious where it "has been diagnosed by a physician as requiring treatment or
   is ... so obvious that a lay person would easily recognize the necessity for a doctor's attention."
   Monmouth County Correctional Institution Inmates v. Lanzaro, 834 F.2d 326, 347 (3d Cir. 1987)
   (citations omitted).

   The second element of the Estelle test requires an inmate show that prison officials acted with
   deliberate indifference to his serious need.  "The hallmark of an Eighth Amendment violation
   arises when such medical treatment, or the withholding of medical treatment, is accompanied by
   knowing indifference to the pain and risk of permanent  injury." Andrews v. Camden Cnty., 95 F.
   Supp. 2d 217, 228 (D.N.J. 2000)(quoting White v. Napoleon, 897 F.2d 103, 109 (3d Cir. 1990)).
   Deliberate indifference may be found where the prison officials (1) knows of a prisoner's need
   for medical treatment but intentionally refuses to provide it; (2) intentionally delays necessary
   medical treatment based on a non-medical reason; or (3) deliberately prevents a prisoner from
   receiving needed medical treatment. See Pierce v. Pitkins, 520 F. App'x 64, 66 (3d Cir. 2013)
   (citing Rouse v. Plantier, 182 F.3d 192, 197 (3d Cir. 1999)).

   The courts have held that the standards for GID treatment set out by the World Professional
   Association for Transgender Health ("WPATH) are the accepted standards for GID treatment in the
   medical community.  The court in Glenn v. Brumby, 724 F. Supp. 2d 1284 (N.D. Ga. 2010) found
   "sufficient evidence that statements of WPATH [World Professional Association for Transgender
   Health] are accepted in the medical community", and that "WPATH recommends a triadic therapeutic
   protocol for the treatment of GID, which includes: 1) hormone therapy; 2) a real-life experience
   ("RLE") by living full-time as a member of the new gender; and 3) sex reassignment surgeries."
   Glenn, 724 F. Supp. 2d at 1289, n.4.  The courts notes that in certain circumstances, deliberate

**6.)   8th AMENDMENT TO THE UNITED STATES CONSTITUTION Continued**

indifference can be shown by prison doctors taking an easier and less efficacious route. Rogers v. Evans, 792 F.2d 1052, 1058 (11th Cir. 1986)  The American Medical Association has articulated that the appropriate standard of care for GID is hormone therapy and surgery.  The courts have acknowledged or assumed that GID can be a serious medical condition for purposes of an Eighth Amendment deliberate indifference claim. Kothmann v. Rosario, 558 Fed. Appx. 907 (11th Cir. 2014) (recognizing GID as a serious medical need)  Fields v. Smith, 653 F.3d 550 (7th Cir. 2011) (plaintiff suffered from a serious medical need in the form of GID; defendants conceded that GID is a serious medical need)  In Kothmann v. Rosario, 558 Fed. Appx. 907 (11th Cir. 2014)2, the Eleventh Circuit found that the following factual allegations were sufficient to state a claim of deliberate indifference to an inmate's GID condition by defendant medical personnel:

[that] (1) [i]n the medical community, hormone therapy is the medically recognized, accepted and appropriate treatment for GID; (2) [the medical professional defendant] knew of [the plaintiff's] GID diagnosis, his hormone treatment history, and his medical need for continued hormone treatment; and (3) [the medical professional defendant] knowingly refused to provide [the plaintiff] with his medically necessary hormone therapy for his GID.  [the medical professional defendant] knew that hormone treatment was the recognized, accepted, and medically necessary treatment for [the plaintiff's] GID, yet knowingly refused [the plaintiff's] repeated requests for such treatment and thus was deliberately indifferent to a serious medical need. Id. at p. 911

The intentional failure to provide medically recognized, accepted, and necessary treatment is sufficent  to state a facially plausible Eighth Amendment claim under Fed. R. Civ. P. 8.  The prison must provide constitutionally adequate medical treatment. Estelle v. Gamble, 429 U.S. 97, 103-06, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976).  There is no judgment to defer to where an inmate has not received an individualized medical evaluation.  See Kothmann v. Rosario, 558 F.App'x 907, 910-11 (11th Cir. 2014) De'Lonta v. Angelone, 330 F.3d 630, 634 (4th Cir. 2003) (overturning dismissal of prisoner's Eighth Amendment claims where she alleged inadequate treatment under a blanket policy prohibiting hormone therapy for GID); Allard v. Gomez, 9Fed. App'x 793, 795 (9th Cir. 2001)(holding that denial of treatment for GENDER DYSPHORIA based on a blanket prison policy, rather than individual need, may constitute deliberate indifference under the Eighth Amendment standard). In Fields v. Smith, 653 F.3d 550, 558 (7th Cir. 2011), the Seventh Circuit held a Wisconsin statute banning hormone therapy for inmates was unconstitutional where the statute removed "even the consideration of hormones" for inmates with gender issues. 653 F.3d at 558 (internal quotations and citations omitted).  The district court in Fields emphasized deliberate indifference may be found where a prison official "consciously chooses to disregard a nurse's or doctor's directions in the face of medical risks." Fields v. Smith, 712 F. Supp. 2d 830, 866 (E.D. Wis. 2010) The ADOC policy removed any chance for medical personnel to provide individualized care in a situation that may require a nuanced approach.  Non-medical considerations, such as cost, "will not excuse the failure of correctional systems to maintain a certain minimum level of medical service necessary to avoid the imposition of cruel and unusual punishment." Harris, 941 F.2d at 1509  In Diamond v. Georgia Department of Corrections, 131 F. Supp. 3d 1354, it was held, "proscriptive freeze-frame policies are facially unconstitutional under the Eight Amendment because they do not provide for individualized assessment and treatment." (Id. at 2)


**7.)   THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH STANDARDS OF CARE FOR THE HEALTH OF TRANSSEXUAL, TRANSGENDER, AND GENDER NONCONFORMING PEOPLE 7th VERSION**

Please see attached (SOC) that particularly supports my position. Specifically:

V.  Overview of Therapeutic Approaches for Gender Dysphoria

Hormone therapy and surgery have been found to be medically necessary to alleviate GENDER DYSPHORIA in many people (American Medical Assoication, 2008; Anton, 2009; The World Professional Association for Transgender Health, 2008).

### Options for Psychological and Medical Treatment of Gender Dysphoria

* Changes in gender expression and role (which may involve living part time or full time in another gender role, consistent with one's gender identity); ("RLE") real life experience

* Hormone therapy to feminize body

* Surgery to change primary and/or secondary sex characteristics (e.g., breasts/chest, external and/or internal genitalia, facial features, body contouring)

* Psychotherapy

VIII.  Hormone Therapy

Medical Necessity of Hormone Therapy
"In rare cases, hormone therapy may be contraindicated due to serious individual health conditions."

XI.  Sex Reassignment Surgery Is Effective and Medically Necessary

"While many transsexual, transgender, and gender nonconforming individuals find comfort with their gender identity, role, and expression without surgery, for many others surgery is essential and medically necessary to alleviate their gender dysphoria (Hage & Karim, 2000). For the latter group, relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity.

### Ethical Questions Regarding Sex Reassignment Surgery

Genital and breast/chest surgical treatments for gender dysphoria are not merely another set of elective procedures.  Genital and breast/chest surgeries as medically nesessary treatments for gender dysphoria are to be undertaken only after assessment of the patient by qualified mental health professionals, as outlined in section VII of the SOC.

### Overview of Surgical Procedures for the Treatment of Patients with Gender Dysphoria

For the male-to-female (MtF) patient, surgical procedures may include the following:

1.) Breast/chest surgery: augmentation mammoplasty (implants/lipofilling);
2.) Genital surgery: penectomy, orchiectomy, vaginoplasty, clitoroplasty, vulvoplasty;
3.) Non-genital, non-breast surgical interventions: facial feminization surgery, liposuction, lipofilling, voice surgery, thyroid cartilage reduction, gluteal augmentation (implants/lipofilling), hair reconstruction, and various aesthetic procedures.

### Criteria for Surgeries

"While the SOC allow for an individualized approach to best meet a patient's health care needs, a criterion for all breast/chest and genital surgeries is documentation of persistent gender dysphoria by a qualified mental health professional."

### Criteria for breast augmentation (implants/lipofilling in MtF patients:

1.) Persistent, well-documented gender dysphoria;

2.) Capacity to make a fully informed decision and to consent for treatment;

3.) Age of majority in a given country (if younger, follow the SOC for children and adolescents);

4.) If significant medical or mental health concerns are present, they must be reasonably well controlled.

Although not an explicit criterion, it is recommended that MtF patients undergo feminizing hormone therapy (minimum 12 months) prior to breast augmentation surgery.  The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

### Criteria for genital surgery (two referrals)

The criteria for genital surgery are specific to the type of surgery being requested.

### Criteria for hysterectomy and ovariectomy in FtM patients and for orchiectomy in MtF patients:

1.) Persistent, well documented gender dysphoria;

2.) Capacity to make fully informed decision and to consent for treatment;

3.) Age of majority in a given country;

4.) If significant medical or mental health concerns are present, they must be well controlled.

5.) 12 continuous months of hormone therapy as appropriate to the patient's gender goals (unless the patient has a medical contraindication or is otherwise unable or unwilling to take hormones).

The aim of hormone therapy prior to gonadectomy is primarily to introduce a period of reversible estrogen or testosterone suppression, before the patient undergoes irreversible surgical intervention.

### Rationale for a preoperative, 12-month experience of living in an identity-congruent gender role:

The criterion noted above for some types of genital surgeries -- i.e., that patients engage in 12 continuous months of living in a gender role that is congruent with their gender identity -- is based on expert clinical consensus that this experience provides ample opportunity for patients to experience and socially adjust in thier desired gender role, before undergoing irreversible surgery.

Health professionals should clearly document a patient's experience in the gender role in the medical chart, including the start date of living full time for those who are preparing for genital surgery.

XIV   Applicability of the Standards of Care to People Living in
Institutional Environments

The SOC in their entirety apply to all transsexual, transgender, and gender nonconforming people, irrespective of their housing situation. People should not be discriminated against in their access to appropriate health care based on where they live, including institutional environments such as prisons or long-/intermediate-term health care facilities (Brown, 2009). Health care for transsexual, transgender, and gender nonconforming people living in an institutional environment should mirror that which would be available to them if they were living in a non-institutional setting within the same community.

All elements of assessment and treatment as described in the SOC can be provided to people living in institutions (Brown, 2009). Access to these medically necessary treatments should not be denied on the basis of institutionalization or housing arrangements. If the in-house expertise of health professionals in the direct or indirect employ of the institution does not exist to assess and/or treat people with gender dysphoria, it is appropriate to obtain outside consultation from professionals who are knowledgeable about this specialized area of health care. A "freeze frame" approach is not considered appropriate care in most situations (Kosilek v. Massachusetts Department of Corrections/Maloney, C.A. No. 92-12820-MLW, 2002). Denial of needed changes in gender role or access to treatments, including sex reassignment surgery, on the basis of residence in an institution are not reasonable accommodations under the SOC (Brown, 2010)

APPENDIX D
Evidence For Clinical Outcomes Of Therapeutic Approaches

One of the real supports for any new therapy is an outcome analysis. Because of the controversial nature of sex reassignment surgery, this type of analysis has been very important. Almost all of the outcome studies in this area have been retrospective.

In 1981, Pauly published results from a large retrospective study of people who underwent sex reassignement surgery. Participants in that study had much better outcomes: Among 83 FtM patients, 80.7% had a satisfactory outcome (i.e., patient self report of "improved social and emotional adjustment"), 6.0% unsatisfactory. Among 283 MtF patients, 71.4% had a satisfactory outcome, 8.1% unsatisfactory. This study included patients who were treated before the publication and use of the Standards of Care.

Since the Standards of Care have been in place, there has been a steady increase in patient satisfaction and decrease in dissatisfaction with the outcome of sex reassignment surgery. Studies conducted after 1996 focused on patients who were treated according to the Standards of Care. The findings of Rehman and colleagues (1999) and Krege and colleagues (2001) are typical of this body of work; none of the patients in these studies regretted having had surgery, and most reported being satisfied with the cosmetic and functional results of the surgery. Even patients who develop severe surgical complications seldom regret having undergone surgery. Quality of surgical results is one of the best predictors of the overall outcome of sex reassignment (Lawrence, 2003). The vast majority of follow-up studies have

APPENDIX D
Evidence For Clinical Outcomes Of Therapeutic Approaches
CONTINUED

shown an undeniable beneficial effect of sex reassignment surgery
on postoperative outcomes such as subjective well being, cosmesis,
and sexual function (De Cuypere et al., 2005; Garaffa, Christopher,
& Ralph, 2010; Klein & Gorzalka, 2009), although the specific
magnitude of benefits is uncertain from the currently available
evidence. One study (Emory, Cole, Avery, Meyer, & Meyer III, 2003)
even showed improvement in patient income.


     On 2/9/2012, I was arraigned for the charges I am currently housed
within the BOP.      At my arraignment the HONORABLE Robert Hinkle,
District Judge called court to order.  When I was called by Christopher
shorter and requested to stand, the HONORABLE Robert Hinkle said,
"Has there been a mistake? I have a woman before me but the docket
says Christopher, please help me understand".  I was then allowed
to tell the Judge that I am Christopher Shorter, however I am Transgender
and live full time as a woman."  Judge Hinkle said, "Ok, I understand
because you clearly are a woman, for the record this court will refer
to you as a woman."

     Clearly, I entered the BOP living full time as a woman which
hasn't changed.  I started living full time as a woman in 2008.  A
copy of my Driver License is attached to prove this point.

     On 10/2/2014, while housed at Oakdale FCC, I was offically diagnosed
per (PS) 6031.04 with a diagnosis of GENDER DYSPHORIA by Chief Psychologist
/PsyD Barbara Moorehead.  I was referred to medical and psychiatric
staff to establish a treatment plan for GENDER DYSPHORIA.  As noted
in the Summary Care Formulation, "He produced laminated pictures and
an album which he said helps to ground his self-concept while he is
in this prison environment where it is difficult to dress and present
himself comfortably as he had before incarceration.  He also said
that for seven years, he had been taking the over-the-counter hormones
to alter his features from more masculine to feminine appearance.
His mannerisms are more consistent with females than males and his
interests and associations are similarly more feminine than masculine."

     This is the earliest record in BEMR to support that I live full
time as woman regardless of my environment.  Prison has been no exception
even though being housed with males have made my time very difficult
with being sexuallyassaulted and having many PREA interventions. (Please
refer to BEMR)

     12/2014, I was prescribed Spironolactone 50 mg Tablets as a
testosterone suppressant. (Please refer to BEMR)

     6/2015, Estrogen particularly Estradiol was prescribed. (Please
refer to BEMR)

5/2016, Medroxyprogesterone 5 mg Tablets was prescribed. (Please refer to BEMR)

12/2016, Estradiol/Medroxyprogesterone was discontinued due to complications. (Please refer to BEMR)

2/21/2017, Clinical Encounter with Dr. Todd Cornett. Met to discuss worsening symtoms of Gender Dysphoria after dc'ing estrogen due to complications. (Please refer to BEMR)

2/23/2017, General Administrative Note, noting on 2/22/2017 Tele-Conference Meeting with (TCCT)/Medical Director. Discussed my request for Orchiectomy.  TCCT alleged I needed to be on hormonal therapy for almost 1 year and enough time on sentence to wait for possible surgery. (Please refer to BEMR)
The TCCT totally disregarded the fact that I have been taking Spironolactone prescribed as a Testosterone suppressant since 12/2014, which was started at 50 mg daily and gradually increased over time to 300mg daily. (Please refer to BEMR)
             The criteria for orchiectomy in MtF patients:
1. Persistent, well documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent for treatment;
3. Age of majority in a gievn country;
4. If significant medical or mental health concerns are present, they must be well controlled.
5. 12 continuous months of hormone therapy as appropriate to the patient's gender goals (unless the patient has a medical contraindication or is otherwise unable or unwilling to take hormones)

Based on the particulars of my medical history I meet each of these requirements as they were met on 2/22/2017 when the Tele-Conference meeting was held.

The criteria for breast augmentation (implants/lipofilling)
                    in MtF patients:
1. Persistent, well-documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent to treatment;
3. Age of majority in a given country (if younger, follow the SOC for children and adolescents);
4. If significant medical or mental health concerns are present, they must be reasonably well controlled.

Although not an explicit criterion, it is recommended that MtF patients undergo feminizing hormone therapy (minimum 12 months prior to breast augmentation surgery.  The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

Based on my documented medical history in BEMR I meet all the above criteria for breast augmentation. Even though hormone therapy is not a pre-requisite, my hormone therapy was stopped due to documented complications. When clinical medical contraindication is indicated as is in my case, hormone therapy requirement need not apply.
             Please refer to the attached (WPATH)(SOC)

Clearly, these medical officials are purposefully delaying/denying adequate medical care for my serious medical condition of persistent gender dysphoria.

2/27/2017, Admin Note-Orders encounter performed at Health Services. It was alleged, "Given that patient gender affirming hormone treatment plan has not remained at goal for at least one year in conjunction with, a full-time real life experience in thier preferred gender to demonstrate consolidation of gender identity.  The patient does not meet criteria for Gender-Affirming Surgery at this time." (Please refer to BEMR)

This information is clearly erroneous as previously noted I've been living full time as a woman since 2008.  BEMR will show the earliest record while housed within the BOP was noted on 10/2/2014, (well over 12 months), in Mental Health Evaluation by Chief Psychologist/PsyD Barbara Moorehead in reaching a diagnosis of GENDER DYSPHORIA.

After receiving the diagnosis of Gender Dysphoria on 10/2/2014, I was provided and/or allowed to purchase the necessary undergarment(s), (i.e. bra, panties, hair perm, etc...) and other necessary items to assist with living full time as a woman by institutional staff.

After having breast-conserving surgery particularly a Lumpectomy on 9/22/2016, I was allowed to purchase Silicone Breast Forms.

It is totally erroneous for the BOP staff to assist me in my task of ("RLE") by living full time as a woman, then allege that I am not.

The hormones was stopped due to documented complications. When medical contraindication is indicated as is in my case, hormone therapy requirement need not apply.  A patient can also be unable or unwilling to take hormones and still receive surgeries according to ("WPATH") ("SOC").

In light of this clearly documented medical information in BEMR, on 2/27/2017 I did/do meet the criteria for Gender-Affirming Surgery according to the (WPATH)(SOC).

3/13/2017, In compliance with XIV., Applicability of the Standards of Care to People Living in Institutional Environments--(SOC), which clearly states, "If the in-house expertise of health professionals in the direct or indirect employ of the institution does not exist to assess and/or treat people with gender dysphoria, it is appropriate to obtain outside consultation from professionals who are knowledgeable about this specialized area of health care", the institution's doctors obtained an outside consultation from Dr. Christopher Estes/Transgender Specialist, who specifically noted a medical contraindication with Estrogen/Medroxyprogesterone based on a increase breast cancer risk, the removal of two breast lumps in breast-conserving surgery particularly a Lumpectomy, (PASH) and Lobular Hyperplasia.  All of these complications are documented in BEMR.  Dr. Christopher Estes added Finasteride 1mg daily to aid the Spironolactone 300 mg daily in suppressing testosterone.

Dr. Christopher Estes prescribed surgery consults for Breast Augmentation and Bi-lateral Orchiectomy to successfully treat my persistent gender dysphoria. (Please refer to BEMR)

4/20/2017, I had a consult with Dr. Christopher Estes. He again prescribed surgery consult(s) to successfully treat my persistent gender dysphoria. (Please refer to BEMR)

7/13/2017, I had a consult with Dr. Christopher Estes. Increased Finasteride to 5 mg daily which is the max daily dose. Dr. Estes again prescribed surgery consult(s) to successfully treat my persistent gender dysphoria. (Please refer to BEMR)

7/13/2017, Dr. Alarcon adopted Dr. Christopher Estes orders and submitted a consult for Plastic Surgery for orchiectomy. The Regional Medical Director denied the request on 7/25/2017. No reason was given for the denial.

9/28/2017, I had a consult with Dr. Christopher Estes. He noted that Finasteride/Spironolactone at max dose with minimum effect. Surgey consult for orchiectomy asap to successfully treat my persistant gender dysphoria. (Please refer to BEMR)

9/28/2017, Dr. Alarcon adopted Dr. Christopher Estes orders and submitted a consult for Plastic Surgery for orchiectomy. The Regional Medical Director again denied the request and admonished Dr. Alarcon for submitting the consult request. (Please refer to BEMR)

10/19/2017, Dr. Chipi submitted a consult-Endocrinologist requested consult with Dr. Gregory Dowback for orchiectomy. (Please refer to BEMR)

10/20/2017, The Regional Medical Director again denied request. Alleged that I had to be housed at female institution for over 1 year in order to be approved for orchietomy. Alleges I am not living full time as a woman. (Please refer to BEMR)

This information is clearly an erroneous misapplication of the (SOC) in an effort to justify delaying/denying clinically indicated medically neccessary surgeries. The attached (WPATH)(SOC), XIV, Applicability of the Standards of Care to People Living in Institutional Environments, clearly states, "The SOC in their entirety apply to all transsexual, transgender, and gender nonconforming people, irrespective of their housing situation. People should not be discriminated against in their access to appropriate health care based on where they live, including institutional environments such as prisons or long-/intermediate term health care facilities (Brown, 2009). Health care for transsexual, transgender, and gender nonconforming people living in an institutional environment should mirror that which would be available to them if they were living in a non-institutional setting within the same community. All elements of assessment and treatment as described in the SOC can be provided to people living in institutions (Brown, 2009).

Access to these medically necessary treatments should not be denied
on the basis of institutionalization or housing arrangements.  If
the in-house expertise of health professionals in the direct or indirect
employ of the institution does not exist to assess and/or treat people
with gender dysphoria, it is appropriate to obtain outside consultation
from professionals who are knowledgeable about this specialized area
of health care. A "freeze-frame" approach is not considered appropriate
care in most situations (Kosilek v. Massachsetts Department of Corrections
/Maloney, C.A. No. 92-12820-MLW, 2002).  Denial of needed changes
in gender role or access to treatments, including sex reassignment
surgery, on the basis of residence in an institution are not reasonable
accommodations under the SOC (Brown, 2009)."

My case was first explored by the TCCT/MEDICAL DIRECTOR on 2/22/2017,
at such time these BOP personnel had the power to transfer me to
a female institution, however did not.  Even though the above referenced
(WPATH)(SOC) does not require such placement in order for the requested
surgeries to be provided.  The BOP officials can not constitutionally
not transfer me to a female insitution then use it against me to
not provide clinically indicated medically necessary surgeries.

Currently, I have Remedy Id# 908238-A1, pending with the Central
Office.  The response is due on December 9, 2017.  Remedy ID# 908238-
A1 addresses the delay/denial of clinically indicated medically necessary
surgeries request.  According to Program Statement 1330.18(12), Response
Time §542.18, "If the inmate does not receive a response within the
time allotted for reply, including extension, the inmate may consider
the absence of a response to be a denial at that level."

On December 10, 2017, pursuant to Program Statement 1320.06,
"Federal Tort Claim Act" §543.32(c)(4), I intend to file a Medical
Malpractice Claim.

I intend to take any and all legal action necessary to ensure
I am provided with the clinically indicated medically necessary surgeries.

Since the inception of the Bureau of Prisons' not one Transgender
inmate have been provided the medically necessary treatments to
successfully treat gender dysphoria.  This is due to the the unwritten,
unconstitutional, blanket/freeze frame policy of not providing such
treatments due to non-medical considerations mainly COST.  Meanwhile
inmates like me continue to suffer.

My case is not a case where I am fighting for a particular treatment.
I am requesting clinically indicated medical necessary treatment
to successfully treat my persistant gender dysphoria.  These surgery
request(s) was not my first option but my last resort in the face
of medical contraindication due to complication with Estradiol/
Medroxyprogesterone and having been on Spironolactone as a testosterone
suppressant since 12/2014 with minimum effect.  The addition of Finasteride
on 3/13/2017 as a testosterone suppressant is still with minimum
effect.

My date to be released to HOME CONFINEMENT is April 17, 2018, however if my surgeries are not approved and completed by April 1, 2018, I intend to cancel my release to HOME CONFINEMENT and stay housed within the Bureau of Prisons until my actual release date of 10/14/2018.

This is PERSONAL NOTICE TO YOU of my INTENT TO SUE.

___11/14/2017___                          _____
DATE                                      SIGNATURE

DOCUMENTS ORIGINALLY ATTACHED

'Attachments: (Valid Florida Driver License Class E)
              (Bureau of Prisons Psychology Services Clinical
               Intervention-Clinical Contact dated 11/09/2017.)
              Applicable Pages from: (World Professional Association
              for Transgender Health, ("WPATH"), Standards of Care for
              the Health of Transsexual, Transgender, and Gender
              Nonconforming People, (SOC) 7th Version

___11/14/2017___                          _____
DATE                                      SIGNATURE

DECLARATION

I, CHRISTOPHER SHORTER #21344-017, hereby declare under the penalty of perjury pursuant to 28 USC § 1746, that the information contained in this NOTICE OF INTENT TO SUE is true.

Executed this 14th day November, 2017, in Miami, FL, Miami FCI.

                          _____
                          SIGNATURE

DECLARATION

I, CHRISTOPHER SHORTER #21344-017, hereby declare under the penalty of perjury pursuant to 28 USC § 1746, that the information contained in this NOTICE OF INTENT TO SUE is true.

Executed this 17th day of April, 2018, in Miami, FL, Miami FCI.

                          _____
                          SIGNATURE

## CERTIFICATE OF SERVICE

I, ___CHRISTOPHER SHORTER #21344-017___ , hereby certify that on this ___14th___ day of

___NOVEMBER, 2017___ , I mailed a true and correct copy of the foregoing with First

Class Prepaid Postage to the following address:

Bureau of Prisons' Employees
Mark S. Inch  7009 2820 0001 7401 8979
Dr. Deborah G. Schult, DHD 7009 2820 0001 7401 8986
Dr. Jeffery D. Allen, MD  7009 2820 0001 7402 0804
Transgender Clinical Care Team  7009 2820 0001 7402 0811
320 1st St. NW
Washington, DC 20534


Bureau of Prisons' Employees
J.A. Keller  7009 2820 0001 7401 9006
CDR Todd Crawford   7009 2820 0001 7401 8993
Dr. Angel Ortiz   7009 2820 0001 7402 1542
3800 Camp Creek PKWY SW
Building 2000
Atlanta, GA 30331


I declare under the penalty of perjury, 28 U.S.C. § 1746, that all of the statements
made in this "Certificate of Service" are true and correct.

RESPECTFULLY SUBMITTED.

/s/

Name: CHRISTOPHER SHORTER

Register No.: 21344-017

Federal Correctional Institution

P.O. Box 779800

Miami, Florida 33177

## CERTIFICATE OF SERVICE

I, _____CHRISTOPHER SHORTER #21344-017_____ , hereby certify that on this __17th__ day of _____APRIL, 2018_____ , I mailed a true and correct copy of the foregoing with First Class Prepaid Postage to the following address:

Bureau of Prisons' Employees
Mark S. Inch   7009 2820 0001 7401 8122
Dr. Deborah G. Schult, DHD   7009 2820 0001 7401 9112
Dr. Jeffery D. Allen, MD   7009 2820 0001 7401 9082
Transgender Clinical Care Team 7009 2820 0001 7401 6289
320 1st St. NW
Washington, DC 20534


Bureau of Prisons' Employees
J.A. Keller   7009 2820 0001 7401 9006
CDR Todd Crawford   7009 2820 0001 7401 9099
Dr. Angel Ortiz   7009 2820 0001 7401 6272
3800 Camp Creek PKWY SW
Building 2000
Atlanta, GA 30331


I declare under the penalty of perjury, 28 U.S.C. § 1746, that all of the statements made in this "Certificate of Service" are true and correct.

RESPECTFULLY SUBMITTED.

/s/ _____

Name: CHRISTOPHER SHORTER

Register No.: 21344-017

Federal Correctional Institution

P.O. Box 779800

Miami, Florida 33177



**U.S. Department Of Justice**
Federal Bureau of Prisons

*Southeast Regional Office*

---

Building 2000
3800 Camp Creek Parkway S.W.
Atlanta, Georgia 30331

January 12, 2018

Christopher Shorter
Reg. No. 21344-017
FCI MIA
PO Box 779800
Miami, FL 33177

Re:    Administrative Claim #TRT-SER-2018-01940

Dear Claimant:

This acknowledges receipt of an administrative tort claim you are submitting for filing wherein you allege personal injury, damage, or death. The claim was accepted for filing on December 18, 2017, by the agency involved in your personal injury/property loss. The Government is afforded six months from the date the claim is accepted for filing to make a final disposition regarding your claim. Therefore, an answer to your claim will be mailed on or before June 17, 2018. It is your responsibility to keep this office apprised of your present address.

If not included with your claim, you will need to provide a complete copy of all records (**do not send originals as they will not be returned**) in your possession relating to this claim as well as a detailed description of the events surrounding the alleged loss. You are advised that failure to provide this information may result in delay in processing, or prejudice the outcome of your claim.

Sincerely,

Craig Simmons
Regional Counsel

4/11/2018

FROM:   CHRISTOPHER SHORTER #21344-017
        Federal Correctional Institution
        PO BOX 779800
        Miami, FL 33177

TO:   CRAIG SIMMONS   7009 2820 0001 7401 6265
      Southeast Regional Office (Regional Counsel)
      Building 2000
      3800 Camp Creek Parkway S.W.
      Atlanta, GA 30331

RE:   Administrative Claim #TRT-SER-2018-01940

        Dear Regional Counsel:

        I am writing this letter to provide additional information that
supports my Claim.  Specifically, I have declined being released to
Home Confinement on 8/14/2018.  I will be released on my PROJECTED
RELEASE DATE of 2/14/2019.  Pursuant to this information, the BOP
can stop attempting to use my release date to justify the Medical
Malpractice especially since my surgery request(s) have been pending
disposition since 2/2017.

        Also, on several occasions the Regional HSD have alleged that
I don't meet the BOP  criteria for my prescribed surgery request(s)
to be performed.  Alleging that I would have to be housed in a female
facility for over one year in order for my surgery request(s) to be
approved.  Although this is a  convenient lie for the BOP Employees
to  tell, it will not shield them from the liability of Medical Malpractice
etc....  The TCCT and Regional Office have the power to transfer me
to a female facility if that was truly the case however did not even
in the face of the prescribed medical treatment request(s) from my
Specialist.

        On 3/21/2018, I submitted the attached, "Request For Transfer
To Tallahassee FCI, which was disapproved.

        Furthermore the BOP alleged requirement that I be housed in a
Female Facility for over one year before surgeries are performed are
in direct contrast to the only Standards of Care recognized in the
Medical Community as being appropriate for the Medical Treatment of
a Transgender Patient.  Specifically, The Standards of Care for the
Health of Transsexual, Transgender, and Gender Nonconforming People
published by WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,
("WPATH"), XIV.  Applicability of the Standards of Care to People
Living in Institutional Environments, clearly states, "The Standards
of Care (SOC) in their entirety apply to all transsexual, transgender,
and gender nonconforming people, irrespective of their housing situation.
People should not be discriminated against in their access to appropriate
health care based on where they live, including institutional
environments such as prisons or long-/intermeditae-term health care

facilities (Brown, 2009).  Health care for transsexuals, transgender, and gender nonconforming people living in an institutional environment should mirror that which would be available to them if they were living in an non-institutional setting within the same community.  All elements for assessment and treatment as described in the (SOC) can be provided to people living in institutions (Brown, 2009).  Access to these medically necessary treatments should not be denied on the basis of institutionalizati͟ or housing arrangements.  Denial of needed changes in gender role or access to treatments, including sex reassignment surgery, on the basis of residence in an institution are not reasonable accommodations under the (SOC)(Brown, 2009)."

     The Bureau of Prisons' Employees will be held accountable for MEDICAL MALPRACTICE and VIOLATION OF MY EIGHTH AMENDMENT RIGHTS, for their hinderance of appropriate prescribed Medical Treatment.

     Furthermore, I have spoken with Dr. Alarcon, MD/CD, (My Primary Care Provider), about said issues and Dr. Alarcon, MD/CD was clear on several points:
(1).  My surgery requests have been pending disposition with the TCCT since 2/2017.
(2).  Mark S. Inch, (BOP Director), Dr. Deborah G. Schult, DHD, (AHSD), Dr. Jeffery D. Allen, MD, (BOP Medical Director), Transgender Clinical Care Team, (TCCT), J.A. Keller, (SERO Director), CDR Todd Crawford, (SERO, HSD Administrator), and Dr. Angel Ortiz, MD, (SERO Medical Director), "has repeatedly stood in the way of my prescribed medical treatment and that these individuals are determined to ensure I don't receive said surgeries.  That he was admonished for sending me to Transgender Specialist Dr. Christopher Estes, on 9/28/2017 and that each of these individuals should be sued by me for hindering my prescribed surgeries."
(3).  Dr. Alarcon, MD/CD stated that these individuals had no intention of ever transferring me to a Female Facility in order to receive said surgeries and just used that excuse as a reason to deny my prescribed surgery request(s).  Dr. Alarcon, MD/CD said the evidence thereof is these individuals refused to transfer me after I made the transfer request in writing on 3/21/2018.  (See Attached)
(4).  Dr. Alarcon, MD/CD further stated that I was sent to Dr. Eugenio Angueira-Serrano, MD, on 1/5/2018, in an attempt for the BOP to get conflicting medical reports that could be used to justify denying my prescribed surgery request(s), however that did not happen.  Instead Dr. Eugenio Angueira-Serrano, MD concurred with the prior recommedation to proceed with surgical interventions. (See Attached)

     Dr. Alarcon, MD/CD is my Primary General Treating Physician.
     Dr. Marta Chipi, MD is a Staff Physician and is also my General Treating Physician.
     Dr. Christopher Estes, OBGYN/CMO, is my Specialist Treating Physician for my diagnosed condition of GENDER DYSPHORIA.
     Dr. Eugenio Angueira-Serrano, MD is my Specialist Examining Physician for my diagnosed condition of GENDER DYSPHORIA.

     The Bureau of Prisons Electronic Medical Records previously attached to my Administrative Claim will clearly show that my General Treating

Physician(s), Specialist Treating Physician, and Specialist Examining Physician are all in agreement with the course of treatment prescribed on 7/13/2017 and 9/28/2017 by Specialist Treating Physician Dr. Christopher Estes, OBGYN/CMO. My Specialist Examining Physician Dr. Eugenio Angueira-Serrano, MD co-signed and concurred with my Specialist Treating Physician Dr. Christopher Estes, OBGYN/CMO on 1/5/2018.

    I assert that due to the Bureau of Prisons Delegation of Authority, Health Services Division, Organizational chart, My Non-Examining Physician(s (Supervisory/Medical BOP Employees), have repeatedly denied my prescribed course of treatment due to Non-Medical reasons.  Not one of the Non -Examining Physician(s) have ever examined me, however continues to hinder my prescribed course of treatment.  As recently as 2/5/2018, My Non-Examining Physician(s) denied my prescribed surgery request(s).

    The Courts have repeatedly held:  In evaluating medical opinions, "[s]ubstantial weight must be given to the opinion, diagnosis and medical evidence of a Treating Physician unless there is good cause to do otherwise otherwise." Id.  "[T]he Court must state with particularity the weight given to different medical opinions and the reasons therefor." Winschel v. Comm. of Soc. Sec., 631 F.3d 1176, 1179 (11th Cir. 2011) Greenspan v. Shalala, 38 F.3d 232, 237 (5th Cir. 1994)(quoting Scott v. Heckler, 770 F.2d 482, 485 (5th Cir. 1985)); accord Garrison v. Colvin, 759 F.3d 995, 1012 (9th Cir. 2014)('"As a general rule, more weight should be given to the opinion of a treating source than to the opinion of doctors who do not treat the claimant."  While the opinion of treating physician is thus entitled to greater weight than that of an examining physician, the opinion of an examining physician is entitled to greater weight than that of non-examining physician." (citation and footnote omitted)); Whitman v. Colvin, 762 F.3d 701, 706 (8th Cir. 2014)("[A] treating physician's opinion is given controlling weight if it is well-supported by medically acceptable clinical and laboratory diagnostic techniques and is not inconsistent with the other substantial evidence." (quotation marks and citation omitted)). The opinion of a non-examining physician, by itself, does not constitute good cause for giving less weight to a treating physician's opinion, because the opinion of a non-examining physician is entitled to less weight when it contradicts that of the treating physician. Johns v. Bowen, 821 F.2d 551, 554 (11th Cir. 1987).  Nor do "[t]he reports of reviewing non-examining physicians ... constitute substantial evidence on which to base an administrative decision." Lamb v. Bowen, 847 F.2d 698, 703 (11th Cir. 1988).  See Reddick v. Chater, 157 F.3d 715, 726 (11th Cir. 1998)(noting "[a] doctor's opinion is a letter requested by counsel" may be rejected "[w]here the opinion was unsupported by medical findings, [or] personal observation.").

    My Primary General Treating Physician, General Treating Physician, Specialist Treating Physician, and Specialist Examining Physician, are treating me with the Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, released by ("WPATH"), The World Professional Association for Transgender Health.  These Standards of Care are the only recognized Standards of Care for the treatment of Transgender Patients according to the American Medical Association and is referenced in the Bureau of Prisons Program Statement 5200.04, "Transgender Offender Manual" as a clinical reference for treatment of Transgender Patients.

Based upon all the information provided in this Administrative Claim # TRT-SER-2018-01940, it is my firm belief that it will be in the BOP's best interest to resolve this claim.  In that the Government is provided six months to make a final disposition regarding my claim, I assert that if I have not received such decision on June 17, 2018, I will immediately file a Civil Action in the District Court whereas I will also immediately file for an Injunction/TRO, to prevent irreparable harm.  I will not allow the Government to have any additional time over the six months to make a decision.

Please review the attached information.  Make it apart of the file and Give it your full attention.

Thank You,

USPS TRACKING # 9114 9011 8986 6469 2793 30
& CUSTOMER          For Tracking or Inquiries go to USPS.com
RECEIPT LABEL (ROLL)   or call 1-800-222-1811.

CHRISTOPHER SHORTER #21344-017
Federal Correctional Institution
PO BOX 779800
Miami, FL 33177

DECLARATION

I, CHRISTOPHER SHORTER #21344-017, hereby declare under the penalty of perjury pursuant to 28 USC § 1746, that the information contained in this information is true.

Executed this 11th, day of April, 2018, in Miami, FL, Miami FCI.

SIGNATURE

DECLARATION

I, CHRISTOPHER SHORTER #21344-017, hereby declare under the penalty of perjury pursuant to 28 USC § 1746, that the information contained in this information is true.

Executed this 17th, day of April, 2018, in Miami, FL, Miami FCI.

SIGNATURE

CERTIFICATE OF SERVICE

I, _____CHRISTOPHER SHORTER #21344-017_____, hereby certify that on this __11th__ day of

_____APRIL, 2018_____, I mailed a true and correct copy of the foregoing with First

Class Prepaid Postage to the following address:

Craig Simmons          9114 9011 8986 6469 2793 30
Southeast Regional Office (Regional Counsel)
Building 2000
3800 Camp Creek Parkway S.W.
Atlant, GA 30331

I declare under the penalty of perjury, 28 U.S.C. § 1746, that all of the statements
made in this "Certificate of Service" are true and correct.

RESPECTFULLY SUBMITTED.

/s/

Name: CHRISTOPHER SHORTER

Register No.: 21344-017

Federal Correctional Institution

P.O. Box 779800

Miami, Florida 33177

<u>CERTIFICATE OF SERVICE</u>

I, <u>CHRISTOPHER SHORTER #21344-017</u>, hereby certify that on this <u>17th</u> day of <u>APRIL, 2018</u>, I mailed a true and correct copy of the foregoing with First Class Prepaid Postage to the following address:

Craig Simmons     7009 2820 0001 7401 6265
Southeast Regional Office (Regional Counsel)
Building 2000
3800 Camp Creek Parkway S.W.
Atlant, GA 30331

I declare under the penalty of perjury, 28 U.S.C. § 1746, that all of the statements made in this "Certificate of Service" are true and correct.

RESPECTFULLY SUBMITTED.

/s/ _____

Name: CHRISTOPHER SHORTER

Register No.: 21344-017

Federal Correctional Institution

P.O. Box 779800

Miami, Florida 33177

CLINICAL PRACTICE GUIDELINE

# Endocrine Treatment of Gender-Dysphoric/ Gender-Incongruent Persons: An Endocrine Society* Clinical Practice Guideline

Wylie C. Hembree,[1] Peggy T. Cohen-Kettenis,[2] Louis Gooren,[3] Sabine E. Hannema,[4] Walter J. Meyer,[5] M. Hassan Murad,[6] Stephen M. Rosenthal,[7] Joshua D. Safer,[8] Vin Tangpricha,[9] and Guy G. T'Sjoen[10]

[1]New York Presbyterian Hospital, Columbia University Medical Center, New York, New York 10032 (Retired); [2]VU University Medical Center, 1007 MB Amsterdam, Netherlands (Retired); [3]VU University Medical Center, 1007 MB Amsterdam, Netherlands (Retired); [4]Leiden University Medical Center, 2300 RC Leiden, Netherlands; [5]University of Texas Medical Branch, Galveston, Texas 77555; [6]Mayo Clinic Evidence-Based Practice Center, Rochester, Minnesota 55905; [7]University of California San Francisco, Benioff Children's Hospital, San Francisco, California 94143; [8]Boston University School of Medicine, Boston, Massachusetts 02118; [9]Emory University School of Medicine and the Atlanta VA Medical Center, Atlanta, Georgia 30322; and [10]Ghent University Hospital, 9000 Ghent, Belgium

*Cosponsoring Associations: American Association of Clinical Endocrinologists, American Society of Andrology, European Society for Pediatric Endocrinology, European Society of Endocrinology, Pediatric Endocrine Society, and World Professional Association for Transgender Health.

Objective: To update the "Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline," published by the Endocrine Society in 2009.

Participants: The participants include an Endocrine Society–appointed task force of nine experts, a methodologist, and a medical writer.

Evidence: This evidence-based guideline was developed using the Grading of Recommendations, Assessment, Development, and Evaluation approach to describe the strength of recommendations and the quality of evidence. The task force commissioned two systematic reviews and used the best available evidence from other published systematic reviews and individual studies.

Consensus Process: Group meetings, conference calls, and e-mail communications enabled consensus. Endocrine Society committees, members and cosponsoring organizations reviewed and commented on preliminary drafts of the guidelines.

Conclusion: Gender affirmation is multidisciplinary treatment in which endocrinologists play an important role. Gender-dysphoric/gender-incongruent persons seek and/or are referred to endocrinologists to develop the physical characteristics of the affirmed gender. They require a safe and effective hormone regimen that will (1) suppress endogenous sex hormone secretion determined by the person's genetic/gonadal sex and (2) maintain sex hormone levels within the normal range for the person's affirmed gender. Hormone treatment is not recommended for prepubertal gender-dysphoric/gender-incongruent persons. Those clinicians who recommend gender-affirming endocrine treatments—appropriately trained diagnosing clinicians (required), a mental health provider for adolescents (required) and mental health

ISSN Print 0021-972X   ISSN Online 1945-7197
Printed in USA
Copyright © 2017 Endocrine Society
Received 24 July 2017. Accepted 24 August 2017.
First Published Online 13 September 2017

Abbreviations: BMD, bone mineral density; DSD, disorder/difference of sex development; DSM, Diagnostic and Statistical Manual of Mental Disorders; GD, gender dysphoria; GnRH, gonadotropin-releasing hormone; ICD, International Statistical Classification of Diseases and Related Health Problems; MHP, mental health professional; VTE, venous thromboembolism.

doi: 10.1210/jc.2017-01658          J Clin Endocrinol Metab, November 2017, 102(11):3869–3903          https://academic.oup.com/jcem          3869

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

professional for adults (recommended)—should be knowledgeable about the diagnostic criteria and criteria for gender-affirming treatment, have sufficient training and experience in assessing psychopathology, and be willing to participate in the ongoing care throughout the endocrine transition. We recommend treating gender-dysphoric/gender-incongruent adolescents who have entered puberty at Tanner Stage G2/B2 by suppression with gonadotropin-releasing hormone agonists. Clinicians may add gender-affirming hormones after a multidisciplinary team has confirmed the persistence of gender dysphoria/gender incongruence and sufficient mental capacity to give informed consent to this partially irreversible treatment. Most adolescents have this capacity by age 16 years old. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to age 16 years, although there is minimal published experience treating prior to 13.5 to 14 years of age. For the care of peripubertal youths and older adolescents, we recommend that an expert multidisciplinary team comprised of medical professionals and mental health professionals manage this treatment. The treating physician must confirm the criteria for treatment used by the referring mental health practitioner and collaborate with them in decisions about gender-affirming surgery in older adolescents. For adult gender-dysphoric/gender-incongruent persons, the treating clinicians (collectively) should have expertise in transgender-specific diagnostic criteria, mental health, primary care, hormone treatment, and surgery, as needed by the patient. We suggest maintaining physiologic levels of gender-appropriate hormones and monitoring for known risks and complications. When high doses of sex steroids are required to suppress endogenous sex steroids and/or in advanced age, clinicians may consider surgically removing natal gonads along with reducing sex steroid treatment. Clinicians should monitor both transgender males (female to male) and transgender females (male to female) for reproductive organ cancer risk when surgical removal is incomplete. Additionally, clinicians should persistently monitor adverse effects of sex steroids. For gender-affirming surgeries in adults, the treating physician must collaborate with and confirm the criteria for treatment used by the referring physician. Clinicians should avoid harming individuals (via hormone treatment) who have conditions other than gender dysphoria/gender incongruence and who may not benefit from the physical changes associated with this treatment. (*J Clin Endocrinol Metab* 102: 3869–3903, 2017)

## Summary of Recommendations

### 1.0 Evaluation of youth and adults

1.1. We advise that only trained mental health professionals (MHPs) who meet the following criteria should diagnose gender dysphoria (GD)/gender incongruence in adults: (1) competence in using the Diagnostic and Statistical Manual of Mental Disorders (DSM) and/or the International Statistical Classification of Diseases and Related Health Problems (ICD) for diagnostic purposes, (2) the ability to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (*e.g.*, body dysmorphic disorder), (3) training in diagnosing psychiatric conditions, (4) the ability to undertake or refer for appropriate treatment, (5) the ability to psychosocially assess the person's understanding, mental health, and social conditions that can impact gender-affirming hormone therapy, and (6) a practice of regularly attending relevant professional meetings. (Ungraded Good Practice Statement)

1.2. We advise that only MHPs who meet the following criteria should diagnose GD/gender incongruence in children and adolescents: (1) training in child and adolescent developmental psychology and psychopathology, (2) competence in using the DSM and/or the ICD for diagnostic purposes, (3) the ability to make a distinction between GD/gender incongruence and conditions that have similar features (*e.g.*, body dysmorphic disorder), (4) training in diagnosing psychiatric conditions, (5) the ability to undertake or refer for appropriate treatment, (6) the ability to psychosocially assess the person's understanding and social conditions that can impact gender-affirming hormone therapy, (7) a practice of regularly attending relevant professional meetings, and (8) knowledge of the criteria for puberty blocking and gender-affirming hormone treatment in adolescents. (Ungraded Good Practice Statement)

1.3. We advise that decisions regarding the social transition of prepubertal youths with GD/gender incongruence are made with the assistance of an MHP or another experienced professional. (Ungraded Good Practice Statement).

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem   **3871**

1.4. We recommend against puberty blocking and gender-affirming hormone treatment in pre-pubertal children with GD/gender incongruence. (1 |⊕⊕○○)

1.5. We recommend that clinicians inform and counsel all individuals seeking gender-affirming medical treatment regarding options for fertility preservation prior to initiating puberty suppression in adolescents and prior to treating with hormonal therapy of the affirmed gender in both adolescents and adults. (1 |⊕⊕⊕○)

## 2.0 Treatment of adolescents

2.1. We suggest that adolescents who meet diagnostic criteria for GD/gender incongruence, fulfill criteria for treatment, and are requesting treatment should initially undergo treatment to suppress pubertal development. (2 |⊕⊕○○)

2.2. We suggest that clinicians begin pubertal hormone suppression after girls and boys first exhibit physical changes of puberty. (2 |⊕⊕○○)

2.3. We recommend that, where indicated, GnRH analogues are used to suppress pubertal hormones. (1 |⊕⊕○○)

2.4. In adolescents who request sex hormone treatment (given this is a partly irreversible treatment), we recommend initiating treatment using a gradually increasing dose schedule after a multidisciplinary team of medical and MHPs has confirmed the persistence of GD/gender incongruence and sufficient mental capacity to give informed consent, which most adolescents have by age 16 years. (1 |⊕⊕○○).

2.5. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to the age of 16 years in some adolescents with GD/gender incongruence, even though there are minimal published studies of gender-affirming hormone treatments administered before age 13.5 to 14 years. As with the care of adolescents ≥16 years of age, we recommend that an expert multidisciplinary team of medical and MHPs manage this treatment. (1 |⊕○○○)

2.6. We suggest monitoring clinical pubertal development every 3 to 6 months and laboratory parameters every 6 to 12 months during sex hormone treatment. (2 |⊕⊕○○)

## 3.0 Hormonal therapy for transgender adults

3.1. We recommend that clinicians confirm the diagnostic criteria of GD/gender incongruence and the criteria for the endocrine phase of gender transition before beginning treatment. (1 |⊕⊕⊕○)

3.2. We recommend that clinicians evaluate and address medical conditions that can be exacerbated by hormone depletion and treatment with sex hormones of the affirmed gender before beginning treatment. (1 |⊕⊕⊕○)

3.3. We suggest that clinicians measure hormone levels during treatment to ensure that endogenous sex steroids are suppressed and administered sex steroids are maintained in the normal physiologic range for the affirmed gender. (2 |⊕⊕○○)

3.4. We suggest that endocrinologists provide education to transgender individuals undergoing treatment about the onset and time course of physical changes induced by sex hormone treatment. (2 |⊕○○○)

## 4.0 Adverse outcome prevention and long-term care

4.1. We suggest regular clinical evaluation for physical changes and potential adverse changes in response to sex steroid hormones and laboratory monitoring of sex steroid hormone levels every 3 months during the first year of hormone therapy for transgender males and females and then once or twice yearly. (2 |⊕⊕○○)

4.2. We suggest periodically monitoring prolactin levels in transgender females treated with estrogens. (2 |⊕⊕○○)

4.3. We suggest that clinicians evaluate transgender persons treated with hormones for cardiovascular risk factors using fasting lipid profiles, diabetes screening, and/or other diagnostic tools. (2 |⊕⊕○○)

4.4. We recommend that clinicians obtain bone mineral density (BMD) measurements when risk factors for osteoporosis exist, specifically in those who stop sex hormone therapy after gonadectomy. (1 |⊕⊕○○)

4.5. We suggest that transgender females with no known increased risk of breast cancer follow breast-screening guidelines recommended for non-transgender females. (2 |⊕⊕○○)

4.6. We suggest that transgender females treated with estrogens follow individualized screening according to personal risk for prostatic disease and prostate cancer. (2 |⊕○○○)

4.7. We advise that clinicians determine the medical necessity of including a total hysterectomy and oophorectomy as part of gender-affirming surgery. (Ungraded Good Practice Statement)

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

3872   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

## 5.0 Surgery for sex reassignment and gender confirmation

5.1. We recommend that a patient pursue genital gender-affirming surgery only after the MHP and the clinician responsible for endocrine transition therapy both agree that surgery is medically necessary and would benefit the patient's overall health and/or well-being. (1 |⊕⊕OO)

5.2. We advise that clinicians approve genital gender-affirming surgery only after completion of at least 1 year of consistent and compliant hormone treatment, unless hormone therapy is not desired or medically contraindicated. (Ungraded Good Practice Statement)

5.3. We advise that the clinician responsible for endocrine treatment and the primary care provider ensure appropriate medical clearance of transgender individuals for genital gender-affirming surgery and collaborate with the surgeon regarding hormone use during and after surgery. (Ungraded Good Practice Statement)

5.4. We recommend that clinicians refer hormone-treated transgender individuals for genital surgery when: (1) the individual has had a satisfactory social role change, (2) the individual is satisfied about the hormonal effects, and (3) the individual desires definitive surgical changes. (1 |⊕OOO)

5.5. We suggest that clinicians delay gender-affirming genital surgery involving gonadectomy and/or hysterectomy until the patient is at least 18 years old or legal age of majority in his or her country. (2 |⊕⊕OO).

5.6. We suggest that clinicians determine the timing of breast surgery for transgender males based upon the physical and mental health status of the individual. There is insufficient evidence to recommend a specific age requirement. (2 |⊕OOO)

## Changes Since the Previous Guideline

Both the current guideline and the one published in 2009 contain similar sections. Listed here are the sections contained in the current guideline and the corresponding number of recommendations: Introduction, Evaluation of Youth and Adults (5), Treatment of Adolescents (6), Hormonal Therapy for Transgender Adults (4), Adverse Outcomes Prevention and Long-term Care (7), and Surgery for Sex Reassignment and Gender Confirmation (6). The current introduction updates the diagnostic classification of "gender dysphoria/gender incongruence." It also reviews the development of "gender identity" and summarizes its natural development. The section on

clinical evaluation of both youth and adults, defines in detail the professional qualifications required of those who diagnose and treat both adolescents and adults. We advise that decisions regarding the social transition of prepubertal youth are made with the assistance of a mental health professional or similarly experienced professional. We recommend against puberty blocking followed by gender-affirming hormone treatment of pre-pubertal children. Clinicians should inform pubertal children, adolescents, and adults seeking gender-confirming treatment of their options for fertility preservation. Prior to treatment, clinicians should evaluate the presence of medical conditions that may be worsened by hormone depletion and/or treatment. A multidisciplinary team, preferably composed of medical and mental health professionals, should monitor treatments. Clinicians evaluating transgender adults for endocrine treatment should confirm the diagnosis of persistent gender dysphoria/gender incongruence. Physicians should educate transgender persons regarding the time course of steroid-induced physical changes. Treatment should include periodic monitoring of hormone levels and metabolic parameters, as well as assessments of bone density and the impact upon prostate, gonads, and uterus. We also make recommendations for transgender persons who plan genital gender-affirming surgery.

## Method of Development of Evidence-Based Clinical Practice Guidelines

The Clinical Guidelines Subcommittee (CGS) of the Endocrine Society deemed the diagnosis and treatment of individuals with GD/gender incongruence a priority area for revision and appointed a task force to formulate evidence-based recommendations. The task force followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation group, an international group with expertise in the development and implementation of evidence-based guidelines (1). A detailed description of the grading scheme has been published elsewhere (2). The task force used the best available research evidence to develop the recommendations. The task force also used consistent language and graphical descriptions of both the strength of a recommendation and the quality of evidence. In terms of the strength of the recommendation, strong recommendations use the phrase "we recommend" and the number 1, and weak recommendations use the phrase "we suggest" and the number 2. Cross-filled circles indicate the quality of the evidence, such that ⊕OOO denotes very low–quality evidence; ⊕⊕OO, low quality; ⊕⊕⊕O, moderate quality; and ⊕⊕⊕⊕, high quality. The task force has confidence that persons who receive care according to the strong recommendations will derive, on average, more benefit than harm. Weak recommendations require more careful consideration of the person's circumstances, values, and preferences to determine the best course of action. Linked to each recommendation is a description of the evidence and the

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem   **3873**

values that the task force considered in making the recommendation. In some instances, there are remarks in which the task force offers technical suggestions for testing conditions, dosing, and monitoring. These technical comments reflect the best available evidence applied to a typical person being treated. Often this evidence comes from the unsystematic observations of the task force and their preferences; therefore, one should consider these remarks as suggestions.

In this guideline, the task force made several statements to emphasize the importance of shared decision-making, general preventive care measures, and basic principles of the treatment of transgender persons. They labeled these "Ungraded Good Practice Statement." Direct evidence for these statements was either unavailable or not systematically appraised and considered out of the scope of this guideline. The intention of these statements is to draw attention to these principles.

The Endocrine Society maintains a rigorous conflict-of-interest review process for developing clinical practice guidelines. All task force members must declare any potential conflicts of interest by completing a conflict-of-interest form. The CGS reviews all conflicts of interest before the Society's Council approves the members to participate on the task force and periodically during the development of the guideline. All others participating in the guideline's development must also disclose any conflicts of interest in the matter under study, and most of these participants must be without any conflicts of interest. The CGS and the task force have reviewed all disclosures for this guideline and resolved or managed all identified conflicts of interest.

Conflicts of interest are defined as remuneration in any amount from commercial interests; grants; research support; consulting fees; salary; ownership interests [e.g., stocks and stock options (excluding diversified mutual funds)]; honoraria and other payments for participation in speakers' bureaus, advisory boards, or boards of directors; and all other financial benefits. Completed forms are available through the Endocrine Society office.

The Endocrine Society provided the funding for this guideline; the task force received no funding or remuneration from commercial or other entities.

## Commissioned Systematic Review

The task force commissioned two systematic reviews to support this guideline. The first one aimed to summarize the available evidence on the effect of sex steroid use in transgender individuals on lipids and cardiovascular outcomes. The review identified 29 eligible studies at moderate risk of bias. In transgender males (female to male), sex steroid therapy was associated with a statistically significant increase in serum triglycerides and low-density lipoprotein cholesterol levels. High-density lipoprotein cholesterol levels decreased significantly across all follow-up time periods. In transgender females (male to female), serum triglycerides were significantly higher without any changes in other parameters. Few myocardial infarction, stroke, venous thromboembolism (VTE), and death events were reported. These events were more frequent in transgender females. However, the

quality of the evidence was low. The second review summarized the available evidence regarding the effect of sex steroids on bone health in transgender individuals and identified 13 studies. In transgender males, there was no statistically significant difference in the lumbar spine, femoral neck, or total hip BMD at 12 and 24 months compared with baseline values before initiating masculinizing hormone therapy. In transgender females, there was a statistically significant increase in lumbar spine BMD at 12 months and 24 months compared with baseline values before initiation of feminizing hormone therapy. There was minimal information on fracture rates. The quality of evidence was also low.

## Introduction

Throughout recorded history (in the absence of an endocrine disorder) some men and women have experienced confusion and anguish resulting from rigid, forced conformity to sexual dimorphism. In modern history, there have been numerous ongoing biological, psychological, cultural, political, and sociological debates over various aspects of gender variance. The 20th century marked the emergence of a social awakening for men and women with the belief that they are "trapped" in the wrong body (3). Magnus Hirschfeld and Harry Benjamin, among others, pioneered the medical responses to those who sought relief from and a resolution to their profound discomfort. Although the term transsexual became widely known after Benjamin wrote "The Transsexual Phenomenon" (4), it was Hirschfeld who coined the term "transsexual" in 1923 to describe people who want to live a life that corresponds with their experienced gender vs their designated gender (5). Magnus Hirschfeld (6) and others (4, 7) have described other types of trans phenomena besides transsexualism. These early researchers proposed that the gender identity of these people was located somewhere along a unidimensional continuum. This continuum ranged from all male through "something in between" to all female. Yet such a classification does not take into account that people may have gender identities outside this continuum. For instance, some experience themselves as having both a male and female gender identity, whereas others completely renounce any gender classification (8, 9). There are also reports of individuals experiencing a continuous and rapid involuntary alternation between a male and female identity (10) or men who do not experience themselves as men but do not want to live as women (11, 12). In some countries, (e.g., Nepal, Bangladesh, and Australia), these nonmale or nonfemale genders are officially recognized (13). Specific treatment protocols, however, have not yet been developed for these groups.

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558 by guest on 02 May 2018

3874   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

Instead of the term transsexualism, the current classification system of the American Psychiatric Association uses the term gender dysphoria in its diagnosis of persons who are not satisfied with their designated gender (14). The current version of the World Health Organization's ICD-10 still uses the term transsexualism when diagnosing adolescents and adults. However, for the ICD-11, the World Health Organization has proposed using the term "gender incongruence" (15).

Treating persons with GD/gender incongruence (15) was previously limited to relatively ineffective elixirs or creams. However, more effective endocrinology-based treatments became possible with the availability of testosterone in 1935 and diethylstilbestrol in 1938. Reports of individuals with GD/gender incongruence who were treated with hormones and gender-affirming surgery appeared in the press during the second half of the 20th century. The Harry Benjamin International Gender Dysphoria Association was founded in September 1979 and is now called the World Professional Association for Transgender Health (WPATH). WPATH published its first Standards of Care in 1979. These standards have since been regularly updated, providing guidance for treating persons with GD/gender incongruence (16).

Prior to 1975, few peer-reviewed articles were published concerning endocrine treatment of transgender persons. Since then, more than two thousand articles about various aspects of transgender care have appeared.

It is the purpose of this guideline to make detailed recommendations and suggestions, based on existing medical literature and clinical experience, that will enable treating physicians to maximize benefit and minimize risk when caring for individuals diagnosed with GD/gender incongruence.

In the future, we need more rigorous evaluations of the effectiveness and safety of endocrine and surgical protocols. Specifically, endocrine treatment protocols for GD/gender incongruence should include the careful assessment of the following: (1) the effects of prolonged delay of puberty in adolescents on bone health, gonadal function, and the brain (including effects on cognitive, emotional, social, and sexual development); (2) the effects of treatment in adults on sex hormone levels; (3) the requirement for and the effects of progestins and other agents used to suppress endogenous sex steroids during treatment; and (4) the risks and benefits of gender-affirming hormone treatment in older transgender people.

To successfully establish and enact these protocols, a commitment of mental health and endocrine investigators is required to collaborate in long-term, large-scale studies across countries that use the same diagnostic and inclusion criteria, medications, assay methods, and response assessment tools (e.g., the European Network for the Investigation of Gender Incongruence) (17, 18).

Terminology and its use vary and continue to evolve. Table 1 contains the definitions of terms as they are used throughout this guideline.

## Biological Determinants of Gender Identity Development

One's self-awareness as male or female changes gradually during infant life and childhood. This process of cognitive and affective learning evolves with interactions with parents, peers, and environment. A fairly accurate timetable exists outlining the steps in this process (19). Normative psychological literature, however, does not address if and when gender identity becomes crystallized and what factors contribute to the development of a gender identity that is not congruent with the gender of rearing. Results of studies from a variety of biomedical disciplines—genetic, endocrine, and neuroanatomic—support the concept that gender identity and/or gender expression (20) likely reflect a complex interplay of biological, environmental, and cultural factors (21, 22).

With respect to endocrine considerations, studies have failed to find differences in circulating levels of sex steroids between transgender and nontransgender individuals (23). However, studies in individuals with a disorder/difference of sex development (DSD) have informed our understanding of the role that hormones may play in gender identity outcome, even though most persons with GD/gender incongruence do not have a DSD. For example, although most 46,XX adult individuals with virilizing congenital adrenal hyperplasia caused by mutations in CYP21A2 reported a female gender identity, the prevalence of GD/gender incongruence was much greater in this group than in the general population without a DSD. This supports the concept that there is a role for prenatal/postnatal androgens in gender development (24–26), although some studies indicate that prenatal androgens are more likely to affect gender behavior and sexual orientation rather than gender identity per se (27, 28).

Researchers have made similar observations regarding the potential role of androgens in the development of gender identity in other individuals with DSD. For example, a review of two groups of 46,XY persons, each with androgen synthesis deficiencies and female raised, reported transgender male (female-to-male) gender role changes in 56% to 63% and 39% to 64% of patients, respectively (29). Also, in 46,XY female-raised individuals with cloacal

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558 by guest on 02 May 2018

doi: 10.1210/jc.2017-01658 https://academic.oup.com/jcem   **3875**

## Table 1.   Definitions of Terms Used in This Guideline

*Biological sex, biological male or female:* These terms refer to physical aspects of maleness and femaleness. As these may not be in line with each other (*e.g.*, a person with XY chromosomes may have female-appearing genitalia), the terms biological sex and biological male or female are imprecise and should be avoided.

*Cisgender:* This means not transgender. An alternative way to describe individuals who are not transgender is "non-transgender people."

*Gender-affirming (hormone) treatment:* See "gender reassignment"

*Gender dysphoria:* This is the distress and unease experienced if gender identity and designated gender are not completely congruent (see Table 2). In 2013, the American Psychiatric Association released the fifth edition of the DSM-5, which replaced "gender identity disorder" with "gender dysphoria" and changed the criteria for diagnosis.

*Gender expression:* This refers to external manifestations of gender, expressed through one's name, pronouns, clothing, haircut, behavior, voice, or body characteristics. Typically, transgender people seek to make their gender expression align with their gender identity, rather than their designated gender.

*Gender identity/experienced gender:* This refers to one's internal, deeply held sense of gender. For transgender people, their gender identity does not match their sex designated at birth. Most people have a gender identity of man or woman (or boy or girl). For some people, their gender identity does not fit neatly into one of those two choices. Unlike gender expression (see below), gender identity is not visible to others.

*Gender identity disorder:* This is the term used for GD/gender incongruence in previous versions of DSM (see "gender dysphoria"). The ICD-10 still uses the term for diagnosing child diagnoses, but the upcoming ICD-11 has proposed using "gender incongruence of childhood."

*Gender incongruence:* This is an umbrella term used when the gender identity and/or gender expression differs from what is typically associated with the designated gender. Gender incongruence is also the proposed name of the gender identity–related diagnoses in ICD-11. Not all individuals with gender incongruence have gender dysphoria or seek treatment.

*Gender variance:* See "gender incongruence"

*Gender reassignment:* This refers to the treatment procedure for those who want to adapt their bodies to the experienced gender by means of hormones and/or surgery. This is also called gender-confirming or gender-affirming treatment.

*Gender-reassignment surgery (gender-confirming/gender-affirming surgery):* These terms refer only to the surgical part of gender-confirming/gender-affirming treatment.

*Gender role:* This refers to behaviors, attitudes, and personality traits that a society (in a given culture and historical period) designates as masculine or feminine and/or that society associates with or considers typical of the social role of men or women.

*Sex designated at birth:* This refers to sex assigned at birth, usually based on genital anatomy.

*Sex:* This refers to attributes that characterize biological maleness or femaleness. The best known attributes include the sex-determining genes, the sex chromosomes, the H-Y antigen, the gonads, sex hormones, internal and external genitalia, and secondary sex characteristics.

*Sexual orientation:* This term describes an individual's enduring physical and emotional attraction to another person. Gender identity and sexual orientation are not the same. Irrespective of their gender identity, transgender people may be attracted to women (gynephilic), attracted to men (androphilic), bisexual, asexual, or queer.

*Transgender:* This is an umbrella term for people whose gender identity and/or gender expression differs from what is typically associated with their sex designated at birth. Not all transgender individuals seek treatment.

*Transgender male (also: trans man, female-to-male, transgender male):* This refers to individuals assigned female at birth but who identify and live as men.

*Transgender woman (also: trans woman, male-to-female, transgender female):* This refers to individuals assigned male at birth but who identify and live as women.

*Transition:* This refers to the process during which transgender persons change their physical, social, and/or legal characteristics consistent with the affirmed gender identity. Prepubertal children may choose to transition socially.

*Transsexual:* This is an older term that originated in the medical and psychological communities to refer to individuals who have permanently transitioned through medical interventions or desired to do so.

exstrophy and penile agenesis, the occurrence of transgender male changes was significantly more prevalent than in the general population (30, 31). However, the fact that a high percentage of individuals with the same conditions did not change gender suggests that cultural factors may play a role as well.

With respect to genetics and gender identity, several studies have suggested heritability of GD/gender incongruence (32, 33). In particular, a study by Heylens *et al.* (33) demonstrated a 39.1% concordance rate for gender identity disorder (based on the DSM-IV criteria) in 23 monozygotic twin pairs but no concordance in 21 same-sex dizygotic or seven opposite-sex twin pairs. Although numerous investigators have sought to identify

specific genes associated with GD/gender incongruence, such studies have been inconsistent and without strong statistical significance (34–38).

Studies focusing on brain structure suggest that the brain phenotypes of people with GD/gender incongruence differ in various ways from control males and females, but that there is not a complete sex reversal in brain structures (39).

In summary, although there is much that is still unknown with respect to gender identity and its expression, compelling studies support the concept that biologic factors, in addition to environmental factors, contribute to this fundamental aspect of human development.

Downloaded from *https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558*
by guest
on 02 May 2018

3876   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

## Natural History of Children With GD/Gender Incongruence

With current knowledge, we cannot predict the psychosexual outcome for any specific child. Prospective follow-up studies show that childhood GD/gender incongruence does not invariably persist into adolescence and adulthood (so-called "desisters"). Combining all outcome studies to date, the GD/gender incongruence of a minority of prepubertal children appears to persist in adolescence (20, 40). In adolescence, a significant number of these desisters identify as homosexual or bisexual. It may be that children who only showed some gender nonconforming characteristics have been included in the follow-up studies, because the DSM-IV text revision criteria for a diagnosis were rather broad. However, the persistence of GD/gender incongruence into adolescence is more likely if it had been extreme in childhood (41, 42). With the newer, stricter criteria of the DSM-5 (Table 2), persistence rates may well be different in future studies.

## 1.0 Evaluation of Youth and Adults

Gender-affirming treatment is a multidisciplinary effort. After evaluation, education, and diagnosis, treatment may include mental health care, hormone therapy, and/or surgical therapy. Together with an MHP, hormone-prescribing clinicians should examine the psychosocial impact of the potential changes on people's lives, including mental health, friends, family, jobs, and their role in society. Transgender individuals should be encouraged to experience living in the new gender role and assess whether this improves their quality of life. Although the focus of this guideline is gender-affirming hormone therapy, collaboration with appropriate professionals responsible for each aspect of treatment maximizes a successful outcome.

### Diagnostic assessment and mental health care

GD/gender incongruence may be accompanied with psychological or psychiatric problems (43–51). It is therefore necessary that clinicians who prescribe hormones and are involved in diagnosis and psychosocial assessment meet the following criteria: (1) are competent in using the DSM and/or the ICD for diagnostic purposes, (2) are able to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (e.g., body dysmorphic disorder), (3) are trained in diagnosing psychiatric conditions, (4) undertake or refer for appropriate treatment, (5) are able to do a psychosocial assessment of the patient's understanding, mental health, and social conditions that can impact gender-affirming hormone therapy, and (6) regularly attend relevant professional meetings.

Because of the psychological vulnerability of many individuals with GD/gender incongruence, it is important that mental health care is available before, during, and sometimes also after transitioning. For children and adolescents, an MHP who has training/experience in child and adolescent gender development (as well as child and adolescent psychopathology) should make the diagnosis, because assessing GD/gender incongruence in children and adolescents is often extremely complex.

During assessment, the clinician obtains information from the individual seeking gender-affirming treatment. In the case

---

**Table 2.   DSM-5 Criteria for Gender Dysphoria in Adolescents and Adults**

A. A marked incongruence between one's experienced/expressed gender and natal gender of at least 6 mo in duration, as manifested by at least two of the following:
  1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics)
  2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics)
  3. A strong desire for the primary and/or secondary sex characteristics of the other gender
  4. A strong desire to be of the other gender (or some alternative gender different from one's designated gender)
  5. A strong desire to be treated as the other gender (or some alternative gender different from one's designated gender)
  6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's designated gender)

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.
Specify if:
  1. The condition exists with a disorder of sex development.
  2. The condition is posttransitional, in that the individual has transitioned to full-time living in the desired gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one sex-related medical procedure or treatment regimen—namely, regular hormone treatment or gender reassignment surgery confirming the desired gender (e.g., penectomy, vaginoplasty in natal males; mastectomy or phalloplasty in natal females).

Reference: American Psychiatric Association (14).

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658                                                  https://academic.oup.com/jcem    **3877**

of adolescents, the clinician also obtains information from the parents or guardians regarding various aspects of the child's general and psychosexual development and current functioning. On the basis of this information, the clinician:

- decides whether the individual fulfills criteria for treatment (see Tables 2 and 3) for GD/gender incongruence (DSM-5) or transsexualism (DSM-5 and/or ICD-10);
- informs the individual about the possibilities and limitations of various kinds of treatment (hormonal/surgical and nonhormonal), and if medical treatment is desired, provides correct information to prevent unrealistically high expectations;
- assesses whether medical interventions may result in unfavorable psychological and social outcomes.

In cases in which severe psychopathology, circumstances, or both seriously interfere with the diagnostic work or make satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues. Literature on postoperative regret suggests that besides poor quality of surgery, severe psychiatric comorbidity and lack of support may interfere with positive outcomes (52–56).

For adolescents, the diagnostic procedure usually includes a complete psychodiagnostic assessment (57) and an assessment of the decision-making capability of the youth. An evaluation to assess the family's ability to endure stress, give support, and deal with the complexities of the adolescent's situation should be part of the diagnostic phase (58).

### Social transitioning

A change in gender expression and role (which may involve living part time or full time in another gender role that is consistent with one's gender identity) may test the person's resolve, the capacity to function in the affirmed gender, and the adequacy of social, economic, and psychological supports. It assists both the individual and the clinician in their judgments about how to proceed (16). During social transitioning, the person's feelings about the social transformation (including coping with the responses of others) is a major focus of the counseling. The optimal timing for social transitioning may differ between individuals. Sometimes people wait until they

start gender-affirming hormone treatment to make social transitioning easier, but individuals increasingly start social transitioning long before they receive medically supervised, gender-affirming hormone treatment.

### Criteria

Adolescents and adults seeking gender-affirming hormone treatment and surgery should satisfy certain criteria before proceeding (16). Criteria for gender-affirming hormone therapy for adults are in Table 4, and criteria for gender-affirming hormone therapy for adolescents are in Table 5. Follow-up studies in adults meeting these criteria indicate a high satisfaction rate with treatment (59). However, the quality of evidence is usually low. A few follow-up studies on adolescents who fulfilled these criteria also indicated good treatment results (60–63).

## Recommendations for Those Involved in the Gender-Affirming Hormone Treatment of Individuals With GD/Gender Incongruence

1.1. We advise that only trained MHPs who meet the following criteria should diagnose GD/gender incongruence in adults: (1) competence in using the DSM and/or the ICD for diagnostic purposes, (2) the ability to diagnose GD/gender incongruence and make a distinction between GD/gender incongruence and conditions that have similar features (e.g., body dysmorphic disorder), (3) training in diagnosing psychiatric conditions, (4) the ability to undertake or refer for appropriate treatment, (5) the ability to psychosocially assess the person's understanding, mental health, and social conditions that can impact gender-affirming hormone therapy, and (6) a practice of regularly attending relevant professional meetings. (Ungraded Good Practice Statement)

1.2. We advise that only MHPs who meet the following criteria should diagnose GD/gender incongruence in children and adolescents: (1) training in child and adolescent developmental psychology and psychopathology, (2) competence in using the DSM and/or ICD for diagnostic

---

**Table 3.  ICD-10 Criteria for Transsexualism**

**Transsexualism (F64.0) has three criteria:**

1. The desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make his or her body as congruent as possible with the preferred sex through surgery and hormone treatments.
2. The transsexual identity has been present persistently for at least 2 y.
3. The disorder is not a symptom of another mental disorder or a genetic, DSD, or chromosomal abnormality.

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

**3878**   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

---

**Table 4.   Criteria for Gender-Affirming Hormone Therapy for Adults**

1. Persistent, well-documented gender dysphoria/gender incongruence
2. The capacity to make a fully informed decision and to consent for treatment
3. The age of majority in a given country (if younger, follow the criteria for adolescents)
4. Mental health concerns, if present, must be reasonably well controlled

Reproduced from World Professional Association for Transgender Health (16).

---

purposes, (3) the ability to make a distinction between GD/gender incongruence and conditions that have similar features (e.g., body dysmorphic disorder), (4) training in diagnosing psychiatric conditions, (5) the ability to undertake or refer for appropriate treatment, (6) the ability to psychosocially assess the person's understanding and social conditions that can impact gender-affirming hormone therapy, (7) a practice of regularly attending relevant professional meetings, and (8) knowledge of the criteria for puberty blocking and gender-affirming hormone treatment in adolescents. (Ungraded Good Practice Statement)

**Evidence**

Individuals with gender identity issues may have psychological or psychiatric problems (43–48, 50, 51, 64, 65). It is therefore necessary that clinicians making the diagnosis are able to make a distinction between GD/gender incongruence and conditions that have similar features. Examples of conditions with similar features are body dysmorphic disorder, body identity integrity disorder (a condition in which individuals have a sense that their anatomical configuration as an able-bodied person is somehow wrong or inappropriate) (66), or certain forms of eunuchism (in which a person is preoccupied with or engages in castration and/or penectomy for

---

**Table 5.   Criteria for Gender-Affirming Hormone Therapy for Adolescents**

**Adolescents are eligible for GnRH agonist treatment if:**
1. A qualified MHP has confirmed that:
• the adolescent has demonstrated a long-lasting and intense pattern of gender nonconformity or gender dysphoria (whether suppressed or expressed),
• gender dysphoria worsened with the onset of puberty,
• any coexisting psychological, medical, or social problems that could interfere with treatment (e.g., that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start treatment,
• the adolescent has sufficient mental capacity to give informed consent to this (reversible) treatment,
2. And the adolescent:
• has been informed of the effects and side effects of treatment (including potential loss of fertility if the individual subsequently continues with sex hormone treatment) and options to preserve fertility,
• has given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process,
3. And a pediatric endocrinologist or other clinician experienced in pubertal assessment
• agrees with the indication for GnRH agonist treatment,
• has confirmed that puberty has started in the adolescent (Tanner stage ≥G2/B2),
• has confirmed that there are no medical contraindications to GnRH agonist treatment.

**Adolescents are eligible for subsequent sex hormone treatment if:**
1. A qualified MHP has confirmed:
• the persistence of gender dysphoria,
• any coexisting psychological, medical, or social problems that could interfere with treatment (e.g., that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start sex hormone treatment,
• the adolescent has sufficient mental capacity (which most adolescents have by age 16 years) to estimate the consequences of this (partly) irreversible treatment, weigh the benefits and risks, and give informed consent to this (partly) irreversible treatment,
2. And the adolescent:
• has been informed of the (irreversible) effects and side effects of treatment (including potential loss of fertility and options to preserve fertility),
• has given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process,
3. And a pediatric endocrinologist or other clinician experienced in pubertal induction:
• agrees with the indication for sex hormone treatment,
• has confirmed that there are no medical contraindications to sex hormone treatment.

Reproduced from World Professional Association for Transgender Health (16).

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem    3879

reasons that are not gender identity related) (11). Clinicians should also be able to diagnose psychiatric conditions accurately and ensure that these conditions are treated appropriately, particularly when the conditions may complicate treatment, affect the outcome of gender-affirming treatment, or be affected by hormone use.

## Values and preferences

The task force placed a very high value on avoiding harm from hormone treatment in individuals who have conditions other than GD/gender incongruence and who may not benefit from the physical changes associated with this treatment and placed a low value on any potential benefit these persons believe they may derive from hormone treatment. This justifies the good practice statement.

1.3. We advise that decisions regarding the social transition of prepubertal youths with GD/gender incongruence are made with the assistance of an MHP or another experienced professional. (Ungraded Good Practice Statement).

1.4. We recommend against puberty blocking and gender-affirming hormone treatment in prepubertal children with GD/gender incongruence. (1 |⊕⊕OO)

## Evidence

In most children diagnosed with GD/gender incongruence, it did not persist into adolescence. The percentages differed among studies, probably dependent on which version of the DSM clinicians used, the patient's age, the recruitment criteria, and perhaps cultural factors. However, the large majority (about 85%) of prepubertal children with a childhood diagnosis did not remain GD/gender incongruent in adolescence (20). If children have completely socially transitioned, they may have great difficulty in returning to the original gender role upon entering puberty (40). Social transition is associated with the persistence of GD/gender incongruence as a child progresses into adolescence. It may be that the presence of GD/gender incongruence in prepubertal children is the earliest sign that a child is destined to be transgender as an adolescent/adult (20). However, social transition (in addition to GD/gender incongruence) has been found to contribute to the likelihood of persistence.

This recommendation, however, does not imply that children should be discouraged from showing gender-variant behaviors or should be punished for exhibiting such behaviors. In individual cases, an early complete social transition may result in a more favorable outcome, but there are currently no criteria to identify the

GD/gender-incongruent children to whom this applies. At the present time, clinical experience suggests that persistence of GD/gender incongruence can only be reliably assessed after the first signs of puberty.

## Values and preferences

The task force placed a high value on avoiding harm with gender-affirming hormone therapy in prepubertal children with GD/gender incongruence. This justifies the strong recommendation in the face of low-quality evidence.

1.5. We recommend that clinicians inform and counsel all individuals seeking gender-affirming medical treatment regarding options for fertility preservation prior to initiating puberty suppression in adolescents and prior to treating with hormonal therapy of the affirmed gender in both adolescents and adults. (1 |⊕⊕⊕O)

## Remarks

Persons considering hormone use for gender affirmation need adequate information about this treatment in general and about fertility effects of hormone treatment in particular to make an informed and balanced decision (67, 68). Because young adolescents may not feel qualified to make decisions about fertility and may not fully understand the potential effects of hormonal interventions, consent and protocol education should include parents, the referring MHP(s), and other members of the adolescent's support group. To our knowledge, there are no formally evaluated decision aids available to assist in the discussion and decision regarding the future fertility of adolescents or adults beginning gender-affirming treatment.

Treating early pubertal youth with GnRH analogs will temporarily impair spermatogenesis and oocyte maturation. Given that an increasing number of transgender youth want to preserve fertility potential, delaying or temporarily discontinuing GnRH analogs to promote gamete maturation is an option. This option is often not preferred, because mature sperm production is associated with later stages of puberty and with the significant development of secondary sex characteristics.

For those designated male at birth with GD/gender incongruence and who are in early puberty, sperm production and the development of the reproductive tract are insufficient for the cryopreservation of sperm. However, prolonged pubertal suppression using GnRH analogs is reversible and clinicians should inform these individuals that sperm production can be initiated following prolonged gonadotropin suppression. This can be accomplished by spontaneous gonadotropin recovery after

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

**3880**   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

cessation of GnRH analogs or by gonadotropin treatment and will probably be associated with physical manifestations of testosterone production, as stated above. Note that there are no data in this population concerning the time required for sufficient spermatogenesis to collect enough sperm for later fertility. In males treated for precocious puberty, spermarche was reported 0.7 to 3 years after cessation of GnRH analogs (69). In adult men with gonadotropin deficiency, sperm are noted in seminal fluid by 6 to 12 months of gonadotropin treatment. However, sperm numbers when partners of these patients conceive are far below the "normal range" (70, 71).

In girls, no studies have reported long-term, adverse effects of pubertal suppression on ovarian function after treatment cessation (72, 73). Clinicians should inform adolescents that no data are available regarding either time to spontaneous ovulation after cessation of GnRH analogs or the response to ovulation induction following prolonged gonadotropin suppression.

In males with GD/gender incongruence, when medical treatment is started in a later phase of puberty or in adulthood, spermatogenesis is sufficient for cryopreservation and storage of sperm. In vitro spermatogenesis is currently under investigation. Restoration of spermatogenesis after prolonged estrogen treatment has not been studied.

In females with GD/gender incongruence, the effect of prolonged treatment with exogenous testosterone on ovarian function is uncertain. There have been reports of an increased incidence of polycystic ovaries in transgender males, both prior to and as a result of androgen treatment (74–77), although these reports were not confirmed by others (78). Pregnancy has been reported in transgender males who have had prolonged androgen treatment and have discontinued testosterone but have not had genital surgery (79, 80). A reproductive endocrine gynecologist can counsel patients before gender-affirming hormone treatment or surgery regarding potential fertility options (81). Techniques for cryopreservation of oocytes, embryos, and ovarian tissue continue to improve, and oocyte maturation of immature tissue is being studied (82).

## 2.0 Treatment of Adolescents

During the past decade, clinicians have progressively acknowledged the suffering of young adolescents with GD/gender incongruence. In some forms of GD/gender incongruence, psychological interventions may be useful and sufficient. However, for many adolescents with GD/gender incongruence, the pubertal physical changes are unbearable. As early medical intervention may prevent

psychological harm, various clinics have decided to start treating young adolescents with GD/gender incongruence with puberty-suppressing medication (a GnRH analog). As compared with starting gender-affirming treatment long after the first phases of puberty, a benefit of pubertal suppression at early puberty may be a better psychological and physical outcome.

In girls, the first physical sign of puberty is the budding of the breasts followed by an increase in breast and fat tissue. Breast development is also associated with the pubertal growth spurt, and menarche occurs ~2 years later. In boys, the first physical change is testicular growth. A testicular volume ≥4 mL is seen as consistent with the initiation of physical puberty. At the beginning of puberty, estradiol and testosterone levels are still low and are best measured in the early morning with an ultrasensitive assay. From a testicular volume of 10 mL, daytime testosterone levels increase, leading to virilization (83). Note that pubic hair and/or axillary hair/odor may not reflect the onset of gonadarche; instead, it may reflect adrenarche alone.

2.1.  We suggest that adolescents who meet diagnostic criteria for GD/gender incongruence, fulfill criteria for treatment (Table 5), and are requesting treatment should initially undergo treatment to suppress pubertal development. (2 |⊕⊕OO)

2.2.  We suggest that clinicians begin pubertal hormone suppression after girls and boys first exhibit physical changes of puberty (Tanner stages G2/B2). (2 |⊕⊕OO)

### Evidence

Pubertal suppression can expand the diagnostic phase by a long period, giving the subject more time to explore options and to live in the experienced gender before making a decision to proceed with gender-affirming sex hormone treatments and/or surgery, some of which is irreversible (84, 85). Pubertal suppression is fully reversible, enabling full pubertal development in the natal gender, after cessation of treatment, if appropriate. The experience of full endogenous puberty is an undesirable condition for the GD/gender-incongruent individual and may seriously interfere with healthy psychological functioning and well-being. Treating GD/gender-incongruent adolescents entering puberty with GnRH analogs has been shown to improve psychological functioning in several domains (86).

Another reason to start blocking pubertal hormones early in puberty is that the physical outcome is improved compared with initiating physical transition after puberty has been completed (60, 62). Looking like a man or woman when living as the opposite sex creates difficult

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

barriers with enormous life-long disadvantages. We therefore advise starting suppression in early puberty to prevent the irreversible development of undesirable secondary sex characteristics. However, adolescents with GD/gender incongruence should experience the first changes of their endogenous spontaneous puberty, because their emotional reaction to these first physical changes has diagnostic value in establishing the persistence of GD/gender incongruence (85). Thus, Tanner stage 2 is the optimal time to start pubertal suppression. However, pubertal suppression treatment in early puberty will limit the growth of the penis and scrotum, which will have a potential effect on future surgical treatments (87).

Clinicians can also use pubertal suppression in adolescents in later pubertal stages to stop menses in transgender males and prevent facial hair growth in transgender females. However, in contrast to the effects in early pubertal adolescents, physical sex characteristics (such as more advanced breast development in transgender boys and lowering of the voice and outgrowth of the jaw and brow in transgender girls) are not reversible.

### Values and preferences

These recommendations place a high value on avoiding an unsatisfactory physical outcome when secondary sex characteristics have become manifest and irreversible, a higher value on psychological well-being, and a lower value on avoiding potential harm from early pubertal suppression.

### Remarks

Table 6 lists the Tanner stages of breast and male genital development. Careful documentation of hallmarks of pubertal development will ensure precise timing when initiating pubertal suppression once puberty has started. Clinicians can use pubertal LH and sex steroid levels to confirm that puberty has progressed sufficiently before starting pubertal suppression (88). Reference ranges for sex steroids by Tanner stage may vary depending on the assay used. Ultrasensitive sex steroid and gonadotropin assays will help clinicians document early pubertal changes.

Irreversible and, for GD/gender-incongruent adolescents, undesirable sex characteristics in female puberty are breasts, female body habitus, and, in some cases, relative short stature. In male puberty, they are a prominent Adam's apple; low voice; male bone configuration, such as a large jaw, big feet and hands; and tall stature; and male hair pattern on the face and extremities.

2.3. We recommend that, where indicated, GnRH analogues are used to suppress pubertal hormones. (1 |⊕⊕○○)

### Evidence

Clinicians can suppress pubertal development and gonadal function most effectively via gonadotropin suppression using GnRH analogs. GnRH analogs are long-acting agonists that suppress gonadotropins by GnRH receptor desensitization after an initial increase of gonadotropins during ~10 days after the first and (to a lesser degree) the second injection (89). Antagonists immediately suppress pituitary gonadotropin secretion (90, 91). Long-acting GnRH analogs are the currently preferred treatment option. Clinicians may consider long-acting GnRH antagonists when evidence on their safety and efficacy in adolescents becomes available.

During GnRH analog treatment, slight development of secondary sex characteristics may regress, and in a later phase of pubertal development, it will stop. In girls, breast tissue will become atrophic, and menses will stop. In boys, virilization will stop, and testicular volume may decrease (92).

An advantage of using GnRH analogs is the reversibility of the intervention. If, after extensive exploration of his/her transition wish, the individual no longer desires transition, they can discontinue pubertal suppression. In subjects with

---

**Table 6.   Tanner Stages of Breast Development and Male External Genitalia**

The description of Tanner stages for breast development:
1. Prepubertal
2. Breast and papilla elevated as small mound; areolar diameter increased
3. Breast and areola enlarged, no contour separation
4. Areola and papilla form secondary mound
5. Mature; nipple projects, areola part of general breast contour

For penis and testes:
1. Prepubertal, testicular volume <4 mL
2. Slight enlargement of penis; enlarged scrotum, pink, texture altered, testes 4–6 mL
3. Penis longer, testes larger (8–12 mL)
4. Penis and glans larger, including increase in breadth; testes larger (12–15 mL), scrotum dark
5. Penis adult size; testicular volume > 15 ml

Adapted from Lawrence (56).

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

3882   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

precocious puberty, spontaneous pubertal development has been shown to resume after patients discontinue taking GnRH analogs (93).

Recommendations 2.1 to 2.3 are supported by a prospective follow-up study from The Netherlands. This report assessed mental health outcomes in 55 transgender adolescents/young adults (22 transgender females and 33 transgender males) at three time points: (1) before the start of GnRH agonist (average age of 14.8 years at start of treatment), (2) at initiation of gender-affirming hormones (average age of 16.7 years at start of treatment), and (3) 1 year after "gender-reassignment surgery" (average age of 20.7 years) (63). Despite a decrease in depression and an improvement in general mental health functioning, GD/gender incongruence persisted through pubertal suppression, as previously reported (86). However, following sex hormone treatment and gender-reassignment surgery, GD/gender incongruence was resolved and psychological functioning steadily improved (63). Furthermore, well-being was similar to or better than that reported by age-matched young adults from the general population, and none of the study participants regretted treatment. This study represents the first long-term follow-up of individuals managed according to currently existing clinical practice guidelines for transgender youth, and it underscores the benefit of the multidisciplinary approach pioneered in The Netherlands; however, further studies are needed.

### Side effects

The primary risks of pubertal suppression in GD/gender-incongruent adolescents may include adverse effects on bone mineralization (which can theoretically be reversed with sex hormone treatment), compromised fertility if the person subsequently is treated with sex hormones, and unknown effects on brain development. Few data are available on the effect of GnRH analogs on BMD in adolescents with GD/gender incongruence. Initial data in GD/gender-incongruent subjects demonstrated no change of absolute areal BMD during 2 years of GnRH analog therapy but a decrease in BMD $z$ scores (85). A recent study also suggested suboptimal bone mineral accrual during GnRH analog treatment. The study reported a decrease in areal BMD $z$ scores and of bone mineral apparent density $z$ scores (which takes the size of the bone into account) in 19 transgender males treated with GnRH analogs from a mean age of 15.0 years (standard deviation = 2.0 years) to a median duration of 1.5 years (0.3 to 5.2 years) and in 15 transgender females treated from 14.9 ($\pm$1.9) years for 1.3 years (0.5 to 3.8 years), although not all changes were statistically significant (94). There was incomplete catch-up at age 22 years after sex hormone treatment from age 16.6 ($\pm$1.4

years for a median duration of 5.8 years (3.0 to 8.0 years) in transgender females and from age 16.4 ($\pm$2.3) years for 5.4 years (2.8 to 7.8 years) in transgender males. Little is known about more prolonged use of GnRH analogs. Researchers reported normal BMD $z$ scores at age 35 years in one individual who used GnRH analogs from age 13.7 years until age 18.6 years before initiating sex hormone treatment (65).

Additional data are available from individuals with late puberty or GnRH analog treatment of other indications. Some studies reported that men with constitutionally delayed puberty have decreased BMD in adulthood (95). However, other studies reported that these men have normal BMD (96, 97). Treating adults with GnRH analogs results in a decrease of BMD (98). In children with central precocious puberty, treatment with GnRH analogs has been found to result in a decrease of BMD during treatment by some (99) but not others (100). Studies have reported normal BMD after discontinuing therapy (69, 72, 73, 101, 102). In adolescents treated with growth hormone who are small for gestational age and have normal pubertal timing, 2-year GnRH analog treatments did not adversely affect BMD (103). Calcium supplementation may be beneficial in optimizing bone health in GnRH analog–treated individuals (104). There are no studies of vitamin D supplementation in this context, but clinicians should offer supplements to vitamin D–deficient adolescents. Physical activity, especially during growth, is important for bone mass in healthy individuals (103) and is therefore likely to be beneficial for bone health in GnRH analog–treated subjects.

GnRH analogs did not induce a change in body mass index standard deviation score in GD/gender-incongruent adolescents (94) but caused an increase in fat mass and decrease in lean body mass percentage (92). Studies in girls treated for precocious puberty also reported a stable body mass index standard deviation score during treatment (72) and body mass index and body composition comparable to controls after treatment (73).

Arterial hypertension has been reported as an adverse effect in a few girls treated with GnRH analogs for precocious/early puberty (105, 106). Blood pressure monitoring before and during treatment is recommended.

Individuals may also experience hot flashes, fatigue, and mood alterations as a consequence of pubertal suppression. There is no consensus on treatment of these side effects in this context.

It is recommended that any use of pubertal blockers (and subsequent use of sex hormones, as detailed below) include a discussion about implications for fertility (see recommendation 1.3). Transgender adolescents may

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem   3883

want to preserve fertility, which may be otherwise compromised if puberty is suppressed at an early stage and the individual completes phenotypic transition with the use of sex hormones.

Limited data are available regarding the effects of GnRH analogs on brain development. A single cross-sectional study demonstrated no compromise of executive function (107), but animal data suggest there may be an effect of GnRH analogs on cognitive function (108).

### Values and preferences

Our recommendation of GnRH analogs places a higher value on the superior efficacy, safety, and reversibility of the pubertal hormone suppression achieved (as compared with the alternatives) and a relatively lower value on limiting the cost of therapy. Of the available alternatives, depot and oral progestin preparations are effective. Experience with this treatment dates back prior to the emergence of GnRH analogs for treating precocious puberty in papers from the 1960s and early 1970s (109–112). These compounds are usually safe, but some side effects have been reported (113–115). Only two recent studies involved transgender youth (116, 117). One of these studies described the use of oral lynestrenol monotherapy followed by the addition of testosterone treatment in transgender boys who were at Tanner stage B4 or further at the start of treatment (117). They found lynestrenol safe, but gonadotropins were not fully suppressed. The study reported metrorrhagia in approximately half of the individuals, mainly in the first 6 months. Acne, headache, hot flashes, and fatigue were other frequent side effects. Another progestin that has been studied in the United States is medroxyprogesterone. This agent is not as effective as GnRH analogs in lowering endogenous sex hormones either and may be associated with other side effects (116). Progestin preparations may be an acceptable treatment for persons without access to GnRH analogs or with a needle phobia. If GnRH analog treatment is not available (insurance denial, prohibitive cost, or other reasons), postpubertal, transgender female adolescents may be treated with an antiandrogen that directly suppresses androgen synthesis or action (see adult section).

### Remarks

Measurements of gonadotropin and sex steroid levels give precise information about gonadal axis suppression, although there is insufficient evidence for any specific short-term monitoring scheme in children treated with GnRH analogs (88). If the gonadal axis is not completely suppressed—as evidenced by (for example) menses, erections, or progressive hair growth—the interval of GnRH analog treatment can be shortened or the dose increased. During treatment, adolescents should be monitored for negative effects of delaying puberty, including a halted growth spurt and impaired bone mineral accretion. Table 7 illustrates a suggested clinical protocol.

Anthropometric measurements and X-rays of the left hand to monitor bone age are informative for evaluating growth. To assess BMD, clinicians can perform dual-energy X-ray absorptiometry scans.

2.4. In adolescents who request sex hormone treatment (given this is a partly irreversible treatment), we recommend initiating treatment using a gradually increasing dose schedule (see Table 8) after a multidisciplinary team of medical and MHPs has confirmed the persistence of GD/gender incongruence and sufficient mental capacity to give informed consent, which most adolescents have by age 16 years (Table 5). (1 |⊕⊕○○)

2.5. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to the age of 16 years in some adolescents with GD/gender incongruence, even though there are minimal published studies of gender-affirming hormone treatments administered before age 13.5 to 14 years. As with the care of adolescents ≥16 years of age, we recommend that an expert multidisciplinary team of medical and MHPs manage this treatment. (1 |⊕○○○)

2.6. We suggest monitoring clinical pubertal development every 3 to 6 months and laboratory parameters every 6 to 12 months during sex hormone treatment (Table 9). (2 |⊕⊕○○)

---

**Table 7.   Baseline and Follow-Up Protocol During Suppression of Puberty**

Every 3–6 mo
  Anthropometry: height, weight, sitting height, blood pressure, Tanner stages
Every 6–12 mo
  Laboratory: LH, FSH, E2/T, 25OH vitamin D
Every 1–2 y
  Bone density using DXA
  Bone age on X-ray of the left hand (if clinically indicated)

Adapted from Hembree et al. (118).

Abbreviations: DXA, dual-energy X-ray absorptiometry; E2, estradiol; FSH, follicle stimulating hormone; LH, luteinizing hormone; T, testosterone;

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

**3884**   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

---

**Table 8.   Protocol Induction of Puberty**

Induction of female puberty with oral 17β-estradiol, increasing the dose every 6 mo:
    5 μg/kg/d
    10 μg/kg/d
    15 μg/kg/d
    20 μg/kg/d
    Adult dose = 2–6 mg/d
    *In postpubertal transgender female adolescents, the dose of 17β-estradiol can be increased more rapidly:*
      1 mg/d for 6 mo
      2 mg/d
Induction of female puberty with transdermal 17β-estradiol, increasing the dose every 6 mo (new patch is placed every 3.5 d):
    6.25–12.5 μg/24 h (cut 25-μg patch into quarters, then halves)
    25 μg/24 h
    37.5 μg/24 h
    Adult dose = 50–200 μg/24 h
    *For alternatives once at adult dose, see Table 11.*
    *Adjust maintenance dose to mimic physiological estradiol levels (see Table 15).*

Induction of male puberty with testosterone esters increasing the dose every 6 mo (IM or SC):
    25 mg/m$^2$/2 wk (or alternatively, half this dose weekly, or double the dose every 4 wk)
    50 mg/m$^2$/2 wk
    75 mg/m$^2$/2 wk
    100 mg/m$^2$/2 wk
    Adult dose = 100–200 mg every 2 wk
    *In postpubertal transgender male adolescents the dose of testosterone esters can be increased more rapidly:*
      75 mg/2 wk for 6 mo
      125 mg/2 wk
    *For alternatives once at adult dose, see Table 11.*
    *Adjust maintenance dose to mimic physiological testosterone levels (see Table 14).*

Adapted from Hembree *et al.* (118).

Abbreviations: IM, intramuscularly; SC, subcutaneously.

---

### Evidence

Adolescents develop competence in decision making at their own pace. Ideally, the supervising medical professionals should individually assess this competence, although no objective tools to make such an assessment are currently available.

Many adolescents have achieved a reasonable level of competence by age 15 to 16 years (119), and in many countries 16-year-olds are legally competent with regard to medical decision making (120). However, others believe that although some capacities are generally achieved before age 16 years, other abilities (such as good risk assessment) do not develop until well after 18 years (121). They suggest that health care procedures should be divided along a matrix of relative risk, so that younger adolescents can be allowed to decide about low-risk procedures, such as most diagnostic tests and common therapies, but not about high-risk procedures, such as most surgical procedures (121).

Currently available data from transgender adolescents support treatment with sex hormones starting at age 16 years (63, 122). However, some patients may incur potential risks by waiting until age 16 years. These include the potential risk to bone health if puberty is suppressed

---

**Table 9.   Baseline and Follow-up Protocol During Induction of Puberty**

Every 3–6 mo
    • Anthropometry: height, weight, sitting height, blood pressure, Tanner stages
Every 6–12 mo
    • In transgender males: hemoglobin/hematocrit, lipids, testosterone, 25OH vitamin D
    • In transgender females: prolactin, estradiol, 25OH vitamin D
Every 1–2 y
    • BMD using DXA
    • Bone age on X-ray of the left hand (if clinically indicated)
*BMD should be monitored into adulthood (until the age of 25–30 y or until peak bone mass has been reached).*
*For recommendations on monitoring once pubertal induction has been completed, see Tables 14 and 15.*

Adapted from Hembree *et al.* (118).

Abbreviation: DXA, dual-energy X-ray absorptiometry.

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

for 6 to 7 years before initiating sex hormones (*e.g.*, if someone reached Tanner stage 2 at age 9-10 years old). Additionally, there may be concerns about inappropriate height and potential harm to mental health (emotional and social isolation) if initiation of secondary sex characteristics must wait until the person has reached 16 years of age. However, only minimal data supporting earlier use of gender-affirming hormones in transgender adolescents currently exist (63). Clearly, long-term studies are needed to determine the optimal age of sex hormone treatment in GD/gender-incongruent adolescents.

The MHP who has followed the adolescent during GnRH analog treatment plays an essential role in assessing whether the adolescent is eligible to start sex hormone therapy and capable of consenting to this treatment (Table 5). Support of the family/environment is essential. Prior to the start of sex hormones, clinicians should discuss the implications for fertility (see recommendation 1.5). Throughout pubertal induction, an MHP and a pediatric endocrinologist (or other clinician competent in the evaluation and induction of pubertal development) should monitor the adolescent. In addition to monitoring therapy, it is also important to pay attention to general adolescent health issues, including healthy life style choices, such as not smoking, contraception, and appropriate vaccinations (*e.g.*, human papillomavirus).

For the induction of puberty, clinicians can use a similar dose scheme for hypogonadal adolescents with GD/gender incongruence as they use in other individuals with hypogonadism, carefully monitoring for desired and undesired effects (Table 8). In transgender female adolescents, transdermal 17β-estradiol may be an alternative for oral 17β-estradiol. It is increasingly used for pubertal induction in hypogonadal females. However, the absence of low-dose estrogen patches may be a problem. As a result, individuals may need to cut patches to size themselves to achieve appropriate dosing (123). In transgender male adolescents, clinicians can give testosterone injections intramuscularly or subcutaneously (124, 125).

When puberty is initiated with a gradually increasing schedule of sex steroid doses, the initial levels will not be high enough to suppress endogenous sex steroid secretion. Gonadotropin secretion and endogenous production of testosterone may resume and interfere with the effectiveness of estrogen treatment, in transgender female adolescents (126, 127). Therefore, continuation of GnRH analog treatment is advised until gonadectomy. Given that GD/gender-incongruent adolescents may opt not to have gonadectomy, long-term studies are necessary to examine the potential risks of prolonged GnRH analog treatment. Alternatively, in transgender male adolescents, GnRH analog treatment can be discontinued once an

adult dose of testosterone has been reached and the individual is well virilized. If uterine bleeding occurs, a progestin can be added. However, the combined use of a GnRH analog (for ovarian suppression) and testosterone may enable phenotypic transition with a lower dose of testosterone in comparison with testosterone alone. If there is a wish or need to discontinue GnRH analog treatment in transgender female adolescents, they may be treated with an antiandrogen that directly suppresses androgen synthesis or action (see section 3.0 "Hormonal Therapy for Transgender Adults").

**Values and preferences**

The recommendation to initiate pubertal induction only when the individual has sufficient mental capacity (roughly age 16 years) to give informed consent for this partly irreversible treatment places a higher value on the ability of the adolescent to fully understand and oversee the partially irreversible consequences of sex hormone treatment and to give informed consent. It places a lower value on the possible negative effects of delayed puberty. We may not currently have the means to weigh adequately the potential benefits of waiting until around age 16 years to initiate sex hormones vs the potential risks/harm to BMD and the sense of social isolation from having the timing of puberty be so out of sync with peers (128).

**Remarks**

Before starting sex hormone treatment, effects on fertility and options for fertility preservation should be discussed. Adult height may be a concern in transgender adolescents. In a transgender female adolescent, clinicians may consider higher doses of estrogen or a more rapid tempo of dose escalation during pubertal induction. There are no established treatments yet to augment adult height in a transgender male adolescent with open epiphyses during pubertal induction. It is not uncommon for transgender adolescents to present for clinical services after having completed or nearly completed puberty. In such cases, induction of puberty with sex hormones can be done more rapidly (see Table 8). Additionally, an adult dose of testosterone in transgender male adolescents may suffice to suppress the gonadal axis without the need to use a separate agent. At the appropriate time, the multidisciplinary team should adequately prepare the adolescent for transition to adult care.

## 3.0 Hormonal Therapy for Transgender Adults

The two major goals of hormonal therapy are (1) to reduce endogenous sex hormone levels, and thus reduce

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

**3886**   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

the secondary sex characteristics of the individual's designated gender, and (2) to replace endogenous sex hormone levels consistent with the individual's gender identity by using the principles of hormone replacement treatment of hypogonadal patients. The timing of these two goals and the age at which to begin treatment with the sex hormones of the chosen gender is codetermined in collaboration with both the person pursuing transition and the health care providers. The treatment team should include a medical provider knowledgeable in transgender hormone therapy, an MHP knowledgeable in GD/gender incongruence and the mental health concerns of transition, and a primary care provider able to provide care appropriate for transgender individuals. The physical changes induced by this sex hormone transition are usually accompanied by an improvement in mental well-being (129, 130).

> 3.1. We recommend that clinicians confirm the diagnostic criteria of GD/gender incongruence and the criteria for the endocrine phase of gender transition before beginning treatment. (1 |⊕⊕⊕○)
>
> 3.2. We recommend that clinicians evaluate and address medical conditions that can be exacerbated by hormone depletion and treatment with sex hormones of the affirmed gender before beginning treatment (Table 10). (1 |⊕⊕⊕○)
>
> 3.3. We suggest that clinicians measure hormone levels during treatment to ensure that endogenous sex steroids are suppressed and administered sex steroids are maintained in the normal physiologic range for the affirmed gender. (2 |⊕⊕○○)

**Evidence**

It is the responsibility of the treating clinician to confirm that the person fulfills criteria for treatment. The treating clinician should become familiar with the terms and criteria presented in Tables 1–5 and take a thorough history from the patient in collaboration with the other members of the treatment team. The treating clinician must ensure that the desire for transition is appropriate; the consequences, risks, and benefits of treatment are well understood; and the desire for transition persists. They also need to discuss fertility preservation options (see recommendation 1.3) (67, 68).

*Transgender males*

Clinical studies have demonstrated the efficacy of several different androgen preparations to induce masculinization in transgender males (Appendix A) (113, 114, 131–134). Regimens to change secondary sex characteristics follow the general principle of hormone replacement treatment of male hypogonadism (135). Clinicians can use either parenteral or transdermal preparations to achieve testosterone values in the normal male range (this is dependent on the specific assay, but is typically 320 to 1000 ng/dL) (Table 11) (136). Sustained supraphysiologic levels of testosterone increase the risk of adverse reactions (see section 4.0 "Adverse Outcome Prevention and Long-Term Care") and should be avoided.

Similar to androgen therapy in hypogonadal men, testosterone treatment in transgender males results in increased muscle mass and decreased fat mass, increased facial hair and acne, male pattern baldness in those genetically predisposed, and increased sexual desire (137).

---

**Table 10.   Medical Risks Associated With Sex Hormone Therapy**

Transgender female: estrogen
  Very high risk of adverse outcomes:
    • Thromboembolic disease
  Moderate risk of adverse outcomes:
    • Macroprolactinoma
    • Breast cancer
    • Coronary artery disease
    • Cerebrovascular disease
    • Cholelithiasis
    • Hypertriglyceridemia

Transgender male: testosterone
  Very high risk of adverse outcomes:
    • Erythrocytosis (hematocrit > 50%)
  Moderate risk of adverse outcomes:
    • Severe liver dysfunction (transaminases > threefold upper limit of normal)
    • Coronary artery disease
    • Cerebrovascular disease
    • Hypertension
    • Breast or uterine cancer

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem   **3887**

| Table 11. | Hormone Regimens in Transgender Persons |
|---|---|
| Transgender females[a] | |
| Estrogen | |
| Oral | |
| Estradiol | 2.0–6.0 mg/d |
| Transdermal | |
| Estradiol transdermal patch | 0.025–0.2 mg/d |
| (New patch placed every 3–5 d) | |
| Parenteral | |
| Estradiol valerate or cypionate | 5–30 mg IM every 2 wk |
| | 2–10 mg IM every week |
| Anti-androgens | |
| Spironolactone | 100–300 mg/d |
| Cyproterone acetate[b] | 25–50 mg/d |
| GnRH agonist | 3.75 mg SQ (SC) monthly |
| | 11.25 mg SQ (SC) 3-monthly |
| Transgender males | |
| Testosterone | |
| Parenteral testosterone | |
| Testosterone enanthate or cypionate | 100–200 mg SQ (IM) every 2 wk or SQ (SC) 50% per week |
| Testosterone undecanoate[c] | 1000 mg every 12 wk |
| Transdermal testosterone | |
| Testosterone gel 1.6%[d] | 50–100 mg/d |
| Testosterone transdermal patch | 2.5–7.5 mg/d |

Abbreviations: IM, intramuscularly; SQ, sequentially; SC, subcutaneously.

[a]Estrogens used with or without antiandrogens or GnRH agonist.

[b]Not available in the United States.

[c]One thousand milligrams initially followed by an injection at 6 wk then at 12 wk intervals.

[d]Avoid cutaneous transfer to other individuals.

In transgender males, testosterone will result in clit-oromegaly, temporary or permanent decreased fertility, deepening of the voice, cessation of menses (usually), and a significant increase in body hair, particularly on the face, chest, and abdomen. Cessation of menses may occur within a few months with testosterone treatment alone, although high doses of testosterone may be required. If uterine bleeding continues, clinicians may consider the addition of a progestational agent or endometrial ablation (138). Clinicians may also administer GnRH analogs or depot medroxyprogesterone to stop menses prior to testosterone treatment.

**Transgender females**

The hormone regimen for transgender females is more complex than the transgender male regimen (Appendix B). Treatment with physiologic doses of estrogen alone is insufficient to suppress testosterone levels into the normal range for females (139). Most published clinical studies report the need for adjunctive therapy to achieve testosterone levels in the female range (21, 113, 114, 132–134, 139, 140).

Multiple adjunctive medications are available, such as progestins with antiandrogen activity and GnRH agonists (141). Spironolactone works by directly blocking androgens during their interaction with the androgen receptor (114, 133, 142). It may also have estrogenic activity (143). Cyproterone acetate, a progestational compound with antiandrogenic properties (113, 132, 144), is widely used in Europe. 5α-Reductase inhibitors do not reduce testosterone levels and have adverse effects (145).

Dittrich et al. (141) reported that monthly doses of the GnRH agonist goserelin acetate in combination with estrogen were effective in reducing testosterone levels with a low incidence of adverse reactions in 60 transgender females. Leuprolide and transdermal estrogen were as effective as cyproterone and transdermal estrogen in a comparative retrospective study (146).

Patients can take estrogen as oral conjugated estrogens, oral 17β-estradiol, or transdermal 17β-estradiol. Among estrogen options, the increased risk of thromboembolic events associated with estrogens in general seems most concerning with ethinyl estradiol specifically (134, 140, 141), which is why we specifically suggest that it not be used in any transgender treatment plan. Data distinguishing among other estrogen options are less well established although there is some thought that oral routes of administration are more thrombogenic due to the "first pass effect" than are transdermal and parenteral routes, and that the risk of thromboembolic events is dose-dependent. Injectable estrogen and sublingual

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

**3888**    Hembree et al    Guidelines on Gender-Dysphoric/Gender-Incongruent Persons    J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

estrogen may benefit from avoiding the first pass effect, but they can result in more rapid peaks with greater overall periodicity and thus are more difficult to monitor (147, 148). However, there are no data demonstrating that increased periodicity is harmful otherwise.

Clinicians can use serum estradiol levels to monitor oral, transdermal, and intramuscular estradiol. Blood tests cannot monitor conjugated estrogens or synthetic estrogen use. Clinicians should measure serum estradiol and serum testosterone and maintain them at the level for premenopausal females (100 to 200 pg/mL and <50 ng/dL, respectively). The transdermal preparations and injectable estradiol cypionate or valerate preparations may confer an advantage in older transgender females who may be at higher risk for thromboembolic disease (149).

### Values

Our recommendation to maintain levels of gender-affirming hormones in the normal adult range places a high value on the avoidance of the long-term complications of pharmacologic doses. Those patients receiving endocrine treatment who have relative contraindications to hormones should have an in-depth discussion with their physician to balance the risks and benefits of therapy.

### Remarks

Clinicians should inform all endocrine-treated individuals of all risks and benefits of gender-affirming hormones prior to initiating therapy. Clinicians should strongly encourage tobacco use cessation in transgender females to avoid increased risk of VTE and cardiovascular complications. We strongly discourage the unsupervised use of hormone therapy (150).

Not all individuals with GD/gender incongruence seek treatment as described (e.g., male-to-eunuchs and individuals seeking partial transition). Tailoring current protocols to the individual may be done within the context of accepted safety guidelines using a multidisciplinary approach including mental health. No evidence-based protocols are available for these groups (151). We need prospective studies to better understand treatment options for these persons.

3.4. We suggest that endocrinologists provide education to transgender individuals undergoing treatment about the onset and time course of physical changes induced by sex hormone treatment. (2 |⊕○○○)

### Evidence

#### Transgender males

Physical changes that are expected to occur during the first 1 to 6 months of testosterone therapy include

cessation of menses, increased sexual desire, increased facial and body hair, increased oiliness of skin, increased muscle, and redistribution of fat mass. Changes that occur within the first year of testosterone therapy include deepening of the voice (152, 153), clitoromegaly, and male pattern hair loss (in some cases) (114, 144, 154, 155) (Table 12).

#### Transgender females

Physical changes that may occur in transgender females in the first 3 to 12 months of estrogen and anti-androgen therapy include decreased sexual desire, decreased spontaneous erections, decreased facial and body hair (usually mild), decreased oiliness of skin, increased breast tissue growth, and redistribution of fat mass (114, 139, 149, 154, 155, 161) (Table 13). Breast development is generally maximal at 2 years after initiating hormones (114, 139, 149, 155). Over a long period of time, the prostate gland and testicles will undergo atrophy.

Although the time course of breast development in transgender females has been studied (150), precise information about other changes induced by sex hormones is lacking (141). There is a great deal of variability among individuals, as evidenced during pubertal development. We all know that a major concern for transgender females is breast development. If we work with estrogens, the result will be often not what the transgender female expects.

Alternatively, there are transgender females who report an anecdotal improved breast development, mood, or sexual desire with the use of progestogens. However, there have been no well-designed studies of the role of progestogens in feminizing hormone regimens, so the question is still open.

Our knowledge concerning the natural history and effects of different cross-sex hormone therapies on breast

**Table 12.    Masculinizing Effects in Transgender Males**

| Effect | Onset | Maximum |
|---|---|---|
| Skin oiliness/acne | 1–6 mo | 1–2 y |
| Facial/body hair growth | 6–12 mo | 4–5 y |
| Scalp hair loss | 6–12 mo | —[a] |
| Increased muscle mass/strength | 6–12 mo | 2–5 y |
| Fat redistribution | 1–6 mo | 2–5 y |
| Cessation of menses | 1–6 mo | —[b] |
| Clitoral enlargement | 1–6 mo | 1–2 y |
| Vaginal atrophy | 1–6 mo | 1–2 y |
| Deepening of voice | 6–12 mo | 1–2 y |

Estimates represent clinical observations: Toorians et al. (149), Asscheman et al. (156), Gooren et al. (157), Wierckx et al. (158).

[a]Prevention and treatment as recommended for biological men.

[b]Menorrhagia requires diagnosis and treatment by a gynecologist.

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558 by guest on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem   **3889**

**Table 13.   Feminizing Effects in Transgender Females**

| Effect | Onset | Maximum |
|---|---|---|
| Redistribution of body fat | 3–6 mo | 2–3 y |
| Decrease in muscle mass and strength | 3–6 mo | 1–2 y |
| Softening of skin/decreased oiliness | 3–6 mo | Unknown |
| Decreased sexual desire | 1–3 mo | 3–6 mo |
| Decreased spontaneous erections | 1–3 mo | 3–6 mo |
| Male sexual dysfunction | Variable | Variable |
| Breast growth | 3–6 mo | 2–3 y |
| Decreased testicular volume | 3–6 mo | 2–3 y |
| Decreased sperm production | Unknown | >3 y |
| Decreased terminal hair growth | 6–12 mo | >3 y[a] |
| Scalp hair | Variable | —[b] |
| Voice changes | None | —[c] |

Estimates represent clinical observations: Toorians et al. (149), Asscheman et al. (156), Gooren et al. (157).

[a]Complete removal of male sexual hair requires electrolysis or laser treatment or both.

[b]Familial scalp hair loss may occur if estrogens are stopped.

[c]Treatment by speech pathologists for voice training is most effective.

development in transgender females is extremely sparse and based on the low quality of evidence. Current evidence does not indicate that progestogens enhance breast development in transgender females, nor does evidence prove the absence of such an effect. This prevents us from drawing any firm conclusion at this moment and demonstrates the need for further research to clarify these important clinical questions (162).

### Values and preferences

Transgender persons have very high expectations regarding the physical changes of hormone treatment and are aware that body changes can be enhanced by surgical procedures (e.g., breast, face, and body habitus). Clear expectations for the extent and timing of sex hormone–induced changes may prevent the potential harm and expense of unnecessary procedures.

## 4.0 Adverse Outcome Prevention and Long-Term Care

Hormone therapy for transgender males and females confers many of the same risks associated with sex hormone replacement therapy in nontransgender persons. The risks arise from and are worsened by inadvertent or intentional use of supraphysiologic doses of sex hormones, as well as use of inadequate doses of sex hormones to maintain normal physiology (131, 139).

4.1.  We suggest regular clinical evaluation for physical changes and potential adverse changes in response to sex steroid hormones and laboratory monitoring of sex steroid hormone levels every

3 months during the first year of hormone therapy for transgender males and females and then once or twice yearly. (2 |⊕⊕○○)

### Evidence

Pretreatment screening and appropriate regular medical monitoring are recommended for both transgender males and females during the endocrine transition and periodically thereafter (26, 155). Clinicians should monitor weight and blood pressure, conduct physical exams, and assess routine health questions, such as tobacco use, symptoms of depression, and risk of adverse events such as deep vein thrombosis/pulmonary embolism and other adverse effects of sex steroids.

### Transgender males

Table 14 contains a standard monitoring plan for transgender males on testosterone therapy (154, 159). Key issues include maintaining testosterone levels in the physiologic normal male range and avoiding adverse events resulting from excess testosterone therapy, particularly erythrocytosis, sleep apnea, hypertension, excessive weight gain, salt retention, lipid changes, and excessive or cystic acne (135).

Because oral 17-alkylated testosterone is not recommended, serious hepatic toxicity is not anticipated with parenteral or transdermal testosterone use (163, 164). Past concerns regarding liver toxicity with testosterone have been alleviated with subsequent reports that indicate the risk of serious liver disease is minimal (144, 165, 166).

### Transgender females

Table 15 contains a standard monitoring plan for transgender females on estrogens, gonadotropin suppression, or antiandrogens (160). Key issues include avoiding supraphysiologic doses or blood levels of estrogen that may lead to increased risk for thromboembolic disease, liver dysfunction, and hypertension. Clinicians should monitor serum estradiol levels using laboratories participating in external quality control, as measurements of estradiol in blood can be very challenging (167).

VTE may be a serious complication. A study reported a 20-fold increase in venous thromboembolic disease in a large cohort of Dutch transgender subjects (161). This increase may have been associated with the use of the synthetic estrogen, ethinyl estradiol (149). The incidence decreased when clinicians stopped administering ethinyl estradiol (161). Thus, the use of synthetic estrogens and conjugated estrogens is undesirable because of the inability to regulate doses by measuring serum levels and the risk of thromboembolic disease. In a German gender clinic, deep vein thrombosis occurred in 1 of 60 of transgender females treated with a GnRH analog and oral

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558 by guest on 02 May 2018

3890    Hembree et al    Guidelines on Gender-Dysphoric/Gender-Incongruent Persons    J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

**Table 14.    Monitoring of Transgender Persons on Gender-Affirming Hormone Therapy: Transgender Male**

1. Evaluate patient every 3 mo in the first year and then one to two times per year to monitor for appropriate signs of virilization and for development of adverse reactions.
2. Measure serum testosterone every 3 mo until levels are in the normal physiologic male range:[a]
   a. For testosterone enanthate/cypionate injections, the testosterone level should be measured midway between injections. The target level is 400–700 ng/dL to 400 ng/dL. Alternatively, measure peak and trough levels to ensure levels remain in the normal male range.
   b. For parenteral testosterone undecanoate, testosterone should be measured just before the following injection. If the level is <400 ng/dL, adjust dosing interval.
   c. For transdermal testosterone, the testosterone level can be measured no sooner than after 1 wk of daily application (at least 2 h after application).
3. Measure hematocrit or hemoglobin at baseline and every 3 mo for the first year and then one to two times a year. Monitor weight, blood pressure, and lipids at regular intervals.
4. Screening for osteoporosis should be conducted in those who stop testosterone treatment, are not compliant with hormone therapy, or who develop risks for bone loss.
5. If cervical tissue is present, monitoring as recommended by the American College of Obstetricians and Gynecologists.
6. Ovariectomy can be considered after completion of hormone transition.
7. Conduct sub- and periareolar annual breast examinations if mastectomy performed. If mastectomy is not performed, then consider mammograms as recommended by the American Cancer Society.

[a]Adapted from Lapauw et al. (154) and Ott et al. (159).

estradiol (141). The patient who developed a deep vein thrombosis was found to have a homozygous C677 T mutation in the methylenetetrahydrofolate reductase gene. In an Austrian gender clinic, administering gender-affirming hormones to 162 transgender females and 89 transgender males was not associated with VTE, despite an 8.0% and 5.6% incidence of thrombophilia (159). A more recent multinational study reported only 10 cases of VTE from a cohort of 1073 subjects (168). Thrombophilia screening of transgender persons initiating hormone treatment should be restricted to those with a personal or family history of VTE (159). Monitoring D-dimer levels during treatment is not recommended (169).

4.2. We suggest periodically monitoring prolactin levels in transgender females treated with estrogens. (2 |⊕⊕○○)

**Evidence**

Estrogen therapy can increase the growth of pituitary lactrotroph cells. There have been several reports of prolactinomas occurring after long-term, high-dose estrogen therapy (170–173). Up to 20% of transgender females treated with estrogens may have elevations in prolactin levels associated with enlargement of the pituitary gland (156). In most cases, the serum prolactin levels will return to the normal range with a reduction or discontinuation of the estrogen therapy or discontinuation of cyproterone acetate (157, 174, 175).

The onset and time course of hyperprolactinemia during estrogen treatment are not known. Clinicians should measure prolactin levels at baseline and then at least annually during the transition period and every 2 years thereafter. Given that only a few case studies reported prolactinoma, and prolactinomas were not reported in large cohorts of estrogen-treated persons, the risk is likely to be very low. Because the major presenting findings of microprolactinomas (hypogonadism and sometimes gynecomastia) are not apparent in transgender females, clinicians may perform radiologic examinations of the pituitary in those patients whose prolactin levels persistently increase despite stable or reduced estrogen levels. Some transgender individuals receive psychotropic medications that can increase prolactin levels (174).

**Table 15.    Monitoring of Transgender Persons on Gender-Affirming Hormone Therapy: Transgender Female**

1. Evaluate patient every 3 mo in the first year and then one to two times per year to monitor for appropriate signs of feminization and for development of adverse reactions.
2. Measure serum testosterone and estradiol every 3 mo.
   a. Serum testosterone levels should be <50 ng/dL.
   b. Serum estradiol should not exceed the peak physiologic range: 100–200 pg/mL.
3. For individuals on spironolactone, serum electrolytes, particularly potassium, should be monitored every 3 mo in the first year and annually thereafter.
4. Routine cancer screening is recommended, as in nontransgender individuals (all tissues present).
5. Consider BMD testing at baseline (160). In individuals at low risk, screening for osteoporosis should be conducted at age 60 years or in those who are not compliant with hormone therapy.

This table presents strong recommendations and does not include lower level recommendations.

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658

https://academic.oup.com/jcem   **3891**

4.3. We suggest that clinicians evaluate transgender persons treated with hormones for cardiovascular risk factors using fasting lipid profiles, diabetes screening, and/or other diagnostic tools. (2 |⊕⊕○○)

### Evidence

#### Transgender males

Administering testosterone to transgender males results in a more atherogenic lipid profile with lowered high-density lipoprotein cholesterol and higher triglyceride and low-density lipoprotein cholesterol values (176–179). Studies of the effect of testosterone on insulin sensitivity have mixed results (178, 180). A randomized, open-label uncontrolled safety study of transgender males treated with testosterone undecanoate demonstrated no insulin resistance after 1 year (181, 182). Numerous studies have demonstrated the effects of sex hormone treatment on the cardiovascular system (160, 179, 183, 184). Long-term studies from The Netherlands found no increased risk for cardiovascular mortality (161). Likewise, a meta-analysis of 19 randomized trials in nontransgender males on testosterone replacement showed no increased incidence of cardiovascular events (185). A systematic review of the literature found that data were insufficient (due to very low-quality evidence) to allow a meaningful assessment of patient-important outcomes, such as death, stroke, myocardial infarction, or VTE in transgender males (176). Future research is needed to ascertain the potential harm of hormonal therapies (176). Clinicians should manage cardiovascular risk factors as they emerge according to established guidelines (186).

#### Transgender females

A prospective study of transgender females found favorable changes in lipid parameters with increased high-density lipoprotein and decreased low-density lipoprotein concentrations (178). However, increased weight, blood pressure, and markers of insulin resistance attenuated these favorable lipid changes. In a meta-analysis, only serum triglycerides were higher at ≥24 months without changes in other parameters (187). The largest cohort of transgender females (mean age 41 years, followed for a mean of 10 years) showed no increase in cardiovascular mortality despite a 32% rate of tobacco use (161).

Thus, there is limited evidence to determine whether estrogen is protective or detrimental on lipid and glucose metabolism in transgender females (176). With aging, there is usually an increase of body weight. Therefore, as with nontransgender individuals, clinicians should

monitor and manage glucose and lipid metabolism and blood pressure regularly according to established guidelines (186).

4.4. We recommend that clinicians obtain BMD measurements when risk factors for osteoporosis exist, specifically in those who stop sex hormone therapy after gonadectomy. (1 |⊕⊕○○)

### Evidence

#### Transgender males

Baseline bone mineral measurements in transgender males are generally in the expected range for their pre-treatment gender (188). However, adequate dosing of testosterone is important to maintain bone mass in transgender males (189, 190). In one study (190), serum LH levels were inversely related to BMD, suggesting that low levels of sex hormones were associated with bone loss. Thus, LH levels in the normal range may serve as an indicator of the adequacy of sex steroid administration to preserve bone mass. The protective effect of testosterone may be mediated by peripheral conversion to estradiol, both systemically and locally in the bone.

#### Transgender females

A baseline study of BMD reported T scores less than −2.5 in 16% of transgender females (191). In aging males, studies suggest that serum estradiol more positively correlates with BMD than does testosterone (192, 193) and is more important for peak bone mass (194). Estrogen preserves BMD in transgender females who continue on estrogen and antiandrogen therapies (188, 190, 191, 195, 196).

Fracture data in transgender males and females are not available. Transgender persons who have undergone gonadectomy may choose not to continue consistent sex steroid treatment after hormonal and surgical sex reassignment, thereby becoming at risk for bone loss. There have been no studies to determine whether clinicians should use the sex assigned at birth or affirmed gender for assessing osteoporosis (e.g., when using the FRAX tool). Although some researchers use the sex assigned at birth (with the assumption that bone mass has usually peaked for transgender people who initiate hormones in early adulthood), this should be assessed on a case-by-case basis until there are more data available. This assumption will be further complicated by the increasing prevalence of transgender people who undergo hormonal transition at a pubertal age or soon after puberty. Sex for comparison within risk assessment tools may be based on the age at which hormones were initiated and the length of exposure to hormones. In some cases, it may be

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

reasonable to assess risk using both the male and female calculators and using an intermediate value. Because all subjects underwent normal pubertal development, with known effects on bone size, reference values for birth sex were used for all participants (154).

4.5. We suggest that transgender females with no known increased risk of breast cancer follow breast-screening guidelines recommended for those designated female at birth. (2 |⊕⊕◯◯)

4.6. We suggest that transgender females treated with estrogens follow individualized screening according to personal risk for prostatic disease and prostate cancer. (2 |⊕◯◯◯)

### Evidence

Studies have reported a few cases of breast cancer in transgender females (197–200). A Dutch study of 1800 transgender females followed for a mean of 15 years (range of 1 30 years) found one case of breast cancer. The Women's Health Initiative study reported that females taking conjugated equine estrogen without progesterone for 7 years did not have an increased risk of breast cancer as compared with females taking placebo (137).

In transgender males, a large retrospective study conducted at the U.S. Veterans Affairs medical health system identified seven breast cancers (194). The authors reported that this was not above the expected rate of breast cancers in cisgender females in this cohort. Furthermore, they did report one breast cancer that developed in a transgender male patient after mastectomy, supporting the fact that breast cancer can occur even after mastectomy. Indeed, there have been case reports of breast cancer developing in subareolar tissue in transgender males, which occurred after mastectomy (201, 202).

Women with primary hypogonadism (Turner syndrome) treated with estrogen replacement exhibited a significantly decreased incidence of breast cancer as compared with national standardized incidence ratios (203, 204). These studies suggest that estrogen therapy does not increase the risk of breast cancer in the short term (<20 to 30 years). We need long-term studies to determine the actual risk, as well as the role of screening mammograms. Regular examinations and gynecologic advice should determine monitoring for breast cancer.

Prostate cancer is very rare before the age of 40, especially with androgen deprivation therapy (205). Childhood or pubertal castration results in regression of the prostate and adult castration reverses benign prostate hypertrophy (206). Although van Kesteren et al. (207) reported that estrogen therapy does not induce hypertrophy or premalignant changes in the prostates of

transgender females, studies have reported cases of benign prostatic hyperplasia in transgender females treated with estrogens for 20 to 25 years (208, 209). Studies have also reported a few cases of prostate carcinoma in transgender females (210–214).

Transgender females may feel uncomfortable scheduling regular prostate examinations. Gynecologists are not trained to screen for prostate cancer or to monitor prostate growth. Thus, it may be reasonable for transgender females who transitioned after age 20 years to have annual screening digital rectal examinations after age 50 years and prostate-specific antigen tests consistent with U.S. Preventive Services Task Force Guidelines (215).

4.7. We advise that clinicians determine the medical necessity of including a total hysterectomy and oophorectomy as part of gender-affirming surgery. (Ungraded Good Practice Statement)

### Evidence

Although aromatization of testosterone to estradiol in transgender males has been suggested as a risk factor for endometrial cancer (216), no cases have been reported. When transgender males undergo hysterectomy, the uterus is small and there is endometrial atrophy (217, 218). Studies have reported cases of ovarian cancer (219, 220). Although there is limited evidence for increased risk of reproductive tract cancers in transgender males, health care providers should determine the medical necessity of a laparoscopic total hysterectomy as part of a gender-affirming surgery to prevent reproductive tract cancer (221).

### Values

Given the discomfort that transgender males experience accessing gynecologic care, our recommendation for the medical necessity of total hysterectomy and oophorectomy places a high value on eliminating the risks of female reproductive tract disease and cancer and a lower value on avoiding the risks of these surgical procedures (related to the surgery and to the potential undesirable health consequences of oophorectomy) and their associated costs.

### Remarks

The sexual orientation and type of sexual practices will determine the need and types of gynecologic care required following transition. Additionally, in certain countries, the approval required to change the sex in a birth certificate for transgender males may be dependent on having a complete hysterectomy. Clinicians should help patients research nonmedical administrative criteria and

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658 https://academic.oup.com/jcem   **3893**

provide counseling. If individuals decide not to undergo hysterectomy, screening for cervical cancer is the same as all other females.

## 5.0 Surgery for Sex Reassignment and Gender Confirmation

For many transgender adults, genital gender-affirming surgery may be the necessary step toward achieving their ultimate goal of living successfully in their desired gender role. The type of surgery falls into two main categories: (1) those that directly affect fertility and (2) those that do not. Those that change fertility (previously called sex reassignment surgery) include genital surgery to remove the penis and gonads in the male and removal of the uterus and gonads in the female. The surgeries that effect fertility are often governed by the legal system of the state or country in which they are performed. Other gender-conforming surgeries that do not directly affect fertility are not so tightly governed.

Gender-affirming surgical techniques have improved markedly during the past 10 years. Reconstructive genital surgery that preserves neurologic sensation is now the standard. The satisfaction rate with surgical reassignment of sex is now very high (187). Additionally, the mental health of the individual seems to be improved by participating in a treatment program that defines a pathway of gender-affirming treatment that includes hormones and surgery (130, 144) (Table 16).

Surgery that affects fertility is irreversible. The World Professional Association for Transgender Health Standards of Care (222) emphasizes that the "threshold of 18 should not be seen as an indication in itself for active intervention." If the social transition has not been satisfactory, if the person is not satisfied with or is ambivalent about the effects of sex hormone treatment, or if the person is ambivalent about surgery then the individual should not be referred for surgery (223, 224).

Gender-affirming genital surgeries for transgender females that affect fertility include gonadectomy, penectomy, and creation of a neovagina (225, 226). Surgeons often invert the skin of the penis to form the wall of the vagina, and several literatures reviews have

reported on outcomes (227). Sometimes there is inadequate tissue to form a full neovagina, so clinicians have revisited using intestine and found it to be successful (87, 228, 229). Some newer vaginoplasty techniques may involve autologuous oral epithelial cells (230, 231).

The scrotum becomes the labia majora. Surgeons use reconstructive surgery to fashion the clitoris and its hood, preserving the neurovascular bundle at the tip of the penis as the neurosensory supply to the clitoris. Some surgeons are also creating a sensate pedicled-spot adding a G spot to the neovagina to increase sensation (232). Most recently, plastic surgeons have developed techniques to fashion labia minora. To further complete the feminization, uterine transplants have been proposed and even attempted (233).

Neovaginal prolapse, rectovaginal fistula, delayed healing, vaginal stenosis, and other complications do sometimes occur (234, 235). Clinicians should strongly remind the transgender person to use their dilators to maintain the depth and width of the vagina throughout the postoperative period. Genital sexual responsivity and other aspects of sexual function are usually preserved following genital gender-affirming surgery (236, 237).

Ancillary surgeries for more feminine or masculine appearance are not within the scope of this guideline. Voice therapy by a speech language pathologist is available to transform speech patterns to the affirmed gender (148). Spontaneous voice deepening occurs during testosterone treatment of transgender males (152, 238). No studies have compared the effectiveness of speech therapy, laryngeal surgery, or combined treatment.

Breast surgery is a good example of gender-confirming surgery that does not affect fertility. In all females, breast size exhibits a very broad spectrum. For transgender females to make the best informed decision, clinicians should delay breast augmentation surgery until the patient has completed at least 2 years of estrogen therapy, because the breasts continue to grow during that time (141, 155).

Another major procedure is the removal of facial and masculine-appearing body hair using either electrolysis or

---

**Table 16.   Criteria for Gender-Affirming Surgery, Which Affects Fertility**

1. Persistent, well-documented gender dysphoria
2. Legal age of majority in the given country
3. Having continuously and responsibly used gender-affirming hormones for 12 mo (if there is no medical contraindication to receiving such therapy)
4. Successful continuous full-time living in the new gender role for 12 mo
5. If significant medical or mental health concerns are present, they must be well controlled
6. Demonstrable knowledge of all practical aspects of surgery (e.g., cost, required lengths of hospitalizations, likely complications, postsurgical rehabilitation)

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

**3894**   Hembree et al   Guidelines on Gender-Dysphoric/Gender-Incongruent Persons   J Clin Endocrinol Metab, November 2017, 102(11):3869–3903

laser treatments. Other feminizing surgeries, such as that to feminize the face, are now becoming more popular (239–241).

In transgender males, clinicians usually delay gender-affirming genital surgeries until after a few years of androgen therapy. Those surgeries that affect fertility in this group include oophorectomy, vaginectomy, and complete hysterectomy. Surgeons can safely perform them vaginally with laparoscopy. These are sometimes done in conjunction with the creation of a neopenis. The cosmetic appearance of a neopenis is now very good, but the surgery is multistage and very expensive (242, 243). Radial forearm flap seems to be the most satisfactory procedure (228, 244). Other flaps also exist (245). Surgeons can make neopenile erections possible by reinervation of the flap and subsequent contraction of the muscle, leading to stiffening of the neopenis (246, 247), but results are inconsistent (248). Surgeons can also stiffen the penis by imbedding some mechanical device (*e.g.*, a rod or some inflatable apparatus) (249, 250). Because of these limitations, the creation of a neopenis has often been less than satisfactory. Recently, penis transplants are being proposed (233).

In fact, most transgender males do not have any external genital surgery because of the lack of access, high cost, and significant potential complications. Some choose a metaoidioplasty that brings forward the clitoris, thereby allowing them to void in a standing position without wetting themselves (251, 252). Surgeons can create the scrotum from the labia majora with good cosmetic effect and can implant testicular prostheses (253).

The most important masculinizing surgery for the transgender male is mastectomy, and it does not affect fertility. Breast size only partially regresses with androgen therapy (155). In adults, discussions about mastectomy usually take place after androgen therapy has started. Because some transgender male adolescents present after significant breast development has occurred, they may also consider mastectomy 2 years after they begin androgen therapy and before age 18 years. Clinicians should individualize treatment based on the physical and mental health status of the individual. There are now newer approaches to mastectomy with better outcomes (254, 255). These often involve chest contouring (256). Mastectomy is often necessary for living comfortably in the new gender (256).

5.1. We recommend that a patient pursue genital gender-affirming surgery only after the MHP and the clinician responsible for endocrine transition therapy both agree that surgery is medically necessary and would benefit the patient's overall health and/or well-being. (1 |⊕⊕○○)

5.2. We advise that clinicians approve genital gender-affirming surgery only after completion of at least 1 year of consistent and compliant hormone treatment, unless hormone therapy is not desired or medically contraindicated. (Ungraded Good Practice Statement)

5.3. We advise that the clinician responsible for endocrine treatment and the primary care provider ensure appropriate medical clearance of transgender individuals for genital gender-affirming surgery and collaborate with the surgeon regarding hormone use during and after surgery. (Ungraded Good Practice Statement)

5.4. We recommend that clinicians refer hormone-treated transgender individuals for genital surgery when: (1) the individual has had a satisfactory social role change, (2) the individual is satisfied about the hormonal effects, and (3) the individual desires definitive surgical changes. (1 |⊕○○○)

5.5. We suggest that clinicians delay gender-affirming genital surgery involving gonadectomy and/or hysterectomy until the patient is at least 18 years old or legal age of majority in his or her country. (2 |⊕⊕○○).

5.6. We suggest that clinicians determine the timing of breast surgery for transgender males based upon the physical and mental health status of the individual. There is insufficient evidence to recommend a specific age requirement. (2 |⊕○○○)

### Evidence

Owing to the lack of controlled studies, incomplete follow-up, and lack of valid assessment measures, evaluating various surgical approaches and techniques is difficult. However, one systematic review including a large numbers of studies reported satisfactory cosmetic and functional results for vaginoplasty/neovagina construction (257). For transgender males, the outcomes are less certain. However, the problems are now better understood (258). Several postoperative studies report significant long-term psychological and psychiatric pathology (259–261). One study showed satisfaction with breasts, genitals, and femininity increased significantly and showed the importance of surgical treatment as a key therapeutic option for transgender females (262). Another analysis demonstrated that, despite the young average age at death following surgery and the relatively larger number of individuals with somatic morbidity, the study does not allow for determination of

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018

doi: 10.1210/jc.2017-01658                                                        https://academic.oup.com/jcem    **3895**

causal relationships between, for example, specific types of hormonal or surgical treatment received and somatic morbidity and mortality (263). Reversal surgery in regretful male-to-female transsexuals after sexual reassignment surgery represents a complex, multistage procedure with satisfactory outcomes. Further insight into the characteristics of persons who regret their decision postoperatively would facilitate better future selection of applicants eligible for sexual reassignment surgery. We need more studies with appropriate controls that examine long-term quality of life, psychosocial outcomes, and psychiatric outcomes to determine the long-term benefits of surgical treatment.

When a transgender individual decides to have gender-affirming surgery, both the hormone prescribing clinician and the MHP must certify that the patient satisfies criteria for gender-affirming surgery (Table 16).

There is some concern that estrogen therapy may cause an increased risk for venous thrombosis during or following surgery (176). For this reason, the surgeon and the hormone-prescribing clinician should collaborate in making a decision about the use of hormones before and following surgery. One study suggests that preoperative factors (such as compliance) are less important for patient satisfaction than are the physical postoperative results (56). However, other studies and clinical experience dictate that individuals who do not follow medical instructions and do not work with their physicians toward a common goal do not achieve treatment goals (264) and experience higher rates of postoperative infections and other complications (265, 266). It is also important that the person requesting surgery feels comfortable with the anatomical changes that have occurred during hormone therapy. Dissatisfaction with social and physical outcomes during the hormone transition may be a contraindication to surgery (223).

An endocrinologist or experienced medical provider should monitor transgender individuals after surgery. Those who undergo gonadectomy will require hormone replacement therapy, surveillance, or both to prevent adverse effects of chronic hormone deficiency.

## Financial Disclosures of the Task Force*

Wylie C. Hembree (chair)—financial or business/ organizational interests: none declared, significant financial interest or leadership position: none declared. Peggy T. Cohen-Kettenis—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. Louis Gooren—financial or business/ organizational interests: none declared, significant financial interest or leadership position: none declared. Sabine E. Hannema—financial or business/organizational interests: none declared, significant financial interest or leadership position: Ferring Pharmaceuticals Inc. (lecture/conference), Pfizer (lecture). Walter J. Meyer—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. M. Hassan Murad**—financial or business/organizational interests: Mayo Clinic, Evidence-based Practice Center, significant financial interest or leadership position: none declared. Stephen M. Rosenthal—financial or business/organizational interests: AbbVie (consultant), National Institutes of Health (grantee), significant financial interest or leadership position: Pediatric Endocrine Society (immediate past president). Joshua D. Safer, FACP—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared. Vin Tangpricha—financial or business/organizational interests: Cystic Fibrosis Foundation (grantee), National Institutes of Health (grantee), significant financial interest or leadership position, Elsevier *Journal of Clinical and Translational Endocrinology* (editor). Guy G. T'Sjoen—financial or business/organizational interests: none declared, significant financial interest or leadership position: none declared.* Financial, business, and organizational disclosures of the task force cover the year prior to publication. Disclosures prior to this time period are archived.**Evidence-based reviews for this guideline were prepared under contract with the Endocrine Society.

## Acknowledgments

*Correspondence and Reprint Requests:* The Endocrine Society, 2055 L Street NW, Suite 600, Washington, DC 20036. E-mail: publications@endocrine.org; Phone: 202971-3636.

*Disclosure Summary:* See Financial Disclosures.

*Disclaimer:* The Endocrine Society's clinical practice guidelines are developed to be of assistance to endocrinologists by providing guidance and recommendations for particular areas of practice. The guidelines should not be considered inclusive of all proper approaches or methods, or exclusive of others. The guidelines cannot guarantee any specific outcome, nor do they establish a standard of care. The guidelines are not intended to dictate the treatment of a particular patient. Treatment decisions must be made based on the independent judgement of healthcare providers and each patient's individual circumstances.

The Endocrine Society makes no warranty, express or implied, regarding the guidelines and specifically excludes any warranties of merchantability and fitness for a particular use or purpose. The Society shall not be liable for direct, indirect,

Downloaded from https://academic.oup.com/jcem/article-abstract/102/11/3869/4157558
by guest
on 02 May 2018



# Standards of Care

## for the Health of Transsexual, Transgender, and Gender Nonconforming People

The World Professiona Association for Transgender Health

7th Version[1]  |  www.wpath.org

---

1   This is the seventh version of the Standards of Care. The original SOC were published in 1979. Previous revisions were in 1980, 1981, 1990, 1998, and 2001.

# Purpose and Use of the Standards of Care

The World Professional Association for Transgender Health (WPATH)[1] is an international, multidisciplinary, professional association whose mission is to promote evidence-based care, education, research, advocacy, public policy, and respect for transgender health. The vision of WPATH is to bring together diverse professionals dedicated to developing best practices and supportive policies worldwide that promote health, research, education, respect, dignity, and equality for transsexual, transgender, and gender nonconforming people in all cultural settings.

One of the main functions of WPATH is to promote the highest standards of health care for individuals through the articulation of *Standards of Care (SOC) for the Health of Transsexual, Transgender, and Gender Nonconforming People*. The SOC are based on the best available science and expert professional consensus.[2] Most of the research and experience in this field comes from a North American and Western European perspective; thus, adaptations of the SOC to other parts of the world are necessary. Suggestions for ways of thinking about cultural relativity and cultural competence are included in this version of the SOC.

The overall goal of the *SOC* is to provide clinical guidance for health professionals to assist transsexual, transgender, and gender nonconforming people with safe and effective pathways to achieving lasting personal comfort with their gendered selves, in order to maximize their overall health, psychological well-being, and self-fulfillment. This assistance may include primary care, gynecologic and urologic care, reproductive options, voice and communication therapy, mental health services (e.g., assessment, counseling, psychotherapy), and hormonal and surgical treatments. While this is primarily a document for health professionals, the SOC may also be used by individuals, their families, and social institutions to understand how they can assist with promoting optimal health for members of this diverse population.

WPATH recognizes that health is dependent upon not only good clinical care but also social and political climates that provide and ensure social tolerance, equality, and the full rights of citizenship. Health is promoted through public policies and legal reforms that promote tolerance and equity

---

1   Formerly the Harry Benjamin International Gender Dysphoria Association

2   *Standards of Care (SOC), Version 7* represents a significant departure from previous versions. Changes in this version are based upon significant cultural shifts, advances in clinical knowledge, and appreciation of the many health care issues that can arise for transsexual, transgender, and gender nonconforming people beyond hormone therapy and surgery (Coleman, 2009a, b, c, d).

for gender and sexual diversity and that eliminate prejudice, discrimination, and stigma. WPATH is committed to advocacy for these changes in public policies and legal reforms.

# The Standards of Care Are Flexible Clinical Guidelines

The *SOC* are intended to be flexible in order to meet the diverse health care needs of transsexual, transgender, and gender nonconforming people. While flexible, they offer standards for promoting optimal health care and guiding the treatment of people experiencing gender dysphoria – broadly defined as discomfort or distress that is caused by a discrepancy between a person's gender identity and that person's sex assigned at birth (and the associated gender role and/or primary and secondary sex characteristics) (Fisk, 1974; Knudson, De Cuypere, & Bockting, 2010b).

As for all previous versions of the *SOC*, the criteria put forth in this document for hormone therapy and surgical treatments for gender dysphoria are clinical guidelines; individual health professionals and programs may modify them. Clinical departures from the *SOC* may come about because of a patient's unique anatomic, social, or psychological situation; an experienced health professional's evolving method of handling a common situation; a research protocol; lack of resources in various parts of the world; or the need for specific harm reduction strategies. These departures should be recognized as such, explained to the patient, and documented through informed consent for quality patient care and legal protection. This documentation is also valuable for the accumulation of new data, which can be retrospectively examined to allow for health care – and the *SOC* – to evolve.

The *SOC* articulate standards of care but also acknowledge the role of making informed choices and the value of harm reduction approaches. In addition, this version of the *SOC* recognizes and validates various expressions of gender that may not necessitate psychological, hormonal, or surgical treatments. Some patients who present for care will have made significant self-directed progress towards gender role changes, transition, or other resolutions regarding their gender identity or gender dysphoria. Other patients will require more intensive services. Health professionals can use the *SOC* to help patients consider the full range of health services open to them, in accordance with their clinical needs and goals for gender expression.

# Global Applicability of the Standards of Care

While the *SOC* are intended for worldwide use, WPATH acknowledges that much of the recorded clinical experience and knowledge in this area of health care is derived from North American and Western European sources. From place to place, both across and within nations, there are differences in all of the following: social attitudes towards transsexual, transgender, and gender nonconforming people; constructions of gender roles and identities; language used to describe different gender identities; epidemiology of gender dysphoria; access to and cost of treatment; therapies offered; number and type of professionals who provide care; and legal and policy issues related to this area of health care (Winter, 2009).

It is impossible for the *SOC* to reflect all of these differences. In applying these standards to other cultural contexts, health professionals must be sensitive to these differences and adapt the *SOC* according to local realities. For example, in a number of cultures, gender nonconforming people are found in such numbers and living in such ways as to make them highly socially visible (Peletz, 2006). In settings such as these, it is common for people to initiate a change in their gender expression and physical characteristics while in their teens, or even earlier. Many grow up and live in a social, cultural, and even linguistic context quite unlike that of Western cultures. Yet almost all experience prejudice (Peletz, 2006; Winter, 2009). In many cultures, social stigma towards gender nonconformity is widespread and gender roles are highly prescriptive (Winter et al., 2009). Gender nonconforming people in these settings are forced to be hidden, and therefore may lack opportunities for adequate health care (Winter, 2009).

The *SOC* are not intended to limit efforts to provide the best available care to all individuals. Health professionals throughout the world – even in areas with limited resources and training opportunities – can apply the many core principles that undergird the *SOC*. These principles include the following: Exhibit respect for patients with nonconforming gender identities (do not pathologize differences in gender identity or expression); provide care (or refer to knowledgeable colleagues) that affirms patients' gender identities and reduces the distress of gender dysphoria, when present; become knowledgeable about the health care needs of transsexual, transgender, and gender nonconforming people, including the benefits and risks of treatment options for gender dysphoria; match the treatment approach to the specific needs of patients, particularly their goals for gender expression and need for relief from gender dysphoria; facilitate access to appropriate care; seek patients' informed consent before providing treatment; offer continuity of care; and be prepared to support and advocate for patients within their families and communities (schools, workplaces, and other settings).

The Standards of Care
7TH VERSION

Terminology is culturally and time-dependent and is rapidly evolving. It is important to use respectful language in different places and times, and among different people. As the SOC are translated into other languages, great care must be taken to ensure that the meanings of terms are accurately translated. Terminology in English may not be easily translated into other languages, and vice versa. Some languages do not have equivalent words to describe the various terms within this document; hence, translators should be cognizant of the underlying goals of treatment and articulate culturally applicable guidance for reaching those goals.

The Standards of Care
7TH VERSION

# V

# Overview of Therapeutic Approaches for Gender Dysphoria

## Advancements in the Knowledge and Treatment of Gender Dysphoria

In the second half of the 20th century, awareness of the phenomenon of gender dysphoria increased when health professionals began to provide assistance to alleviate gender dysphoria by supporting changes in primary and secondary sex characteristics through hormone therapy and surgery, along with a change in gender role. Although Harry Benjamin already acknowledged a spectrum of gender nonconformity (Benjamin, 1966), the initial clinical approach largely focused on identifying who was an appropriate candidate for sex reassignment to facilitate a physical change from male to female or female to male as completely as possible (e.g., Green & Fleming, 1990; Hastings, 1974). This approach was extensively evaluated and proved to be highly effective. Satisfaction rates across studies ranged from 87% of MtF patients to 97% of FtM patients (Green & Fleming, 1990), and regrets were extremely rare (1-1.5% of MtF patients and <1% of FtM patients; Pfäfflin, 1993). Indeed, hormone therapy and surgery have been found to be medically necessary to alleviate gender dysphoria in many people (American Medical Association, 2008; Anton, 2009; The World Professional Association for Transgender Health, 2008).

As the field matured, health professionals recognized that while many individuals need both hormone therapy and surgery to alleviate their gender dysphoria, others need only one of these treatment options and some need neither (Bockting & Goldberg, 2006; Bockting, 2008; Lev, 2004). Often with the help of psychotherapy, some individuals integrate their trans- or cross-gender feelings into the gender role they were assigned at birth and do not feel the need to feminize or masculinize their body. For others, changes in gender role and expression are sufficient to alleviate

8

gender dysphoria. Some patients may need hormones, a possible change in gender role, but not surgery; others may need a change in gender role along with surgery, but not hormones. In other words, treatment for gender dysphoria has become more individualized.

As a generation of transsexual, transgender, and gender nonconforming individuals has come of age – many of whom have benefitted from different therapeutic approaches – they have become more visible as a community and demonstrated considerable diversity in their gender identities, roles, and expressions. Some individuals describe themselves not as gender nonconforming but as unambiguously cross-sexed (i.e., as a member of the other sex; Bockting, 2008). Other individuals affirm their unique gender identity and no longer consider themselves either male or female (Bornstein, 1994; Kimberly, 1997; Stone, 1991; Warren, 1993). Instead, they may describe their gender identity in specific terms such as transgender, bigender, or genderqueer, affirming their unique experience that may transcend a male/female binary understanding of gender (Bockting, 2008; Ekins & King, 2006; Nestle, Wilchins, & Howell, 2002). They may not experience their process of identity affirmation as a "transition," because they never fully embraced the gender role they were assigned at birth or because they actualize their gender identity, role, and expression in a way that does not involve a change from one gender role to another. For example, some youth identifying as genderqueer have always experienced their gender identity and role as such (genderqueer). Greater public visibility and awareness of gender diversity (Feinberg, 1996) has further expanded options for people with gender dysphoria to actualize an identity and find a gender role and expression that is comfortable for them.

Health professionals can assist gender dysphoric individuals with affirming their gender identity, exploring different options for expression of that identity, and making decisions about medical treatment options for alleviating gender dysphoria.

## Options for Psychological and Medical Treatment of Gender Dysphoria

For individuals seeking care for gender dysphoria, a variety of therapeutic options can be considered. The number and type of interventions applied and the order in which these take place may differ from person to person (e.g., Bockting, Knudson, & Goldberg, 2006; Bolin, 1994; Rachlin, 1999; Rachlin, Green, & Lombardi, 2008; Rachlin, Hansbury, & Pardo, 2010). Treatments options include the following:

- Changes in gender expression and role (which may involve living part time or full time in another gender role, consistent with one's gender identity);

- Hormone therapy to feminize or masculinize the body;

The Standards of Care
7TH VERSION

- Surgery to change primary and/or secondary sex characteristics (e.g., breasts/chest, external and/or internal genitalia, facial features, body contouring);

- Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support; improving body image; or promoting resilience.

## Options for Social Support and Changes in Gender Expression

In addition (or as an alternative) to the psychological and medical treatment options described above, other options can be considered to help alleviate gender dysphoria, for example:

- Offline and online peer support resources, groups, or community organizations that provide avenues for social support and advocacy;

- Offline and online support resources for families and friends;

- Voice and communication therapy to help individuals develop verbal and non-verbal communication skills that facilitate comfort with their gender identity;

- Hair removal through electrolysis, laser treatment, or waxing;

- Breast binding or padding, genital tucking or penile prostheses, padding of hips or buttocks;

- Cnanges in name and gender marker on identity documents.

## Issues of Access to Care

Qualified mental health professionals are not universally available; thus, access to quality care might be limited. WPATH aims to improve access and provides regular continuing education opportunities to train professionals from various disciplines to provide quality, transgender-specific health care. Providing mental health care from a distance through the use of technology may be one way to improve access (Fraser, 2009b).

In many places around the world, access to health care for transsexual, transgender, and gender nonconforming people is also limited by a lack of health insurance or other means to pay for needed care. WPATH urges health insurance companies and other third-party payers to cover the medically necessary treatment to alleviate gender dysphoria (American Medical Association, 2008; Anton, 2009; The World Professional Association for Transgender Health, 2008).

When faced with a client who is unable to access services, referral to available peer support resources (offline and online) is recommended. Finally, harm reduction approaches might be indicated to assist clients with making healthy decisions to improve their lives.



# Hormone Therapy

**Medical Necessity of Hormone Therapy**

Feminizing/masculinizing hormone therapy – the administration of exogenous endocrine agents to induce feminizing or masculinizing changes – is a medically necessary intervention for many transsexual, transgender, and gender nonconforming individuals with gender dysphoria (Newfield, Hart, Dibble, & Kohler, 2006; Pfäfflin & Junge, 1998). Some people seek maximum feminization/masculinization, while others experience relief with an androgynous presentation resulting from hormonal minimization of existing secondary sex characteristics (Factor & Rothblum, 2008). Evidence for the psychosocial outcomes of hormone therapy is summarized in Appendix D.

Hormone therapy must be individualized based on a patient's goals, the risk/benefit ratio of medications, the presence of other medical conditions, and consideration of social and economic issues. Hormone therapy can provide significant comfort to patients who do not wish to make a social gender role transition or undergo surgery, or who are unable to do so (Meyer III, 2009).

Hormone therapy is a recommended criterion for some, but not all, surgical treatments for gender dysphoria (see section XI and Appendix C).

**Criteria for Hormone Therapy**

Initiation of hormone therapy may be undertaken after a psychosocial assessment has been conducted and informed consent has been obtained by a qualified health professional, as outlined in section VII of the *SOC*. A referral is required from the mental health professional who performed the assessment, unless the assessment was done by a hormone provider who is also qualified in this area.

The criteria for hormone therapy are as follows:

1. Persistent, well-documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country (if younger, follow the *Standards of Care* outlined in section VI);

4. If significant medical or mental health concerns are present, they must be reasonably well-controlled.

As noted in section VII of the *SOC*, the presence of co-existing mental health concerns does not necessarily preclude access to feminizing/masculinizing hormones; rather, these concerns need to be managed prior to or concurrent with treatment of gender dysphoria.

In selected circumstances, it can be acceptable practice to provide hormones to patients who have not fulfilled these criteria. Examples include facilitating the provision of monitored therapy using hormones of known quality as an alternative to illicit or unsupervised hormone use or to patients who have already established themselves in their affirmed gender and who have a history of prior hormone use. It is unethical to deny availability or eligibility for hormone therapy solely on the basis of blood seropositivity for blood-borne infections such as HIV or hepatitis B or C.

In rare cases, hormone therapy may be contraindicated due to serious individual health conditions. Health professionals should assist these patients with accessing non-hormonal interventions for gender dysphoria. A qualified mental health professional familiar with the patient is an excellent resource in these circumstances.

**Informed Consent**

Feminizing/masculinizing hormone therapy may lead to irreversible physical changes. Thus, hormone therapy should be provided only to those who are legally able to provide informed consent. This includes people who have been declared by a court to be emancipated minors, incarcerated people, and cognitively impaired people who are considered competent to participate in their medical decisions (see also Bockting et al., 2006). Providers should document in the medical record that comprehensive information has been provided and understood about all relevant aspects of the hormone therapy, including both possible benefits and risks and the impact on reproductive capacity.

**Relationship between the Standards of Care and Informed Consent Model Protocols**

A number of community health centers in the United States have developed protocols for providing hormone therapy based on an approach that has become known as the Informed Consent Model (Callen Lorde Community Health Center, 2000, 2011; Fenway Community Health Transgender Health Program, 2007; Tom Waddell Health Center, 2006). These protocols are consistent with the guidelines presented in the WPATH *Standards of Care, Version 7*. The *SOC* are flexible clinical guidelines; they allow for tailoring of interventions to the needs of the individual receiving services and for tailoring of protocols to the approach and setting in which these services are provided (Ehrbar & Gorton, 2010).

Obtaining informed consent for hormone therapy is an important task of providers to ensure that patients understand the psychological and physical benefits and risks of hormone therapy, as well as its psychosocial implications. Providers prescribing the hormones or health professionals recommending the hormones should have the knowledge and experience to assess gender dysphoria. They should inform individuals of the particular benefits, limitations, and risks of hormones, given the patient's age, previous experience with hormones, and concurrent physical or mental health concerns.

Screening for and addressing acute or current mental health concerns is an important part of the informed consent process. This may be done by a mental health professional or by an appropriately trained prescribing provider (see section VII of the *SOC*). The same provider or another appropriately trained member of the health care team (e.g., a nurse) can address the psychosocial implications of taking hormones when necessary (e.g., the impact of masculinization/feminization on how one is perceived and its potential impact on relationships with family, friends, and coworkers). If indicated, these providers will make referrals for psychotherapy and for the assessment and treatment of co-existing mental health concerns such as anxiety or depression.

The difference between the Informed Consent Model and *SOC, Version 7* is that the *SOC* puts greater emphasis on the important role that mental health professionals can play in alleviating gender dysphoria and facilitating changes in gender role and psychosocial adjustment. This may include a comprehensive mental health assessment and psychotherapy, when indicated. In the Informed Consent Model, the focus is on obtaining informed consent as the threshold for the initiation of hormone therapy in a multidisciplinary, harm-reduction environment. Less emphasis is placed on the provision of mental health care until the patient requests it, unless significant mental health concerns are identified that would need to be addressed before hormone prescription.

## Physical Effects of Hormone Therapy

Feminizing/masculinizing hormone therapy will induce physical changes that are more congruent with a patient's gender identity.

- In FtM patients, the following physical changes are expected to occur: deepened voice, clitoral enlargement (variable), growth in facial and body hair, cessation of menses, atrophy of breast tissue, increased libido, and decreased percentage of body fat compared to muscle mass.

- In MtF patients, the following physical changes are expected to occur: breast growth (variable), decreased libido and erections, decreased testicular size, and increased percentage of body fact compared to muscle mass.

Most physical changes, whether feminizing or masculinizing, occur over the course of two years. The amount of physical change and the exact timeline of effects can be highly variable. Tables 1a and 1b outline the approximate time course of these physical changes.

The Standards of Care
7TH VERSION

TABLE 1B:  EFFECTS AND EXPECTED TIME COURSE OF FEMINIZING HORMONES [A]

| Effect | Expected Onset[B] | Expected Maximum Effect[B] |
|---|---|---|
| Body fat redistribution | 3-6 months | 2-5 years |
| Decreased muscle mass/ strength | 3-6 months | 1-2 years[C] |
| Softening of skin/decreased oiliness | 3-6 months | unknown |
| Decreased libido | 1-3 months | 1-2 years |
| Decreased spontaneous erections | 1-3 months | 3-6 months |
| Male sexual dysfunction | variable | variable |
| Breast growth | 3-6 months | 2-3 years |
| Decreased testicular volume | 3-6 months | 2-3 years |
| Decreased sperm production | variable | variable |
| Thinning and slowed growth of body and facial hair | 6-12 months | > 3 years[D] |
| Male pattern baldness | No regrowth, loss stops 1-3 months | 1-2 years |

[A]  Adapted with permission from Hembree et al. (2009). *Copyright 2009, The Endocrine Society.*
[B]  Estimates represent published and unpublished clinical observations.
[C]  Significantly dependent on amount of exercise.
[D]  Complete removal of male facial and body hair requires electrolysis, laser treatment, or both.

The degree and rate of physical effects depends in part on the dose, route of administration, and medications used, which are selected in accordance with a patient's specific medical goals (e.g., changes in gender role expression, plans for sex reassignment) and medical risk profile. There is no current evidence that response to hormone therapy – with the possible exception of voice deepening in FtM persons – can be reliably predicted based on age, body habitus, ethnicity, or family appearance. All other factors being equal, there is no evidence to suggest that any medically approved type or method of administering hormones is more effective than any other in producing the desired physical changes.

# Risks of Hormone Therapy

All medical interventions carry risks. The likelihood of a serious adverse event is dependent on numerous factors: the medication itself, dose, route of administration, and a patient's clinical characteristics (age, co-morbidities, family history, health habits). It is thus impossible to predict whether a given adverse effect will happen in an individual patient.

The risks associated with feminizing/masculinizing hormone therapy for the transsexual, transgender, and gender nonconforming population as a whole are summarized in Table 2. Based on the level of evidence, risks are categorized as follows: (i) likely increased risk with hormone therapy, (ii) possibly increased risk with hormone therapy, or (iii) inconclusive or no increased risk. Items in the last category include those that may present risk, but for which the evidence is so minimal that no clear conclusion can be reached.

Additional detail about these risks can be found in Appendix B, which is based on two comprehensive, evidence-based literature reviews of masculinizing/feminizing hormone therapy (Feldman & Safer, 2009; Hembree et al., 2009), along with a large cohort study (Asscheman et al., 2011). These reviews can serve as detailed references for providers, along with other widely recognized, published clinical materials (Dahl, Feldman, Goldberg, & Jaberi, 2006; Ettner, Monstrey, & Eyler, 2007).

The Standards of Care
7TH VERSION

**TABLE 2:  RISKS ASSOCIATED WITH HORMONE THERAPY. BOLDED ITEMS ARE CLINICALLY SIGNIFICANT**

| Risk Level | Feminizing hormones | Masculinizing hormones |
|---|---|---|
| Likely increased risk | **Venous thromboembolic disease**[A]<br><br>**Gallstones**<br><br>**Elevated liver enzymes**<br><br>**Weight gain**<br><br>**Hypertriglyceridemia** | **Polycythemia**<br><br>**Weight gain**<br><br>**Acne**<br><br>**Androgenic alopecia (balding)**<br><br>**Sleep apnea** |
| Likely increased risk with presence of additional risk factors[B] | **Cardiovascular disease** | |
| Possible increased risk | Hypertension<br><br>Hyperprolactinemia or prolactinom[A] | Elevated liver enzymes<br><br>Hyperlipidemia |
| Possible increased risk with presence of additional risk factors[B] | Type 2 diabetes[A] | Destabilization of certain psychiatric disorders[C]<br><br>Cardiovascular disease<br><br>Hypertension<br><br>Type 2 diabetes |
| No increased risk or inconclusive | Breast cancer | Loss of bone density<br><br>Breast cancer<br><br>Cervical cancer<br><br>Ovarian cancer<br><br>Uterine cancer |

[A]  Risk is greater with oral estrogen administration than with transdermal estrogen administration.
[B]  Additional risk factors include age.
[C]  Includes bipolar, schizoaffective, and other disorders that may include manic or psychotic symptoms. This adverse event appears to be associated with higher doses or supraphysiologic blood levels of testosterone.

The Standards of Care
7TH VERSION



# Surgery

## Sex Reassignment Surgery Is Effective and Medically Necessary

Surgery – particularly genital surgery – is often the last and the most considered step in the treatment process for gender dysphoria. While many transsexual, transgender, and gender nonconforming individuals find comfort with their gender identity, role, and expression without surgery, for many others surgery is essential and medically necessary to alleviate their gender dysphoria (Hage

& Karim, 2000). For the latter group, relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity. Moreover, surgery can help patients feel more at ease in the presence of sex partners or in venues such as physicians' offices, swimming pools, or health clubs. In some settings, surgery might reduce risk of harm in the event of arrest or search by police or other authorities.

Follow-up studies have shown an undeniable beneficial effect of sex reassignment surgery on postoperative outcomes such as subjective well being, cosmesis, and sexual function (De Cuypere et al., 2005; Gijs & Brewaeys, 2007; Klein & Gorzalka, 2009; Pfäfflin & Junge, 1998). Additional information on the outcomes of surgical treatments are summarized in Appendix D.

## Ethical Questions Regarding Sex Reassignment Surgery

In ordinary surgical practice, pathological tissues are removed to restore disturbed functions, or alterations are made to body features to improve a patient's self image. Some people, including some health professionals, object on ethical grounds to surgery as a treatment for gender dysphoria, because these conditions are thought not to apply.

It is important that health professionals caring for patients with gender dysphoria feel comfortable about altering anatomically normal structures. In order to understand how surgery can alleviate the psychological discomfort and distress of individuals with gender dysphoria, professionals need to listen to these patients discuss their symptoms, dilemmas, and life histories. The resistance against performing surgery on the ethical basis of "above all do no harm" should be respected, discussed, and met with the opportunity to learn from patients' themselves about the psychological distress of having gender dysphoria and the potential for harm caused by denying access to appropriate treatments.

Genital and breast/chest surgical treatments for gender dysphoria are not merely another set of elective procedures. Typical elective procedures involve only a private mutually consenting contract between a patient and a surgeon. Genital and breast/chest surgeries as medically necessary treatments for gender dysphoria are to be undertaken only after assessment of the patient by qualified mental health professionals, as outlined in section VII of the SOC. These surgeries may be performed once there is written documentation that this assessment has occurred and that the person has met the criteria for a specific surgical treatment. By following this procedure, mental health professionals, surgeons, and of course patients, share responsibility for the decision to make irreversible changes to the body.

The Standards of Care
7TH VERSION

It is unethical to deny availability or eligibility for sex reassignment surgeries solely on the basis of blood seropositivity for blood-borne infections such as HIV or hepatitis C or B.

# Relationship of Surgeons with Mental Health Professionals, Hormone-Prescribing Physicians (if Applicable), and Patients (Informed Consent)

The role of a surgeon in the treatment of gender dysphoria is not that of a mere technician. Rather, conscientious surgeons will have insight into each patient's history and the rationale that led to the referral for surgery. To that end, surgeons must talk at length with their patients and have close working relationships with other health professionals who have been actively involved in their clinical care.

Consultation is readily accomplished when a surgeon practices as part of an interdisciplinary health care team. In the absence of this, a surgeon must be confident that the referring mental health professional(s), and if applicable the physician who prescribes hormones, are competent in the assessment and treatment of gender dysphoria, because the surgeon is relying heavily on their expertise.

Once a surgeon is satisfied that the criteria for specific surgeries have been met (as outlined below), surgical treatment should be considered and a preoperative surgical consultation should take place. During this consultation, the procedure and postoperative course should be extensively discussed with the patient. Surgeons are responsible for discussing all of the following with patients seeking surgical treatments for gender dysphoria:

- The different surgical techniques available (with referral to colleagues who provide alternative options);

- The advantages and disadvantages of each technique;

- The limitations of a procedure to achieve "ideal" results; surgeons should provide a full range of before-and-after photographs of their own patients, including both successful and unsuccessful outcomes;

- The inherent risks and possible complications of the various techniques; surgeons should inform patients of their own complication rates with each procedure.

These discussions are the core of the informed consent process, which is both an ethical and legal requirement for any surgical procedure. Ensuring that patients have a realistic expectation of outcomes is important in achieving a result that will alleviate their gender dysphoria.

All of this information should be provided to patients in writing, in a language in which they are fluent, and in graphic illustrations. Patients should receive the information in advance (possibly via the internet) and given ample time to review it carefully. The elements of informed consent should always be discussed face-to-face prior to the surgical intervention. Questions can then be answered and written informed consent can be provided by the patient. Because these surgeries are irreversibile, care should be taken to ensure that patients have sufficient time to absorb information fully before they are asked to provide informed consent. A minimum of 24 hours is suggested.

Surgeons should provide immediate aftercare and consultation with other physicians serving the patient in the future. Patients should work with their surgeon to develop an adequate aftercare plan for the surgery.

## Overview of Surgical Procedures for the Treatment of Patients with Gender Dysphoria

**For the male-to-female (MtF) patient, surgical procedures may include the following:**

1. Breast/chest surgery: augmentation mammoplasty (implants/lipofilling);

2. Genital surgery: penectomy, orchiectomy, vaginoplasty, clitoroplasty, vulvoplasty;

3. Non-genital, non-breast surgical interventions: facial feminization surgery, liposuction, lipofilling, voice surgery, thyroid cartilage reduction, gluteal augmentation (implants/lipofilling), hair reconstruction, and various aesthetic procedures.

**For the female-to-male (FtM) patient, surgical procedures may include the following:**

1. Breast/chest surgery: subcutaneous mastectomy, creation of a male chest;

2. Genital surgery: hysterectomy/ovariectomy, reconstruction of the fixed part of the urethra, which can be combined with a metoidioplasty or with a phalloplasty (employing a pedicled or free vascularized flap), vaginectomy, scrotoplasty, and implantation of erection and/or testicular prostheses;

3. Non-genital, non-breast surgical interventions: voice surgery (rare), liposuction, lipofilling, pectoral implants, and various aesthetic procedures.

## Reconstructive Versus Aesthetic Surgery

The question of whether sex reassignment surgery should be considered "aesthetic" surgery or "reconstructive" surgery is pertinent not only from a philosophical point of view, but also from a financial point of view. Aesthetic or cosmetic surgery is mostly regarded as not medically necessary and therefore is typically paid for entirely by the patient. In contrast, reconstructive procedures are considered medically necessary – with unquestionable therapeutic results – and thus paid for partially or entirely by national health systems or insurance companies.

Unfortunately, in the field of plastic and reconstructive surgery (both in general and specifically for gender-related surgeries), there is no clear distinction between what is purely reconstructive and what is purely cosmetic. Most plastic surgery procedures actually are a mixture of both reconstructive and cosmetic components.

While most professionals agree that genital surgery and mastectomy cannot be considered purely cosmetic, opinions diverge as to what degree other surgical procedures (e.g., breast augmentation, facial feminization surgery) can be considered purely reconstructive. Although it may be much easier to see a phalloplasty or a vaginoplasty as an intervention to end lifelong suffering, for certain patients an intervention like a reduction rhinoplasty can have a radical and permanent effect on their quality of life, and therefore is much more medically necessary than for somebody without gender dysphoria.

## Criteria for Surgeries

As for all of the SOC, the criteria for initiation of surgical treatments for gender dysphoria were developed to promote optimal patient care. While the SOC allow for an individualized approach to best meet a patient's health care needs, a criterion for all breast/chest and genital surgeries is documentation of persistent gender dysphoria by a qualified mental health professional. For some surgeries, additional criteria include preparation and treatment consisting of feminizing/masculinizing hormone therapy and one year of continuous living in a gender role that is congruent with one's gender identity.

These criteria are outlined below. Based on the available evidence and expert clinical consensus, different recommendations are made for different surgeries.

The *SOC* do not specify an order in which different surgeries should occur. The number and sequence of surgical procedures may vary from patient to patient, according to their clinical needs.

**Criteria for breast/chest surgery (one referral)**

Criteria for mastectomy and creation of a male chest in FtM patients:

1. Persistent, well-documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country (if younger, follow the *SOC* for children and adolescents);

4. If significant medical or mental health concerns are present, they must be reasonably well controlled.

Hormone therapy is not a pre-requisite.

Criteria for breast augmentation (implants/lipofilling) in MtF patients:

1. Persistent, well-documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country (if younger, follow the *SOC* for children and adolescents);

4. If significant medical or mental health concerns are present, they must be reasonably well controlled.

Although not an explicit criterion, it is recommended that MtF patients undergo feminizing hormone therapy (minimum 12 months) prior to breast augmentation surgery. The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

The Standards of Care
7T- VERSION

# Criteria for genital surgery (two referrals)

The criteria for genital surgery are specific to the type of surgery being requested.

Criteria for hysterectomy and ovariectomy in FtM patients and for orchiectomy in MtF patients:

1. Persistent, well documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country;

4. If significant medical or mental health concerns are present, they must be well controlled.

5. 12 continuous months of hormone therapy as appropriate to the patient's gender goals (unless the patient has a medical contraindication or is otherwise unable or unwilling to take hormones).

The aim of hormone therapy prior to gonadectomy is primarily to introduce a period of reversible estrogen or testosterone suppression, before the patient undergoes irreversible surgical intervention.

These criteria do not apply to patients who are having these procedures for medical indications other than gender dysphoria.

Criteria for metoidioplasty or phalloplasty in FtM patients and for vaginoplasty in MtF patients:

1. Persistent, well documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country;

4. If significant medical or mental health concerns are present, they must be well controlled;

5. 12 continuous months of hormone therapy as appropriate to the patient's gender goals (unless the patient has a medical contraindication or is otherwise unable or unwilling to take hormones).

6. 12 continuous months of living in a gender role that is congruent with their gender identity;

Although not an explicit criterion, it is recommended that these patients also have regular visits with a mental health or other medical professional.

### Rationale for a preoperative, 12-month experience of living in an identity-congruent gender role:

The criterion noted above for some types of genital surgeries – i.e., that patients engage in 12 continuous months of living in a gender role that is congruent with their gender identity – is based on expert clinical consensus that this experience provides ample opportunity for patients to experience and socially adjust in their desired gender role, before undergoing irreversible surgery. As noted in section VII, the social aspects of changing one's gender role are usually challenging – often more so than the physical aspects. Changing gender role can have profound personal and social consequences, and the decision to do so should include an awareness of what the familial, interpersonal, educational, vocational, economic, and legal challenges are likely to be, so that people can function successfully in their gender role. Support from a qualified mental health professional and from peers can be invaluable in ensuring a successful gender role adaptation (Bockting, 2008).

The duration of 12 months allows for a range of different life experiences and events that may occur throughout the year (e.g., family events, holidays, vacations, season-specific work or school experiences). During this time, patients should present consistently, on a day-to-day basis and across all settings of life, in their desired gender role. This includes coming out to partners, family, friends, and community members (e.g., at school, work, other settings).

Health professionals should clearly document a patient's experience in the gender role in the medical chart, including the start date of living full time for those who are preparing for genital surgery. In some situations, if needed, health professionals may request verification that this criterion has been fulfilled: They may communicate with individuals who have related to the patient in an identity-congruent gender role, or request documentation of a legal name and/or gender marker change, if applicable.

conducted prior to surgery, describing the patient's mental status and readiness for surgery. It is preferable that this mental health professional be familiar with the patient. No surgery should be performed while a patient is actively psychotic (De Cuypere & Vercruysse, 2009).

# Competency of Surgeons Performing Breast/Chest or Genital Surgery

Physicians who perform surgical treatments for gender dysphoria should be urologists, gynecologists, plastic surgeons, or general surgeons, and board-certified as such by the relevant national and/or regional association. Surgeons should have specialized competence in genital reconstructive techniques as indicated by documented supervised training with a more experienced surgeon. Even experienced surgeons must be willing to have their surgical skills reviewed by their peers. An official audit of surgical outcomes and publication of these results would be greatly reassuring to both referring health professionals and patients. Surgeons should regularly attend professional meetings where new techniques are presented. The internet is often effectively used by patients to share information on their experience with surgeons and their teams.

Ideally, surgeons should be knowledgeable about more than one surgical technique for genital reconstruction so that they, in consultation with patients, can choose the ideal technique for each individual. Alternatively, if a surgeon is skilled in a single technique and this procedure is either not suitable for or desired by a patient, the surgeon should inform the patient about other procedures and offer referral to another appropriately skilled surgeon.

# Breast/Chest Surgery Techniques and Complications

Although breast/chest appearance is an important secondary sex characteristic, breast presence or size is not involved in the legal definitions of sex and gender and is not necessary for reproduction. The performance of breast/chest operations for treatment of gender dysphoria should be considered with the same care as beginning hormone therapy, as both produce relatively irreversible changes to the body.

For the MtF patient, a breast augmentation (sometimes called "chest reconstruction") is not different from the procedure in a natal female patient. It is usually performed through implantation of breast prostheses and occasionally with the lipofilling technique. Infections and capsular fibrosis are rare complications of augmentation mammoplasty in MtF patients (Kanhai, Hage, Karim, & Mulder, 1999).

For the FtM patient, a mastectomy or "male chest contouring" procedure is available. For many FtM patients, this is the only surgery undertaken. When the amount of breast tissue removed requires skin removal, a scar will result and the patient should be so informed. Complications of subcutaneous mastectomy can include nipple necrosis, contour irregularities, and unsightly scarring (Monstrey et al., 2008).

## Genital Surgery Techniques and Complications

Genital surgical procedures for the MtF patient may include orchiectomy, penectomy, vaginoplasty, clitoroplasty, and labiaplasty. Techniques include penile skin inversion, pedicled colosigmoid transplant, and free skin grafts to line the neovagina. Sexual sensation is an important objective in vaginoplasty, along with creation of a functional vagina and acceptable cosmesis.

Surgical complications of MtF genital surgery may include complete or partial necrosis of the vagina and labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, and vaginas that are either too short or too small for coitus. While the surgical techniques for creating a neovagina are functionally and aesthetically excellent, anorgasmia following the procedure has been reported, and a second stage labiaplasty may be needed for cosmesis (Klein & Gorzalka, 2009; Lawrence, 2006).

Genital surgical procedures for FtM patients may include hysterectomy, ovariectomy (salpingo-oophorectomy), vaginectomy, metoidioplasty, scrotoplasty, urethroplasty, placement of testicular prostheses, and phalloplasty. For patients without former abdominal surgery, the laparoscopic technique for hysterectomy and salpingo-oophorectomy is recommended to avoid a lower-abdominal scar. Vaginal access may be difficult as most patients are nulliparous and have often not experienced penetrative intercourse. Current operative techniques for phalloplasty are varied. The choice of techniques may be restricted by anatomical or surgical considerations and by a client's financial considerations. If the objectives of phalloplasty are a neophallus of good appearance, standing micturition, sexual sensation, and/or coital ability, patients should be clearly informed that there are several separate stages of surgery and frequent technical difficulties, which may require additional operations. Even metoidioplasty, which in theory is a one-stage procedure for construction of a microphallus, often requires more than one operation. The objective of standing micturition with this technique can not always be ensured (Monstrey et al., 2009).

Complications of phalloplasty in FtMs may include frequent urinary tract stenoses and fistulas, and occasionally necrosis of the neophallus. Metoidioplasty results in a micropenis, without the capacity for standing urination. Phalloplasty, using a pedicled or a free vascularized flap, is a lengthy, multi-stage procedure with significant morbidity that includes frequent urinary complications and

unavoidable donor site scarring. For this reason, many FtM patients never undergo genital surgery other than hysterectomy and salpingo-oophorectomy (Hage & De Graaf, 1993).

Even patients who develop severe surgical complications seldom regret having undergone surgery. The importance of surgery can be appreciated by the repeated finding that quality of surgical results is one of the best predictors of the overall outcome of sex reassignment (Lawrence, 2006).

## Other Surgeries

Other surgeries for assisting in body feminization include reduction thyroid chondroplasty (reduction of the Adam's apple), voice modification surgery, suction-assisted lipoplasty (contour modeling) of the waist, rhinoplasty (nose correction), facial bone reduction, face-lift, and blepharoplasty (rejuvenation of the eyelid). Other surgeries for assisting in body masculinization include liposuction, lipofilling, and pectoral implants. Voice surgery to obtain a deeper voice is rare but may be recommended in some cases, such as when hormone therapy has been ineffective.

Although these surgeries do not require referral by mental health professionals, such professionals can play an important role in assisting clients in making a fully informed decision about the timing and implications of such procedures in the context of the social transition.

Although most of these procedures are generally labeled "purely aesthetic," these same operations in an individual with severe gender dysphoria can be considered medically necessary, depending on the unique clinical situation of a given patient's condition and life situation. This ambiguity reflects reality in clinical situations, and allows for individual decisions as to the need and desirability of these procedures.



# Postoperative Care and Follow-up

Long-term postoperative care and follow-up after surgical treatments for gender dysphoria are associated with good surgical and psychosocial outcomes (Monstrey et al., 2009). Follow-up is important to a patient's subsequent physical and mental health and to a surgeon's knowledge about the benefits and limitations of surgery. Surgeons who operate on patients coming from long

distances should include personal follow-up in their care plan and attempt to ensure affordable local long-term aftercare in their patients' geographic region.

Postoperative patients may sometimes exclude themselves from follow-up by specialty providers, including the hormone-prescribing physician (for patients receiving hormones), not recognizing that these providers are often best able to prevent, diagnose, and treat medical conditions that are unique to hormonally and surgically treated patients. The need for follow-up equally extends to mental health professionals, who may have spent a longer period of time with the patient than any other professional and therefore are in an excellent position to assist in any postoperative adjustment difficulties. Health professionals should stress the importance of postoperative follow-up care with their patients and offer continuity of care.

Postoperative patients should undergo regular medical screening according to recommended guidelines for their age. This is discussed more in the next section.

The Standards of Care
7TH VERSION



# XIV

# Applicability of the Standards of Care to People Living in Institutional Environments

The *SOC* in their entirety apply to all transsexual, transgender, and gender nonconforming people, irrespective of their housing situation. People should not be discriminated against in their access to appropriate health care based on where they live, including institutional environments such as prisons or long-/intermediate-term health care facilities (Brown, 2009). Health care for transsexual, transgender, and gender nonconforming people living in an institutional environment should mirror that which would be available to them if they were living in a non-institutional setting within the same community.

All elements of assessment and treatment as described in the *SOC* can be provided to people living in institutions (Brown, 2009). Access to these medically necessary treatments should not be denied on the basis of institutionalization or housing arrangements. If the in-house expertise of health professionals in the direct or indirect employ of the institution does not exist to assess

89

Institutions where transsexual, transgender, and gender nonconforming people reside and receive health care should monitor for a tolerant and positive climate to ensure that residents are not under attack by staff or other residents.

Housing and shower/bathroom facilities for transsexual, transgender, and gender nonconforming people living in institutions should take into account their gender identity and role, physical status, dignity, and personal safety. Placement in a single-sex housing unit, ward, or pod on the sole basis of the appearance of the external genitalia may not be appropriate and may place the individual at risk for victimization (Brown, 2009).

Reasonable accommodations to the institutional environment can be made in the delivery of care consistent with the SOC, if such accommodations do not jeopardize the delivery of medically necessary care to people with gender dysphoria. An example of a reasonable accommodation is the use of injectable hormones, if not medically contraindicated, in an environment where diversion of oral preparations is highly likely (Brown, 2009). Denial of needed changes in gender role or access to treatments, including sex reassignment surgery, on the basis of residence in an institution are not reasonable accommodations under the SOC (Brown, 2010).

People who enter an institution on an appropriate regimen of hormone therapy should be continued on the same, or similar, therapies and monitored according to the SOC. A "freeze frame" approach is not considered appropriate care in most situations (Kosilek v. Massachusetts Department of Corrections/Maloney, C.A. No. 92-12820-MLW, 2002); People with gender dysphoria who are deemed appropriate for hormone therapy (following the SOC) should be started on such therapy. The consequences of abrupt withdrawal of hormones or lack of initiation of hormone therapy when medically necessary include a high likelihood of negative outcomes such as surgical self-treatment by autocastration, depressed mood, dysphoria, and/or suicidality (Brown, 2010).

People with gender dysphoria in institutions may also have co-existing mental health conditions (Cole et al., 1997). These conditions should be evaluated and treated appropriately.

and/or treat people with gender dysphoria, it is appropriate to obtain outside consultation from professionals who are knowledgeable about this specialized area of health care.[1]

# APPENDIX C
# SUMMARY OF CRITERIA FOR HORMONE THERAPY AND SURGERIES

As for all previous versions of the SOC, the criteria put forth in the SOC for hormone therapy and surgical treatments for gender dysphoria are clinical guidelines; individual health professionals and programs may modify them. Clinical departures from the SOC may come about because of a patient's unique anatomic, social, or psychological situation; an experienced health professional's evolving method of handling a common situation; a research protocol; lack of resources in various parts of the world; or the need for specific harm reduction strategies. These departures should be recognized as such, explained to the patient, and documented through informed consent for quality patient care and legal protection. This documentation is also valuable to accumulate new data, which can be retrospectively examined to allow for health care – and the SOC – to evolve.

## Criteria for Feminizing/Masculinizing Hormone Therapy (one referral or chart documentation of psychosocial assessment)

1. Persistent, well-documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent for treatment;
3. Age of majority in a given country (if younger, follow the SOC for children and adolescents);
4. If significant medical or mental concerns are present, they must be reasonably well-controlled.

# Criteria for Breast/Chest Surgery (one referral)

Mastectomy and creation of a male chest in FtM patients:

1. Persistent, well-documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country (if younger, follow the SOC for children and adolescents);

4. If significant medical or mental health concerns are present, they must be reasonably well con-trolled.

Hormone therapy is not a pre-requisite.

Breast augmentation (implants/lipofilling) in MtF patients:

1. Persistent, well-documented gender dysphoria;

2. Capacity to make a fully informed decision and to consent for treatment;

3. Age of majority in a given country (if younger, follow the SOC for children and adolescents);

4. If significant medical or mental health concerns are present, they must be reasonably well controlled.

Although not an explicit criterion, it is recommended that MtF patients undergo feminizing hormone therapy (minimum 12 months) prior to breast augmentation surgery. The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

# Criteria for genital surgery (two referrals)

Hysterectomy and ovariectomy in FtM patients and orchiectomy in MtF patients:

1. Persistent, well documented gender dysphoria;

# APPENDIX D

## EVIDENCE FOR CLINICAL OUTCOMES OF THERAPEUTIC APPROACHES

One of the real supports for any new therapy is an outcome analysis. Because of the controversial nature of sex reassignment surgery, this type of analysis has been very important. Almost all of the outcome studies in this area have been retrospective.

One of the first studies to examine the post-treatment psychosocial outcomes of transsexual patients was done in 1979 at Johns Hopkins University School of Medicine and Hospital (USA) (J. K. Meyer & Reter, 1979). This study focused on patients' occupational, educational, marital, and domiciliary stability. The results revealed several significant changes with treatment. These changes were not seen as positive; rather, they showed that many individuals who had entered the treatment program were no better off or were worse off in many measures after participation in the program. These findings resulted in closure of the treatment program at that hospital/medical school (Abramowitz, 1986).

Subsequently, a significant number of health professionals called for a standard for eligibility for sex reassignment surgery. This led to the formulation of the original *Standards of Care* of the Harry Benjamin International Gender Dysphoria Association (now WPATH) in 1979.

In 1981, Pauly published results from a large retrospective study of people who underwent sex reassignment surgery. Participants in that study had much better outcomes: Among 83 FtM patients, 80.7% had a satisfactory outcome (i.e., patient self report of "improved social and emotional adjustment"), 6.0% unsatisfactory. Among 283 MtF patients, 71.4% had a satisfactory outcome, 8.1% unsatisfactory. This study included patients who were treated before the publication and use of the *Standards of Care*.

Since the *Standards of Care* have been in place, there has been a steady increase in patient satisfaction and decrease in dissatisfaction with the outcome of sex reassignment surgery. Studies conducted after 1996 focused on patients who were treated according to the *Standards of Care*. The findings of Rehman and colleagues (1999) and Krege and colleagues (2001) are typical of this body of work; none of the patients in these studies regretted having had surgery, and most reported being satisfied with the cosmetic and functional results of the surgery. Even patients who develop severe surgical complications seldom regret having undergone surgery. Quality of surgical results is one of the best predictors of the overall outcome of sex reassignment (Lawrence, 2003). The vast majority of follow-up studies have shown an undeniable beneficial effect of sex reassignment surgery on postoperative outcomes such as subjective well being, cosmesis, and sexual function (De Cuypere et al., 2005; Garaffa, Christopher, & Ralph, 2010; Klein & Gorzalka, 2009), although the specific magnitude of benefit is uncertain from

the currently available evidence. One study (Emory, Cole, Avery, Meyer, & Meyer III, 2003) even showed improvement in patient income.

One troubling report (Newfield et al., 2006) documented lower scores on quality of life (measured with the SF-36) for FtM patients than for the general population. A weakness of that study is that it recruited its 384 participants by a general email rather than a systematic approach, and the degree and type of treatment was not recorded. Study participants who were taking testosterone had typically being doing so for less than 5 years. Reported quality of life was higher for patients who had undergone breast/chest surgery than for those who had not (p<.001). (A similar analysis was not done for genital surgery.) In other work, Kuhn and colleagues (2009) used the King's Health Questionnaire to assess the quality of life of 55 transsexual patients at 15 years after surgery. Scores were compared to those of 20 healthy female control patients who had undergone abdominal/pelvic surgery in the past. Quality of life scores for transsexual patients were the same or better than those of control patients for some subscales (emotions, sleep, incontinence, symptom severity, and role limitation), but worse in other domains (general health, physical limitation, and personal limitation).

It is difficult to determine the effectiveness of hormones alone in the relief of gender dysphoria. Most studies evaluating the effectiveness of masculinizing/feminizing hormone therapy on gender dysphoria have been conducted with patients who have also undergone sex reassignment surgery. Favorable effects of therapies that included both hormones and surgery were reported in a comprehensive review of over 2000 patients in 79 studies (mostly observational) conducted between 1961 and 1991 (Eldh, Berg, & Gustafsson, 1997; Gijs & Brewaeys, 2007; Murad et al., 2010; Pfäfflin & Junge, 1998). Patients operated on after 1986 did better than those before 1986; this reflects significant improvement in surgical complications (Eldh et al., 1997). Most patients have reported improved psychosocial outcomes, ranging between 87% for MtF patients and 97% for FtM patients (Green & Fleming, 1990). Similar improvements were found in a Swedish study in which "almost all patients were satisfied with sex reassignment at 5 years, and 86% were assessed by clinicians at follow-up as stable or improved in global functioning" (Johansson, Sundbom, Höjerback, & Bodlund, 2010). Weaknesses of these earlier studies are their retrospective design and use of different criteria to evaluate outcomes.

A prospective study conducted in the Netherlands evaluated 325 consecutive adult and adolescent subjects seeking sex reassignment (Smith, Van Goozen, Kuiper, & Cohen-Kettenis, 2005). Patients who underwent sex reassignment therapy (both hormonal and surgical intervention) showed improvements in their mean gender dysphoria scores, measured by the Utrecht Gender Dysphoria Scale. Scores for body dissatisfaction and psychological function also improved in most categories. Fewer than 2% of patients expressed regret after therapy. This is the largest prospective study to affirm the results from retrospective studies that a combination of hormone therapy and surgery improves gender dysphoria and other areas of psychosocial functioning. There is a need for further research on the effects of hormone therapy without surgery, and without the goal of maximum physical feminization or masculinization.

Overall, studies have been reporting a steady improvement in outcomes as the field becomes more advanced. Outcome research has mainly focused on the outcome of sex reassignment surgery. In current practice there is a range of identity, role, and physical adaptations that could use additional follow-up or outcome research (Institute of Medicine, 2011).

**Bureau of Prisons**

**Psychology Services**

**Mental Health Evaluation**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M        Facility: OAK | Unit Team: | EVA |
| Date: | 10/02/2014 09:13 | Provider: | Moorehead, Barbara | | |

### Identifying Data

The inmate reported that he is a 36-year old, Black male from Talahassee, FL.

### Notice of Psychological Evaluation

The inmate requested an evaluation to consider Gender Dysphoria diagnosis.

### Identifying Information

Inmate Shorter is serving a 96-month sentence for Mail and Wire Fraud.

### Assessment Procedures

Diagnostic Interview
Record Review
Photo Review

### Family History

Inmate Shorter reported that his mother was the primary caregiver from first grade when his parents separated due to his father's infidelity. He described the earlier relationship with his mother as strained resulting from her disciplining him, as far back as in kindergarten, "for the way I walked and hanging out with the girls, things that came natural to me." He reportedly has three brothers, now 40, 35, and 30, and one 34-year old sister. He described always feeling like an outsider with the family.

His mother has always worked as a correctional officer for the state of Florida and father as a mechanic.

He added that from 2005 to 6/10/2013 the relationship with his father was negatively impacted when the father's girlfriend called to tell inmate Shorter not to call anymore.

### Educational History-IQ Testing

The inmate reproted that he was a good student and always on the honor roll despite being teased about his orientation. He reported that at 16 he and his siblings ended up fighting with a neighbor who told him "take your little gay self and go find you a man." He reported two years of college when he studied religious education at Liberty University.

### Employment History

The inmate reported that he worked as a correctional officer from age 19 in 1997 to 1999. However, he left there stating he did not prefer the women's insittution. He then worked as a training manager for Popeyes until 2003 when he was incarcerated. He reportedly remained on Social Security for mental health reasons between 2007 and 2012.

### Military History

Denied.

### Medical History

There is a family history of colon and prostrate cancer, HBP, gout and artrhitis.
Inmate Shorter said he was first treated for HBP at age 21 but stopped taking the "water pill" once his pressure became controlled.

### Mental Health History

The inmate reported a family history of mental illness, particularly, a maternal uncle who was diagnosed with schizophrenia, and his sister who was recently diagnosed with bipolar disorder.

The inmate reported he has struggeled with his identity all his life. He added that it was in December 2000, when he saw his siblings at the family function with their partners and realized he couldn't do the same "that's when I first got depressed, started hearing voices telling me I am worthless, useless, you'll never be happy." He reported an overdose on 3800 mg Ibuprofen, resulting in a two-day hospitalization when he was "Baker Acted" committed to Apalache Mental Hospital for 72 hours. On discharge, inmate Shorter said he was referred to outpatient treatment but only attended one session. He was also prescribed Prozac and Risperdal at that time prescribed but claimed he never filled the prescription.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M         Facility:  OAK | Unit Team: | EVA |
| Date: | 10/02/2014 09:13 | Provider: | Moorehead, Barbara | | |

inmate Shorter said that he attempted a second suicide in 2003, while in state prison.  He explained that triggers of suicidality were "external factors most of the time [that] had nothing to do with me," and further described "it was something like an argument." He added that the stressors would typically result in self harm behavior and recalled that "most of the time I would black out and remember coming to in the hospital and I don't even remember what got me there."  Inmate Shorter said that in 2003, he also attempted to shoot himself.

In 2005, inmate Shorter said that he overdosed on Ibuprofen while in Okaloosa Correctional facility.  He continued "most of the time when I felt unloved, I think it [self-harm behavior] was to get the attention the affection."  Inmate Shorter explained that "I just never felt comfortable in my body, and whenever it would hit me I would have to go through drastic changes to fix it."  He said that he would ponder "Why would God make me this way, all the trouble I have had to go through, even the trouble I've been in [referering to his criminal behavior] has been to buy love.

During his hospitalization in 2005 the inmate said he was prescribed and compliant with Remeron, then Seroquel.  Then after discharge and until 2012, he was prescribed an XR medication and Abilify.  However, he said that the latter caused TD "twitching mouth" so it was discontinued and cogentin added.

Inmate Shorter also reported that he participated in monthly counseling from 2007 to February 2012.  The sessions focused on "working on depression," and differentiating between internal and external voices."

## Substance Abuse History

Inmate Shorter reportedly drank wine "all the time" and would imbibe on his preference which was a bottle of Boone Farms.  He stated that he started drinking at age seven or eight by stealing a can of beer when his father would get drunk.  He was 16 when he lived next to a "bootlegger" and began drinking every weekend.  He said that his drinking progressed to daily consumption beginning at age 18 until this arrest.  He went to AA a couple of times but denied any substance abuse treatment.  The inmate also claimed that he tried marijuana at age 16 but had not used since then.

## Psychosexual Histroy

The inmate produced laminated pictures and an album of depicted him in female clothing, hair and makeup.  He said that he used over-the-counter drugs such as estrovent, primpro, and primeron a testosterone blocker since 2007 when he began dressing effeminately.  He was on a waiting list for the one physician in the area and could not wait.  The drugs resulted in his "facial hair eliminated, his complexion and skin became softer like a woman not like no hard man."

## Juvenile Criminal History

denied

## Adult Criminal History-Incident Reports-Escapes

The inmate reportedly filed false income tax returns and was sentenced for 96 months Mail Fraud and Wire Fraud.  Two previous incarcerations for bank fraud with false loan application were also endorsed.  He added that he had "multiple sexual partners at the time and I would have to always give them something."

## Interview-Mental Status Evaluation

Mental status was unremarkable.

## Personality Assessment Inventory (PAI) Results

Not administered.

## Summary-Case Formulation

The inmate reported psychological health, social functioning and family relationships being negatively impacted by his self-perception, which was discordant with societal gender expectations. He produced laminated pictures and an album which he said helps to ground his self-concept while he is in this prison environment where it is difficult to dress and present himself comfortably as he had before incarceration.  He also said that for seven years, he had been taking the over-the-counter hormones to alter his features from more masculine to feminine appearance.  His mannerisms are more consistent with females than males and his interests and associations are similarly more feminine than masculine.

## Diagnostic Impression

Based on the inmate's presentation, reported and pictoral history discussed in the Case Formulation, he meets DSM 5 criteria for Gender Dysphoric Disorder.  He will also be seen by medical and psychiatric staff.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: OAK | Unit Team: | EVA |
| Date: | 10/02/2014 09:13 | Provider: | Moorehead, Barbara | | | |

**<u>Signature and Title of Evaluator-Date</u>**

   Dr. B. Moorehead, Chief Psychologist

**Diagnosis:**

      Axis I:  Gender identity disorder, 302.85 - Current, Chronic, See Above Note

Completed by Moorehead, Barbara PsyD/Chief Psychologist on 01/22/2015 18:37

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | OAK |
| Note Date: | 11/04/2014 07:40 | Provider: Ducote, Kerstin RN | Unit: | E06 |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Ducote, Kerstin RN

Dry irritating cough that has been occurring x3 weeks.
Needs Gender Idendity dx established per MD

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/04/2014 | 07:41 OAX | 64 | | | Ducote, Kerstin RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/04/2014 | 07:41 OAX | 16 | Ducote, Kerstin RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/04/2014 | 07:41 OAX | 142/95 | | | | Ducote, Kerstin RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 11/05/2014 07:00 | MLP 03 |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ducote, Kerstin RN on 11/04/2014 07:44

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: 06/21/1978 | Sex: M   Race: BLACK | Facility: OAK |
| Encounter Date: 11/05/2014 07:40 | Provider: Galante, Gaeton PA-C | Unit: E06 |

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Galante, Gaeton PA-C

**Chief Complaint:** Cold or Flu Symptoms

**Subjective:** c/o cough.
Needs Gender Idendity dx established...per Psychology, Dr. Dante' Alexander, he needs to be seen by CD.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/05/2014 | 07:40 OAX | 64 | | | Galante, Gaeton PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/05/2014 | 07:40 OAX | 18 | Galante, Gaeton PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/05/2014 | 07:40 OAX | 133/92 | | | | Galante, Gaeton PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/05/2014 | 07:40 OAX | 100 | Room Air | Galante, Gaeton PA-C |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

No: Appears Distressed

**Nose**

mucosa--boggy, congested.

**Mouth**

mild pharyngitis.  No sinus tenderness.  no lymphadenopathy.  pos cough without production of mucus.

**Pulmonary**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race:  BLACK | Facility: | OAK |
| Encounter Date: | 11/05/2014 07:40 | Provider: | Galante, Gaeton PA-C | | Unit: | E06 |

**Exam:**

**Auscultation**

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**ASSESSMENT:**

Allergic rhinitis, cause unspecified, 477.9 - Current, Temporary/Acute, Initial

Cough, 786.2 - Current, Temporary/Acute, Initial

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Flunisolide Nasal (Nasalide)  25 MCG/ACT | 11/05/2014 07:40 | 25mcg Per Nostril  -  Two Times a Day x 30 day(s) -- 2 INH each nostril bid PRN nasal congestion. |
| | **Indication:** Cough | | |
| | **One Time Dose Given:** No | | |
| | MethylPREDNISolone Tab 4 MG ( Dose Pack 21 tab) | 11/05/2014 07:40 | 4mg Orally  -four times a day x 6 day(s) -- take as directed |
| | **Indication:** Allergic rhinitis, cause unspecified | | |
| | **One Time Dose Given:** No | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

meds ordered

Needs Gender Idenlity dx established...per Psychology, Dr. Dante' Alexander, he needs to be seen by CD...request sent to med records to schedule inmate with CD.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/05/2014 | Counseling | Access to Care | Galante, Gaeton | Verbalizes Understanding |

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:   BLACK | Facility: | OAK |
| Encounter Date: | 11/05/2014 07:40 | Provider: | Galante, Gaeton PA-C | Unit: | E06 |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Galante, Gaeton PA-C on 11/05/2014 07:55

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: OAK |
| Encounter Date: | 12/01/2014 11:01 | Provider: Alexandre, Joel MD/CD | Unit: E06 |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**　　　**Provider:** Alexandre, Joel MD/CD
　　**Chief Complaint:** GASTROINTESTINAL
　　**Subjective:**　　Status quo.
　　**Pain Location:**
　　**Pain Scale:**
　　**Pain Qualities:**
　　**History of Trauma:**
　　**Onset:**
　　**Duration:**
　　**Exacerbating Factors:**
　　**Relieving Factors:**
　　**Comments:**

**COMPLAINT 2**　　　**Provider:** Alexandre, Joel MD/CD
　　**Chief Complaint:** GENERAL
　　**Subjective:**　　New dx of GID. States he used to take hormone ordered online. States he will have surgery
　　　　　　　　　　once he gets out.
　　**Pain Location:**
　　**Pain Scale:**
　　**Pain Qualities:**
　　**History of Trauma:**
　　**Onset:**
　　**Duration:**
　　**Exacerbating Factors:**
　　**Relieving Factors:**
　　**Comments:**

**COMPLAINT 3**　　　**Provider:** Alexandre, Joel MD/CD
　　**Chief Complaint:** HYPERTENSION
　　**Subjective:**　　No change.
　　**Pain Location:**
　　**Pain Scale:**
　　**Pain Qualities:**
　　**History of Trauma:**
　　**Onset:**
　　**Duration:**
　　**Exacerbating Factors:**
　　**Relieving Factors:**
　　**Comments:**

**Seen for clinic(s):** Gastrointestinal, General, Hypertension

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | OAK |
| Encounter Date: | 12/01/2014 11:01 | Provider: | Alexandre, Joel MD/CD | Unit: | E06 |

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 12/01/2014 | 09:26 OAX | 99.1 | 37.3 | | Willis, T. LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|----------------|----------|--------|----------|
| 12/01/2014 | 09:26 OAX | 89 | | | Willis, T. LPN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|----------------|----------|
| 12/01/2014 | 09:26 OAX | 20 | Willis, T. LPN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 12/01/2014 | 09:26 OAX | 120/76 | | | | Willis, T. LPN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 12/01/2014 | 09:26 OAX | 98 | | Willis, T. LPN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 12/01/2014 | 09:26 OAX | 68.0 | 172.7 | Willis, T. LPN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 12/01/2014 | 09:26 OAX | 224.0 | 101.6 | | Willis, T. LPN |

**Exam:**
  **General**
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
    **Nutrition**
      No: Appears Malnourished, Appears Obese
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
    **Conjunctiva and Sclera**
      Yes: Within Normal Limits
  **Pulmonary**
    **Observation/Inspection**
      No: Respiratory Distress, Tachypnea, Hyperventilation
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G, S3, S4
  **Musculoskeletal**

| | | | |
|---|---|---|---|
| Inmate Name:  SHORTER, CHRISTOPHER LAMONT | | | Reg #:   21344-017 |
| Date of Birth:   06/21/1978 | Sex:   M   Race:  BLACK | | Facility:  OAK |
| Encounter Date:  12/01/2014 11:01 | Provider:  Alexandre, Joel MD/CD | | Unit:  E06 |

**Exam:**

**Gait**
Yes: Normal Gait

**ASSESSMENT:**

Axis I:  Gender identity disorder, 302.85 - Current, Chronic, At Treatment Goal

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Endocrine/Lipid-CBC w/diff | One Time | 12/02/2014 00:00 | Routine |
| Chronic Care Clinics-Endocrine/Lipid-Comprehensive Metabolic Profile | | | |
| Chronic Care Clinics-Endocrine/Lipid-Lipid Profile | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Chronic Care Clinics-Endocrine/Lipid-TSH | | | |
| Chronic Care Clinics-Endocrine/Lipid-T4, Free | | | |
| Lab Tests-E-ESR | | | |
| Lab Tests-E-Estrogens | | | |
| Chronic Care Clinics-Endocrine/Lipid-Hepatic Profile | | | |
| Lab Tests-R-RPR | One Time | 12/02/2014 00:00 | Routine |

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up in 2 Weeks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/01/2014 | Counseling | Access to Care | Alexandre, Joel | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Alexandre, Joel MD/CD on 12/01/2014 11:16

Quest Diagnostics Incorporated

PATIENT INFORMATION
**SHORTER, CHRISTOPHER**

REPORT STATUS **FINAL**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

DOB: 06/21/1978 AGE: 36
GENDER: M FASTING: Y

ORDERING PHYSICIAN
**ALEXONDRE, J**

SPECIMEN INFORMATION
SPECIMEN:    DL937051N
REQUISITION: 4467667

ID: 21344017
PHONE:

CLIENT INFORMATION
G33985                                    0000000
FEDERAL CORRECTION INS
5050 EAST WHATLEY RD
OAKDALE, LA 71463

COLLECTED: 12/09/2014    06:30 CT
RECEIVED:  12/10/2014    03:30 CT
REPORTED:  12/14/2014    08:16 CT

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ESTROGENS, FRACTIONATED, LC/MS/MS | | | | |
|   ESTRONE, LC/MS/MS | 66 | | < OR = 68 pg/mL | EZ |
|   **ESTRADIOL, ULTRASENSITIVE** | | | | EZ |
|   **LC/MS/MS** | | 37      H | < OR = 29 pg/mL | |
|   ESTRIOL, LC/MS/MS, SERUM | <0.10 | | ng/mL | |
| | | Reference Range: | | |
| | | ADULTS: < OR = 0.18 | | |

**PERFORMING LABORATORY INFORMATION**

EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA  92675-2042
    Laboratory Director:  JON NAKAMOTO, MD PHD, CLIA: 05D0643352

DEC 1 0 2014

REPORT

SHORTER, CHRISTOPHER - DL937051N                    Page 1 - End of Report

Quest Diagnostics Incorporated

| | | |
|---|---|---|
| | PATIENT INFORMATION<br>**SHORTER,CHRISTOPHER** | REPORT STATUS **FINAL** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

DOB: 06/21/1978 AGE: 36
GENDER: M FASTING: U

ORDERING PHYSICIAN
**ALEXONDRE,J**

SPECIMEN INFORMATION
SPECIMEN:    DL943111N
REQUISITION: 3993731

ID: *21344.017*
PHONE:

CLIENT INFORMATION                    0000000
G33985
FEDERAL CORRECTION INS
5050 EAST WHATLEY RD
OAKDALE, LA 71463

COLLECTED:  12/09/2014   06:30 CT
RECEIVED:   12/10/2014   04:44 CT
REPORTED:   12/14/2014   08:16 CT

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| TESTOSTERONE,FR(DIALYSIS)<br>  AND TOTAL(LC/MS/MS) | | | | SLI |
|   TESTOSTERONE, TOTAL,<br>    LC/MS/MS | 674 | | 250-1100 ng/dL | |
|   FREE TESTOSTERONE | 143.9 | | 35.0-155.0 pg/mL | |

**PERFORMING LABORATORY INFORMATION**
SLI  QUEST DIAGNOSTICS NICHOLS VALENCIA, 27027 TOURNEY ROAD, VALENCIA, CA  91355-5386
     Laboratory Director:  MICHAEL C DUGAN,MD,FCAP, CLIA: 05D0550302

DEC 1   2014

SHORTER,CHRISTOPHER - DL943111N

*12/17/2014*
*Mary Thomas, FNP-C*

M.Thomas, APRN-FNP-C
FCC Oakdale
FCI I/FCI II

Page 1 - End of Report

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: BLACK | Facility: OAK |
| Encounter Date: | 12/15/2014 10:28 | Provider: | Alexandre, Joel MD/CD | Unit: E06 |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Alexandre, Joel MD/CD
    **Chief Complaint:** GENERAL
    **Subjective:**     Here for follow up. States he has had all blod tests done. States he would like to be on prenatal vitamin, testosterone blocker, and estrogen patches like he was doing on the street from Amazon.com" wuill discussed case via email with Chief BOP psychiatrist.
    **Pain Location:**
    **Pain Scale:**
    **Pain Qualities:**
    **History of Trauma:**
    **Onset:**
    **Duration:**
    **Exacerbating Factors:**
    **Relieving Factors:**
    **Comments:**

**COMPLAINT 2**     **Provider:** Alexandre, Joel MD/CD
    **Chief Complaint:** GASTROINTESTINAL
    **Subjective:**     Status quo.
    **Pain Location:**
    **Pain Scale:**
    **Pain Qualities:**
    **History of Trauma:**
    **Onset:**
    **Duration:**
    **Exacerbating Factors:**
    **Relieving Factors:**
    **Comments:**

**COMPLAINT 3**     **Provider:** Alexandre, Joel MD/CD
    **Chief Complaint:** HYPERTENSION
    **Subjective:**     Status quo.
    **Pain Location:**
    **Pain Scale:**
    **Pain Qualities:**
    **History of Trauma:**
    **Onset:**
    **Duration:**
    **Exacerbating Factors:**
    **Relieving Factors:**
    **Comments:**

**Seen for clinic(s):** Gastrointestinal, General, Hypertension

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | OAK |
| Encounter Date: | 12/15/2014 10:28 | Provider: | Alexandre, Joel MD/CD | Unit: | E06 |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 98.6 | 37.0 | | Willis, T. LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 73 | | | Willis, T. LPN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 18 | Willis, T. LPN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 125/81 | | | | Willis, T. LPN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 97 | | Willis, T. LPN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 68.0 | 172.7 | Willis, T. LPN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/15/2014 | 08:25 OAX | 224.0 | 101.6 | | Willis, T. LPN |

**Exam:**

    **General**

        **Appearance**

            Yes: Appears Well, Alert and Oriented x 3

            No: Appears Distressed

**ASSESSMENT:**

    Axis I:  Gender identity disorder, 302.85 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | OAK |
| Encounter Date: | 12/15/2014 10:28 | Provider: Alexandre, Joel MD/CD | Unit: | E06 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | amLODIPine Tablet | 12/15/2014 10:28 | 2.5 mg Orally Mouth -   daily x 365 day(s) |

**Indication:** Hypertension, Benign Essential

**One Time Dose Given:** No

| | Spironolactone Oral Tablet | 12/15/2014 10:28 | 50 mg Orally Mouth -   daily x 365 day(s) |

**Indication:** Hypertension, Benign Essential

**One Time Dose Given:** No

## Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 148368-OAX | amLODIPine  5 MG TAB | 12/15/2014 10:28 | Take one tablet by mouth each day |

**Discontinue Type:**   *When Pharmacy Processes*

**Discontinue Reason:** *Order changed*

**Indication:**

**One Time Dose Given:**

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/15/2014 | Counseling | Access to Care | Alexandre, Joel | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Alexandre, Joel MD/CD on 12/15/2014 10:42

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:    M    Race: BLACK | Facility: | OAK |
| Note Date: | 01/29/2015 11:55 | Provider:    Joubert, Ava MD,DrPH | Unit: | E06 |

Admin Note encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:**  Joubert, Ava MD,DrPH
   Consult for Dr Cuccio to address gender identity.

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/20/2015 | 08:00 OAX | 80 | | | Ducote, Kerstin RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/20/2015 | 08:00 OAX | 16 | Ducote, Kerstin RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/20/2015 | 08:00 OAX | 148/100 | | | | Ducote, Kerstin RN |

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Psychiatry | | | No | |

   **Reason for Request:**
   35 yo male requesting to take prenatal vitamin, testosterone blocker, and estrogen patches "like he was doing on the street from Amazon.com".
   **Provisional Diagnosis:**
   Gender Identity
   Hypertension
   **Additional Records Required for Consultation:**
   Laboratory Report(s)

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Joubert, Ava MD,DrPH on 01/29/2015 12:03

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race:  BLACK | Facility: | OAK |
| Encounter Date: | 02/25/2015 09:55 | Provider: | Cuccio, Anne MD | | Unit: | Z05 |

Psychiatry Initial Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Cuccio, Anne MD

        **Chief Complaint:** MENTAL HEALTH

        **Subjective:**    Patient referred through medical with following description, "35 yo male requesting to take prenatal vitamin, testosterone blocker, and estrogen patches "like he was doing on the street from Amazon.com"." Patient denies any psychiatric difficulties.  I have a history of suicide and have been treated for schizoaffective disorder but I am not having a problem with that now. Dr. Lambert has me working on yoga and things like that and I feel lots better.  I just have an issue with my meds.  Since I haven't taken them I have gained a 100lbs."  He states he is referring to spirolactone and estrogen.  Patient reports he was using drinking  a bottle daily of wine for 10 years.  His sentence is 8 years.  "There may be passport issues but I do plan to go some where to get it [sex reassignment surgery].  Patient reports that "I've always been interested in this.[sex reassignment]"  He reports he has worn women's clothing since he was 16 years old.  He is currently incarcerated for tax fraud.

        **Pain Location:**

        **Pain Scale:**

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**  5+ Years

        **Duration:** 5+ Years

        **Exacerbating Factors:**   none

        **Relieving Factors:** none

        **Comments:**

**ROS:**

    **Psychiatric**

        **General**

            Yes: Within Normal Limits, Anxiety-Mild, Uncooperative/Argumentative

**OBJECTIVE:**

**Exam:**

    **Mental Health**

        **Affect**

            Yes: Evasive

        **Speech/Language**

            Yes: Normal Rate

        **Mood**

            Yes: Appropriate

        **Thought Process**

            Yes: Appropriate

        **Thought Content**

            Yes: Appropriate

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | OAK |
| Encounter Date: | 02/25/2015 09:55 | Provider: | Cuccio, Anne MD | Unit: | Z05 |

**Exam:**

    **Perceptions**

        No: Hallucinations-Auditory, Hallucinations-Visual

    **Orientation**

        Yes: Within Normal Limits

    **Attention**

        Yes: Within Normal Limits

**ASSESSMENT:**

    Axis I:  Gender identity disorder, 302.85 - Current, Chronic, Not Improved/Same

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2015 | Counseling | Diagnosis | Cuccio, Anne | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Cuccio, Anne MD on 03/19/2015 14:31

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M    Race: BLACK | Facility: | OAK |
| Note Date: | 06/04/2015 15:10 | Provider:   Alexandre, Joel MD/CD | Unit: | Z05 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1          Provider:** Alexandre, Joel MD/CD

Seen in special housing on 5-29-2015. Inmate agreeable to start estrogen therapy by patch or pills.

**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| | Estradiol Patch | 06/04/2015 15:10 | apply Transdermally  Two times a week x 180 day(s) -- on Mondays and Thursdays |

**Indication:** Transgender, validated male to female

**One Time Dose Given:** No

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Alexandre, Joel MD/CD on 06/05/2015 08:35

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Individual Therapy

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M        Facility: MIA | Unit Team: | G |
| Date: | 04/01/2016 09:00 | Provider: | Ferretti, Anna Maria Psych | | |

## Focus of Session

Today's session focused on Ms. Shorter's experience with gender dysphoria.

## Subjective/Objective Presentation

Ms. Shorter reported having a positive week since her last session.

An examination of her mental status revealed that Ms. Shorter's mood was appropriate as was her affect. She related in a friendly and spontaneous manner and maintained good eye contact throughout the session. According to Ms. Shorter, her energy levels were appropriate and observations of her behavior confirmed this assessment. Her thought processes were logical and organized. Ms. Shorter was oriented to person, place, time, and circumstances. No signs or symptoms of a thought disorder (such as neologisms, word salad, etc.) were present during the conversation. She denied the presence of hallucinations and no signs of delusions were noted. Ms. Shorter denied a disturbance of sleep or appetite. Motor movements were fluid and appropriate and her speech was clear and rate was normal. She articulated properly enunciating her words clearly. Syntax was normal.

## Intervention(s)

Although the session was initially intended to cover the first session of CPT for PTSD, Ms. Shorter began expressing herself regarding a desire to have gender reassignment surgery and breast augmentation and so the topic was explored further. Ms. Shorter was provided with an empathic and supportive environment to express herself. Her experience and feelings surrounding her discomfort in her own body were discussed. She mentioned having fleeting thoughts about self-castration and denied ever planning or attempting to follow through on those thoughts. She cited multiple reasons for not following through. Suicidal and self-harm ideation, plan, or intent were all denied. This was the first time Ms. Shorter mentioned having such discomfort with her genitals while in therapy.

## Progress/Plan

Ms. Shorter will return to therapy as scheduled.


Completed by Ferretti, Anna Maria Psych Student Volunteer on 07/29/2016 10:37

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 07/29/2016 14:03**

**Bureau of Prisons**
**Psychology Services**
**General Administrative Note**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M          Facility:  MIA | Unit Team: | G |
| Date: | 04/01/2016 15:23 | Provider: | Ferretti, Anna Maria Psych | | |

<u>**Comments**</u>

The Transgender Clinical Care Committee institutional contact person was consulted on Ms. Shorter's case concerning BOP policy on transgender issues.  Specifically, the BOP policy on providing surgical procedures for transgender individuals.  Such concerns have come up in therapy with this author by the inmate and consultation was needed to help inform the therapy process moving forward.

Document filed as incomplete by Bailey, Charles RN/HSS on 08/01/2016 09:09



# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 04/04/2016 11:03 | Provider: | Cornett, Todd MD | Unit: | G01 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Cornett, Todd MD

        to request consultation with endocrinologist Dr Eugenio Angueira for this transgendered inmate

**New Consultation Requests**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Endocrinology | 04/29/2016 | 04/29/2016 | Routine | No | |

    **Subtype:**
        Offsite Appt
    **Reason for Request:**
        Endocrinology evaluation for this male/female transgendered inmate, now with new diagnosis of primary
        open angle glaucoma. Please evaluate current hormone therapy in light of current meds, current diagnosis,
        and new complaint of lactation.
    **Additional Records Required for Consultation:**
        Complete Record, Laboratory Report(s), Progress Note(s)

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No


Completed by Cornett, Todd MD on 04/04/2016 11:17
Requested to be reviewed by  Alarcon, Inerio MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/04/2016 11:03 | Provider: | Cornett, Todd MD | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 04/18/2016 13:49.**

# Bureau of Prisons
# Health Services
# See Amendment

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/08/2016 08:26 | | | Facility: | MIA |

**Amendment made to this note by Cornett, Todd MD on 04/08/2016 08:41.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Note Date: | 04/08/2016 08:26 | Provider: | Cornett, Todd MD | Unit: | G01 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Cornett, Todd MD
>
>      to request consultation with endocrinologist Dr Eugenio Angueira for this transgendered inmate

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Cornett, Todd MD on 04/08/2016 08:41

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 04/19/2016 09:28 | Provider: Alarcon, Inerio MD/CD | Unit: G01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Alarcon, Inerio MD/CD

**Chief Complaint:** GENERAL

**Subjective:** 37 year old inmate comes to health services to report that he is a transgender male to female, but he feel comfortable with his name Shorter.
On 20?, began to take hormonal therapy by himself without previous professional evaluation. Inmate reported that his medications were discontinued as soon as he became a Federal inmate on February 09, 2012. Then he restarted the hormonal replacement therapy on 2014. Currently he is on Estradiol 2mg by mouth daily, and Spirolactone 200mg po daily. Inmate states that he doesn't feel comfortable with his external masculine physiognomy. He wants to see change this body with the hormonal therapy. He states " I prefer castration instead of hormonal replacement therapy because, I know the side effect of the anti androgenic hormonal therapy plate repeatedly verbalized. " I don't see any breast enlargement". I constantly use fake breast, I wants to have natural breasts".

**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 97.3 | 36.3 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 57 | | | Alarcon, Inerio MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 108/69 | | | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 100 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 69.0 | 175.3 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/19/2016 | 09:33 MIA | 187.0 | 84.8 | | Alarcon, Inerio MD/CD |

**Exam:**
**Diagnostics**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 04/19/2016 09:28 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

**Exam:**

    **Laboratory**
        Yes: Results

    **Pulmonary**
        **Auscultation**
            Yes: Clear to Auscultation

    **Cardiovascular**
        **Auscultation**
            Yes: Regular Rate and Rhythm (RRR)

    **Abdomen**
        **Inspection**
            Yes: Within Normal Limits

    **Breast**
        **Breast Tissue**
            Yes: Thickening, Edema

    **Neurologic**
        **Cranial Nerves (CN)**
            Yes: Within Normal Limits, CN 2-12 Intact Grossly, CN2-3 PERRLA

    **Mental Health**
        **Posture**
            Yes: Within Normal Limits

        **Grooming/Hygiene**
            Yes: Within Normal Limits

        **Facial Expressions**
            Yes: Within Normal Limits

        **Affect**
            Yes: Within Normal Limits

        **Speech/Language**
            Yes: Within Normal Limits

        **Mood**
            Yes: Within Normal Limits

        **Thought Process**
            Yes: Within Normal Limits

        **Orientation**
            Yes: Alert and Oriented x 3

    <u>**Exam Comments**</u>
      1-Testosterone level 3.32ng/ml   Control 1.8-7.8ng/ml
      2-Estradiol. 44 pg./ml        Control. Male < 20pg/ml
      3-Estrogens total. 444 pg./ml   Control. 40-115pg/ml

**ASSESSMENT:**

    Gender identity disorder, 302.85 - Resolved

    Transgender, validated male to female, 302.5b - Current

**PLAN:**

**New Laboratory Requests:**
    <u>**Details**</u>                <u>**Frequency**</u>       <u>**Due Date**</u>       <u>**Priority**</u>

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/19/2016 09:28 | Provider: | Alarcon, Inerio MD/CD | | Unit: | G01 |

| | | | |
|---|---|---|---|
| Lab Tests-E-Estradiol | Recurring | 07/20/2016 00:00 | Routine |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests-E-Estriol | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests-E-Estradiol | Recurring | 10/20/2016 00:00 | Routine |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests-E-Estriol | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests-E-Estradiol | Recurring | 01/20/2017 00:00 | Routine |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests-E-Estriol | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests - Short List-General-Hep B surface Ab | One Time | 07/20/2016 00:00 | Routine |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Chronic Care Clinics-Diabetic-CBC | | | |
| Chronic Care Clinics-Diabetic-CBC w/diff | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile | | | |
| Chronic Care Clinics-Diabetic-Glucose | | | |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Microalbumin, urine random | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Lab Tests-S-Smooth Muscle Antibody | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-RPR | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Chronic Care Clinics-Diabetic-Creatinine | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |
| Chronic Care Clinics-Diabetic-Hepatic Profile | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Femur-General [Bi], General Radiology-Hip-General [Bi], General Radiology-Spine / Lumbar-General | One Time | | 04/21/2016 | Routine |

**Specific reason(s) for request (Complaints and findings):**

37 year old inmate, who is a transgender male to female. He is on hormonal therapy, Estrogen and Spironolactone . Rule out osteoporosis

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/19/2016 09:28 | Provider: | Alarcon, Inerio MD/CD | | Unit: | G01 |

| Radiology | 07/20/2016 | 07/20/2016 | Routine | No |
|---|---|---|---|---|

Subtype:
Ultrasound

**Reason for Request:**
37 year old inmate comes to health services to report that he is a transgender male to female. He is on hormonal therapy, Estrogen and Spironolactone . Refer as routine screening for cyst or mass

**Provisional Diagnosis:**
Dx: Gynecomastia

| Radiology | 07/20/2016 | 07/20/2016 | Routine | No |
|---|---|---|---|---|

Subtype:
Offsite Radiology

**Reason for Request:**
37 year old inmate comes to health services to report that he is a transgender male to female. He is on hormonal therapy, Estrogen and Spironolactone . Refer as routine screening for Osteoporosis

**Provisional Diagnosis:**
Dx. Rule out Osteoporosis

Recommend: Bone Mineral Density ( BMD )

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
Plan:
1-Inmate is running with high liver enzyme and cholesterol level. He was recommended a Statin medication but he doesn't like it. Inmate prefer diet and exercise.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/20/2016 | Counseling | Medication Side Effects | Alarcon, Inerio | Verbalizes Understanding |

Copay Required: Yes          Cosign Required:  No
Telephone/Verbal Order:  No

Completed by Alarcon, Inerio MD/CD on 04/20/2016 15:49

**Bureau of Prisons**

**Health Services**

**See Amendment**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/20/2016 15:51 | | | | Facility: | MIA |

**Amendment made to this note by Alarcon, Inerio MD/CD on 04/20/2016 15:55.**

**Bureau of Prisons**                                    **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M          Facility:  MIA | Unit Team: | G |
| Date: | 04/19/2016 12:47 | Provider: | Torres, Vivian Psy.D. | | |

### Focus of Session

Inmate was seen as a walk in to psychology services.

### Subjective/Objective Presentation

Inmate indicated that she was feeling frustrated and disappointed with the treatment she is receiving from health services staff. When asked to elaborate she stated, "I just came from medical and they still don't understand my situation. I already spoke to the Warden. I am going to keep my word with the Warden and wait to the end of the day to submit my BP-9 but I don't think this meeting you guys have is going to resolve anything." Inmate Shorter indicated that she does not feel health services staff are following the appropriate treatment protocol for gender dysphoria as outlined "in the World Professional Association for Transgender Health" and therefore will be filing a BP-9 against health service staff.

During the diagnostic process the inmate was alert and oriented to time, place, self and situation. The inmate was well groomed and dressed appropriately with institution issued clothing. Her posture was normal and no problems with gait or ambulation was noted or reported. Her speech was well paced, coherent and goal directed. Her mood was frustrated and upset with congruent affect. Speech reflected clear and well organized thought processes, and rate, tone and volume were unremarkable. The content of speech was void of any delusional or bizarre mentations.  No signs of suicidality noted, reported or observed. Inmate denied suicidal ideation, plan or intent.

### Intervention(s)

Mental status examination. Supportive counseling was provided and coping skills were reviewed. Provided CBT interventions including reframing negative maladaptive thoughts and reviewed relaxation skills.

### Progress/Plan

Inmate will be seen as per Care2-MH policy, as requested by the inmate, or as deemed necessary.

Completed by Torres, Vivian Psy.D. on 04/27/2016 15:38

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 04/27/2016 16:13**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 04/20/2016 15:51 | Provider: Alarcon, Inerio MD/CD | Unit: G01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

> **COMPLAINT 1**          **Provider:** Alarcon, Inerio MD/CD
>
> **Chief Complaint:** GENERAL
>
> **Subjective:** 37 year old inmate comes to health services to report that he is a transgender male to female, but he feels comfortable with his name Shorter.
> On 2008, he began to take hormonal therapy by himself without previous professional evaluation. Inmate reported that his medications were discontinued as soon as he became a Federal inmate on February 09, 2012. Then he restarted the hormonal replacement therapy on 2014. Currently he is on Estradiol 2mg by mouth daily, and Spirolactone 200mg po daily. Inmate states that he doesn't feel comfortable with his external masculine physiognomy. He wants to see change on his body with the hormonal therapy. He states " I prefer castration instead of hormonal replacement therapy because, I know the side effect of the anti androgenic hormonal therapy. Inmate repeatedly verbalized. " I don't see any breast enlargement".  I constantly use a fake breast, I wants to have  natural breasts".
>
> **Pain:** No

**OBJECTIVE:**

**Exam:**
> **Diagnostics**
> > **Laboratory**
> > > Yes: Results
>
> **Pulmonary**
> > **Auscultation**
> > > Yes: Clear to Auscultation
>
> **Cardiovascular**
> > **Auscultation**
> > > Yes: Regular Rate and Rhythm (RRR)
>
> **Abdomen**
> > **Inspection**
> > > Yes: Within Normal Limits
>
> **Breast**
> > **Breast Tissue**
> > > Yes: Thickening, Edema
>
> **Neurologic**
> > **Cranial Nerves (CN)**
> > > Yes: Within Normal Limits, CN 2-12 Intact Grossly, CN2-3 PERRLA
>
> **Mental Health**
> > **Posture**
> > > Yes: Within Normal Limits
> >
> > **Grooming/Hygiene**
> > > Yes: Within Normal Limits

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 04/20/2016 15:51 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

## Exam:

**Facial Expressions**
　　Yes: Within Normal Limits

**Affect**
　　Yes: Within Normal Limits

**Speech/Language**
　　Yes: Within Normal Limits

**Mood**
　　Yes: Within Normal Limits

**Thought Process**
　　Yes: Within Normal Limits

**Orientation**
　　Yes: Alert and Oriented x 3

### Exam Comments

1-Testosterone level 3.32ng/ml　　Control 1.8-7.8ng/ml
2-Estradiol. 44 pg./ml　　Control. Male < 20pg/ml
3-Estrogens total. 444 pg./ml　　Control. 40-115pg/ml

## ASSESSMENT:

Gender identity disorder, 302.85 - Resolved

Transgender, validated male to female, 302.5b - Current

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 05/18/2016 | 05/18/2016 | Routine | No | |

**Subtype:**
　　Ultrasound

**Reason for Request:**
　　37 year old inmate comes to health services to report that he is a transgender male to female. He is on hormonal therapy, Estrogen and Spironolactone . Normal Physical exam. Legs: Normal pulses

**Provisional Diagnosis:**
　　Dx;  As routine screening for DVT.

| Radiology | 07/06/2016 | 07/06/2016 | Routine | No | |
|---|---|---|---|---|---|

**Subtype:**
　　Ultrasound

**Reason for Request:**
　　37 year old inmate comes to health services to report that he is a transgender male to female. He is on hormonal therapy, Estrogen and Spironolactone . Refer as routine screening for cyst or mass

**Provisional Diagnosis:**
　　Dx: Screening for liver mass

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/20/2016 15:51 | Provider: Alarcon, Inerio MD/CD | Unit: | G01 |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Alarcon, Inerio MD/CD on 04/20/2016 15:55

**Bureau of Prisons**                                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M          Facility:  MIA | Unit Team: | G |
| Date: | 04/22/2016 16:01 | Provider: | Torres, Vivian Psy.D. | | |

### Focus of Session

Inmate Shorter was seen as a walk in to psychology services.

### Subjective/Objective Presentation

Upon interview, inmate indicated that she continues to feel frustrated with her perceived lack of treatment from health services. She indicated that she was told by health services staff that an appointment with an endocrinologist has been scheduled for the near future, however, she stated, "They still don't get it." When asked to elaborate she stated, "I know I have to see the endocrinologist. What I want is the breast augmentation and castration. They don't seem to understand that my requests are reasonable and it is the appropriate treatment for GD." Additionally, inmate Shorter indicated that she recently was seen by the psychiatrist and subsequently had her antidepressant medication increased as a result of her increased level of stress and depression related to the grievance process.

Inmate endorsed experiencing frequent thoughts of self castration, however, she denied engaging in any self harm behaviors. Moreover, she indicated that she is aware of the health risks and consequences should she decide to engage in self castration. When asked to elaborate she stated, "Although the thoughts come and go I am not there yet. I know it will be really bad if I do that health wise and besides I need my penis to get the full gender reassignment surgery." Additionally, inmate reported the following coping skills with regards to her castration thoughts: "I stay busy and I use all the skills I've learned in therapy." Moreover, inmate agreed to contact psychology services should her mood deteriorate or should she have a strong desire to engage in self harm.

During the diagnostic process the inmate was alert and oriented to time, place, self and situation. The inmate was well groomed and dressed appropriately with institution issued clothing. Her posture was normal and no problems with gait or ambulation was noted or reported. Her speech was well paced, coherent and goal directed. Her mood was frustrated and upset with congruent affect. Speech reflected clear and well organized thought processes, and rate, tone and volume were unremarkable. The content of speech was void of any delusional or bizarre mentations. No signs of suicidality noted, reported or observed. Inmate denied suicidal ideation, plan or intent.

### Intervention(s)

Supportive counseling was provided and coping skills were reviewed. Provided CBT interventions including reframing negative maladaptive thoughts and reviewed relaxation skills.

### Progress/Plan

Inmate will be seen as per Care2-MH policy, as requested by the inmate, or as deemed necessary.

Completed by Torres, Vivian Psy.D. on 04/26/2016 18:59

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 04/27/2016 15:20**

**Bureau of Prisons**                                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Psychology Services**

**Diagnostic and Care Level Formulation**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Facility: MIA | Unit Team: | G |
| Date: | 04/26/2016 12:10 | Provider: | Torres, Vivian Psy.D. | | |

### Relevant Historical Information

Current Diagnostic and Care Level Formulation (DCLF) is being generated as an update to her previous DCLF dated 02/12/16 as a result of her Suicide Risk Assessment dated 04/26/16.

Inmate Shorter was born and raised in Quincy, Florida. She was raised by her biological parents. However, her parents reportedly divorced when she was in kindergarten. According to inmate Shorter, her father was not involved in her upbringing. Currently, her only contact with her father is through her mother. Inmate Shorter reported having four siblings.

Inmate Shorter described her childhood as being difficult due to her struggles with her identity as she stated, "My siblings were always apart from me. I felt alone a lot growing up because no one understood me."

According to inmate Shorter, she was referred to the Apalachee Center for psychiatric counseling following her release from state prison in 2007. In 2009, she reportedly was referred by the staff at Apalachee Center to the Bond Clinic in Tallahesse, Florida. Between December 2009 and May 2011 she reportedly attended periodic sessions at the Bond Clinic.

According to her PSR, she was diagnosed with schizoaffective disorder and prescribed Seroquel XR and later prescribed Abilify. When questioned as to why she was diagnosed with schizoaffective disorder she stated, "I think it was because I told them I heard a female voice. The voice is my conscious. I don't have a male conscious because I am a woman."

While in federal custody, inmate Shorter has been diagnosed with following: Bipolar Disorder, Depressive Disorder NOS, Other Specified Trauma, Gender Identity Disorder, and Schizophrenia.

According to records, inmate Shorter reported being a victim of a sexual assault in October 2015 while at FCI Fort Dix. She indicated that while at Fort Dix she was provided with trauma counseling. A review of BEMR records, revealed that inmate Shorter had also made allegations about staff misconduct on September 30, 2014.

According to BEMR records dated October 22, 2015, inmate's Care Level was increased to a Care2-MH due to her extensive mental health history.

While at FCI Miami, inmate Shorter has been receiving weekly counseling sessions
for anger management and PTSD related to the alleged sexual assault at Fort Dix.
Additionally, inmate Shorter has been seen on a monthly basis as per Care2-MH policy. Moreover, she is attending the following groups: Anger Management and Mindfulness Based
Cognitive Therapy. Additionally, inmate Shorter reported that her antidepressant medication (Zoloft)was increased to 150 mg from 100 mg last week as she has been feeling more depressed and frustrated in recent days due to her current situation (grievance procedures). A review of BEMR records confirms inmate's reports.

### Presenting Problem/Symptom

On today's date inmate SHORTER was referred for a Suicide Risk Assessment at 3:45 pm by the Acting Chief Psychologist after receiving a copy of a BP-9 form completed by inmate Shorter in which she stated: "Currently, my feelings of DYSPHORIA is very intense
and is causing me to have, SUICIDAL IDEATION, EMOTIONAL DISTRESS, EXCESSIVE PREOCCUPATION with GENITAL MUTILATION and SELF-CASTRATION." Inmate Shorter was evaluated by psychology services. A formal suicide watch was not warranted. However, it should be noted that inmate Shorter endorsed recurrent thoughts of self-castration.

### Diagnostic Reconciliation

In addition to her current diagnosis of Unspecified Depressive Disorder inmate SHORTER meets the diagnostic criteria

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M        Facility:  MIA | Unit Team: | G |
| Date: | 04/26/2016 12:10 | Provider: | Torres, Vivian Psy.D. | | |

for Gender Dysphoria.

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 month's duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics.

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (e.g., thoughts of self castration)

3. A strong desire for the primary and/or secondary sex characteristics of the other gender (e.g., desire for breast augmentation surgery)

4. A strong desire to be of the other gender (e.g., desire to be a woman)

5. A strong desire to be treated as the other gender (e.g., prefers to be called Ms. Shorter)

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning (e.g., thoughts of self castration and suicidal thoughts as evident by current Suicide Risk Assessment 04/26/16)

**Diagnostic Formulation**
    Unspecified Depressive Disorder
    Gender Dysphoria
**Care Level Formulation**
    Inmate SHORTER continues to meet the criteria for Care2-MH due to her extensive history of suicide attempts.

**Diagnosis:**

    Gender Dysphoria In Adolescents And Adults, F64.1 - Current

    Unspecified Depressive Disorder, F32.9*b - Current

Completed by Torres, Vivian Psy.D. on 05/05/2016 09:33

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 07/29/2016 13:59**

**Bureau of Prisons**          **SENSITIVE BUT UNCLASSIFIED**

**Psychology Services**

**Suicide Risk Assessment**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #:   21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M    Facility:  MIA | Unit Team:  G |
| Date: | 04/26/2016 15:58 | Provider:  Torres, Vivian Psy.D. | |

**Type of Housing:**        General Population
**Cell Accommodation:** Single Cell

## FINDINGS

This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Presentence Report, Psychology Data System, Sentry

### Reason for Referral

Inmate was referred for a Suicide Risk Assessment at 3:45 pm by the Acting Chief Psychologist after receiving a copy of a BP-9 form completed by inmate Shorter in which she stated: "Currently, my feelings of DYSPHORIA is very intense and is causing me to have, SUICIDAL IDEATION, EMOTIONAL DISTRESS, EXCESSIVE PREOCCUPATION with GENITAL MUTILATION and SELF-CASTRATION."

Inmate was evaluated at 4:15 pm in psychology services.

### Developmental History

Inmate Shorter was born and raised in Quincy, Florida. She was raised by her biological parents. However, her parents reportedly divorced when she was in kindergarten. According to inmate Shorter, her father was not involved in her upbringing. Currently, her only contact with her father is through her mother.
Inmate Shorter reported having four siblings.

Inmate Shorter described her childhood as being difficult due to her struggles with her identity as she stated, "My siblings were always apart from me. I felt alone a lot growing up because no one understood me."

### Educational History/Cognitive Impairment

According to inmate Shorter, she earned her Bachelors degree in Business Management and Minor in Administration in 2000 from Florida State University. Additionally, inmate Shorter reportedly completed several online courses in religious education from Liberty University. However, she indicated that she was unable to complete to her degree as she was arrested. Inmate Shorter indicated that she did not report her education accomplishments during her PSR interview as she was afraid the judge would have given her a harsher sentence.

With regards to her formative years, inmate Shorter stated that she would have to fight a lot in school as kids would try to make fun of her, "it was my way of defending myself."

### Arrest History and Experience of Incarceration

According to inmate Shorter, she was incarcerated in Florida State prison from 2003 to 2007 for Bank Fraud.

### Mental Health History

According to inmate Shorter, she was referred to the Apalachee Center for psychiatric counseling following her release from state prison in 2007. In 2009, she reportedly was referred by the staff at Apalachee Center to the Bond Clinic in Tallahesse, Florida. Between December 2009 and May 2011 she reportedly attended periodic sessions at the Bond Clinic. According to her PSR, she was diagnosed with schizoaffective disorder and prescribed Seroquel XR and later prescribed Abilify. When questioned as to why she was diagnosed with schizoaffective disorder she stated, "I think it was because I told them I heard a female voice. The voice is my conscious. I don't have a male conscious because I am a woman."

While in federal custody, inmate Shorter has been diagnosed with following: Bipolar Disorder, Depressive Disorder NOS, Other Specified Trauma, Gender Identity Disorder, and Schizophrenia.

According to records, inmate Shorter reported being a victim of a sexual assault in October 2015 while at FCI Fort Dix. She indicated that while at Fort Dix she was provided with trauma counseling.  A review of BEMR records, revealed that inmate Shorter had also made allegations about staff misconduct on September 30, 2014.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M   Facility:  MIA | Unit Team: | G |
| Date: | 04/26/2016 15:58 | Provider:  Torres, Vivian Psy.D. | | |

According to BEMR records dated October 22, 2015, inmate's Care Level was increased to a Care2-MH due to her extensive mental health history.

While at FCI Miami, inmate Shorter has been receiving weekly counseling sessions for anger management and PTSD related to the alleged sexual assault at Fort Dix. Additionally, inmate Shorter has been seen on a monthly basis as per Care2-MH policy. Moreover, she is attending the following groups: Anger Management and Mindfulness Based Cognitive Therapy.

Additionally, inmate Shorter reported that her antidepressant medication (Zoloft)was increased to 150 mg from 100 mg last week as she has been feeling more depressed and frustrated in recent days due to her current situation (grievance procedures). A review of BEMR records confirms inmate's reports.

### Self-Harm History
According to inmate Shorter, she has struggled with her gender identity all her life. She indicated that her depression started as a result of the fact that her family initially did not accept her lifestyle. Inmate indicated that she attempted suicide several times while in the community and state prison. Specifically, she indicated that she attempted to overdose on ibuprofen in 2000, which resulted in her being hospitalized (Baker Act) for 3 days and referred to a psychologist. According to inmate Shorter, she saw the psychologist for one visit but felt uncomfortable and did not return. Additionally, inmate Shorter reported a second overdose in 2003 which also resulted in her being hospitalized. In 2005, she reportedly attempted to overdose with Tylenol but her boyfriend intervened and she vomited the pills. Later in 2005, inmate Shorter reportedly pointed a loaded gun to her head, however, the gun never went off. In 2006 inmate Shorter reportedly purposefully crashed her car into a tree with the intent of killing herself.  In 2008, inmate Shorter reportedly cut her wrists but her boyfriend stopped her from going further.

### Substance Abuse History
Inmate Shorter reported consuming wine everyday, however, she denied experiencing any clinically significant impairments in daily living as a result of her alcohol consumption as she stated, "I didn't have problems at work or with my family." Inmate Shorter did however indicate that she began attending AA meeting with a friend in 2011. When asked to elaborate she stated, "I took a friend who was alcoholic to the meetings and I really liked what was being taught so I would just go to learn."

### Medical Concerns
Inmate Shorter reportedly suffers from high cholesterol, hypertension, and glaucoma.

### Current Problem
According to inmate Shorter, she filed a BP-8 and BP-9 against medical staff as she does not feel she is receiving adequate medical care for gender dysphoria. Inmate Shorter has requested a breast augmentation and castration (removal of testicles).

Inmate Shorter acknowledged writing the statements in her BP-9 in which she endorsed suicidal ideation, genital mutilation, and self castration. However, she denied experiencing any current suicidal ideation, intent, or plan. When asked to elaborate she stated, "Suicidal thoughts are in my history. It just didn't start now. Some days are easier than others. I am unhappy with my current physical condition but I am not suicidal right now." Inmate Shorter added that although she continues to experience thoughts of castration she feels she is more mentally stable now than she has been in the past. For instance she stated, "In the past I would have already attempted to kill myself but now I am using the coping skills psychology is teaching me. I come here for therapy weekly and I go to all my groups. I'm in a better mind set now. I want to live I just can't tell you what will happen in one year from now if I still have testicles and no breasts."

With regards to genital mutilation and self-castration inmate Shorter denied engaging in such behaviors as she stated, "I know the health risks and consequences for doing that but the thoughts do cross my mind sometimes." Inmate Shorter indicated that she copes with her thoughts of genital mutilation/self castration by staying busy. She stated, "I work, go to the law library, and attend all the services I can in psychology."

Inmate Shorter further explained that she has also requested breast augmentation and castration as she is aware of the risk of developing cancer from the hormone replacement therapy as she stated, "I have five family right now who are battling cancer. I am already at risk of developing cancer because of my family history that's why I want to move forward

| | | |
|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978   Sex: M   Facility: MIA | Unit Team: G |
| Date: | 04/26/2016 15:58   Provider: Torres, Vivian Psy.D. | |

with the surgeries. I'm not even asking for the full reassignment surgery because I don't trust BOP to do it right. I just want my testicles to be removed so I can stop the hormones."

A discussion regarding being transferred to a female facility arose during the assessment. However, inmate Shorter indicated that she is currently not ready to be transferred to a female prison as she does not feel "woman enough." When asked to elaborate she stated, "I can't compete with the other woman. I think they would make fun of me. I am just not mentally there right now."

Inmate Shorter was educated on the risks of genital mutilation. Moreover, she was educated on psychology's responsibilities should she engage in any type of self harm or suicidal gestures. Inmate Shorter verbalized understanding as she stated, "I know you guys are doing your job. I've learned a lot and I know how to reach you guys if I needed the help."

### Current Mental Status

Level of Consciousness:   Alert and Oriented
Psychomotor Activity:   Normal
General Appearance:  Normal
Behavior:  Cooperative
Mood:  Appropriate to Content
Thought Process:   Goal Directed
Thought Content:   Normal

During the diagnostic process the inmate was alert and oriented to time, place, self and situation. The inmate was well groomed and dressed in sweat pants. Her posture was normal and no problems with gait or ambulation was noted or reported. Her speech was well paced, coherent and goal directed. Her mood was euthymic with congruent affect. Speech reflected clear and well organized thought processes, and rate, tone and volume were unremarkable. The content of speech was void of any delusional or bizarre mentations. No psychomotor agitation was observed. She denied hallucinations and did not appear to be distracted by or responding to internal stimuli. Interaction with this psychologist was noted to be open and cooperative. Her social judgment and impulse control were appropriate. Her cognitive abilities seem to be within normal range. Short and long-term memory was unremarkable. No signs of suicidality noted, reported or observed. Inmate denied suicidal ideation, plan or intent.

### RISK AND PROTECTIVE FACTORS ASSESSED:

This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm  and suicide.

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: History of inpatient psychiatric treatment, History of mental illness, History of self-injury or suicide attempt

Of the **DYNAMIC** risk factors assessed, none were found to be present.

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Adequate problem solving skills, Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Social support in the institution, Supportive family relationships, View of death as negative, Willingness to engage in treatment

Static Factors:
Inmate Shorter reported two prior psychiatric hospitalizations following overdose attempts. Additionally, inmate Shorter has a history of mental health treatment in the community and while in federal custody. Moreover, inmate Shorter has a history of suicidal attempts/self harm while in the community and state custody. It should be noted that inmate Shorter has not engaged in self harm behaviors while in federal custody.

Dynamic Factors:
Inmate Shorter denied any current suicidial ideation, intent, or plan. Moreover, she denied fearing for her own safety, feeling hopeless, or feeling like a burden. It should be noted that inmate Shorter does present with good problem solving skills as well

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #:  21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M    Facility:  MIA | Unit Team:  G |
| Date: | 04/26/2016 15:58 | Provider:  Torres, Vivian Psy.D. | |

as good coping skills as she has been observed to seek out psychology services during times of need.

Protective Factors:
Inmate is able to identify reasons for living:
1. Strong desire to live as a woman
2. I want to be in harmony with the way I feel and look
3. Family

Additionally, inmate presents with adequate problem solving skills, she is future orientated, and has strong religious beliefs against suicide as she stated, "I don't believe God will forgive me if I would kill myself. He made me like this for a reason." Additionally, inmate Shorter reported having social support out in the community and in prison. Moreover, inmate Shorter is willing to seek out psychology services should her mood deteriorate.

## DIAGNOSIS:

Transgender, validated male to female, 302.5b - Current

Unspecified Depressive Disorder, F32.9*b - Current

## CONCLUSIONS

The Overall Acute Suicide Risk for this Inmate is:        Moderate
Overall Chronic Suicide Risk for this Inmate is:          Present

## RECOMMENDATIONS

Inmate does not appear to meet qualifications to be placed on Suicide Watch at this time. While she does evidence frequent thoughts of genital mutilation and suicidal ideation, she does not appear to be a danger to herself or others at the present time.

Reasons for not placing inmate Shorter on Suicide Watch:
1. She denied any suicidality
2. She has been compliant with treatment (psychotropic medication, Care2-MH contacts, psychology groups)
3. She evidenced future orientation as she spoke about her family, work (UNICOR), and a strong desire to live as a woman in the community
4. She has good social system support both inside and outside of prison
5. Inmate agreed to see psychology should her mood deteriorate

**Suicide Watch:**    **A suicide watch is not warranted at this time**

Completed by Torres, Vivian Psy.D. on 04/28/2016 07:50

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 04/29/2016 13:51**

**Bureau of Prisons**                                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Psychology Services**

**Clinical Intervention - Individual Therapy**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | G |
| Date: | 04/29/2016 08:09 | Provider: | Ferretti, Anna Maria Psych | | | |

<u>Focus of Session</u>

Today's session focused on assessing Ms. Shorter's increase in difficulty sleeping.

<u>Subjective/Objective Presentation</u>

Ms. Shorter reported she continues to experience difficulty sleeping.  She explained she is able to fall asleep but wakes up each night around 2 or 3 am and remains awake for a while.  She noted she has been ruminating about her testicles every day and expressed that it continues to bother her.  On further discussion, Ms. Shorter denied thoughts of self-harm and/or suicide although noted there could be a time when it gets worse.  She expressed she would come to psychology should be begin having serious thoughts about harming herself.

An examination of her mental status revealed that Ms. Shorter's mood was slightly dysphoric with congruent affect.  She related in a friendly and spontaneous manner and maintained good eye contact throughout the session.  According to Ms. Shorter, her energy levels were appropriate and observations of her behavior confirmed this assessment.  Her thought processes were logical and organized.  Ms. Shorter was oriented to person, place, time, and circumstances.  No signs or symptoms of a thought disorder (such as neologisms, word salad, etc.) were present during the conversation.  She denied the presence of hallucinations and no signs of delusions were noted.  Motor movements were fluid and appropriate and her speech was clear and rate was normal.   She articulated properly enunciating her words clearly.  Syntax was normal.

<u>Intervention(s)</u>

Ms. Shorter was provided with an empathic and supportive environment.   She denied experiencing any nightmares recently but noted another inmate recently touched her neck which resulted in a startle response.  Her coping strategies related to her startle response and her difficulty sleeping were reviewed and discussed.

<u>Progress/Plan</u>

Ms. Shorter will return to therapy to begin CPT for PTSD.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 05/20/2016 10:28

**Reviewed by Torres, Vivian Psy.D. on 05/25/2016 12:00**

**Bureau of Prisons**            **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M          Facility: MIA | Unit Team: | G |
| Date: | 05/03/2016 13:22 | Provider: | Torres, Vivian Psy.D. | | |

### Focus of Session

Inmate was seen as a follow up to her Suicide Risk Assessment conducted on April 26, 2016.

### Subjective/Objective Presentation

Upon interview, inmate SHORTER stated that she is coping with her current situation as best as she can. She denied feeling depressed and she denied any current suicidal/homicidal ideation. According to inmate SHORTER, she continues to attend all her psychology callouts and groups. Moreover, inmate SHORTER denied experiencing any problems at UNICOR.

Inmate SHORTER indicated that she still has thoughts of self castration however, she is not actively thinking about engaging in self harm as she realizes the medical consequences can be severe. However, she indicated that she is still waiting to hear from health services with regards to her BP-9. Inmate SHORTER endorsed feeling frustrated as she feels health services is not providing her with adequate medical care, hence, the BP-9.

Mental status was WNL. She denied any current suicidal/homicidal ideation.

### Intervention(s)

Supportive counseling was provided.

### Progress/Plan

Inmate SHORTER will be seen by psychology services per Care2-MH policy, as requested, or deemed necessary.

Completed by Torres, Vivian Psy.D. on 05/04/2016 09:56

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 07/29/2016 13:58**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 05/09/2016 09:07 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Alarcon, Inerio MD/CD

   **Chief Complaint:** GENERAL

   **Subjective:**   37 year old inmate, transgender Male to Female, comes to health services to report that  "she" had been on hormonal therapy since June 17, 2015, and she didn't see any breast growth, so she request other alternative of treatment include a castration.

   **Pain:**            No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 97.9 | 36.6 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 74 | | | Alarcon, Inerio MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 98/64 | Right Arm | Sitting | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 99 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 69.0 | 175.3 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/09/2016 | 09:07 MIA | 191.0 | 86.6 | | Alarcon, Inerio MD/CD |

**Exam:**

   **Pulmonary**
      **Auscultation**
         Yes: Clear to Auscultation

   **Cardiovascular**
      **Auscultation**
         Yes: Regular Rate and Rhythm (RRR)

   **Abdomen**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M  Race:  BLACK | Facility: | MIA |
| Encounter Date: | 05/09/2016 09:07 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

**Exam:**

**Inspection**
Yes: Within Normal Limits

**Neurologic**
**Cranial Nerves (CN)**
Yes: Within Normal Limits, CN 2-12 Intact Grossly, CN2-3 PERRLA

**Mental Health**
**Orientation**
Yes: Alert and Oriented x 3

**ASSESSMENT:**

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | medroxyPROGESTERone  Tab | 05/09/2016 09:07 | 5mg Orally Mouth -   daily x 180 day(s) |

**Indication:**  Transgender, validated male to female

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Plan: pending Endocrinology consult.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/09/2016 | Counseling | Medication Side Effects | Alarcon, Inerio | Verbalizes Understanding |
| 05/09/2016 | Medication | medroxyPROGESTERone  5 MG Tab | Alarcon, Inerio | Verbalizes Understanding |

Side effect: High risk of DVT.
Inmate was explained all side effect, he understood without any language barrier and signed the consent to receives the medication.

**Copay Required:** No                    **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Alarcon, Inerio MD/CD on 05/09/2016 15:04

BP-S857.063  
JULY 05    CONSENT TO USE OF MEDROXYPROGESTERONE ACETATE    CDFRM

U.S. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS

The physician should initial numbers 1 thru 7 after discussing each with the inmate.

I, CHRISTOPHER SHORTER            , Reg. # 21344-017   hereby authorize Dr. Alarcon, Inerio MD/CD            or their relief (designee), to prescribe medroxyprogesterone acetate (Circle One) Oral Provera or Depo-Provera injection, a synthetic hormone, to me and to continue said medication as is recommended for my psychiatric treatment.

1. This medication is recommended because it has been found to be useful in the treatment of certain sexual fantasies, urges, and/or behaviors (paraphilias). This medication acts by suppressing production of testosterone.

2. This medication, in much lower doses, has FDA approval for use as a contraceptive in women. Although it has been extensively used in the United States in the treatment of paraphilias in men, it is not FDA approved for this use. Long term studies on its safety and side effects have not been conducted.

3. Common side effects to this medication include, but are not limited to, weight gain, fatigue, mood disturbance, breast development, loss of body hair, hot and cold flashes, reduced or abnormal sperm production (which could lead to birth defects), sterility, testicular atrophy, sexual dysfunction, headaches, insomnia, nightmares, irregular gall bladder function, anemia, decreased white blood cell count, and impaired glucose tolerance. Some of these side effects may not be reversible with discontinuation of the medication.

4. Although rare, serious and life threatening side effects can occur and may include, liver damage, osteoporosis (thinning of bones), blood clots in the extremities or lungs, heart disease, and heart failure.

5. If you develop any of the above side effects (listed #3 and 4), develop chest pain or shortness of breath, pain, heat, redness or tenderness in an extremity, yellowing of the skin, or any other unusual symptoms, you should report to sick call or notify medical staff at once.

6. The use of this medication requires regular follow-up to include physician visits, monitoring of weight and vital signs, blood tests, and other studies your physician may deem appropriate. Other treatment options include other medication with similar benefits. Other drugs may cause some of the same side effects you might experience with this medication. Other treatments may not include any medication, but may involve counseling by a psychologist or other medical professional. (Castration, i.e., removal of the testicles, may also be an effective treatment; however, this treatment will not be offered to you during your incarceration.)

7. The benefits of this medication DO NOT continue after the medication is stopped.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is competent to give consent. The patient has received a copy of the patient information sheet on medroxyprogesterone acetate.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient is not competent to give consent.
Physician Signature _____

Other Issues Discussed:

The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, hereby consents to treatment and has no additional questions. I understand that I may stop taking this medication at any time by contacting the physician.

| Inmate Signature | Inmate Number 21344-017 | Date 5-9-2016 |
|---|---|---|
| Witness Signature CDR M Mow Pw AHSA | | Date 5/9/16 |
| Attending Psychiatrist or Physician Dr Alvrer | I. Alarcon, MD Clinical Director FCI Miami | Date 05- 09- 2016 |

(This form may be replicated via WP)

MIA--MIAMI FCI

Angueira Endocrine, PA
351 NW 42nd Ave., Suite 204, Miami, FL 33126
Office: 305-644-2212  Fax: 786-475-7787



## Office Visit Note

*ElationEMR*

## Patient Name: CHRISTOPHER L. SHORTER

D.O.B.: 06/21/1978; 37 yrs, 10 mo at the time of visit
Seen by Eugenio Angueira-Serrano, M.D.

21344-017

### Date of Encounter: 05/13/2016

### Exam Reason (CC): New Patient that is MTF transgender presents for evaluation

**Subjective**

1. Male-to-female transsexual person on hormone therapy

- The patient states that she is here to have her doses adjusted and documented for the facility. June 17th, 2015 - she was started on estradiol patch, but she had skin issues. Since Feb 12 2012 she was off therapy for 2 years. She was on Premarin 2.5mg and Spironolactone 400mg, she found out on the streets. Her weight she states has also been fluctuating she states she was 168lb 2 months ago then 192, and now 184. She states her fat is mostly around abdomen. She states she eats balanced diet with protein and carbs.

- 2008 - started transitioning.

- Fought for 2 years to get hormone replacements at the DOC.

- Patient wants to have testicles removed.

- No history of blood clots

- E 444 in March 2016 she states

- Hair - thinning in the front, just some facial hair.

- She states that she always knew, since she was younger.

- What do you prefer: She and "Shorter"

- +breast tenderness, +discharge, off white, and both breasts.

2. Glaucoma - developing L worse than R. Since march she has been on drops.

**Allergy:NKDA**

PMH:
- suicide attempts hospitalization (6x, 2005 last admission) - now in therapy.

- Male-to-female transsexual person on hormone therapy

- Essential (primary) hypertension

- Dyslipidemia

- Bipolar disorder

- Depression

- Glaucoma

- Heart Murmur

PSH:   Denies.

FH:
- Mother: Age 60, Alive

- Father: Age 61, Alive

- Cancer - MGM Sarcoma, PGM Breast, 5 cousin - various, Colon, Prostate

- Heart Disease - PGM

- T2DM - MAunt

- HTN - Mother, Brother (at age 15), Father, GParents

- Stroke - MGF, MAunt at age 34, PAunt at age 34

Angueira Endocrine, PA
351 NW 42nd Ave., Suite 204, Miami, FL  33126
Office: 305-644-2212   Fax: 786-475-7787

# Instructions

*First - Middle - Last*
**For:**  **CHRISTOPHER LAMONT SHORTER**
**D.O.B.:**  06/21/1978 (Male)
**Addr.:**  15801 SW 137 AVE , FEDERAL CO, MIAMI, FL 33177
**Phone:**  305-259-2181

1. Recommend to change to Estradiol 4mg QDaily
2. Recommend to increase Sprinolactone to 300mg Qdaily
3. Recommend to start baby aspirin daily 81mg.

By: **Eugenio Angueira-Serrano, M.D.** on 05/13/2016

Angueira Endocrine, PA
351 NW 42nd Ave., Suite 204, Miami, FL  33126
Office: 305-644-2212   Fax: 786-475-7787

# Prescription

*First - Middle - Last*

**For:   CHRISTOPHER LAMONT SHORTER**

D.O.B.: 06/21/1978 (Male)

Addr.: 15801 SW 137 AVE , FEDERAL CO, MIAMI, FL 33177

Phone: 305-259-2181

**Rx 1**    **Change Order: Spironolactone 100 mg Tab**
Date of order: May 13, 2016
Sig: 3 tablet orally daily
Qty: 90 (ninety) tab
This dispense approved, plus an additional 0 refill(s).
Substitutions allowed.

Electronically signed by Eugenio Angueira-Serrano, M.D. on 05/13/2016 11:06 am in
ElationEMR
NPI: 1578621702 · License: ME66435 · DEA: BA4326725

Angueira Endocrine, PA
351 NW 42nd Ave., Suite 204, Miami, FL  33126
Office: 305-644-2212   Fax: 786-475-7787

# Prescription

*First - Middle - Last*

**For:**   **CHRISTOPHER LAMONT SHORTER**

**D.O.B.:** 06/21/1978 (Male)

**Addr.:**   15801 SW 137 AVE , FEDERAL CO, MIAMI, FL 33177

**Phone:** 305-259-2181

---

**Rx 1**    **Change Order: Estradiol 1 mg Tab**
           Date of order: May 13, 2016
           Sig: 4 tablet orally daily
           Qty: 120 (one hundred twenty) tab
           This dispense approved, plus an additional 0 refill(s).
           Substitutions allowed.

Electronically signed by Eugenio Angueira-Serrano, M.D. on 05/13/2016 11:05 am in
ElationEMR
NPI: 1578621702 · License: ME66435 · DEA: BA4326725

Printout - Elation EMR                                                                           Page 1 of 1

Angueira Endocrine, PA
351 NW 42nd Ave., Suite 204, Miami, FL  33126
Office: 305-644-2212   Fax: 786-475-7787

# Lab Order                                                                                    ..Other

*First - Middle - Last*
**For:**   **CHRISTOPHER LAMONT SHORTER**
**D.O.B.:**  06/21/1978 (Male)
**Addr.:**  15801 SW 137 AVE , FEDERAL CO, MIAMI, FL 33177
**Phone:**  305-259-2181

**Lab Test Center:**
..Other - Other

*Fasting or non-fasting does not matter (Random)*

| **ICD-10s:** |
|---|

**Tests:**
- **TSH**
- **Free T4**
- **Estradiol**
- **Prolactin**
- **FSH**
- **LH**
- **Testosterone**
- **AM cortisol**
- **free Testosterone**
- **Progesterone (004317)**
- **IGF-1 (010363)**
- **Complete Metabolic Panel (CMP)**
- **Bioavailable Testosterone**

**ICD-10s:**
- L68.0
- N95.1
- D35.2
- Z79.899
- Z78.0
- F64.1
- E23.0

Electronically signed by Swati Chalavarya on behalf of Eugenio Angueira-Serrano, M.D. on 05/13/2016 10:54 am in ElationEMR
NPI: 1578621702

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/20/2016 09:57 EST | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 05/26/2016 14:40.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 05/13/2016 12:50 | Provider: Laguerre, Wilene RN | Unit: G01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT   1**       **Provider:** Laguerre, Wilene RN

**Chief Complaint:** No Complaint(s)
**Subjective:** I came from the endocrinologist
**Pain:**       No

---

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/13/2016 | 12:52 MIA | 98.2 | 36.8 | | Laguerre, Wilene RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/13/2016 | 12:52 MIA | 63 | | | Laguerre, Wilene RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/13/2016 | 12:52 MIA | 12 | Laguerre, Wilene RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/13/2016 | 12:52 MIA | 109/81 | Left Arm | Sitting | Adult-regular | Laguerre, Wilene RN |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Nutrition**
Yes: Within Normal Limits

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Inmate returning from endocrinologist at this time. No acute distress noted.

Dx: Male to female transsexual person on hormone therapy

Plan: Increase in estradiol (4mg) and spironolactone (300 mg), Start ASA 81 mg

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 05/13/2016 12:50 | Provider: | Laguerre, Wilene RN | Unit: | G01 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Spironolactone Oral Tablet | 05/13/2016 12:50 | 300 mg  Orally  -  daily x 14 day(s) |
| | Estradiol Tablet | 05/13/2016 12:50 | 4 mg  Orally  -  daily x 14 day(s) Pill Line Only |
| | Aspirin 81 MG Tablet (365 day) | 05/13/2016 12:50 | 81 mg Orally  -  daily x 14 day(s) |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 99378-MIA | *Estradiol 1 MG Tab* | *05/13/2016 12:50* | *Take two tablets (2mg) by mouth each day \*\*\*pill line\*\*\* \*\*\*Do Not Crush\*\*\* ( \*\*\*non-formulary approved\*\*\* till 12/11/16)* |

|   | **Discontinue Type:** | *When Pharmacy Processes* |
|---|---|---|
|   | **Discontinue Reason:** | *new order written* |
|   | **Indication:** | |

| 99380-MIA | *Spironolactone 100 MG Tab* | *05/13/2016 12:50* | *Take two tablets (200 MG) by mouth each morning* |
|---|---|---|---|

|   | **Discontinue Type:** | *When Pharmacy Processes* |
|---|---|---|
|   | **Discontinue Reason:** | *new order written* |
|   | **Indication:** | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Community/Contract Hospital | Continue | Rx | Order | Aspirin 81 MG Tablet (365 day) | 81 mg po daily |
| Community/Contract Hospital | Continue | Rx | Order | Estradiol Tablet | 4 mg po Daily |
| BOP | Continue | Rx | 103159-MIA | medroxyPROGESTERone  5 MG Tab | Take one tablet (5 MG) by mouth daily  \*\*\*non-formulary approved\*\*\* til 5/9/2017 \*\*\*pill line\*\*\* |
| BOP | Continue | Rx | 102566-MIA | Sertraline HCl  50 MG Tab | Take three tablets (150 MG) by mouth each morning \*\*\*NEW DOSE\*\*\*  \*consent form on file \* \*\*\*self carry\*\*\* |
| BOP | Discontinue and Sub | Rx | 99380-MIA | Spironolactone 100 MG Tab | Take two tablets (200 MG) by mouth each morning |

**Above Item subtituted with:** Spironolactone Oral Tablet

|   | OTC | No known OTCs |
|---|---|---|

**Disposition:**

Follow-up at Sick Call as Needed

Inmate Name:  SHORTER, CHRISTOPHER LAMONT                                    Reg #:     21344-017
Date of Birth:    06/21/1978                       Sex:      M     Race:  BLACK        Facility:   MIA
Encounter Date:  05/13/2016 12:50             Provider:  Laguerre, Wilene RN       Unit:       G01

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/13/2016 | Counseling | Access to Care | Laguerre, Wilene | Verbalizes Understanding |

**Copay Required:** No               **Cosign Required:**  Yes
**Telephone/Verbal Order:**   Yes     **By:**  Alarcon, Inerio MD/CD
**Telephone or Verbal order read back and verified.**


Completed by Laguerre, Wilene RN on 05/13/2016 13:07
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/13/2016 12:50 | Provider: | Laguerre, Wilene RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 05/13/2016 14:53.**

## UNIQUE MOBILE DIAGNOSTIC SERVICES, INC. □ UMDS

6303 BLUE LAGOON DRIVE SUITE 400. MIAMI, FL, 33126
PHONE: (305) 267-9032 - FAX (305) 456-3664 — EMERGENCY PHONE: (786) 210-9724
E-MAIL: UMDS.INC@GMAIL.COM

---

**PATIENT:**            **SHORTER, CHRISTOPHER**
**MR #:**               **FCI-21344-017**
**DOB:**                **06/21/1978**
**DATE:**               **05/24/2016**
**REFERRING PHYSICIAN:** **DR. ALARCON**

**BREASTS ULTRASOUND**

**INDICATION:**

"Gynecomastia" one year estrogen, one year progesterone palpable nodule on the right breast.

**FINDINGS:**

There are no previous films or reports available for comparative purposes.

Views of the right breast demonstrate irregular echogenic consistency overlying the upper outer quadrant of the periareolar region of the right breast. An area measuring 1.2 x 0.8 cm of heterogenous consistency is noted. The area demonstrates markedly irregular marginal contours. Soft tissues mass is of diagnostic consideration. Finding may be related to patient's clinically palpable soft tissue mass. The remainder of the right breast demonstrates diffuse heterogenous echogenic consistency precluding the exclusion of soft tissue mass. No evidence of right breast cyst.
The left breast demonstrated diffuse heterogenous echogenic consistency without evidence of breast cyst. Soft tissue mass cannot be completely excluded due to the degree of heterogenous echogenic texture of the left breast.

Please note that breast ultrasound is not a breast screening procedure. Any clinically palpable mass should be aggressively pursued and biopsied regardless of the result of breasts ultrasound or mammography. Digital mammography at this time is recommended for additional evaluation as is surgical consultation and tissue assessment.

**IMPRESSION:**

Right breast mass, suggest surgical consultation and biopsy. Soft tissue mass suggested region of the right breast 10 o'clock position. Patient with known history of clinically palpable soft tissue mass. Additional evaluation prior to surgical consultation and biopsy should include complete mammographic assessment.

THIS REPORT WAS ELECTRONICALLY SIGNED
Roland Gracia, M.D.
Diagnostic Radiologist
RG/isco

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Scanned Date: | 06/08/2016 12:57 EST | | Facility: | MIA |

**Reviewed with New Encounter Note by Alarcon, Inerio MD/CD on 06/21/2016 09:11.**

**Bureau of Prisons**
**Psychology Services**
**CCARE Team Note**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | G |
| Date: | 05/24/2016 15:53 | Provider: | Torres, Vivian Psy.D. | | | |

## Participants

Warden, Captain, Acting Chief Psychologist, Executive Assistant/Camp Administrator, Psychologist, Clinical Director, CMC, Unit Managers x3, SIS, Lieutenant, and SHU Lieutenant.

## Comments

Inmate Shorter carries a diagnosis of Gender Dysphoria and Unspecified Depressive Disorder. She is currently being prescribed the following medications: Sertraline 50 mg.

Inmate Shorter is compliant with both her psychotropic medication and Care2 Contacts. Additionally, inmate Shorter is participating in the following psychology groups: Anger Management, Mindfulness Cognitive Based Therapy, and 7 Habits of Highly Effective People. Additionally, inmate SHORTER is currently participating in individual counseling with a practicum student for anger management and PTSD.

Since her arrival at FCI Miami inmate SHORTER has received two PREA interventions. However, it should be noted that inmate SHORTER appears to be adjusting well to FCI Miami despite the two PREA interventions. Inmate SHORTER is currently working in UNICOR. She has not had any incident reports since arriving at FCI Miami.

Inmate Shorter's housing was reviewed on today's date. Inmate SHORTER recently disclosed that she is contemplating transferring to the camp, however, she has not requested the transfer as of yet. Inmate SHORTER is currently residing alone in a three man cell next to the officer's station. Inmate SHORTER has not reported any concerns with respect to her living conditions.

Completed by Torres, Vivian Psy.D. on 06/02/2016 12:49

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 06/13/2016 19:29**



## UNIQUE MOBILE DIAGNOSTIC SERVICES, INC.  □ UMDS
6303 BLUE LAGOON DRIVE SUITE 400.  MIAMI, FL, 33126
PHONE: (305) 267-9032 - FAX (305) 456-3664 – EMERGENCY PHONE: (786) 210-9724
E-MAIL: UMDS.INC@GMAIL.COM

| | |
|---|---|
| **PATIENT:** | **SHORTER, CHRISTOPHER** |
| **MR #:** | **FCI-21344-017** |
| **DOB:** | **06/21/1978** |
| **DATE:** | **05/24/2016** |
| **REFERRING PHYSICIAN:** | **DR. ALARCON** |

**LIVER ULTRASOUND**

**FINDINGS:**

Diffuse increased hepatic attenuation is identified throughout the hepatic parenchyma.  No solid or cystic mass is noted.  No intra- or extrahepatic biliary ductal dilatation.  No evidence of ascites.

**IMPRESSION:**

Fatty infiltration of the liver versus hepatocellular disease.  CT correlation is suggested for your consideration for additional evaluation.

THIS REPORT WAS ELECTRONICALLY SIGNED
Roland Gracia, M.D.
Diagnostic Radiologist

RG/isco

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 06/08/2016 12:59 EST | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 06/21/2016 09:31.**



# UNIQUE MOBILE DIAGNOSTIC SERVICES, INC.  □ UMDS

6303 BLUE LAGOON DRIVE SUITE 400.  MIAMI, FL, 33126
PHONE: (305) 267-9032 - FAX (305) 456-3664 – EMERGENCY PHONE: (786) 210-9724
E-MAIL: UMDS.INC@GMAIL.COM

---

| | |
|---|---|
| **PATIENT:** | **SHORTER, CHRISTOPHER** |
| **MR #:** | **FCI-21344-017** |
| **DOB:** | **06/21/1978** |
| **DATE:** | **05/24/2016** |
| **REFERRING PHYSICIAN:** | **DR. ALARCON** |

**LOWER VENOUS DUPLEX EXAMINATION**

**FINDINGS:**

There are no previous films available for comparison.

The venous evaluation demonstrates the Doppler venous examination of bilateral common femoral, superficial femoral, popliteal, posterior tibial and anterior tibial veins to be spontaneous, phasic and augmented. No evidence of venous insufficiency or venous thrombosis.

Should there be high clinical suspicion of possible deep vein thrombosis; correlation with additional venous evaluation is recommended. The possibility of deep vein thrombosis cannot be completely excluded on the basis of this examination.

**IMPRESSION:**
1. Noninvasive venous evaluation of bilateral lower extremities within normal limits as described above. Please see above comments.
2. No evidence of deep vein thrombosis.

THIS REPORT WAS ELECTRONICALLY SIGNED
Roland Gracia, M.D.
Diagnostic Radiologist

RG/isco

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:   M | Race: | BLACK |
| Scanned Date: | 06/08/2016 12:57 EST | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 06/21/2016 09:30.**



# UNIQUE MOBILE DIAGNOSTIC SERVICES, INC.  ☐ UMDS

6303 BLUE LAGOON DRIVE SUITE 400. MIAMI, FL, 33126
PHONE: (305) 267-9032 – FAX (305) 456-3664 – EMERGENCY PHONE: (786) 210-9724
E-MAIL: UMDS.INC@GMAIL.COM

---

**PATIENT:**            SHORTER, CHRISTOPHER
**MR #:**               FCI-21344-017
**DOB:**                06/21/1978
**DATE:**               05/24/2016
**REFERRING PHYSICIAN:**  DR. ALARCON

## LOWER ARTERIAL DUPLEX EXAMINATION

### FINDINGS:

There are no previous films available for comparison.

Doppler waveforms were obtained at the level of the common femoral, superficial femoral, popliteal and posterior tibial arteries bilaterally. These demonstrated symmetrical triphasic arterial waveforms with normal Doppler velocities.

Ultrasound examination demonstrated no evidence of significant arterial insufficiency.

The right ankle-brachial index 1.0 cm/sec.
The left ankle-brachial index 1.1 cm/sec.

### IMPRESSION:

Lower arterial ultrasound and Doppler grossly within normal limits. No evidence of peripheral vascular insufficiency.

THIS REPORT WAS ELECTRONICALLY SIGNED
Roland Gracia, M.D.
Diagnostic Radiologist

RG/isco

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 06/08/2016 12:58 EST | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 06/21/2016 09:30.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: BLACK | Facility: | MIA |
| Note Date: | 06/21/2016 09:12 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

  **ADMINISTRATIVE NOTE   1**          **Provider:**  Alarcon, Inerio MD/CD

    38 year old inmate Transgender male to female, on hormonal therapy estrogen and progesterone has a right breast mass on ultrasound.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 07/27/2016 | 07/17/2016 | Routine | No | |

  **Subtype:**
    General Surgery
  **Reason for Request:**
    38 year old inmate Transgender male to female, on hormonal therapy estrogen and progesterone has a gynecomastia, and right  breast mass on ultrasound. P/E ?
  **Provisional Diagnosis:**
    Dx: Gynecomastia.
    Right and left breast mass ?
  **Additional Records Required for Consultation:**
    Progress Note(s), X-ray Image(s)

| | | | | | |
|---|---|---|---|---|---|
| Radiology | 07/21/2016 | 07/21/2016 | Routine | No | |

  **Subtype:**
    MRI
  **Reason for Request:**
    38 year old inmate Transgender male to female, on hormonal therapy estrogen and progesterone has a gynecomastia, and right  breast mass on ultrasound.
  **Provisional Diagnosis:**
    Dx: Gynecomastia/Right breast mass.
    Rec: Mammography of the breast ( right and left )
  **Additional Records Required for Consultation:**
    Progress Note(s)

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No


Completed by Alarcon, Inerio MD/CD on 06/21/2016 09:29

**Bureau of Prisons**                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Individual Therapy**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | G |
| Date: | 07/07/2016 14:12 | Provider: | Ferretti, Anna Maria Psych | | | |

### Focus of Session

Today's session focused on Ms. Shorter's experience with CPT for PTSD and discussing strategies for moving forward in therapy.

### Subjective/Objective Presentation

Ms. Shorter expressed she has been "stressed" about health issues, been feeling nauseous and vomited after eating last week.  She indicated she has been going to sick call to manage her difficulties.  In addition, she stated she has been taking allergy medication to help her sleep which has been helping.

An examination of her mental status revealed that Ms. Shorter's mood was appropriate as was her affect. She related in a friendly and spontaneous manner and maintained good eye contact throughout the session. Her thought processes were logical and organized. Ms. Shorter was oriented to person, place, time, and circumstances. No signs or symptoms of a thought disorder (such as neologisms, word salad, etc.) were present during the conversation. She denied the presence of hallucinations and no signs of delusions were noted. Motor movements were fluid and appropriate and her speech was clear and rate was normal. She articulated properly enunciating her words clearly.
Syntax was normal. Ms. Shorter denied suicidal ideation, plan, or intent.

### Intervention(s)

An empathic and supportive environment was provided.  Ms. Shorter's experience in therapy and her desires to suspend CPT for PTSD because of how she feels when leaving the psychology office was discussed.  However, she is interested in continuing the therapy process and was encouraged to think about specific treatment goals she would like to focus on from now on.

### Progress/Plan

Ms. Shorter will return to therapy as scheduled and future treatment goals will be discussed.


Completed by Ferretti, Anna Maria Psych Student Volunteer on 07/07/2016 15:04

**Reviewed by Torres, Vivian Psy.D. on 07/08/2016 09:09**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:   M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 07/08/2016 09:32 | Provider:  Alarcon, Inerio MD/CD | Unit: | G01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1        Provider:** Alarcon, Inerio MD/CD

**Chief Complaint:** GENERAL

**Subjective:** Inmate was called to notify the radiology report. He is concerning about breast cancer running on his family, otherwise he denies any medical complaints.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 98.2 | 36.8 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 70 | | | Alarcon, Inerio MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 115/77 | | | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 99 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 69.0 | 175.3 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/08/2016 | 09:34 MIA | 183.0 | 83.0 | | Alarcon, Inerio MD/CD |

**Exam:**

**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**
**Auscultation**
Yes: Regular Rate and Rhythm (RRR)

**Abdomen**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 07/08/2016 09:32 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

**Exam:**

**Inspection**
Yes: Within Normal Limits

**Neurologic**
**Cranial Nerves (CN)**
Yes: Within Normal Limits, CN 2-12 Intact Grossly, CN2-3 PERRLA

**Mental Health**
**Orientation**
Yes: Alert and Oriented x 3

**ASSESSMENT:**

Gender identity disorder, 302.85 - Resolved

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/11/2016 | Counseling | Compliance - Treatment | Alarcon, Inerio | Verbalizes Understanding |
| 07/11/2016 | Counseling | Diagnosis | Alarcon, Inerio | Verbalizes Understanding |
| 07/11/2016 | Counseling | Plan of Care | Alarcon, Inerio | Verbalizes Understanding |
| 07/11/2016 | Counseling | Medication Side Effects | Alarcon, Inerio | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Alarcon, Inerio MD/CD on 07/11/2016 12:23

**Bureau of Prisons**            **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #:   21344-017 |
| Date of Birth: | 06/21/1978 | Sex:   M | Facility:  MIA | Unit Team:  G |
| Date: | 07/08/2016 11:17 | Provider:   Torres, Vivian Psy.D. | | |

## Focus of Session

Inmate SHORTER was seen as a walk in to psychology services on today's date.

## Subjective/Objective Presentation

Upon interview, inmate SHORTER presented this writer with a copy of the results of her breast ultrasound. Inmate SHORTER indicated that she was feeling extremely anxious as she is worried about the results of the ultrasound. According to medical records, the results of inmate SHORTER's ultrasound suggest: "Clinical palpable mass should be aggressively pursued and biopsied.. Digital mammography at this time is recommended for additional evaluation as is surgical consultation and tissue assessment."

Inmate SHORTER indicated that she is worried she will not receive the proper medical care in time as she has a history of breast cancer in her family. When asked to elaborate she stated, "My mammogram was approved on May 13th however I have yet to be seen. I need to be seen now. My sister died a painful death from breast cancer and I am worried it may be cancer."

Inmate's mood was anxious with congruent affect. Psychomotor agitation present. Inmate SHORTER presented with catastrophic thinking and ruminating thoughts about cancer. Inmate SHORTER denied any current suicidal/homicidal ideation.

## Intervention(s)

Supportive counseling was provided and coping skills were reviewed. Provided CBT interventions including reframing negative maladaptive thoughts and reviewed relaxation skills.

## Progress/Plan

Inmate SHORTER will be seen as per Care2-MH policy, as requested, or deemed necessary. Additionally, it should be noted that inmate SHORTER is actively participating in individual counseling for PTSD and Anger Management.


Completed by Torres, Vivian Psy.D. on 07/08/2016 11:54

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 07/08/2016 13:27**

**Bureau of Prisons**                          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Facility:  MIA | Unit Team: | G |
| Date: | 07/15/2016 13:55 | Provider: | Ferretti, Anna Maria Psych | | |

### Focus of Session

Inmate Shorter is being assessed on a monthly basis as part of Psychology Service's Care2-MH program. Inmates are placed on Care2-MH status if they require clinical intervention on a monthly basis; have a history of suicidal behaviors, parasuicidal behaviors, psychosis, psychiatric hospitalization, and/or treatment with anti-psychotics or mood stabilizers particularly in the last five years.

Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005). Inmate is currently being prescribed Sertraline 150mg per day.

### Subjective/Objective Presentation

Ms. Shorter stated things have been the "same ol same ol."  However, she expressed that she has been feeling fatigued and nauseated for the past two or three weeks and that her mood has been "terrible" and "agitated."  She explained she has been sleeping and laying around more than usual and spending a lot of time in her room by herself and has been vomiting every day.  She confirmed that she already went to sick call and stated they told her an outside appointment is coming.

An examination of her mental status revealed that Ms. Shorter's mood was dysphoric with congruent affect. She related in a friendly and spontaneous manner and maintained good eye contact throughout the session.  Her thought processes were logical and organized. Ms. Shorter was oriented to person, place, time, and circumstances. No signs or symptoms of a thought disorder (such as neologisms, word salad, etc.) were present during the conversation. She denied the presence of hallucinations and no signs of delusions were noted.  Motor movements were fluid and appropriate and her speech was clear and rate was normal. She articulated properly enunciating her words clearly. Syntax was normal. Ms. Shorter denied any suicidal or homicidal ideation, plan or intent.

### Intervention(s)

A mental status examination was conducted. Supportive counseling was provided. Positive coping skills were reviewed and reinforced.  Furthermore, she was encouraged to go to sick call again should her symptoms get worse before the date of her outside appointment.

### Progress/Plan

Inmate Shorter will be continue to be seen by psychology services as per Care2-MH policy. She is also seen weekly for individual therapy.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 07/29/2016 10:55

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 07/29/2016 13:57**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 07/26/2016 09:03 | Provider: Chipi, Martha MD | Unit: G01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Chipi, Martha MD
   **Chief Complaint:** GENERAL
   **Subjective:**   Patient comes in requesting the status on his mammogram and MRI consults.
   **Pain:**      No

**ROS:**
   **General**
      **Constitutional Symptoms**
         No: Anorexia, Chills, Easily Tired, Fatigue, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness

**OBJECTIVE:**
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 85 | Via Machine | | Chipi, Martha MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 14 | Chipi, Martha MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 114/77 | Left Arm | Sitting | Adult-regular | Chipi, Martha MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 100 | Room Air | Chipi, Martha MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 183.0 | 83.0 | | Chipi, Martha MD |

**Exam:**
   **General**
      **Affect**
         Yes: Cooperative
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
         No: Appears Distressed

**ASSESSMENT:**

   Transgender, validated male to female, 302.5b - Current

   Examination of eyes and vision, V72.0 - Current

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 07/26/2016 09:03 | Provider: | Chipi, Martha MD | Unit: | G01 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 101724-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | 07/26/2016 09:03 | Instill one drop in both eyes each day x 90 day(s) |

  **Indication:** Examination of eyes and vision

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Mammogram - Diagnostic | 08/25/2016 | 08/25/2016 | Emergent | No | |

  **Subtype:**
    Mammogram - Diagnostic
  **Reason for Request:**
    38 year old inmate Transgender male to female, on hormonal therapy estrogen and progesterone has a gynecomastia, and right breast mass on ultrasound.
  **Provisional Diagnosis:**
    Bilateral mammo/ right breast mass.

### Disposition:

  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed

### Other:

  All consults referred via e-mail to HIT/AHSA.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/26/2016 | Counseling | Access to Care | Chipi, Martha | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 07/26/2016 09:28

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 07/27/2016 15:02 | Provider:  Cornett, Todd MD | Unit: | G01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**  **Provider:** Cornett, Todd MD

Chief Complaint: Behavioral Health Problem

Subjective: Inmate was seen due to growing anxiety of lump in breast and fact sister had died of breast cancer. Inmate is seeking appropriate clinical follow-up and was directed to appropriate administrative offices for scheduling follow-up.

Inmate feels he could benefit from increase in Zoloft to better target increased anxiety and depression.

Pain: Not Applicable

---

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 85 | Via Machine | | Chipi, Martha MD |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 14 | Chipi, Martha MD |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 114/77 | Left Arm | Sitting | Adult-regular | Chipi, Martha MD |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 100 | Room Air | Chipi, Martha MD |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/26/2016 | 09:05 MIA | 183.0 | 83.0 | | Chipi, Martha MD |

Exam:
Mental Health
Grooming/Hygiene
Yes: Within Normal Limits
Facial Expressions
Yes: Within Normal Limits
Affect
Yes: Anxious, Depression
Speech/Language
Yes: Within Normal Limits
Mood
Yes: Dysphoric

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 07/27/2016 15:02 | Provider: | Cornett, Todd MD | | Unit: | G01 |

**Exam:**

**Thought Process**
Yes: Logical, Goal Directed

**Thought Content**
No: Delusional, Suicidal or Homicidal Ideation

**Perceptions**
No: Illusions, Hallucinations-Auditory

**Orientation**
Yes: Appropriate, Alert and Oriented x 3

**Attention**
Yes: Within Normal Limits

**ASSESSMENT:**

Transgender, validated male to female, 302.5b - Current

Unspecified Depressive Disorder, F32.9*b - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Sertraline Tablet | 07/27/2016 15:02 | 200mg Orally  -  daily x 180 day(s) -- ***self-carry*** |

**Indication:** Depressive DO, not elsewhere classified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 102566-MIA | *Sertraline HCl  50 MG Tab* | 07/27/2016 15:02 | *Take three tablets (150 MG) by mouth each morning ***NEW DOSE*** *consent form on file * ***self carry**** |

**Discontinue Type:**   *When Pharmacy Processes*
**Discontinue Reason:** *new order written*
**Indication:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Inmate is seeking multiple services from Psychology, and knows how to access services. Inmate knows to contact Health or Psychology Services if symptoms change. Safety plan in place.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2016 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 07/27/2016 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 07/27/2016 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
|---|---|---|---|---|

Date of Birth: 06/21/1978     Sex:   M   Race:   BLACK     Facility:   MIA
Encounter Date: 07/27/2016 15:02     Provider:   Cornett, Todd MD     Unit:   G01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2016 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Cornett, Todd MD on 07/27/2016 15:18

## Bureau of Prisons
## Psychology Services
## Clinical Intervention - Individual Therapy

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: | MIA | Unit Team: | G |
| Date: | 08/05/2016 14:04 | Provider: | Ferretti, Anna Maria Psych | | | | |

### Focus of Session
Today's session focused on the grief process regarding her ongoing health concerns.

### Subjective/Objective Presentation
Ms. Shorter expressed she has been doing well, although noted her mood has been "terrible" because of frustrations with her medications. She added that she has been experiencing hypersomnia over the last week or two, decreased appetite, and vomiting with certain foods.

Ms. Shorter was alert, oriented, and appropriately dressed/groomed. Her gait and motor coordination was adequate. Her speech was of normal rate, volume, and prosody. Expressive and receptive language was adequate. She displayed appropriate eye contact. Thought processes were coherent and content of her responses were appropriate to questions posed. Judgment and insight were adequate. Her mood was euthymic and affect was appropriate to expressed content. No noted perceptual disturbances. She denied current suicidal ideation, plan, or intent.

### Intervention(s)
A mental status examination was conducted. Supportive counseling was provided. The process of grief and how it relates to her ongoing health difficulties were explored and discussed.

Ms. Shorter was encouraged to go to medical regarding her vomiting and her concerns with her medications.

### Progress/Plan
Ms. Shorter will continue therapy as scheduled and will be seen on a biweekly basis moving forward.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 10/21/2016 11:12

**Reviewed by Trgovac, Marie PsyD/RDAP Coordinator on 12/23/2016 08:32**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 08/16/2016 09:52 | Provider:  Alarcon, Inerio MD/CD | Unit: | G01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Alarcon, Inerio MD/CD

Chief Complaint: Nausea/Vomiting

Subjective: 38 year old inmate comes to health services complaining of nauseas since last two days otherwise asymptomatic.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 97.6 | 36.4 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 72 | | | Alarcon, Inerio MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 119/85 | | | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 99 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 69.0 | 175.3 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/16/2016 | 09:52 MIA | 185.0 | 83.9 | | Alarcon, Inerio MD/CD |

**Exam:**

Pulmonary
    Auscultation
        Yes: Clear to Auscultation
Cardiovascular
    Auscultation
        Yes: Regular Rate and Rhythm (RRR)
Abdomen

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 08/16/2016 09:52 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

## Exam:

### Inspection

Yes: Within Normal Limits

### Neurologic

### Cranial Nerves (CN)

Yes: Within Normal Limits

## ASSESSMENT:

Nausea, R110 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Promethazine Injection | 08/16/2016 09:52 | 25mg Intramuscularly Deltoid, Left one time x 1 day(s) Pill Line Only |

**Indication:** Nausea
**Start Now:** Yes
   **Night Stock Rx#:**
   **Source:** Pyxis
   **Admin Method:** Pill Line
   **Stop Date:** 08/17/2016 09:51
   **MAR Label:** 25mg Intramuscularly Deltoid, Left one time x 1 day(s) Pill Line Only
   **One Time Dose Given:** No

| | Promethazine Suppository | 08/16/2016 09:52 | 1 supp Rectally Rectum -   daily x 3 day(s) -- as needed for nauseas |

**Indication:** Nausea

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Endocrinology | 11/16/2016 | 11/16/2016 | Routine | No | |

   **Subtype:**
      Endocrinology
   **Reason for Request:**
      38 year old inmate, who is on hormonal therapy due to male to female transgender (MTF) comes to health services complaining of nauseas since last two days otherwise asymptomatic
   **Provisional Diagnosis:**
      Dx.  Male to female transgender
      Recommended reevaluation of the hormonal therapy.
   **Additional Records Required for Consultation:**
      Consultation Report(s)

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M    Race:  BLACK | Facility: | MIA |
| Encounter Date: | 08/16/2016 09:52 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/16/2016 | Counseling | Plan of Care | Alarcon, Inerio | Verbalizes Understanding |

**Copay Required:** Yes            **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Alarcon, Inerio MD/CD on 08/16/2016 13:32

## Bureau of Prisons
## Psychology Services
## Administrative Contact with an Inmate

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M        Facility:  MIA | Unit Team: | G |
| Date: | 08/18/2016 09:26 | Provider: | Skibinski, Sherri PsyD/DAP | | |

### Comments

Inmate SHORTER came to this author's office in the afternoon of 8/17/16 to express concern that she has not received any follow-up care, or been taken to any appointments, subsequent to her breast ultrasound on 5/24/16 which identified a "right breast mass." She indicated that she is extremely concerned about the possibility that she could have cancer due to several risk factors she has including: "the Breast Cancer Gene (BRCA1 and/or BRCA2)", her diagnosis of Klinefelter Syndrome, and having immediate and second generation family members who have died from breast cancer, including her sister who died from breast cancer in May, 2014.

Inmate Shorter also reported that she has been feeling fatigued and  nauseous (vomiting on several occasions) recently. She indicated that she is aware that these symptoms could be a result of her anxiety relating to not knowing whether the lump in her breast is cancerous or not. She shared her concern that these symptoms could also be due to having cancer. Additionally, she informed that she believes the mass is getting larger.

Finally, inmate Shorter reported that she was informed by Custody staff that the appointment for which she was scheduled during the week of August 8-12 was "cancelled by Correctional Services for understaffing issues."

This author encouraged Inmate SHORTER to continue to keep in contact with health services regarding her concerns/symptoms.

Mental status was assessed. Inmate SHORTER was alert and oriented x 4 (person, place, time, and situation). Mood was anxiety with congruent affect. Her thought processes were logical and goal directed. She denied thoughts, intent, or plan of self-harm or of harming others. No evidence of hallucinations or delusional ideation was noted or reported. It appears to this author that inmate SHORTER's is experiencing a moderate level of anxiety which is directly related to her medical concerns.

On 8/18/16, the Health Services Clinical Director, Associate Warden, Executive Assistant, and the Warden were advised of the above information, including receiving a copy of the paperwork inmate SHORTER provided. See attached. Additionally, inmate SHORTER's individual therapist was informed of the above information today (8/18/16) to ensure that her anxiety/concerns may be addressed during their weekly therapy session on Friday, August 19, 2016.

Inmate SHORTER was encouraged to return to Psychology should she require additional services between her scheduled sessions.

Completed by Skibinski, Sherri PsyD/DAP Coord on 08/18/2016 10:07

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M      Race: BLACK | Facility: | MIA |
| Note Date: | 08/18/2016 15:41 | Provider: | Chipi, Martha MD | Unit: | G01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Chipi, Martha MD

    Chart reviewed- patient has several appointments for further eval of abnormal breast ultrasound scheduled; will obtain lab work for visit.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-T-Testosterone, Total | One Time | 08/19/2016 00:00 | Routine |
| Lab Tests-E-Estrogens | | | |
| Lab Tests-B-BRCA1/2 Deletion/Duplication | | | |
| Lab Tests-B-BRCA1/2 Sequencing | | | |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 08/18/2016 15:44

## Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | G |
| Date: | 08/19/2016 13:58 | Provider: | Ferretti, Anna Maria Psych | | | |

### Focus of Session

Inmate Shorter is being assessed on a monthly basis as part of Psychology Service's Care2-MH program. Inmates are placed on Care2-MH status if they require clinical intervention on a monthly basis; have a history of suicidal behaviors, parasuicidal behaviors, psychosis, psychiatric hospitalization, and/or treatment with anti-psychotics or mood stabilizers particularly in the last five years.

Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005). Inmate is currently being prescribed Sertraline 200mg per day.

### Subjective/Objective Presentation

Ms. Shorter reported she has been feeling "good" but feeling "sicker" physically.  She explained she began vomiting again this past Sunday and went to sick call.  She noted her blood pressure was low and was seen by the physician, at which time she was provided medication for nausea.  Additionally, Ms. Shorter reported she has been feeling tired and weak, and that she has not thrown up since Monday.  She stated she has been sleeping a lot lately and feeling fatigued during the day.

Ms. Shorter was alert, oriented, and appropriately dressed/groomed. Her gait and motor coordination was adequate. Her speech was of normal rate, volume, and prosody. Expressive and receptive language was adequate. She displayed appropriate eye contact. Thought processes were coherent and content of her responses were appropriate to questions posed. Judgment and insight were adequate. Her mood was dysthymic and affect was congruent to expressed content. No noted perceptual disturbances.  She denied current suicidal ideation, plan, or intent.

### Intervention(s)

A mental status examination was conducted. Supportive counseling was provided.  Positive coping skills were reviewed and reinforced.  Furthermore, she was encouraged to go to sick call again should her symptoms get worse before the date of her outside appointment.

### Progress/Plan

Inmate Shorter will be continue to be seen by psychology services as per Care2-MH policy. She is also seen biweekly for individual therapy.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 08/26/2016 18:08

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 08/26/2016 18:23**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M      Race: BLACK | Facility: | MIA |
| Note Date: | 08/25/2016 11:32 | Provider: | Chipi, Martha MD | Unit: | G01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**          **Provider:** Chipi, Martha MD

      Patient at imaging center today for mammogram and bone density studies. Received a courtesy call
      requesting an order for a breast ultrasound with focal dedicated views. Consult faxed to 305 596-0942.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 08/25/2016 | 08/25/2016 | Urgent | No | |

    **Subtype:**
      Ultrasound
    **Reason for Request:**
      Patient at imaging center today for mammogram and bone density studies. Received a courtesy call
      requesting an order for a breast ultrasound with focal dedicated views. Consult faxed to 305 596-0942.
    **Provisional Diagnosis:**
      Breast Ultrasound with focal dedicated views.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Chipi, Martha MD on 08/25/2016 11:36



  

**LARKIN**
COMMUNITY
**HOSPITAL**
**IMAGING CENTERS**
A TEACHING HOSPITAL

PATIENT: SHORTER, CHRISTOPHER
DOB: 06/21/1978

EXAM DATE: 08/25/2016
ACCOUNT: 492981

REFERRING PHYSICIAN:

EXAM DESCRIPTION: US BREAST RT

21344-017

BREAST ULTRASOUND: Right

HISTORY:

Lump in breast

TECHNIQUE:

High resolution hand held ultrasound of the right breast was performed.

COMPARISON:

None available

FINDINGS:

The breast parenchyma is composed of very dense fibroglandular tissues..

Sonographic images of the right breast show: No focal lesions, cystic or solid masses. In the upper hemisphere and upper outer quadrant of the right breast in an area of clinical concern, there is dense mammary parenchyma.

IMPRESSION:

No focal lesions masses or nodules seen in the right breast. Attention to the area of clinical concern demonstrates dense mammary parenchyma, especially in the upper and upper outer quadrants. These findings are consistent with the mammographic findings of gynecomastia..

RECOMMENDATION:

Follow-up ultrasound or mammographic examinations may be considered if

Patient: SHORTER, CHRISTOPHER   MRNO: 492981   DOB: 06/21/1978  -  Continued
clinically indicated.

BI-RADS Category 2 benign

PLEASE NOTE THAT BREAST ULTRASOUND IS NOT A RECOMMENDED SCREENING
TECHNIQUE TO EVALUATE FOR BREAST CANCER. IN THE PRESENCE OF SUSPICIOUS
CLINICAL FINDINGS, CORRELATION WITH MAMMOGRAPHY IS RECOMMENDED.


Dictated By:
Michael K. Hale, M.D.
American Board Certified Radiologist
MKH
Electronically signed by Michael K. Hale, M.D. on Aug 25 2016 3:52PM


Electronically Signed By Michael K. Hale, M.D. on 08/25/2016 15:52:00

From: 3057799098      Page: 5/8      Date: 9/1/2016 7:01:42 AM

   

**LARKIN COMMUNITY HOSPITAL IMAGING CENTERS**
A TEACHING HOSPITAL

PATIENT: SHORTER, CHRISTOPHER
DOB: 06/21/1978

EXAM DATE: 08/25/2016
ACCOUNT: 492981

REFERRING PHYSICIAN: MARTHA R CHIPI

EXAM DESCRIPTION: MAMMO DIAGNOSTIC BIL

*2 1344-017*
*FLT MIAMI*

**HISTORY:**

Right breast discomfort and/or palpable mass.

**TECHNIQUE:**

Bilateral low dose mammography was performed using digital imaging technique with CAD overlay.

**COMPARISON:**

No prior mammographic studies available for comparison.

**FINDINGS:**

The breasts are composed of : The very dense fibroglandular tissue which is localized to the subareolar and retroareolar regions, extending in a cephalad direction bilaterally. There are no suspicious calcifications, discrete or dominant masses. No skin thickening, nipple retraction or architectural distortion noted.

**IMPRESSION:**

Mammographic findings are consistent with the presence of bilateral gynecomastia.

**RECOMMENDATION:**

Unilateral right breast ultrasound has been performed today for evaluation of the focal area of clinical concern. Please refer to that report for additional findings

BI-RADS Category 2 benign

Patient: SHORTER, CHRISTOPHER   MRNO: 492981   DOB: 06/21/1978  -  Continued

COMMENTS REGARDING MAMMOGRAPHY:

Approximately 10% of breast cancers are not detectable mammographically.

A negative mammography report should not delay a biopsy, if there is a
clinically suspicious finding.

Dense parenchyma can obscure a neoplasm.

Therefore, it reduces the mammographic sensitivity.

When a mammographic finding is characterized as "probably benign", it is
based on statistical probability.

False-positive reports average 6-10.

PLEASE NOTE:
A mammography report that is negative for a cancer should not delay
biopsy if a dominant or clinically-suspicious mass is present. Five to
15% of cancers are not identified by mammography. A negative report may
reinforce clinical impression. Adenosis and fibrocystic disease
(mammary dysplasia) may obscure an underlying neoplasm. False-positive
reports average 6-10%. The false-negative rate on mammography is
approximately 10%. Management of a palpable abnormality should be based
on clinical grounds.

Dictated By:
Michael K. Hale, M.D.
American Board Certified Radiologist
MKH
Electronically signed by Michael K. Hale, M.D. on Aug 25 2016  7:29PM

Electronically Signed By Michael K. Hale, M.D. on 08/25/2016 19:29:00

    

**PATIENT:** SHORTER, CHRISTOPHER
**DOB:** 06/21/1978

**EXAM DATE:** 08/25/2016
**ACCOUNT:** 492981

**REFERRING PHYSICIAN:** INERIO ALARCON

**EXAM DESCRIPTION: BONE DENSITY**

*[handwritten: 21 344 -017]*

*[handwritten: FLI miAnce]*

**COMPARISON:** NONE

**TECHNIQUE:** Dual Energy X-ray Absorption (DEXA) scanning of the axial skeleton lumbar spine and appendicular skeleton (left and right hip) was performed to measure the bone mineral density of this patient. The assessment was adjusted for age, race and gender.

**FINDINGS:**

**BONE DENSITOMETRY OF THE LUMBAR SPINE:**

TOTAL BONE MINERAL DENSITY (BMD) 1.245 grams/cm\XB2\
T-SCORE OF THE SPINE 1.4
Z-SCORE OF THE SPINE 1.5

**BONE DENSITOMETRY OF THE LEFT HIP:**

TOTAL BONE MINERAL DENSITY (BMD) 0.973 grams/cm\XB2\ (value in region of neck)
T-SCORE OF THE LEFT HIP 0.0
Z-SCORE OF THE LEFT HIP 0.6

**BONE DENSITOMETRY OF THE RIGHT HIP:**

TOTAL BONE MINERAL DENSITY (BMD) 0.973 grams/cm\XB2\ (value in region of neck)
T-SCORE OF THE RIGHT HIP 0.0
Z-SCORE OF THE RIGHT HIP 0.6

**IMPRESSION:**

LUMBAR SPINE: NORMAL BONE DENSITY, NO INCREASED RISK OF FRACTURE.

LEFT HIP: NORMAL BONE DENSITY, NO INCREASED RISK OF FRACTURE.

From: 3057799098        Page: 8/8        Date: 9/1/2016 7:01:42 AM

Patient: SHORTER, CHRISTOPHER   MRNO: 492981   DOB: 06/21/1978  - Continued

RIGHT HIP: NORMAL BONE DENSITY, NO INCREASED RISK OF FRACTURE.

T-SCORE RANGES

NORMAL:
+1.0 to -1.0 NORMAL

OSTEOPENIA:
-1.0 to -1.5 MILD
-1.5 to -2.0 MODERATE
-2.0 to -2.5 SEVERE

OSTEOPOROSIS
-2.5 to -3.0 MILD
-3.0 to -3.5 MODERATE
-3.5 and above SEVERE

Dictated By:
Osmany Deangelo, DO
Clinical Asst. Professor Endovascular
Surgery Interventional Radiology
Electronically signed by Osmany Deangelo, DO on Aug 30 2016 10:20PM

Electronically Signed By Osmany Deangelo, DO on 08/30/2016 22:20:00

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Scanned Date: | 09/07/2016 14:18 EST | | Facility: | MIA |

Reviewed by Alarcon, Inerio MD/CD on 09/09/2016 12:16.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:    M    Race:  BLACK | Facility: | MIA |
| Encounter Date: | 08/26/2016 09:31 | Provider:  Chipi, Martha MD | Unit: | G01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**          **Provider:** Chipi, Martha MD

   **Chief Complaint:** GENERAL
   **Subjective:**   Patient went to Larkin Imaging yesterday for Mammo, Bone Density and Breast Ultrasound
                     with dedicated focal views. Results not available at this time. Surgical consult scheduled for
                     further evaluation and recommendations soon. Patient has strong family history of breast
                     cancer, 2 sisters passed away in their 30's form this ailment.
   **Pain:**         No

**OBJECTIVE:**

   <u>Comments</u>
      Counseling on hormone replacement , possible findings, and further treatment options explored; patient is open and
      receptive to different management modalities as needed, such as breast implants, surgical castration, minimal hormonal
      manipulation.

**ASSESSMENT:**

   Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Disposition:**

   Follow-up at Sick Call as Needed

**Other:**

   HIT/HSA/NaphCare notified that patient needs all results for Surgical visit.
   Endocrinology consult re-activated via e-mail to HIT/HSA.

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 08/26/2016 | Counseling | Access to Care | Chipi, Martha | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Chipi, Martha MD on 08/26/2016 09:47

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Individual Therapy**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | G |
| Date: | 09/02/2016 14:09 | Provider: | Ferretti, Anna Maria Psych | | | |

**Focus of Session**

Today's session focused on addressing Ms. Shorter's feelings about the possibility of her having a significant health issue (breast cancer).

**Subjective/Objective Presentation**

Ms. Shorter reported she continues to experience hypersomnia and feels fatigued daily, despite her increased sleep. She noted she has not been vomiting because she continues to take the anti-nausea medication each day.

Ms. Shorter was alert, oriented, and appropriately dressed/groomed. Her gait and motor coordination was adequate. Her speech was of normal rate, volume, and prosody. Expressive and receptive language was adequate. She displayed appropriate eye contact. Thought processes were coherent and content of her responses were appropriate to questions posed. Judgment and insight were adequate. Her mood was euthymic and affect was appropriate to expressed content. No noted perceptual disturbances.  She denied current suicidal ideation, plan, or intent.

**Intervention(s)**

A supportive and empathic environment was provided.  Ms. Shorter's feelings about her struggles related to her health issues were explored and discussed.  Directions for future therapy sessions were also discussed.

**Progress/Plan**

Ms. Shorter appears to be handling her health difficulties very well.  She expressed an interest in exploring her past and her childhood experiences.  Ms. Shorter will return to therapy as scheduled.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 09/02/2016 15:05

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 09/13/2016 17:08**

MRSA:
VRE:

**LARKIN COMMUNITY HOSPITAL**
7031 SW 62nd Avenue, South Miami, Florida  33143 • (305) 284-7500

Advance Directive:  U

**REGISTRATION ADMISSION**

| PATIENT ACCOUNT NO.: | MEDICAL RECORD NO.: |
|---|---|
| 0749163 | 000329754 |

| PATIENT (Name, Address, Phone): | BIRTH DATE: | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|
| SHORTER CHRISTOPHER LAMON | 06/21/1978 | 38 | M | B | N | EN |
| 15801 SW 137 AVE | | | | | | |

FEDERAL CORRECTIONAL INST
MIAMI                     FL
                          33177

| | MAR. STATUS | REL | FC | ADM BY | ADM CAT | PREV. ADM DATE | HIPAA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | S | O | D | JPE | 3 | 07/27/16 | NM: N | RM: N | REL: N | COND: N |

COUNTY: MIAMI-DADE
PHONE: (305)259-2181

| ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO.: |
|---|---|---|---|
| 09/06/16      09:04 | | OPT | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ): | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel): | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel): |
|---|---|---|
| NOT EMPLOYED | FEDERAL CORRECTIONAL<br>15801 SW 137 AVE<br>MIAMI               FL<br>                    33177 | |
| PHONE: 000-0000<br>OCC: | PHONE: (305)259-2181<br>REL: WARD RESULT OF COURT | PHONE:<br>REL: |

| GUARANTOR (Name, Address, Phone, Rel): | GUARANTOR EMPLOYER (Name, Address, Phone): | ATTENDING PHYSICIAN (Name, Number): |
|---|---|---|
| SHORTER CHRISTOPHER LAMON<br>15801 SW 137 AVE<br>MIAMI               FL<br>                    33177 | NOT EMPLOYED | MASRI MOHAMMAD          8332 |
| | | REFERRING MEDICAL PHYSICIAN (Name, Number): |
| PHONE: (305)259-2181<br>SSN:<br>REL: SELF | PHONE: 000-0000 | MASRI MOHAMMAD          8332 |
| | | REFERRING PSYCHIATRIST (Name, Number): |
| | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| NAPHCARE<br>2090 COLUMBIANA ROAD<br>SUITE 4000<br>BIRMINGHAM        AL<br>                  352160000 | | |
| PHONE: (205)536-8457<br>POLICY#: 21344017<br>GROUP#:<br>GRP NAME:<br>AUTH#: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#: |
| SHORTER CHRISTOPHER LAMON<br>SEX: M      RELATION: 18 | SEX:      RELATION: | SEX:      RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS |
|---|
| GYNECOMASTIA RIGHT AND LEFT BREAST MASS |

| COMMENTS |
|---|
| |

09/06/16      09:05

LC1000/030813

## General Surgery Consult History and Physical

### Larkin Community Hospital

| | | | |
|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service Sep-06-2016 1210 | DOB Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted Sep-06-2016 | Encounter 749163 |
| Primary | - | Discharged Sep-06-2016 | MRN 329754 |

## Addendum

Please also obtain B/L breast U/S.

Electronically signed by HAJI FARNAZ on Sep-06-2016 1459
Electronically signed by MASRI MOHAMMAD MD on Dec-25-2016 1723

## Assessments

Lump in right breast

## Chief Complaint

Right breast mass

## HPI / Subjective

38 yo FDC inmate, transgender male to female presenting with a right sided breast mass. Pt has been on hormonal therapy with estrogen and progestron since June 2015. Pt's treatment was paused Oct-December 2015 due to excessive increase in hormonal levels. During that period pt noticed a lump in November 2015 at 9 o' clock position in the right breast. The mass is firm, stationary and has slightly increased in size since original manifestation.
Pt has had a mammogram and U/S performed as outpatient consistent with gynecomastia
Pt denies any mass in the axillary region, substantial weight loss, night sweats. Pt has bilateral gynecomastia.

## Past Medical and Psychiatric History

Gender dysphoria
Anxiety disorder
Bipolar disorder
Essential hypertension

## Past Surgical History

None

## Allergies

No Known Allergies

## Social History

marital status
Single

## Family History (Psychiatric and Medical).

2 sisters with hx of breast cancer, one passed away, one in remission

## Review of Systems

### ROS - Constitutional
Negative For: Irritability, Failure to gain weight, Loss of appetite, Fever, Weakness, Fatigue, Weight loss

### ROS - HEENT
#### ROS - Head
Negative For: Head injury, Vertigo, Dizziness, Headache

### ROS - Cardiovascular
Negative For: Dyspnea, Chest pain, Palpitations, Abnormal blood pressure

### ROS - Respiratory
Negative For: SOB - Shortness of breath, Tachypnea, Retraction, Cough

### ROS - GI
Negative For: Pain, Diarrhea, Constipation, Nausea, Vomiting

### ROS - Peripheral Vascular

## General Surgery Consult History and Physical

### Larkin Community Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Sep-06-2016 1210 | DOB | Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Sep-06-2016 | Encounter | 749163 |
| Primary | - | Discharged | - | MRN | 329754 |

## Physical Exam

### Vital Signs

Sep-06-2016 1101

T 98.1, RR 17, BP 110/71, PULS2 79

### PE - General

Awake, Alert, Oriented to time, Oriented to place (finding), Oriented to person, Well nourished (Well nourished)
Positive For: Mentally alert.
Negative For: Respiratory Distress, Disorientation, Distress

### PE - HEENT

PE - Head

Negative For: Head normal shape (Head normal shape), Facial swelling

### PE - Neck

Positive For: Symmetry.
Negative For: Tenderness, Lymphadenopathy, Swelling, Mass, Range of Motion

### PE - Respiratory

Positive For: Normal breath sounds - clear and equal.
Negative For: Chest pain on breathing, Rales, Rhonchi, SOB - Shortness of breath

### PE - Cardiovascular

Negative For: Heart murmur, Tachycardia

### PE - Breasts

Positive For: Right Breast lump.
Negative For: Dimpling of surface of breast, Retraction of nipple, Nipple discharge

## Recommendations

-38 y/o transgender, undergoing hormonal therapy for male-female transition. Currently on hormonal treament. R breast mass, and B/L gynecomastia.
-Mass has not had a substantial increase in size since manifestation in Novemeber 2015
-Mammography results from August 2016, outpatient: BIRAD 2, bilateral gynecomastia. U/S August 2016: gynecomastia

-Pt will need excisional biopsy of the right breast mass in OR
-Please do pre-op labs CBC, BMP, CXR, PT, INR, PTT, medical and cardiology clearance prior to sending to hospital for surgery.

-*Obtain Bilateral Breast U/S*   *read*
*FH*

Electronically signed by HAJI FARNAZ on Sep-06-2016 1435

*please arrange for surgical scheduly ASAP*

SHORTER, CHRISTOPHER LAMON
DOB: 06/21/1978   AGE: 38   HSV: OPT
ATT: MASRI MOHAMMAD   #: SEX: M
REF:   #: 8332
MR #: 000329754   #: 0   PAT #: 0749163

ADMIT: 09/06/16
RM/BED: /



**LARKIN COMMUNITY HOSPITAL**
7031 S.W. 62ND AVENUE · SOUTH MIAMI, FL 33143

Name _Sharon Christopher_

Address _____  Age _____

Date _9/6/16_

SECURITY FEATURES ON BACK

Rx   Pre-op :

— CBC
— BMP
— PT, INR, PTT          — Medical clearance
— CXR
— EKG

Refill   NR   1   2   3   4   5   PRN

DEA#: _____

_R. Maz F. Praj_  M.D.

To effect the original name product to be dispensed, the prescriber must handwrite 'Brand Medically Necessary' on the prescription form.

NRX16061759375

**LARKIN COMMUNITY HOSPITAL**
7031 S.W. 62ND AVENUE • SOUTH MIAMI, FL 33143

Name: Brothers, Christopher

Address:

Date: 9/16/12   Age:

SECURITY FEATURES ON BACK

R

Bilateral Breast U/S

Please send Report with packet

for surgery

_____ M.D.

Refill   NR   1   2   3   4   5   PRN

DEA#

To ensure that patient name must be dispensed, the prescriber must handwrite 'Brand Medically Necessary' on the prescription form.

NRX16061759375

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/07/2016 14:21 EST | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 09/09/2016 12:23.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M    Race:  BLACK | Facility: | MIA |
| Encounter Date: | 09/06/2016 20:46 | Provider:  Cesaire, Ronald B. RN | Unit: | G01 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT   1          Provider:** Cesaire, Ronald B. RN

**Chief Complaint:** Other Problem
**Subjective:** I just returned rom the Physician tell me what he said.
**Pain:** No

**OBJECTIVE:**
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/06/2016 | 20:47 MIA | 78 | | | Cesaire, Ronald B. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/06/2016 | 20:47 MIA | 117/70 | | | | Cesaire, Ronald B. RN |

**Exam:**
**General**
    **Affect**
        Yes: Pleasant, Cooperative
    **Appearance**
        Yes: Appears Well, Appears Distressed, Alert and Oriented x 3

**ASSESSMENT:**

Initial assessment
This 38 yo transgender, undergoing hormonal therapy for male-female transition. Currently on hormonal treatment. R breast mass, and B/L gynecomastia.
Mass has not had a substantial increase in size manifestation in November 2015.
Mammography results from August 2016, outpatient: BIRAD 2, bilateral gynecomastia. U/S August 2016: gynecomastia. Pt will need excisional biopsy of the right breast mass in OR.

Please send report of the lab test with patient for surgery.

In the right, moment make appointment for surgery.

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | | Facility: | MIA |
| Encounter Date: | 09/06/2016 20:46 | Provider: | Cesaire, Ronald B. RN | | Unit: | G01 |

Lab Tests-P-PTT                                One Time              09/12/2016 00:00        Routine
Lab Tests-C-CBC
Lab Tests-B-BMP (Basic Metabolic Profile)
Lab Tests-P-PT/INR (not POC)
    **Additional Information:**
        Please performed CXR. FH. EKG
        Obtain bilateral breast U/S
**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Ultrasound-Breast-General [Bi] | One Time | | 09/14/2016 | Routine |

    **Specific reason(s) for request (Complaints and findings):**
        Hormonal for hormonal therapy for male-female transition L. breast mass, and B/L gynecomastia.

**Disposition:**

   Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/06/2016 | Counseling | Compliance - Treatment | Cesaire, Ronald | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Alarcon, Inerio MD/CD
**Telephone or Verbal order read back and verified.**


Completed by Cesaire, Ronald B. RN on 09/06/2016 21:16
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/06/2016 20:46 | Provider: | Cesaire, Ronald B. RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 09/07/2016 12:30.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Note Date: | 09/07/2016 14:01 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1        Provider:** Alarcon, Inerio MD/CD

Inmate seen by general surgery due to right breast mass ?
Recommendation. lab, Ultrasound and  Incisional biopsy.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 09/28/2016 | 09/28/2016 | Routine | No | |

**Subtype:**
General Surgery
**Reason for Request:**
Inmate male to female transgender seen by general surgery due to right breast ginecomastia VS  mass  ?
Recommendation. lab, Ultrasound and  Incisional biopsy.
**Provisional Diagnosis:**
Dx:  Right Breast mass

Rec: Incisional Biopsy.
Please send: CBC/CMP/PT/INR
Breast ultrasound
**Additional Records Required for Consultation:**
Consultation Report(s), Laboratory Report(s), X-ray Image(s)

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Alarcon, Inerio MD/CD on 09/07/2016 14:23

# Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| Inmate Name:  SHORTER, CHRISTOPHER LAMONT | Reg #:   21344-017 | Complex: MIA |
| Date of Birth:      06/21/1978 | Sex:    M | |

**Consultation/Procedure Requested:**      General Surgery

**Subtype:**     General Surgery

**Priority:**  Routine

**Target Date:**  09/28/2016

**Reason for Request:**
Inmate male to female transgender seen by general surgery due to right breast ginecomastia VS  mass  ? Recommendation. lab, Ultrasound and  Incisional biopsy.

**Provisional Diagnosis:**
Dx:  Right Breast mass

Rec: Incisional Biopsy.
Please send: CBC/CMP/PT/INR
Breast ultrasound

**Medications (As of 09/09/2016)**
Estradiol 1 MG Tab  Exp: 11/29/2016  SIG: Take four tablets (4 MG) by mouth each day ***NEW DOSE*** ***Do Not Crush*** ***non-formulary approved*** til 12/11/16 ***pill line*** ***pill line***
Latanoprost Ophth Soln 0.005% (2.5ml)  Exp: 10/24/2016  SIG: Instill one drop in both eyes at bedtime
medroxyPROGESTERone  5 MG Tab  Exp: 11/09/2016  SIG: Take one tablet (5 MG) by mouth daily  ***non-formulary approved*** til 5/9/2017 ***pill line*** ***pill line***
Sertraline HCl 100 MG Tab  Exp: 01/24/2017  SIG: Take two tablets (200 MG) by mouth each day   ***NOTE DOSE and STRENGTH*** STOP 150 MG DOSE ***self carry*** *consent form on file *
Spironolactone 100 MG Tab  Exp: 11/29/2016  SIG: Take three tablets (300 MG) by mouth each day

**Allergies (As of 09/09/2016)**
No Known Allergies

**Health Problems (As of 09/09/2016)**
Bipolar disorder, Depressive DO, not elsewhere classified, Psychosocial and environmental problems, GAF 51 - 70, Examination of eyes and vision, Transgender, validated male to female, Body Mass Index 29.0-29.9, adult, Other behavioral problems, Counseling on other sexually transmitted diseases, Other Specified Trauma- And Stressor-Related Disorder, Unspecified Depressive Disorder, Gender Dysphoria In Adolescents And Adults, Encounter for general adult medical exam without abnormal findings, Nausea

**Inmate Requires Translator:**   No          **Language:**

**Additional Records Required:**
Consultation Report(s), Laboratory Report(s), X-ray Image(s)

**Comments:**

**Requested By:**     Alarcon, Inerio MD/CD

**Ordered Date:**     09/07/2016 14:01

**Scheduled Target Date:**  09/28/2016 00:00

**Level of Care:**

# Bureau of Prisons
## Health Services
### Consultation Request

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
| Date of Birth: | 06/21/1978 | Sex:   M | |

**Report of Consultation:** General Surgery

Inmate Name: SHORTER, CHRISTOPHER LAMONT
Date of Birth: 06/21/1978
Institution:   MIAMI FCI
                    15801 S.W. 137TH AVENUE
                    MIAMI,Florida 33177
                    3052592100

**Subtype:**  General Surgery

Reg #:      21344-017
Sex:        M

**Assessment:**

**Plan:**

**Signature
Date**

**Completed By:**

Report may be hand-written or (preferably) typed on this form.  If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

**Bureau of Prisons**

**Health Services**

**Consultation Request**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 | Complex: MIA |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | | Sex: | M | |

Request Approval Actions:

**...pe Sierra - RE: Shorter, Christopher 21344-017**

| | |
|---|---|
| **From:** | Jeannelle Pellon <jpellon@larkinhospital.com> |
| **To:** | Lupe Sierra <gcsierra@bop.gov>, "referrals.fbop@naphcare.com" <referrals... |
| **Date:** | 9/9/2016 10:59 AM |
| **Subject:** | RE: Shorter, Christopher 21344-017 |
| **CC:** | Inerio Alarcon <i1alarcon@bop.gov>, Rochelle Ford <rford@bop.gov> |

9/22/16 @ 6AM

---

**From:** Lupe Sierra [gcsierra@bop.gov]
**Sent:** Friday, September 09, 2016 10:42 AM
**To:** referrals.fbop@naphcare.com
**Cc:** Inerio Alarcon <i1alarcon@bop.gov>; Rochelle Ford <rford@bop.gov>
**Subject:** Shorter, Christopher 21344-017

Inmate Shorter has an appointment for a general surgery consultation on 09/27/2016, He already went out this past Tuesday on 09/06 for the consultation. He needs an appt for the actual surgery. We have an opening for 09/22/2016. Could you get us that date please?

thanks

CONFIDENTIALITY NOTICE: Information contained in this transmission, together with any other documents or attachments, is privileged and confidential, and is intended only for the use of the individual or entity to which it is addressed. This transmission may contain information or materials protected by the applicable laws of the State of Florida and /or protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This information is intended exclusively for the use of the individual or entity named as addressee(s). The authorized recipient of this information is STRICTLY PROHIBITED from disclosing this information after its stated need has been fulfilled. Misuse or distribution of the information contained in this transmission is punishable by civil and/or criminal penalties under state or federal law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, saving, printing, copying, or action taken in reliance on the contents of these documents of this message, or any attachment, is strictly prohibited. Please notify the original sender (only) immediately by telephone or by reply e-mail and delete this message, along with any attachments from your computer immediately.

## MIA/Medical Records~ - Shorter, Christopher 21344-017  G unit  General Surgery Biopsy

| | |
|---|---|
| **From:** | MIA/Medical Records~ |
| **Date:** | 9/22/2016 |
| **Time:** | 6:00 AM - 7:00 AM |
| **Subject:** | Shorter, Christopher 21344-017  G unit  General Surgery Biopsy |
| **Place:** | Larkin Hospital |

General Surgery Biopsy          INMATE NEEDS TO BE PLACED NPO AND HAVE PRE-OPS

Larkin Hospital
7031 SW 62nd Avenue
Miami, FL 33143

305-284-7588



SHORTER  CHRISTOPHER LAMON   HSV: AMB
DOB: 06/21/1978   AGE:  38    SEX: M
ADMIT: 09/22/16
ATT: MASRI  MOHAMMAD          #: 8332
REF:                          #: C
MR #: 000329754      PAT #: 0750657



GE MAC1200                , , FCI MIAMI

Shorter, Christopher
6-21-78
21844-017

9-20-16

HR **73** bpm

**Measurement Results:**

| | | |
|---|---|---|
| QRS | : | 80 ms |
| QT/QTcB | : 376 / | 414 ms |
| PR | : | 172 ms |
| P | : | 114 ms |
| RR/PP | : 830 / | 820 ms |
| P/QRS/T | : 67 / 37 / 26 degrees | |

**Interpretation:**

12SL - Interpretation:
Normal sinus rhythm
Normal ECG

< P .......
< T ------
< QRS ——

aUL
−90    −I
aUR   +90 (+)
aUF

Ordering Physician
Technician

9-20-2016
I. Alarcon, MD
Clinical Director
FCI Miami

Unconfirmed report



Sep/20/2016  10:53:53 AM   ADS   60Hz   0.08 - 20Hz   25mm/s   10mm/mU   4x2.5R1   12 Lead   U6.10 M12I (6)   12SL@v231

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 09/20/2016 12:02 EST | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 09/21/2016 13:27.**

MRSA:
VRE:

**LARKIN COMMUNITY HOSPITAL**
7031 SW 62nd Avenue, South Miami, Florida 33143 • (305) 284-7500

Advance Directive: U

MEDICAL RECORD NO.
000329754

**REGISTRATION ADMISSION**

| PATIENT ACCOUNT NO. | | | |
|---|---|---|---|
| 0750657 | | | |

| PATIENT (Name, Address, Phone) | BIRTHDATE | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|
| SHORTER CHRISTOPHER LAMON<br>15801 SW 137 AVE<br>FEDERAL CORRECTIONAL INST<br>MIAMI          FL<br>                 33177<br>COUNTY: MIAMI-DADE<br>PHONE: (305) 259-2181 | 06/21/1978 | 38 | M | B | N | EN |

| MAR. STATUS | REL | FC | ADM BY | ADM CAT | PREV ADM DATE | HIPAA |
|---|---|---|---|---|---|---|
| S | O | D | JPE | 3 | 10/11/16 | MM N | N | CON N |

| ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM/BED NO. |
|---|---|---|---|
| 09/22/16   07:30 | 09/22/16   23:30 | AMB | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| NOT EMPLOYED<br><br><br><br>PHONE:<br>OCC: | FEDERAL CORRECTIONAL<br>15801 SW 137 AVE<br>MIAMI<br>                 FL<br>                 33177<br>PHONE: (305) 259-2181<br>REL: WARD RESULT OF COURT | PHONE:<br>REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| SHORTER CHRISTOPHER LAMON<br>15801 SW 137 AVE<br>MIAMI          FL<br>                 33177<br>PHONE: (305) 259-2181<br>SSN:<br>REL: SELF | NOT EMPLOYED<br><br><br><br>PHONE: | NASRI MOHAMMAD          8332 |
| | | REFERRING MEDICAL PHYSICIAN (Name, Number) |
| | | NASRI MOHAMMAD          8332 |
| | | RECEIVING PSYCHIATRIST (Name, Number) |
| | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| NAPHCARE<br>2090 COLUMBIANA ROAD<br>SUITE  4000<br>BIRMINGHAM          AL<br>                 352160000<br>PHONE: (205) 536-8457<br>POLICY#: 21344017<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br>SHORTER CHRISTOPHER LAMON<br>SEX: M   RELATION: 18 | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:     RELATION: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:     RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS | | |
|---|---|---|
| RIGHT BREAST MASS | | N63 |

| COMMENTS |
|---|
| |

10/23/17      13:19

LC1000/030512

** 00010750657 LC1000      ADMISSIONS      09/22/16 000329754 SHORTER CHRISTOPHER LAMON

## Admission History and Physical

### Larkin Community Hospital

Name     Shorter, Christopher Lamon
Attending  MASRI MOHAMMAD
Primary    –

Date of Service  Sep-22-2016 0944
Admitted  Sep-22-2016
Discharged  Sep-22-2016

DOB    Jun-21-1978 (M)
Encounter  750657
MRN   329754

## Chief Complaint

RIGHT BREAST MASS.

## Last known as asymptomatic

Patient last asymptomatic (Date/Time) Sep-22-2016 @ 0944

## HPI / Subjective

38 yrs old male with PMH of Bipolar Disorder, Depressive Disorder, Psychosocial, Transgende Validated Male to Female. He went to Dr's office for increase Mass in Right Breast Upper Outer Quadrante, unfavorable appearance " was diagnosed Right Breast Mass Possible Gynecomastia and has been decided Excisional Biopsy of Right Breast Mass.

Past Medical and Psychiatric History

Bipolar Disorder, Depressive Disorder, Psychosocial, Transgentie Validated Male to Female

Surgical History
Denies

Denies: Alcohol Use, Tobacco abuse, Drug abuse

Review of Systems
ROS - Constitutional
Negative For: Irritability, Failure to gain weight, Myalgia, Loss of appetite, Malaise, Night sweats, Fever, Weakness, Fatigue, Weight loss

ROS - Integumentary
Negative For: Clubbing, Jaundice, Mottling, Bruising, Hives, Pruritus, Change in skin lesion, Lesion, Color change, Rash

ROS - HEENT
ROS - Head
Negative For: Head injury, Vertigo, Dizziness, Headache

ROS - Eyes
Negative For: Vision loss at night, Does use contact lenses, Diplopia, Dry, Discharge, Swelling, Itching, Redness, Pain, Floaters, Blind spot, Blurred vision – hazy

ROS - Ears
Positive For: Tympanoplasty
Negative For: Pressure, Hearing loss, Tinnitus, Discharge from ear, Pain

ROS - Nose and Sinuses
Negative For: Sneezing, Snoring, Nasal congestion, Deviated septum, Polyp in nasopharynx, Allergies, Nose bleed, Sinus pain, Nasal discharge, Purulent nasal discharge

ROS - Mouth and Throat
Negative For: Taste sense altered, Jaw pain, Hoarseness, Dysphagia, Toothache, Sore throat, Mouth pain

ROS - Neck
Negative For: Pain, Stiff neck, Enlarged lymph nodes of neck, Swelling, Lump

ROS - Breasts
Positive For: Right Breast Mass Lump, Pain
Negative For: Breast Implantation, Discharge from nipple

Right Breast mass.

ROS - Cardiovascular
Negative For: Dyspnea, Chest pain, Ankle swelling, Palpitations

ROS - Respiratory
Negative For: SOB - Shortness of breath, Tachypnea, Retraction, Hemoptysis, Cough, Producing sputum, Chest pain, Wheezing, Orthopnea

1 of 5

## Admission History and Physical

### Larkin Community Hospital

| | | | |
|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Sep-22-2016 0944 |
| Attending | MASRI MOHAMMAD | Admitted | Sep-22-2016 |
| Primary | - | Discharged | Sep-22-2016 |

DOB Jun-21-1978 (M)
Encounter 750657
MRN 329754

ROS - GI
Negative For: Melena, Flatulence, Hematemesis, Dysphagia, Indigestion, Pain, Diarrhea, Constipation, Nausea, Vomiting, Bright red blood in stool, Heartburn

ROS - GU/Male
Negative For: Penile lesion, Groin pain, Scrotal swelling, Discharge, Scrotal pain, Abnormal urinary stream

ROS - Peripheral Vascular
Negative For: Persistent redness of skin, Leg ulcer, Edema, Clubbing of nail, Cyanosis

ROS - Neurological
Negative For: Loss of consciousness, Motor speech disorder, Unsteady gait, Ataxia, Memory loss, Coordination, Paralysis, Tremor, Tic, Weakness, Fainting, Seizure disorder

ROS - Musculoskeletal
Negative For: Fracture, Muscle atrophy, Muscle weakness, Muscle pain, Chronic low back pain, Low back pain, Lower back injury, Trauma, Arthritis, Gout, Joint pain, Joint stiffness, Joint swelling

ROS - Psychiatric
Stable

Negative For: Agitated, Anxiety, Apathetic, Confusion, Depression, Depressive disorder, Euphoria, Feeling hopeless, Hallucinations, Hearing voices, Homicidal thoughts, Hypomanic behavior, Inappropriate affect, Inappropriate behavior, Labile affect, Mood swings, Panic attack, Paranoid ideation, Phobia, Suicidal thoughts, Suicide and self harm

ROS - Endocrine
Negative For: Hirsutism, Delayed puberty, Precocious puberty, Polydipsia, Hair changes, Intolerant of cold, Skin symptom change, Polyuria

Physical Exam
PE - General
Normal appearance (Normal appearance), Appearance consistent with age(Appearance consistent with age), Awake, Alert, Oriented to time, Oriented to place (finding), Oriented to person, Well nourished (Well nourished)

Positive For: Mentally alert.

Negative For: Respiratory Distress, Disorientation, Coma, Lethargic, Delirium, Distress, Somnolence, Stupor

PE - Skin/Integumentary
Skin Moisture
Skin Turgor Normal

Negative For: Diaphoresis, Edema, Dehydrated

Skin Lesions
Lesions - General
None

Negative For: Carbuncle, Skin nodule, Papule, Macule

Lesions - Exudate
None (None)

Negative For: O/E = skin crust = pus (On exa...

Lesions - Appearance
Negative For: Urticaria, Telangiectasis, Crust on skin, Café au lait spots, Hyperpigmentation, Hypopigmentation, Skin bullae, Petechiae of skin, Comedones, Skin pustule, Skin eruptions, Skin ulcer, Wheal, Furuncle, Vesicles in skin, Scaling on skin, Purpura, Keloid of skin, Hematoma, Skin fissure, Excoriation of skin, Skin erosion, Burrows in skin, Skin bullae, Skin atrophy, Mole of skin, Rashes

Skin Temperature
Warm skin

## Admission History and Physical

### Larkin Community Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Sherier, Christopher Lamon | Date of Service | Sep-22-2016 0944 | DOB | Jun-21-1976 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Sep-22-2016 | Encounter | 750857 |
| Primary | • | Discharged | Sep-22-2016 | MRN | 329754 |

PE - HEENT
PE - Head
O/E - head and neck normal (On examination - head and neck normal)

· Positive For: Head normal shape (Head normal shape).

Negative For: Facial swelling, Facial grimacing, Ptosis of eyelid, Paralysis, Microcephalus, Macrocephaly, Hydrocephalus

PE - Eyes
Bilateral Pupils equal

Positive For: Eye movements normal, Pupil round, Bilateral Pupil reactive to light.

Negative For: Conjunctival discharge, Corneal foreign body, Corneal abrasion, Red reflex, Corneal laceration, Conjunctival hemorrhage, Conjunctival Erythema, Conjunctival injection, Conjunctival edema, Exudate, Retinal Hemorrhages, Retinal detachment

PE - Ears
Bilateral Pinna finding

Positive For: Ear examination - normal (Ear examination - normal). Bilateral Patent, Hearing for whisper normal.

Negative For: Foreign body, Edema, Debris, Bloody discharge, Tenderness, External drainage, Rinne test

PE - Nose
Nose examination - normal (Nose examination - normal)

Positive For: Symmetry.

Negative For: Nasal deviation, Epistaxis, External drainage, Nasal mucosa boggy, Swelling, Inflammation

PE - Sinus
Negative For: Swelling over maxillary sinus, Swelling over fronta sinus, Maxillary sinus Tenderness, Frontal sinus tenderness, Tenderness

PE - Mouth and Throat
No mouth problem (Mouth normal), Pharynx normal (Throat normal)

Negative For: Posterior rhinorrhea (Postnasa..., Ulcer, Multiple p'aques, Red throat, Exudate, Peritonsillar abscess, Dysphagia

PE - Neck
Supple

Positive For: Symmetry.

Negative For: Tenderness, Endotracheal tube, Bruit, Lymphadenopathy, Swelling, Nuchal rigidity, Mass, Range of Motion, Thyroid nodule

PE - Respiratory
On examination - lungs normal (On examination - lungs normal), Symmetry of chest movement, Chest percussion normal

Positive For: Normal breath sounds - clear and equal.

Negative For: Chest pain on breathing, Expiratory wheezing, Inspiratory wheezing, Pleural friction rub, Hyperresonance, Shallow breathing, Subcutaneous crepitus, Accessory Muscle Use, Stridcr, Tachypnea, Rales, Rhonchi, SOB - Shortness of breath, Wheezing, Barrel chest

PE - Cardiovascular
Cardiovascular system normal (Cardiovascular system normal), Regular

Negative For: Heart murmur, Pericardial friction rub, Gallop, Paradoxic split, Thrill, Irregular pulse, Bradycardia, Tachycardia

·PE - Breasts

RECEIVED 10/23/2017 13:15 2180

10/23/2017 14:00 (FAX) P.013/020

## Admission History and Physical
### Larkin Community Hospital

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Sep-22-2016 0944 | | DOB | Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Sep-22-2016 | | Encounter | 750657 |
| Primary | - | Discharged | Sep-22-2016 | | MRN | 329754 |

Positive For: Bilateral Tenderness, Swelling,Right Breast lump.
Negative For: Breast implantation, Dimpling of surface of breast, Retraction of nipple, Nipple discharge

PE - Abdomen
bowel sounds normal, Soft (Soft)

Negative For: Hypoactive bowel sounds, Hyperactive bowel sounds, Abdominal mass, Hernia, Obturator sign, Illopsoas muscle test, Murphy sign, Distention, Abdominal Guarding, Abdominal Rebound Tenderness, Tenderness, Enlargement/Organomegaly, CVAT, Bruit

PE - Musculoskeletal
Evaluation of musculoskeletal system (Normal ROM), Posture (Indifferent), Finger joint - range of movement (Normal), Shoulder joint - range of movement (Normal), Knee joint - range of movement (Normal), Ankle joint - range of movement (Normal), Wrist joint - range of movement (Normal), Range of motion testing (Normal)

Negative For: Misalignment, Mass, Subluxation of joint

PE - Peripheral Vascular
normal

Negative For: Gangrene, Cold extremities, Femoral bruit, Edema of the upper extremity, Shiny skin, Homans' sign, Clubbing of nail, Peripheral cyanosis, Atrophic condition of skin, Petechiae of skin, Ischemic, Loss of hair, Edema of lower extremity

PE - Neurological
Normal neurological function, Examination of reflexes (Present)

Positive For: Finding of gait, Cranial nerve finding (Intact).

PE - Psychiatric
Positive For: Stable.

Negative For: Paranoid, Labile affect, Mood swings, Inappropriate behavior, Inappropriate affect, Hypomanic behavior, Euphoria, Depressive disorder, Apathetic, Agitated, Anxiety, Angry

Assessments:

Right Breast Mass.

Plan:

Excisional Biopsy of Right Breast Mass.

## Past Medical and Psychiatric History
Gender dysphoria
Anxiety disorder
Bipolar disorder
Essential hypertension

## Past Surgical History
None

## Allergies
No Known Allergies

## Social History
marital status
Single

Electronically signed by LABRADA EDUARDO HP on Sep-22-2016 1010

### Admission History and Physical

Larkin Community Hospital

| | | | | |
|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Sep-22-2016 0944 | DOB  Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Sep-22-2016 | Encounter  760657 |
| Primary | • | Discharged | Sep-22-2016 | MRN  329754 |

By cosigning this document, I acknowledge that the following has been performed with the Resident/Physician Assistant/Nurse Practitioner:
- I evaluated & examined the patient with them.
- I am directly involved with the care and medical management of the patient.
- I discussed & reviewed the medical problems & comorbidities.
- A treatment plan has been developed as documented in the progress note and/or orders.
- Any additional information will be entered as an additional note or addendum.
Electronically signed by MASRI MOHAMMAD MD on Oct-09-2016 1614

5 of 5

## General Surgery Brief Operative Note

Larkin Community Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Sep-22-2016 1054 | DOB | Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Sep-22-2016 | Encounter | 750657 |
| Primary | - | Discharged | - | MRN | 329754 |

## Procedure Date

Date of procedure Sep-22-2016

## Procedure Performed

Right breast lumpectomy with reconstruction.

## Surgeon

Mohammad Masri, M.D.

## Name of Assistant(s)

Krystina Tongson, D.O. PGY-4
Kyle Litow, D.O. PGY-3

## Pre Procedure Diagnosis

Right breast mass.

## Post Procedure Diagnosis

Same.

## Anesthesia Type

General anesthesia

## Specimens

Right breast mass.

## Estimated Blood Loss

10 mL

## Complications

None

## Disposition of Patient

Stable and in the PACU under the care of anesthesia.

Electronically signed by LITOW KYLE RESDI on Sep-22-2016 1056

## General Surgery Pre-Operative Note

Larkin Community Hospital

| | | | | |
|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Sep-22-2016 0910 | DOB Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Sep-22-2016 | Encounter 750657 |
| Primary | - | Discharged | - | MRN 329754 |

Procedure: Excisional biopsy of right breast mass

Pre-Operative Diagnosis: Right breast mass

Surgeon: Mohammad Masri, M.D.

Labs (9/20/2016): EBC 4.6, RBC 4.46, Hgb 12.0, Hct 36.5, Plt 224, PT 13, PTT 26.9, INR 1.1, Na 138, K 4.2, Cl 107, Glu 88, CO2 25, BUN 13, Ca 9.7, Crea 1.3

EKG (9/20/2016): Normal sinus rhythm.

Bone Density Scan (8/25/2016): Lumbar spine: Normal bone density, no increased risk of fracture. Left hip: normal bone density, no increased risk of fracture.

Diagnostic Mammogram (8/25/2016): Mammographic findings are consistent with the presence of bilateral gynecomastia. BIRADS 2.

Right breast ultrasound (8/25/2016): No focal lesions, masses or nodules seen in the right breast. Attention to the area of clinical concern demonstrates dense mammary parenchyma, especially in the upper and upper outer quandrants. These findings are consistent with the mammographic findings of gynecomastia.

Pre-Op Orders: NPO past midnight, peri-operative antibiotics.

Consent:
The details of the procedure and its associated risks, benefits and alternatives were explained to the patient. The risks include, but are not limited to bleeding, hematoma formation, infection, injury to nearby tissue, upper extremity edema, pneumothorax, hemothorax, damage to the nipple-areolar complex, coma and death. The patient understood these risks and wished to undergo the procedure. Documentation of informed consent was signed and placed in the patient's chart.

Electronically signed by LITOW KYLE RESDI on Sep-22-2016 1237

Larkin Community Hospital
7031 SW 62nd Avenue
South Miami, Florida  33143

SHORTER, CHRISTOPHER L                                      MOHAMMED MASRI, M.D
MRN: 329754
ACCT: 750657

OPERATIVE REPORT

DOS: 09/22/2016

DATE OF BIRTH: 06/21/1978

PROCEDURE: Right breast lumpectomy with reconstruction.

PREPROCEDURE DIAGNOSIS: Right breast mass.

POSTPROCEDURE DIAGNOSIS: Right breast mass.

SURGEON: Mohammed Masri, M.D.

ASSISTANT: Krystina Tongson, D.O, PGY-4; Kyle Litow, D.O. PGY-4.

ANESTHESIA: General with LMA.

SPECIMEN: Right breast mass.

ESTIMATED BLOOD LOSS: 10 mL.

COMPLICATIONS: None.

INDICATIONS: This is a 38-year-old male to female transgender on hormone replacement
therapy who presented to the clinic with a right breast mass. Imaging was not suspect of this
mass, however, due to patient's strong family history of breast cancer as well as hormone
replacement therapy, the decision was made to do a lumpectomy of this right breast mass.

*Electronically Signed By: MASRI MOHAMMAD 2016-10-09 16:15:34*

Larkin Community Hospital
7031 SW 62ⁿᵈ Avenue
South Miami, Florida  33143

Page 2 of 3

SHORTER, CHRISTOPHER L                                MOHAMMED MASRI, M.D
MRN: 329754
ACCT: 750657

## OPERATIVE REPORT

DOS: 09/22/2016

CONSENT: The details of the procedure and its associated risks, benefits and alternatives were explained to the patient.  Risks include, but are not limited to bleeding, hematoma formation, infection, injury to nearby tissue, upper extremity edema, pneumothorax, hemothorax, damage to the nipple areolar complex, coma and death.  The patient understood risks and benefits and wished to undergo the procedure.  Documentation of informed consent was signed in patient's chart.

PROCEDURE: The patient was brought to OR suite and time-out was performed ensuring correct patient, laterality and procedure.  All counts were correct.  The patient's right chest, axilla and shoulder and upper abdomen were prepped and draped in a sterile fashion.  A #15-blade scalpel was then used to make a 3 cm curvilinear incision around the nipple and upper outer quadrant and sharp dissection was carried down with electrocautery to the mass then Allis clamp was used to isolate the breast mass.  A #10 blade scalpel was used to perform sharp dissection around the breast mass and electrocautery was used to control hemostasis.  The lesion was then sent for permanent pathology.  Care was taken to not injure the nipple with electrocautery.  Wound was irrigated copiously with normal saline and then reconstruction was performed.  Reconstruction was carried out with 3-0 Vicryl for deep tissue to obliterate the dead space.  Once these were approximated, 3-0 Vicryl was then used to approximate another layer of deep dermal tissue.  0.25% Marcaine was used to anesthetize the incision site.  4-0 Monocryl was then used to approximate the skin and Steri-Strips were used to dress the incision.

*Electronically Signed By: MASRI MOHAMMAD 2016-10-09 16:13:34*

Larkin Community Hospital
7031 SW 62nd Avenue                                                       Page 3 of 3
South Miami, Florida  33143


        SHORTER, CHRISTOPHER L                              MOHAMMED MASRI, M.D
        MRN: 329754
        ACCT: 750657

                              OPERATIVE REPORT

    DOS: 09/22/2016


    Pressure dressing was placed with sterile gauze and Mediport tape.  The patient tolerated the
    procedure well.  The patient was then transferred back to the PACU under Anesthesia care.



                                    Krystina Tongson, D.O. PGY-4
                                         Dictating for:

    MM/TDYNE/FQD.EAI

    D: 09/22/16 11:07
    T: 09/23/16 02:48                 -------------------------
    Job#: 7578811                     MOHAMMED MASRI, M.D






                    Electronically Signed By: MASRI MOHAMMAD 2016-10-09 16:15:34

cility:   1                          All Orders History                    Date:    9/22/16
                                   All Dates for Encounter                  Time:  12:39:16

counter:      750657    SHORTER CHRISTOPHER LAMON
te of Birth:  6/21/1978

der Type:    All
quenced by:  Entered Date
----------------------------------------------------------------------------------------

9/22/16   11:02    Nursing Order#: 100
  Desc: DISCHARGE PATIENT ONCE CRITERIA IS MET                    Start:  9/22/16 10:57
  Priority: Routine      Frequency: ONE TIME     Occurrences: 0
  Comments: Please discharge patient back to facility once stable in the PACU. Follow-up in
            2 weeks. Regular home diet and activity. May shower normally tomorrow. Return
            to the ED if any of the following signs/symptoms develop: fever > 100.4 F,
            intractable vomiting, worsening pain or discharge from surgical site.
  Order Origin: eOrder
  Ordering Physician: LITOW KYLE DO  Cosign Physician: MASRI MOHAMMAD MD
  Electronically Signed by: LITOW KYLE DO  9/22/16 11:02
  Electronically Cosigned by:
  Entered by: Kyle Litow - GME Resident resdi


9/22/16    9:18    Pharmacy Order#: 1952565
  ANCEF VIAL 1 GM SOLR                               Dose: 1 GM
  SODIUM CHLORIDE 0.9% 50 ML SOLN                    Dose: 50 ML
  Route: IV PIGGY BACK              Frequency: ONE TIME UNSCHEDULED
  Drip rate:        100 ML   Per: Hour    IV type: Piggy Back
  Start:   9/22/16  09:17   End:   9/27/16  09:16   # of Doses: 1
  Order Origin: Phone    Read Back: Y  Phy Giving Order: Y  Given by: MASRI MOHAMMAD
  Order Received by: ar
  Ordering Physician: MASRI MOHAMMAD MD
  Electronically Signed by:
  Entered by: Antonio Roque Almeida - RN RN

cility:   1       ,       `             All Orders History                    Date:   9/22/16
                                   All Dates for Encounter                    Time:   12:39:16


counter:       750657   SHORTER CHRISTOPHER LAMON
te of Birth: 6/21/1978


der Type:    All
quenced by:  Entered Date
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>gend:</u>


C = Discontinue
D-BSA = Weight based dose - Body Surface Area
D-IBW = Weight based dose - Ideal Body Weight
D-Weight = Weight based dose - Weight
FO = Informational Message

<u>oviders:</u>


tonio Roque Almeida - RN RN (AROQUE)
le Litow - GME Resident resdi (KLITOW)
TOW KYLE DO  (11459)
SRI MOHAMMAD MD   (8332)

              *** End of Report ***

# *LARKIN COMMUNITY HOSPITAL*

7031 SOUTHWEST 62 AVE.  SOUTH MIAMI, FLORIDA 33143
(866) 669-3471 (305) 669-3471  FAX (305) 668-2026

## PATHOLOGY REPORT

PT: **SHORTER, CHRISTOPHER**

AGE/SEX: 38 yrs / M     DOB: 06/21/1978     S16-42492

DR: MOHAMMAD MASRI, M.D.     HOSPITAL#: 0750657     COLLECTED: 09/22/16     REC'D: 09/22/16

PRE-OP/CLINICAL DX:     Right breast mass

SURGICAL PROCEDURES:     Excisional biopsy of right breast mass

**SPECIMEN/SITE – GROSS DESCRIPTION:**

BREAST, RIGHT, MASS, EXCISIONAL BIOPSY: In the same container in formalin are two specimens which are coded I and II respectively.  The specimen coded I consists of a non-oriented breast tissue specimen measuring 3.2 x 2.2 by up to 1.5 cm.  No needle is inserted into the specimen.  Tumor is not apparent on the external surface.  The specimen is diffusely rubbery on palpation.  The surface is marked with blue ink.  Cut section reveals yellow tan, soft to rubbery tissue.  Sections are coded I to IV.
The specimen coded II corresponds to a non-oriented breast tissue specimen measuring 2.2 x 1.2 x 0.8 cm. No needle is inserted into the specimen.  Tumor is not palpable.  The specimen is diffusely rubbery on palpation.  Cut section reveals yellow tan tissue.  The surface is marked with green ink.  Bisected and submitted coded V and VI.  (ARM/msh 09/22/2016)

**DIAGNOSIS:**

**BREAST, RIGHT, MASS, EXCISIONAL BIOPSY:**
**- BENIGN BREAST TISSUE WITH FLORID LOBULAR HYPERPLASIA, FOCAL PSEUDOANGIOMATOUS STROMAL HYPERPLASIA (PASH) AND GYNECOMASTOID CHANGES. NEGATIVE FOR ATYPIA OR MALIGNANCY.**

NOTE:     Dr. Duckworth concurs.
88305 -TC x 1

Adrienne Moul, M.D.
Electronically Signed: 9/26/2016

PATHOLOGY PERFORMED MARK AND KAMBOUR PATHOLOGY ASSOCIATES CLIA# 10D0952918
4665 PONCE DE LEON BLVD., CORAL GABLES, FLORIDA 33146
The information in this report is legally privileged and confidential.  Its use is strictly limited only to those authorized.  If you are not the intended recipient, you are notified that any disclosure of this information is legally prohibited.  This report is the property of Mark & Kambour Path. Assoc.  If you received it in error, please call us immediately at 1-305-669-3471.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Scanned Date: | 10/23/2017 13:45 EST | | Facility: | MIA |

Reviewed by Alarcon, Inerio MD/CD on 10/23/2017 14:31.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 09/22/2016 14:32 | Provider: | Laguerre, Wilene RN | Unit: | G01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Laguerre, Wilene RN

**Chief Complaint:** Post-operative Eval
**Subjective:**   I came from having a right breast lumpectomy
**Pain:**       Yes

**Pain Assessment**
| | |
|---|---|
| **Date:** | 09/22/2016 14:32 |
| **Location:** | Breast-Right |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | Tylenol # 3 |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Hours |
| **Duration:** | 1-5 Hours |
| **Exacerbating Factors:** | Post operative procedure (right breast lumpectomy) |
| **Relieving Factors:** | Pain medication |
| **Comments:** | |

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/22/2016 | 14:34 MIA | 97.0 | 36.1 | | Laguerre, Wilene RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/22/2016 | 14:34 MIA | 70 | | | Laguerre, Wilene RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/22/2016 | 14:34 MIA | 14 | Laguerre, Wilene RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/22/2016 | 14:34 MIA | 107/78 | Left Arm | Sitting | Adult-regular | Laguerre, Wilene RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/22/2016 | 14:34 MIA | 99 | Room Air | Laguerre, Wilene RN |

**Exam:**
**General**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 09/22/2016 14:32 | Provider: | Laguerre, Wilene RN | Unit: | G01 |

**Exam:**

**Affect**
Yes: Cooperative

**Appearance**
Yes: Alert and Oriented x 3

**Nutrition**
Yes: Within Normal Limits

**ASSESSMENT:**

Pain - Other
Inmate returning for Larkin Hospital s/p right breast lumpectomy for right breast mass. No acute distress noted at this time. Inmate c/o pain post procedure.

Dx: Right breast mass removal

Plan: Tylenol # 3- 1 tab BID for 7 days as per provider at FCI-Miami. To return in 2 weeks for pathology results.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 09/22/2016 14:32 | 1 tab Orally -  Two Times a Day x 7 day(s) Pill Line Only |

**Start Now:** Yes
**Night Stock Rx#:**
**Source:** Pyxis
**Admin Method:** Pill Line
**Stop Date:** 09/29/2016 14:31
**MAR Label:** 1 tab Orally  -   Two Times a Day x 7 day(s) Pill Line Only
**One Time Dose Given:** No

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 10/06/2016 | 10/06/2016 | Routine | No | |

**Subtype:**
General Surgery
**Reason for Request:**
Inmate returned for Larkin hospital general surgery s/p right breast lumpectomy for right breast mass.

Dx: Right breast mass removal

Plan: To return in 2 weeks for pathology results.
**Provisional Diagnosis:**
Dx: Right breast mass removal

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 09/22/2016 14:32 | Provider: | Laguerre, Wilene RN | Unit: | G01 |

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/22/2016 | Counseling | Access to Care | Laguerre, Wilene | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Alarcon, Inerio MD/CD

**Telephone or Verbal order read back and verified.**


Completed by Laguerre, Wilene RN on 09/22/2016 15:07

Requested to be cosigned by  Alarcon, Inerio MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/22/2016 14:32 | Provider: | Laguerre, Wilene RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 09/22/2016 15:21.**

10/13/16
@ 8PM

# Bureau of Prisons
# Health Services
# Consultation Request

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
| Date of Birth: 06/21/1978 | Sex: M | |

**Consultation/Procedure Requested:**    General Surgery

**Subtype:**   General Surgery

**Priority:** Routine
**Target Date:** 10/06/2016

**Reason for Request:**
   Inmate returned for Larkin hospital general surgery s/p right breast lumpectomy for right breast mass.

   Dx: Right breast mass removal

   Plan: To return in 2 weeks for pathology results.

**Provisional Diagnosis:**
   Dx: Right breast mass removal

**Medications (As of 10/03/2016)**
   Estradiol 1 MG Tab  Exp: 11/29/2016  SIG: Take four tablets (4 MG) by mouth each day ***NEW DOSE*** ***Do Not Crush*** ***non-formulary approved*** til 12/11/16 ***pill line*** ***pill line***
   Latanoprost Ophth Soln 0.005% (2.5ml)  Exp: 10/24/2016  SIG: Instill one drop in both eyes at bedtime
   medroxyPROGESTERone  5 MG Tab  Exp: 11/09/2016· SIG: Take one tablet (5 MG) by mouth daily  ***non-formulary approved*** til 5/9/2017 ***pill line*** ***pill line***
   Sertraline HCl 100 MG Tab  Exp: 01/24/2017  SIG: Take two tablets (200 MG) by mouth each day   ***NOTE DOSE and STRENGTH*** STOP 150 MG DOSE ***self carry*** *consent form on file *
   Spironolactone 100 MG Tab  Exp: 11/29/2016  SIG: Take three tablets (300 MG) by mouth each day

**Allergies (As of 10/03/2016)**
   No Known Allergies

**Health Problems (As of 10/03/2016)**
   Bipolar disorder, Depressive DO, not elsewhere classified, Psychosocial and environmental problems, GAF 51 - 70, Examination of eyes and vision, Transgender, validated male to female, Body Mass Index 29.0-29.9, adult, Other behavioral problems, Counseling on other sexually transmitted diseases, Other Specified Trauma- And Stressor-Related Disorder, Unspecified Depressive Disorder, Gender Dysphoria In Adolescents And Adults, Encounter for general adult medical exam without abnormal findings, Nausea

**Inmate Requires Translator:** No              **Language:**
**Additional Records Required:**

**Comments:**
**Requested By:**   Alarcon, Inerio MD/CD

**Ordered Date:**   09/22/2016 14:32
**Scheduled Target Date:** 10/06/2016 00:00
**Level of Care:**   Medically Acceptable-Not Always Necessary

# Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
| Date of Birth:    06/21/1978 | Sex:    M | |

**Report of Consultation:** General Surgery       **Subtype:** General Surgery

**Inmate Name:** SHORTER, CHRISTOPHER LAMONT      Reg #:  21344-017
Date of Birth: 06/21/1978      Sex:  M
**Institution:**  MIAMI FCI
         15801 S.W. 137TH AVENUE
         MIAMI,Florida 33177
         3052592100

**Assessment:**

**Plan:**

**Signature**
**Date**

**Completed By:**

Report may be hand-written or (preferably) typed on this form.  If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
|---|---|---|
| Date of Birth: 06/21/1978 | Sex: M | |

Request Approval Actions:

Approved by Alarcon, Inerio MD/CD acting in the role of Institution Clinical Director on 09/26/2016.
Comments: Schedule as recommended.

# Bureau of Prisons
## Health Services
## Consultation Request

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex:   M | |

Request Approval Actions:

Approved by Alarcon, Inerio MD/CD acting in the role of Institution Clinical Director on 07/12/2016.
Comments: Schedule as recommended

**Bureau of Prisons**                    **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M          Facility:  MIA | Unit Team: | G |
| Date: | 09/23/2016 14:38 | Provider: | Ferretti, Anna Maria Psych | | |

**Focus of Session**

Inmate Shorter is being assessed on a monthly basis as part of Psychology Service's Care2-MH program. Inmates are placed on Care2-MH status if they require clinical intervention on a monthly basis; have a history of suicidal behaviors, parasuicidal behaviors, psychosis, psychiatric hospitalization, and/or treatment with anti-psychotics or mood stabilizers particularly in the last five years.

Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005). Inmate is currently being prescribed Sertraline 200mg per day.

**Subjective/Objective Presentation**

Ms. Shorter reported she has been doing well and noted she had a lumpectomy yesterday.  She expressed she felt like a weight had been lifted off of her shoulders since the lump was removed and that she has been much happier.

Ms. Shorter was alert, oriented, and appropriately dressed/groomed. Her gait and motor coordination was adequate. Her speech was of normal rate, volume, and prosody. Expressive and receptive language was adequate. She displayed appropriate eye contact. Thought processes were coherent and content of her responses were appropriate to questions posed. Judgment and insight were adequate. Her mood was dysthymic and affect was congruent to expressed content. No noted perceptual disturbances. She denied current suicidal ideation, plan, or intent.

**Intervention(s)**

A mental status examination was conducted. Supportive counseling was provided.  She reflected on her reading of materials previously provided to her about grief and explained how the reading helped her to help her fianc  to process her health difficulties.  The positive coping skills she has developed since beginning therapy were reviewed and reinforced.

**Progress/Plan**

Inmate Shorter will be continue to be seen by psychology services as per Care2-MH policy. She is also seen biweekly for individual therapy.


Completed by Ferretti, Anna Maria Psych Student Volunteer on 09/23/2016 15:53

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 09/23/2016 16:44**

21344-019   FCI-Miami

MRSA:
VRE:

## LARKIN COMMUNITY HOSPITAL
7031 SW 62nd Avenue,  South Miami,  Florida  33143  ·  (305) 284-7500

Advance Directive:  U

### REGISTRATION ADMISSION

| PATIENT/ACCOUNT NO.: | MEDICAL RECORD NO.: |
|---|---|
| 0752548 | 000329754 |

| PATIENT (Name, Address, Phone) | BIRTH DATE | AGE | SEX | RACE | SMOKER | PREFERRED LANGUAGE |
|---|---|---|---|---|---|---|
| SHORTER CHRISTOPHER LAMON | 06/21/1978 | 38 | M | B | N | EN |

SHORTER CHRISTOPHER LAMON
15801 SW 137 AVE
FEDERAL CORRECTIONAL INST
MIAMI            FL
                33177
COUNTY: MIAMI-DADE
PHONE: (305)259-2181

| MAR. STATUS | REL | FC | ADM BY | ADM CAT. | PREV. ADM DATE | NA | RM | REL | COND |
|---|---|---|---|---|---|---|---|---|---|
| S | O | D | JPE | 3 | 10/11/16 | N | N | N | N |

| ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM/BED NO. |
|---|---|---|---|
| 10/13/16    08:00 | | OPT | / |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT-1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT-2 (Name, Address, Phone, Rel) |
|---|---|---|
| NOT EMPLOYED<br><br><br><br>PHONE: 000-0000<br>OCC: | FEDERAL CORRECTIONAL<br>15801 SW 137 AVE<br>MIAMI          FL<br>               33177<br>PHONE: (305)259-2181<br>REL: WARD RESULT OF COURT | PHONE:<br>REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| SHORTER CHRISTOPHER LAMON<br>15801 SW 137 AVE<br>MIAMI          FL<br>               33177<br>PHONE: (305)259-2181<br>SSN:<br>REL: SELF | NOT EMPLOYED<br><br><br><br>PHONE: 000-0000 | MASRI MOHAMMAD          8332 |
| | | REFERRING MEDICAL PHYSICIAN (Name, Number) |
| | | MASRI MOHAMMAD          8332 |
| | | REFERRING PSYCHIATRIST (Name, Number) |
| | | 0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| NAPHCARE<br>2090 COLUMBIANA ROAD<br>SUITE 4000<br>BIRMINGHAM       AL<br>                352160000<br>PHONE: (205)536-8457<br>POLICY#: 21344017<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br>SHORTER CHRISTOPHER LAMON<br>SEX: M    RELATION: 18 | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:      RELATION: | PHONE:<br>POLICY#:<br>GROUP#:<br>GRP NAME:<br>AUTH#:<br><br><br>SEX:      RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS |
|---|
| RIGHT BREAST MASS REMOVAL |

| COMMENTS |
|---|
| |

10/12/16        16:07

LC1000/030813

## General Surgery Outpatient Visit Note

### Larkin Community Hospital

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Oct-13-2016 1140 | | DOB | Jun-21-1978 (M) | |
| Attending | MASRI MOHAMMAD | Admitted | Oct-13-2016 | | Encounter | 752548 | |
| Primary | - | Discharged | - | | MRN | 329754 | |

---

Assessments
right breast mass, s/p right breast lumpectomy


Chief Complaint
Right breast mass


HPI / Subjective


Pt presenting for follow up after right breast lumpectomy on 9/22/2016. Pt has no complaints; states that incision site had no issues healing. Incision site was well healed, no hematoma or signs of infection.



Past Medical and Psychiatric History


Gender dysphoria

Anxiety disorder

Bipolar disorder

Essential hypertension


Past Surgical History


None


Allergies


No Known Allergies


Social History


marital status

Single


Family History (Psychiatric and Medical)


2 sisters with hx of breast cancer, one passed away, one in remission


Review of Systems


ROS - Constitutional


Negative For: Irritability, Failure to gain weight, Loss of appetite, Fever, Weakness, Fatigue, Weight loss

## General Surgery Outpatient Visit Note

### Larkin Community Hospital

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Oct-13-2016 1140 | DOB | Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Oct-13-2016 | Encounter | 752548 |
| Primary | - | Discharged | - | MRN | 329754 |

ROS - HEENT

ROS - Head

Negative For: Head injury, Vertigo, Dizziness, Headache

ROS - Cardiovascular

Negative For: Dyspnea, Chest pain, Palpitations, Abnormal blood pressure

ROS - Respiratory

Negative For: SOB - Shortness of breath, Tachypnea, Retraction, Cough

ROS - GI

Negative For: Pain, Diarrhea, Constipation, Nausea, Vomiting

ROS - Peripheral Vascular

Negative For: Cyanosis

ROS - Musculoskeletal

Negative For, Muscle atrophy, Low back pain, Joint pain, Joint swelling

## General Surgery Outpatient Visit Note

Larkin Community Hospital

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Oct-13-2016 1140 | DOB | Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Oct-13-2016 | Encounter | 752548 |
| Primary | - | Discharged | - | MRN | 329754 |

---

Physical Exam

Vital Signs

Oct-13-2016 0955 - T 97.7, RR 18, BP 127/83, PULS2 59

PE - General

Awake, Alert, Oriented to time, Oriented to place (finding), Oriented to person, Well nourished (Well nourished)

Positive For: Mentally alert.

Negative For: Respiratory Distress, Disorientation, Distress

PE - HEENT

PE - Head

Negative For: Head normal shape (Head normal shape), Facial swelling

PE - Neck

Positive For: Symmetry.

Negative For: Tenderness, Lymphadenopathy, Swelling, Mass, Range of Motion

PE - Respiratory

Positive For: Normal breath sounds - clear and equal.

Negative For: Chest pain on breathing, Rales, Rhonchi, SOB - Shortness of breath

PE - Cardiovascular

## General Surgery Outpatient Visit Note
### Larkin Community Hospital

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Shorter, Christopher Lamon | Date of Service | Oct-13-2016 1140 | | DOB | Jun-21-1978 (M) |
| Attending | MASRI MOHAMMAD | Admitted | Oct-13-2016 | | Encounter | 752548 |
| Primary | - | Discharged | - | | MRN | 329754 |

Negative For: Heart murmur, Tachycardia

PE - Breasts
no new masses, incisional scar well healed with no signs of infection

Assessment:
-38 yo transgender, undergoing hormonal therapy for male-female transition. Currently on hormonal treatment with R breast mass, B/L gynecomastia, s/p right breast lumpectomy 9/22/2016
- bx positive for florid lobular hyperplasia, and PASH

Plan:
-Results of biopsy were explained to patient. The mass was negative for malignancy, however was positive for lobular hyperplasia which is not usually seen with gynecomastia.
-With this finding, plus the pt's strong family hx of breast cancer as well as her hx of long term hormone replacement therapy, we recommend that the patient gets genetic testing. Prescription for genetic testing is in chart.
-This was discussed with the patient, and the patient agreed that if BRCA positivity were to occur the HRT must be stopped and prophylactic bilateral mastectomy will be performed
-Follow up after genetic testing results

Electronically signed by TONGSON KRYSTINA C RESDI on Oct-13-2016 1156

RECEIVED  10/23/2017 13:16   2180

10/23/2017   13:58                                              (FAX)                    P.007/020

- LARKIN COMMUNITY HOSPITAL
- 7031 SOUTHWEST 62ND AVENUE
- SOUTH MIAMI, FLORIDA 33143
- 1 (305) 284-7500

- PR

NAME: SHORTER CHRISTOPHER L

MRN:  329754   ROOM: _____ DOB: 6/21/1978
ACCOUNT#:  750657   BED: _____ AGE: 38
SERVICE CODE: _____        SEX: M
ADM DATE: _____

DICTATED BY: _____
ATTENDING PHYSICIAN: MASRI, MOHAMMAD
PRIMARY CARE PHYSICIAN: _____

BODYSITE:
- A. BREAST, RIGHT, MASS, EXCISIONAL BIOPSY

GROSS DESCRIPTION:
- A. IN THE SAME CONTAINER IN FORMALIN ARE TWO SPECIMENS WHICH ARE CODED I AND II
RESPECTIVELY. THE SPECIMEN CODED I CONSISTS OF A NON-ORIENTED BREAST TISSUE SPECIMEN
MEASURING 3.2 X 2.2 BY UP TO 1.5 CM. NO NEEDLE IS INSERTED INTO THE SPECIMEN. TUMOR IS
NOT APPARENT ON THE EXTERNAL SURFACE. THE SPECIMEN IS DIFFUSELY RUBBERY ON
PALPATION. THE SURFACE IS MARKED WITH BLUE INK. CUT SECTION REVEALS YELLOW TAN, SOFT
TO RUBBERY TISSUE. SECTIONS ARE CODED I TO IV. THE SPECIMEN CODED II CORRESPONDS TO A
NON-ORIENTED BREAST TISSUE SPECIMEN MEASURING 2.2 X 1.2 X 0.8 CM. NO NEEDLE IS INSERTED
INTO THE SPECIMEN. TUMOR IS NOT PALPABLE. THE SPECIMEN IS DIFFUSELY RUBBERY ON
PALPATION. CUT SECTION REVEALS YELLOW TAN TISSUE. THE SURFACE IS MARKED WITH GREEN
INK. BISECTED AND SUBMITTED CODED V AND VI.   (ARM/MSH 09/22/2016)

FINAL DIAGNOSIS:
- A. BENIGN BREAST TISSUE WITH FLORID LOBULAR HYPERPLASIA, FOCAL PSEUDOANGIOMATOUS
STROMAL HYPERPLASIA (PASH) AND GYNECOMASTOID CHANGES. NEGATIVE FOR ATYPIA OR
MALIGNANCY.

REMARKS:
- A. BREAST, RIGHT, MASS, EXCISIONAL BIOPSY

COMMENTS:
- DR. DUCKWORTH CONCURS. 88305 -TC X 1

PRE-OP/CLINICAL:

- RIGHT BREAST MASS

SURGICAL PROCEDURE:
- EXCISIONAL BIOPSY OF RIGHT BREAST MASS

- PERFORMING LAB:
- MARK & KAMBOUR PATHOLOGY ASSOCIATES
- 4665 PONCE DE LEON BLVD
- CORAL GABLES, FLORIDA 33146
- PHONE: (305) 669-3471
- FAX:  (305) 668-2026



**LARKIN COMMUNITY HOSPITAL**
7031 S.W. 62ND AVENUE, SOUTH MIAMI, FL 33143

Name: Christopher Lamon Shorter Age
Address
SECURITY FEATURES ON BACK
Date: 10/13/16

R Genetic Testing

Dx high risk breast cancer with Hormone Replacement therapy [illegible] [illegible] hyperplasia on bx

DEA#

[illegible signature] M.D.

Refill (NR) 1 2 3 4 5 PRN

To ensure that a brand name product be dispensed, the prescriber must handwrite "Brand Medically Necessary" on the prescription form.

NRX 6041159375

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 10/18/2016 11:21 EST | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 10/19/2016 15:11.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 10/13/2016 14:33 | Provider: Cesaire, Ronald B. RN | Unit: | G01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Cesaire, Ronald B. RN

**Chief Complaint:** Other Problem
**Subjective:** I just got back from receiving my test result, I am very preoccupy.
**Pain:** No

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/13/2016 | 14:34 MIA | 96 | | | Cesaire, Ronald B. RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/13/2016 | 14:34 MIA | 100/73 | | | | Cesaire, Ronald B. RN |

Exam:
   General
       **Affect**
           Yes: Cooperative, Anxious
       **Appearance**
           Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Initial assessment
Inmate returned from having his result for a biopsy that was taken on the 9/22/16 while a lumpectomy was performed.
Negative for malignancy, Positive for lobular hyperplasia,
Genetic testing has been discussed with the patient. If BRCA is positive:
HRT must be stopped.
Prophylactic mastectomy will be performed.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 10/13/2016 14:33 | Provider: | Cesaire, Ronald B. RN | Unit: | G01 |

| Endocrinology | 10/25/2016 | 10/25/2016 | Routine | No |
|---|---|---|---|---|

**Subtype:**

Offsite Appt

**Reason for Request:**

Inmate returned from having his result for a biopsy that was taken on the 9/22/16 while a lumpectomy was performed.
Negative for malignancy, Positive for lobular hyperplasia,
Genetic testing has been discussed with the patient, prescribed by the physician.If BRCA is positive:
HRT must be stopped.
Prophylactic mastectomy will be performed.

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/13/2016 | Counseling | Compliance - Treatment | Cesaire, Ronald | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes     **By:**  Alarcon, Inerio MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Cesaire, Ronald B. RN on 10/13/2016 15:24
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/13/2016 14:33 | Provider: | Cesaire, Ronald B. RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 10/18/2016 11:23.**

**Bureau of Prisons**                                         **SENSITIVE BUT UNCLASSIFIED**

**Psychology Services**

**Clinical Intervention - Individual Therapy**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | G |
| Date: | 10/14/2016 14:13 | Provider: | Ferretti, Anna Maria Psych | | | |

### Focus of Session
Today's session focused on processing Ms. Shorter's feelings about the results of her lumpectomy.

### Subjective/Objective Presentation
Ms. Shorter reported she received the results from the lumpectomy.  She explained the results and the suggested course of treatment she received from the specialist and discussed the course of action she would like to take.

She described her mood as "bitchy" although did not present as such to the session.  When asked to explain, she expressed that she has been increasingly irritable and agitated lately.  She noted she continues to sleep a lot, but that her appetite has improved.  Although she has not been working much, she stated she fills her time with reading and writing.

Ms. Shorter was alert, oriented, and appropriately dressed/groomed. Her gait and motor coordination was adequate. Her speech was of normal rate, volume, and prosody. Expressive and receptive language was adequate. She displayed appropriate eye contact. Thought processes were coherent and content of her responses were appropriate to questions posed. Judgment and insight were adequate. Her mood was euthymic and affect was appropriate to expressed content. No noted perceptual disturbances. She denied current suicidal ideation, plan, or intent.

### Intervention(s)
A supportive and empathic environment was provided. Ms. Shorter's feelings about her ongoing struggles related to her health issues were explored and discussed.  Positive coping skills were also reviewed and reinforced.

### Progress/Plan
Ms. Shorter will return to therapy as scheduled.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 10/14/2016 15:20

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 11/17/2016 18:34**

## Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | G |
| Date: | 10/14/2016 14:37 | Provider: | Torres, Vivian Psy.D. | | | |

### Focus of Session

Inmate SHORTER was seen in psychology services as a walk in.

### Subjective/Objective Presentation

Inmate SHORTER indicated that she was sent to the outside hospital yesterday to see the surgeon. According to inmate SHORTER, she was informed that two lumps were removed from her breast. Although not malignant at the time, inmate SHORTER indicated that she is concerned she will develop breast cancer in the future due to multiple risk factors she has identified.

Inmate SHORTER discussed the course of action she would like to take citing what she described as the surgeon's recommendation: prophylactic bi-lateral mastectomy with reconstructive surgery and discontinuation of the hormone replacement therapy. At this point, inmate SHORTER presented this writer with a BP-S148 Request to Staff addressed to Psychology Department and Health Services (please see attached). Inmate SHORTER indicated that she is hopeful the Bureau of Prisons will grant her request for the aforementioned procedure. A discussion regarding discontinuing the hormone replace therapy was conducted with inmate SHORTER. Inmate SHORTER indicated that she is not willing to discontinue the hormone replacement therapy, despite knowing the risks of continuing the hormone replacement therapy, if the government is unwilling to provide her with the bi-lateral mastectomy and reconstructive surgery. Inmate SHORTER stated, "I can't stop the hormone replacement therapy without getting the surgery because how else is my gender dysphoria going to be treated? Psychology can only do so much."

Inmate SHORTER's mental status was WNL. She denied any current suicidal/homicidial ideation.

### Intervention(s)

A mental status examination was conducted. Supportive counseling was provided. Specifically, inmate SHORTER's feelings were normalized and the importance of accepting events outside of her control was discussed. Cognitive distortions in her thinking were explored and more adaptive alternatives were presented. Positive coping skills were also reviewed and reinforced.

Warden, Associate Warden, Acting Chief Psychologist, Executive Assistant, and Health Services Clinical Director were notified of inmate SHORTER's current presentation and medical requests.

### Progress/Plan

Inmate SHORTER will continued to be seen as per Care2-MH policy. Additionally, inmate SHORTER is currently participating in individual counseling with a practicum student.

Completed by Torres, Vivian Psy.D. on 10/19/2016 14:09

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 11/17/2016 17:44**

BP-S148.055  **INMATE REQUEST TO STAFF**  CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Psychology Dept./Health Services | DATE: 10/14/2016 |
|---|---|
| FROM: CHRISTOPHER SHORTER | REGISTER NO.: 21344-017 |
| WORK ASSIGNMENT: UNICOR | UNIT: GATOR 131 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

On 10/13/2016, I had a follow up appointment with Surgeon Masri Mohammad at

Larkins Community Hospital.

The follow up appointment was for Surgeon Masri Mohammad to check the surgical
area and to go over the Pathology report of my biopsy on 9/22/2016.

I was informed that (2) lumps was removed and a biopsy was performed which
revealed that at this time there is no malignancy, but there are abnormal tissue
structure(atypical lobular hyperplasia) that is not consistent with gynecomastia and
do pose a great risk of developing into breast cancer.

Because of all of my currently known risk factors these finding greatly elevate
my risk of developing breast cancer.

Surgeon Masri Mohammad recommended gentic testing for the BRCA gene and if the

-------CONTINUED-----
(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)        and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER

REQUEST TO STAFF CONTINUED

test revealed that I do have the BRCA gene based on my strong family history of breast cancer, a prophylactic bi-lateral mastectomy would be performed and discontinue the use of hormone replacement therapy(estradiol and medroxyprogesterone), for the treatment of GENDER DYSPHORIA.

My currently known risk factor(s) for developing breast cancer is as follow(s):

A STRONG FAMILY HISTORY OF BREAST CANCER
My first degree relatives who have been diagnosed with breast cancer are my two sisters. I only have two sisters. One of whom died in 2014 at age 35 from Invasive lobular carcinoma. The biopsy revealed that I have abnormal tissue structure(atypical lobular hyperplasia) that is not consistent with gynecomastia, therefore this condition seem to mimic developing into the same type of cancer (Invasive lobular carcinoma) that killed my sister. My other sister is in remission from breast cancer because of taking measures such as having a prophylactic bi-lateral mastectomy.

My distant relative who have been diagnosed with breast cancer is my paternal grandmother who have been cured since 1985 because of the prophylactic measures that she took of having a mastectomy of the affected breast.

ABNORMAL BREAST TISSUE STRUCTURE
The biopsy revealed that I have an increased number of cells in the milk ducts(lobular). The risk is great because of the abnormal tissue structure(atypical lobular hyperplasia).

HORMONE REPLACEMENT THERAPY
The studies show that taking estrogen with progesterone for an extended period of time increase the risk of developing breast cancer.

KLINEFELTER SYNDROME
Klinefelter syndrome is a disorder in which male/intersex individuals are born with an extra X chromosome (XXY). Male/intersex individuals with the syndrome develop breast cancer more often that other men.

I currently have (4) major risk factor(s) that separately increase my risk of developing breast cancer. Coupling all of my current risk factor(s) together clearly show that there is not an if I will develop breast cancer it is when if no action is taken.

I am under the opinion that the genetic testing for BRCA is unnecessary at this point because even if I don't have the BRCA gene, I still have (4) other major risk factor(s) for developing breast cancer. The genetic BRCA testing cost $5,000 dollars which is expensive and although I am more concerned with my health than the Bureau of Prisons budget, I am of the opinion that having prophylactic bi-lateral mastectomy and discontinuing hormone replacement therapy is the best course cf action at this time.

According to the Plastic Surgery Program Statement 6311.04§549.50, "In circumstances where plastic surgery is a component of a presertly medically necessary standard of treatment (for Gender Dysphoria and Mastectomies due to cancer) the necessary surgery may be performed." §549.51(a) deals with the approval procedures for the Clinical Director when reconstructive surgery follows standard surgical procedures (e.g., reconstructive surgery following Mastectomies due to cancer). (Please see attached Program Statement 6311.04)

Armed with this information my request is as follow:

**PROPHYLACTIC BI-LATERAL MASTECTOMY with RECONSTRUCTIVE SURGERY**

    I request this service without delay.  The Pathology report will clearly show that the delay from 05/24/2016(Breast Unltrasound) to biopsy on 09/22/2016 caused the tissue mass to enlarge and the development of a second mass that I did not feel and/or know where there and/or was not revealed by either the mammogram or the (2) ultrasound(s) that I had.  Both tissue mass that was removed was larger than what was originally diagnosed on 05/24/2016.  Clearly the delay of my medical treatment for non-medical reasons violates my 8th Amendment Right prohibition against cruel and unusual punishment.  I am currently dealing with the author(s) of that delay through the grievance system then the Federal Tort Claims Act.  I intend to fully hold them accountable for their negligent actions.

    I PRAY Miami---FCI staff give this information your full and prompt attention.

10/14/2016
DATE

SIGNATURE

OPI:         **HSD**
NUMBER:    **6311.04**
DATE:       **March 21, 1996**
SUBJECT:   **Plastic Surgery and Identification Records**



**U.S. Department of Justice**

Federal Bureau of Prisons

# Program Statement

OPI: HSD

NUMBER: 6311.04

DATE: March 21, 1996

SUBJECT: Plastic Surgery and Identification Records

RULES EFFECTIVE DATE: April 25, 1996

1.   [PURPOSE AND SCOPE] § 549.50.   The Bureau of Prisons does not ordinarily perform plastic surgery on inmates to correct preexisting disfigurements (including tattoos) on any part of the body.  In circumstances where plastic surgery is a component of a presently medically necessary standard of treatment (for example, part of the treatment for facial lacerations or for mastectomies due to cancer) or it is necessary for the good order

pro

1

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017

**and security of the institution, the necessary surgery may be performed.]**

"Presently medically necessary" is defined in Chapter 1, Section 1 of the Health Services Manual.

2.   <u>PROGRAM OBJECTIVES.</u>   The expected results of this program are:

a.   Plastic surgery will be performed on an inmate only when it is a component of a presently medically necessary standard of treatment or necessary for the good order and security of the institution.

b.   Any changes in an inmate's appearance that results from plastic surgery will be photographed and otherwise documented in appropriate files.

3.   <u>DIRECTIVES AFFECTED</u>

a.   <u>Directive Rescinded</u>

P.S. 6311.03   Plastic Surgery and Identification Records (11/20/95)

b.   <u>Directive Referenced</u>

P.S. 6000.04   Health Services Manual (12/15/94)

**[Bracketed Bold - Rules]**

Regular Type - Implementing Information

c.   Rules cited in this Program Statement are contained in 28 CFR 549.50-52.

4.   <u>STANDARD REFERENCED</u>

American Correctional Association 3rd Editions Standards for Adult Correctional Institutions:   3-4359

5.   **[<u>APPROVAL PROCEDURES</u> §549.51.   The Clinical Director shall**

pro

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017

consider individually any request from an inmate or a BOP medical consultant.

a.   In circumstances where plastic surgery is a component of the presently medically necessary standard of treatment, the Clinical Director shall forward the surgery request to the Office of Medical Designations and Transportation for approval.]

Examples of when plastic surgery is a component of the presently medically necessary standard of treatment are:  the emergency repair of lacerations (e.g., facial lacerations, lacerations secondary to trauma), and when reconstructive surgery follows standard surgical procedures (e.g., reconstructive

surgery following mastectomies due to **cancer**, etc.).

[b.   If the Clinical Director recommends plastic surgery for the good order and security of the institution, the request for plastic surgery authorization will be forwarded to the Warden for initial approval.   The Warden will forward the request through

the Regional Director to the Medical Director.   The Medical Director shall have the final authority to approve or deny this type of plastic surgery request.]

An example of when plastic surgery would be recommended for the good order and security of the institution is:  plastic surgery necessary in order to help conceal the identity of WITSEC inmates (e.g., tattoo removal, etc.).

[c.   If the Clinical Director is unable to determine whether the plastic surgery qualifies as a component of presently medically necessary standard of treatment, the Clinical Director may forward the request to the Medical Director for a final determination in accordance with the provisions of paragraph (b) of this section.]

d.   The inmate's unit team shall be notified before any arrangements or promises are made for plastic surgery.   The inmate's unit team shall consider the impact of the impending plastic surgery on unit documentation.

e.   The Inmate Systems Manager (ISM) shall be notified prior to surgery so that photographs can be taken of the involved part before and after surgery for the purpose of identification.   The

pro

**3**

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017

Health Services Unit shall notify the inmate's unit team and the

ISM when such surgery has been completed.   The ISM shall make appropriate notations in the inmate's record reflecting the fact that surgery altering the inmate's physical features has been performed.

6.    **[INFORMED CONSENT § 549.52.   Approved plastic surgery procedures may not be performed without the informed consent of the inmate involved.]**

\s\ Kathleen M. Hawk Director

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017

# CELEBRATING THE LIFE OF
# TRENIKA NIKITA
# SHORTER

### DECEMBER 26, 1979 – MAY 18, 2014



# "NIKKI"

*"I HAVE FOUGHT A GOOD FIGHT, I HAVE FINISHED MY COURSE, I HAVE KEPT THE FAITH."*
2 TIMOTHY 4:7

# SATURDAY, MAY 24, 2014
## 1:00 P.M.

### TABERNACLE CHURCH OF CHRIST
### WRITTEN IN HEAVEN, INC.
12425 BLUE STAR HIGHWAY GRETNA, FLORIDA 32332
PASTOR MAYLIS GREEN – HARRISON, PASTOR
PASTOR JAHAZEL DAWKINS, OFFICIATING

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 10/18/2016 07:44 | Provider: Rios-Cabello, L. RN | Unit: G01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Rios-Cabello, L. RN

**Chief Complaint:** Other Problem
**Subjective:** " I want Review surgeons recommendations and pathology report"
**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/18/2016 | 07:46 MIA | 97.0 | 36.1 | Oral | Rios-Cabello, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/18/2016 | 07:46 MIA | 17 | Rios-Cabello, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/18/2016 | 07:46 MIA | 104/73 | Left Arm | Sitting | Adult-regular | Rios-Cabello, L. RN |

**Exam:**
**General**
    **Affect**
        Yes: Cooperative
    **Appearance**
        Yes: Alert and Oriented x 3
    **Nutrition**
        Yes: Excellent food intake

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Patient come to the clinic requesting review surgeon. Also patient request medical Idle.

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/18/2016 | Counseling | Access to Care | Rios-Cabello, L. | Verbalizes Understanding |

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:   BLACK | Facility: | MIA |
| Encounter Date: | 10/18/2016 07:44 | Provider: | Rios-Cabello, L. RN | Unit: | G01 |

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Rios-Cabello, L. RN on 10/18/2016 13:45

Requested to be cosigned by  Alarcon, Inerio MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/18/2016 07:44 | Provider: | Rios-Cabello, L. RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 10/19/2016 14:47.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:   M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 10/21/2016 10:07 | Provider:  Chipi, Martha MD | Unit: | G01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**　　　**Provider:** Chipi, Martha MD

**Chief Complaint:** MENTAL HEALTH

**Subjective:** 38 year old for follow-up results of recent Gen Surgeon consult/breast biopsy. At this time reports to be concern about the present management and request a No Duty Pass. Denies recent illness, no suicidal ideations, intent or plans. States good compliance with meds as Rx'd.

**Pain:** No

---

Seen for clinic(s): Mental Health

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue, Fever, Night Sweats, Unexplained Weight Loss, Weakness

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/21/2016 | 10:07 | MIA | 64 | Via Machine | | Chipi, Martha MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 10/21/2016 | 10:07 | MIA | 14 | Chipi, Martha MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/21/2016 | 10:07 | MIA | 127/80 | Left Arm | Sitting | Adult-regular | Chipi, Martha MD |

**Height:**

| Date | Time | | Inches | Cm | Provider |
|---|---|---|---|---|---|
| 10/21/2016 | 10:07 | MIA | 69.0 | 175.3 | Chipi, Martha MD |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 10/21/2016 | 10:07 | MIA | 185.0 | 83.9 | | Chipi, Martha MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 10/21/2016 10:07 | Provider: | Chipi, Martha MD | Unit: | G01 |

**Exam:**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR)

        No: M/R/G

    **Peripheral Vascular**

    **General**

        No: Pitting Edema

  <u>**ROS Comments**</u>

    Patient placed on NO Duty Status due to complex medical work-up in progress.

  <u>**Comments**</u>

    Gen Surgeon/ Bx results discussed, all questions answered. Copy given

**ASSESSMENT:**

  Transgender, validated male to female, 302.5b - Current

**PLAN:**

**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| | Aspirin, E.C. 325 MG Tablet | 10/21/2016 10:07 | 81 mg Orally  -  daily x 180 day(s) |

        **Indication:** Transgender, validated male to female

**Renew Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| 103675-MIA | Estradiol 1 MG Tab | 10/21/2016 10:07 | Take four tablets (4 MG) by mouth each day ***NEW DOSE*** ***Do Not Crush*** ***non-formulary approved*** til 12/11/16 ***pill line*** x 180 day(s) Pill Line Only |

        **Indication:** Transgender, validated male to female

| | | | |
|---|---|---|---|
| 105069-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | 10/21/2016 10:07 | Instill one drop in both eyes at bedtime x 180 day(s) |

        **Indication:** Examination of eyes and vision

| | | | |
|---|---|---|---|
| 103159-MIA | medroxyPROGESTERone  5 MG Tab | 10/21/2016 10:07 | Take one tablet (5 MG) by mouth daily  ***non-formulary approved*** til 5/9/2017 ***pill line*** x 180 day(s) Pill Line Only |

        **Indication:** Transgender, validated male to female

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: 10/21/2016 10:07 | Provider: Chipi, Martha MD | Unit: G01 |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 107368-MIA | Sertraline HCl 100 MG Tab | 10/21/2016 10:07 | Take two tablets (200 MG) by mouth each day  ***NOTE DOSE and STRENGTH*** STOP 150 MG DOSE ***self carry*** *consent form on file * x 180 day(s) |

**Indication:** Depressive DO, not elsewhere classified

| | | | |
|---|---|---|---|
| 103676-MIA | Spironolactone 100 MG Tab | 10/21/2016 10:07 | Take three tablets (300 MG) by mouth each day x 180 day(s) |

**Indication:** Transgender, validated male to female

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-E-Estradiol | One Time | 10/24/2016 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests-P-Progesterone | | | |
| Lab Tests-P-Prolactin | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-C-Cortisol, serum | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests-L-Luteinizing Hormone | | | |
| Lab Tests-B-BRCA1/2 Deletion/Duplication | | | |
| Lab Tests-B-BRCA1/2 Sequencing | | | |
| Lab Tests-I-Insulin-like Growth Factor 1 (IGF-1) | | | |
| Lab Tests-F-Follicule-Stimulating Hormone (FSH) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**Additional Information:**
AM Cortisol.

Labs requested as ordered by Endocrinology consult of May 13, 2016 for next follow-up consult.

## New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 10/27/2016 | Routine |

**Specific reason(s) for request (Complaints and findings):**
Routine HTN

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Other:

Endocrinology follow-up consult reactivated via email to HIT/HSA.

Patient must take all results to the specialist visit.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 10/21/2016 10:07 | Provider: Chipi, Martha MD | Unit: | G01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/21/2016 | Counseling | Access to Care | Chipi, Martha | Verbalizes Understanding |
| 10/21/2016 | Counseling | Plan of Care | Chipi, Martha | Verbalizes Understanding |
| 10/21/2016 | Counseling | Preventive Health | Chipi, Martha | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Chipi, Martha MD on 10/21/2016 11:05
Requested to be reviewed by  Alarcon, Inerio MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2016 10:07 | Provider: | Chipi, Martha MD | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 10/24/2016 10:16.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 10/25/2016 14:39 | Provider: | Chipi, Martha MD | Unit: | G01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Chipi, Martha MD

        As per CDs verbal order to HSA;  This provider is to generate a lab consult for inmate Shorter so that Naphcare can authorize payment for the BRCA lab draw.
        Lab ordered already placed, will be submitted in consult form.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Pathology | 10/26/2016 | 10/26/2016 | Routine | No | |

    **Subtype:**
        Pathology
    **Reason for Request:**
        38 year old Transgender undergoing evaluation for definitive treatment; as requested by the General Surgeon on 10-13-2016: Genetic testing due to high risk breast cancer with hormone replacement therapy and lobular hyperplasia on biopsy.
    **Provisional Diagnosis:**
        Lab Tests-B-BRCA1/2 Sequencing
        Lab Tests-B-BRCA1/2 Deletion/Duplication

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 10/25/2016 14:49

PATIENT INFORMATION
**SHORTER, CHRISTOPHER L**

REPORT STATUS   **Final**

Quest/Nichols Institute, Valencia
CLIENT SERVICE 800.421.7110

DOB: 06/21/1978   Age: 38
SEX: M

ORDERING PHYSICIAN
NOT GIVEN
CLIENT INFORMATION

SPECIMEN INFORMATION
SPECIMEN:   016-5769909
REQUISITION: 0013217
LAB REF NO:  10821-10

ID: 10821-10

42400
FINLAY CLINICAL LABORATORY
ATTN: BEGONIA
330 SW 27TH AVENUE
SUITE 101
MIAMI, FL 33135

COLLECTED:  10/28/2016   00:01
RECEIVED:   10/28/2016   00:01
REPORTED:   11/18/2016   07:40

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| BRCAVANTAGE(TM), ASHKENAZI JEWISH SCR W/ RFL BRCAVANTAGE(TM) | | | | |
| Known Family BRCA Mutation | Not Given | | | |
| Spec. Familial Mutation | Not Given | | | |
| Spec. Familial Del/Dup | Not Given | | | |
| Interpretation Summary | SEE NOTE | | | |
| | NEGATIVE FOR THE THREE ASHKENAZI JEWISH BRCA1/2 MUTATIONS | | | |
| | | | | |
| BRCA1/2 Ashkenazi Mutation | NEGATIVE | | | |
| BRCA1/2 Mutations Interp | NO MUTATION DETECTED | | | |
| Comprehensive Interp | SEE NOTE | | | |

This patient is negative for the c.68_69delAG  and c.5266dupC
mutations in the BRCA1 gene and the c.5946delT
mutation in the BRCA2 gene. PLEASE NOTE: This assay has
only examined the above 3 mutations in this individual. If not
already ordered, full gene sequencing and rearrangement analysis
of the BRCA1 and BRCA2 genes (test code 91863) should be
considered if clinically indicated. Laboratory testing supervised
and results monitored by Charles Strom, M.D., Ph.D., FACMG, FAAP,
HCLD.

Additional Information            SEE NOTE

Description: This test assesses three specific mutations in
the BRCA1 and BRCA2 genes: c.68_69delAG (aka 187delAG, aka
185delAG) and c.5266dupC (aka 5385insC, aka 5382insC) in BRCA1
and c.5946delT (aka 6174delT) in BRCA2. Approximately 2.5% of all
Ashkenazi Jewish individuals, male and female, have one of these
three founder mutations. Heterozygous germline mutations in the
BRCA1 and BRCA2 genes are associated with Hereditary Breast and
Ovarian Cancer syndrome. Women with BRCA1/2 mutations have an
elevated lifetime risk of breast cancer and ovarian cancer. Men
with BRCA1/2 mutations have an elevated risk of breast cancer and
prostate cancer. Other cancer risks have been described for both
men and women, including for pancreatic cancer and melanoma.
Biallelic germline mutations of the BRCA2 gene, and very rarely
of the BRCA1 gene, have been associated with autosomal recessive
Fanconi Anemia (types FA-D1 and FA-S, respectively), a childhood
onset disease characterized by physical abnormalities, bone
marrow failure, and increased risk of cancer.
Methodology: The three founder mutations named above are
detected by multiplex polymerase chain reaction (PCR)
amplification of the specific BRCA1/2 gene regions in the
presence of fluorescently-labeled primers. The amplified products
are detected by automated by capillary electrophoresis. Variants
are classified under the guidance of the 5-tier system
recommended by the American College of Medical Genetics (PMID
25741868). The following NCBI reference

SHORTER, CHRISTOPHER L - 016-5769909

Page 1 - Continued on Page 2

Nov. 18. 2016  1:35PM          Quest Diagnostics Incorporated          No. 6234   P. 6/8

PATIENT INFORMATION.
**SHORTER, CHRISTOPHER L**

REPORT STATUS   Final

Quest/Nichols Institute, Valencia

DOB: 06/21/1978     Age: 38
SEX: M
ID: 10821-10

ORDERING PHYSICIAN
**NOT GIVEN**

COLLECTED:  10/28/2016    00:01
REPORTED:   11/18/2016    07:40

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|

BRCAVANTAGE(TM), ASHKENAZI JEWISH SCR W/ RFL BRCAVANTAGE(TM)  (Continued)
  Additional Information (Continued)

    transcript sequences were utilized for analysis: BRCA1 (NM
    007294.3) and BRCA2 (NM 000059.3).
    Limitations: This assay does not detect other variants in
    the BRCA1 and BRCA2 genes, nor can it rule out the presence of
    germline variants in other genes. Although rare, false positive
    or false negative results may occur. Results should be
    interpreted in the context of clinical findings, relevant
    history, and other laboratory data. This assay does not represent
    comprehensive BRCA1 and BRCA2 analysis and does not analyze other
    genes associated with hereditary breast and ovarian cancer. In
    some situations, additional genetic testing may be appropriate.
    Additional Information: Providers may contact Quest
    Genomics Client Services at 866-GENEINFO (866-436-3463) for
    assistance with result interpretation or to discuss additional
    testing.c.68_69delAG This test was developed and its analytical
    performance characteristics have been determined by Quest
    Diagnostics Nichols Institute San Juan Capistrano. It has not
    been cleared or approved by FDA. This assay has been validated
    pursuant to the CLIA regulations and is used for clinical
    purposes.
    For more information on this test, go to:
    http://education.questdiagnostics.com/faq/FAQ121
    (This link is being provided for informational/educational
    purposes only.)

Interpretation Summary          SEE NOTE
                                NO PATHOGENIC MUTATION DETECTED

BRCA1 Sequencing                NEGATIVE
BRCA1 Seq Interp                NO MUTATION DETECTED
BRCA1 Del/Dup                   NEGATIVE
BRCA1 Del/Dup Interp            NO MUTATION DETECTED
BRCA2 Sequencing                NEGATIVE
BRCA2 Seq Interp                NO MUTATION DETECTED
BRCA2 Del/Dup                   NEGATIVE
BRCA2 Del/Dup Interp            NO MUTATION DETECTED

I. Alarcon, MD
Clinical Director
FCI Miami
11-22-16

Nov. 18. 2016  1:36PM          Quest Diagnostics Incorporated              No. 6234   P. 7/8

PATIENT INFORMATION
SHORTER, CHRISTOPHER L

REPORT STATUS   **Final**

Q:est/Nichols Institute, Valencia

DOB: 06/21/1978      Age: 38
SEX: M
ID: 10821-10

ORDERING PHYSICIAN
NOT GIVEN

COLLECTED: 10/28/2016   00:01
REPORTED:  11/18/2016   07:40

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|

BRCAVANTAGE(TM), ASHKENAZI JEWISH SCR W/ RFL BRCAVANTAGE(TM) (Continued)
Comprehensive Interp          SEE NOTE

Comprehensive sequence analysis of the amino acid coding region
and splice junction sites of the BRCA1 and BRCA2 genes was
negative for deleterious missense, nonsense, small insertion and
deletion, and obvious splice-site mutations. The tested
individual is also negative for large deletions or duplications
affecting the exons of the BRCA1 or BRCA2 genes. This assay
cannot detect mutations affecting BRCA1 or BRCA2 gene expression
level nor can it detect all mutations affecting mRNA splicing.
This negative result does not rule out mutations in other genes
associated with susceptibility to hereditary breast and/or
ovarian cancer. BRCA1 and BRCA2 mutation analysis for the
affected family members is recommended to further clarify the
remaining risk of hereditary breast and/or ovarian cancer for the
tested individual. Consider genetic counseling. Laboratory
testing supervised and results monitored by Charles Strom, M.D.,
Ph.D., FACMG, FAAP, HCLD.

Additional Information          SEE NOTE

Description: This test analyzes the BRCA1 and BRCA2 genes.
Heterozygous germline mutations in these genes are associated
with Hereditary Breast and Ovarian Cancer syndrome. Women with
BRCA1/2 mutations have an elevated lifetime risk of breast cancer
and ovarian cancer. Men with BRCA1/2 mutations have an elevated
risk of breast cancer and prostate cancer. Other cancer risks
have been described for both men and women, including for
pancreatic cancer and melanoma. Biallelic germline mutations of
the BRCA2 gene, and very rarely of the BRCA1 gene, have been
associated with autosomal recessive Fanconi Anemia (types FA-D1
and FA-S, respectively), a childhood onset disease characterized
by physical abnormalities, bone marrow failure, and increased
risk of cancer.
Methodology: In this assay, sheared genomic DNA fragments
representing the entire coding region and the splice junction
sites of the BRCA1 and BRCA2 genes are selectively enriched
through exon capture, and then subjected to nucleotide sequence
analysis on a massively parallel sequencing platform. Gene dosage
is assessed by bioinformatic analysis of sequencing reads and
confirmed as necessary by a custom targeted microarray. The array
is designed with a dense collection of probes spanning the
entirety of each gene and flanking regions. Genome-wide
normalization probes and control replicates are also included.
Samples are compared to a normal pooled control following a
standard array comparative genomic hybridization (CGH) procedure.
Variants are classified under the guidance of the 5-tier system
recommended by the American College of Medical Genetics (PMID
25741868). The following NCBI reference
transcript sequences were utilized for analysis: BRCA1 (NM
007294.3) and BRCA2 (NM 000059.3).
Limitations: This assay cannot detect variants affecting
unexamined gene regions (e.g. deep intronic), nor variants in
other genes. In addition, the effect of rare or novel variants on
mRNA splicing, protein synthesis, and/or protein function may

I. Alarcon, MD
Clinical Director
FCI Miami

11-22-16

SHORTER, CHRISTOPHER L — 016-5769909

Page 3 — Continued on Page 4

Printed by Care360 AutoReceive on 11/18/16 at 10:45am.

Nov. 18. 2016  1:36PM        Quest Diagnostics Incorporated              No. 6234   P. 8/8

PATIENT INFORMATION
**SHORTER, CHRISTOPHER L**

| REPORT STATUS | **Final** |

Quest/Nichols Institute, Valencia

DOB: 06/21/1978   Age: 38

ORDERING PHYSICIAN
**NOT GIVEN**

CCLLECTED:  10/28/2016   00:01        SEX: M
REPORTED:   11/18/2016   07:40        ID: 10821-10

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|

BRCAVANTAGE(TM), ASHKENAZI JEWISH SCR W/ RFL BRCAVANTAGE(TM)  (Continued)
   Additional Information (Continued)

remain unclear. Although rare, false positive or false negative
results may occur. Results should be interpreted in the context
of clinical findings, relevant history, and other laboratory
data. This assay does not analyze other genes associated with
hereditary breast and/or ovarian cancer. In some situations,
additional genetic testing may be appropriate.
Additional Information: Benign and likely benign variants
with no known clinical significance are reported only by request.
If a variant is reclassified, Quest Diagnostics will endeavor to
contact the ordering provider. Providers may contact Quest
Genomics Client Services at 866-GENEINFO (866-436-3463) for
assistance with result interpretation, questions about variant
classification, or to discuss additional testing. This test was
developed and its analytical performance characteristics have
been determined by Quest Diagnostics Nichols Institute San Juan
Capistrano. It has not been cleared or approved by FDA. This
assay has been validated pursuant to the CLIA regulations and is
used for clinical purposes.
For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ120
(This link is being provided for informational/educational
purposes only.)

Test(s) performed at:
   QUEST DIAGNOSTICS-NICHOLS INST
   Jon M. Nakamoto M.D., Lab Director
   33608 ORTEGA HIGHWAY
   SAN JUAN CAPISTRANO, CA 92675
   CLIA #05D0643352
Faxed to FINLAY CLINICAL LAB on 11/18/16 at 07:39.
Reported to FINLAY CLINICAL LABORATORY on 11/18/16 at 07:39.

---

Performing Laboratory Information:

I. Alarcon, MD
Clinical Director
FCI Miami

11-22--16

# Jackson Health System

## Patient Information

| | | | |
|---|---|---|---|
| **Patient Name:** | SHORTER, CHRISTOPHER | **Sex:** | Male |
| **Home Address:** | 15801 sw 137th ave | **DOB:** | 06/21/78 00:00:00 |
| | Miami, Florida | **Age:** | 38 Years |
| **Home Phone:** | (305) 259-2100 | **Religion:** | No Religion |
| **Employer Name:** | Unknown | | |
| **Employer Phone:** | | | |

## Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Name:** | CHRISTOPHER SHORTER | **Sex:** | Male |
| **Patient's Reltn:** | Self | **DOB:** | 06/21/78 00:00:00 |
| **Billing Address:** | 15801 sw 137th ave | **Age:** | 38 Years |
| | Miami, Florida 33177 | | |
| **Billing Phone:** | (305) 259-2100 | | |
| **Employer Name:** | Unknown | | |
| **Employer Phone:** | | | |

## Contact Information

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** | **Contact Name:** |
| **Patient's Reltn:** | **Patient's Reltn:** |
| **Home Phone:** | **Home Phone:** |

## Primary Insurance

| | | | |
|---|---|---|---|
| **Subscriber Name:** | SHORTER, CHRISTOPHER | **Insurance Name:** | Corrections - Federal Corrections |
| **Patient's Reltn:** | Self | **Claim Address:** | 15801 sw 137th ave |
| **Sex:** | Male | | Miami, Florida 33177 |
| **DOB:** | 06/21/78 00:00:00 | **Insurance Phone:** | (305) 259-2100 |
| **Age:** | 38 Years | **Policy Number:** | |
| **Employer Name:** | Unknown | **Group Number:** | |
| **Employer Phone:** | | **Authorization Number:** | NOT REQUIRED |
| | | **Authorization Phone:** | |
| | | **Authorization Contact:** | |

## Secondary Insurance

| | | | |
|---|---|---|---|
| **Subscriber Name:** | | **Insurance Name:** | |
| **Patient's Reltn:** | | **Claim Address:** | |
| **Sex:** | | | |
| **DOB:** | | **Insurance Phone:** | |
| **Age:** | 0 Days | **Policy Number:** | |
| **Employer Name:** | | **Group Number:** | |
| **Employer Phone:** | | **Authorization Number:** | |
| | | **Authorization Phone:** | |
| | | **Authorization Contact:** | |

## Encounter Information

| | | | |
|---|---|---|---|
| **Reg Dt/Tm:** | 11/17/16 08:13:00 | **Admit Type:** | |
| **Est Dt of Arrival:** | | **Admit Source:** | Emergency Room |
| **Inpt Adm Dt/Tm:** | | **Advance Directive:** | |
| **Discharge Dt/Tm:** | 11/17/16 15:37:00 | **Reg Clerk:** | MARGARITA DE VARONA |
| **Patient Type:** | Emergency | **Admit Physician:** | |
| **Medical Service:** | Emergency | **Attend Physician:** | Vinardell, Silvio |
| **Facility:** | JSCH | **PCP:** | NOPHYSICIAN, PRIMARYCARE |

**SHORTER, CHRISTOPHER**          Male / 38 Years

**MRN:** 4884406          **FIN:** 40012938572

████████████████████████████████████████

Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## ED Note-Physician

| | |
|---|---|
| Document Type: | ED Note-Physician |
| Service Date/Time: | 11/17/2016 08:38 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | Chest pain - Pleuritic |
| Perform Information: | Vinardell,Silvio (11/17/2016 08:47 EST) |
| Sign Information: | Vinardell,Silvio (11/18/2016 10:15 EST) |

**Chest pain - Pleuritic**
JACK_FL

Patient:  SHORTER, CHRISTOPHER        MRN: 4884406        FIN: 40012938572
Age:  **38 years**    Sex: **Male**    DOB:  **06/21/1978**
Associated Diagnoses:  **None**
Author:  **Vinardell, Silvio**

**Basic Information**
  **Time seen:** Date & time 11/17/2016 08:39:00, Immediately upon arrival, Arrived from federal facility.
  **History source:** Patient.
  **Arrival mode:** Ambulance.
  **History limitation:** None.

**History of Present Illness**
   The patient presents with chest pain,  epigastric pain associated with nausea/ vomiting, The patient is with no active chest pain, No headache, no abdominal pain at this time. Staes that he has been stressed  about his transgender status. He follow with a psychiatrist at the facility and He reports that he has been stressed.  The onset was just prior to arrival.  The course/duration of symptoms is constant.  Location: epigastric. Radiating pain: none.  The character of symptoms is dull.  The degree at onset was moderate, 3 /10.  The degree at maximum was 3 /10.  .  The degree at present is moderate.  The exacerbating factor is movement.  The relieving factor is none.  Risk factors consist of none.  Prior episodes: none.  Therapy today None.  Associated symptoms: none.

**Review of Systems**
   **Constitutional symptoms:** Negative except as documented in HPI.
   **Skin symptoms:** Negative except as documented in HPI.
   **Eye symptoms:** Negative except as documented in HPI.
   **ENMT symptoms:** Negative except as documented in HPI.
   **Respiratory symptoms:** Negative except as documented in HPI.
   **Cardiovascular symptoms:** Negative except as documented in HPI.
   **Gastrointestinal symptoms:** Nausea, vomiting.
   **Genitourinary symptoms:** Negative except as documented in HPI.
   **Musculoskeletal symptoms:** Negative except as documented in HPI.
   **Neurologic symptoms:** Negative except as documented in HPI.
   **Psychiatric symptoms:** Negative except as documented in HPI.
   **Endocrine symptoms:** Negative except as documented in HPI.
   **Hematologic/Lymphatic symptoms:** Negative except as documented in HPI.
   **Allergy/immunologic symptoms:** Negative except as documented in HPI.
   **Additional review of systems information:** All other systems reviewed and otherwise negative.

**Health Status**
   **Allergies:**
        No active allergies have been recorded..

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years        Male |
| Facility: | Jackson South Community Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### ED Note-Physician

**Past Medical/ Family/ Social History**
    **Medical history:** HTN    estrogen therapy   tetosterone blocker.
    **Surgical history:** Pt has had no surgical procedures.
    **Family history:** Not pertinent to presenting complaint.
    **Social history:** Non-smoker, no-alcohol use, and denies illicit drug use.
    **Problem list:**
    No qualifying data available

**Physical Examination**
    **General:** Alert, no acute distress.

    **Vital Signs**
    **Skin:** Warm, dry.
    **Head:** Normocephalic, atraumatic.
    **Neck:** Supple, trachea midline, no tenderness, no JVD, no carotid bruit.
    **Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
    **Ears, nose, mouth and throat:** Oral mucosa moist, no pharyngeal erythema or exudate.
    **Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion.
    **Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
    **Chest wall:** No tenderness, No deformity.
    **Back:** Nontender, Normal range of motion, Normal alignment.
    **Musculoskeletal:** Normal ROM, normal strength, no tenderness, no deformity.
    **Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly.
    **Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed.
    **Psychiatric:** Cooperative, appropriate mood & affect.

**Medical Decision Making**
    **Differential Diagnosis:** Pleuritic chest pain.
    **Electrocardiogram:** ECG Interpretation
        11/17/2016 08:29 EST    GR Chest 1 View        (In Progress) .
    **Results review:** Lab results : Lab View

| | | |
|---|---|---|
| 11/17/2016 08:45 EST | POC Troponin I. | 0.00 nanogram/mL |
| 11/17/2016 08:38 EST | Glucose | 95 mg/dL |
| | Sodium | 140 mmol/L |
| | **Potassium** | **5.7 mmol/L  HI** |
| | Chloride | 105 mmol/L |
| | Total CO2 Content | 26 mmol/L |
| | Anion Gap | 8 |
| | Blood Urea Nitrogen | 15 mg/dL |
| | Creatinine | 1.20 mg/dL |
| | Osmolality Calculated | 280 mOsm/kg |
| | Calcium Level | 8.8 mg/dL |
| | Total Protein | 6.9 g/dL |
| | Albumin Level | 4.1 g/dL |
| | Total Bilirubin | 0.4 mg/dL |

---

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years      Male |
| Facility: | Jackson South Community Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## ED Note-Physician

| | |
|---|---|
| Chest pain - Pleuritic | Medical ; *Clinical Service:* Emergency medicine ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R07.89 *Date:* 11/17/2016 ; *Diagnosis Type:* Reason For Visit ; *Confirmation:* *Confirmed ; *Clinical Dx:* Chest pain - Pleuritic ; *Classification:* Medical ; *Clinical Service:* Emergency medicine ; *Code:* PNED ; *Probability:* 0 ; *Diagnosis Code:* 43F64C53-C1BB-4A4A-A260-C253374159D6 |
| Epigastric pain | *Date:* 11/17/2016 ; *Diagnosis Type:* Discharge ; *Confirmation:* *Confirmed ; *Clinical Dx:* Epigastric pain ; *Classification:* Medical ; *Clinical Service:* Emergency medicine ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* R10.13 |

## Cardiology Procedures - General

| | |
|---|---|
| Document Type: | Electrocardiogram 12 Lead |
| Service Date/Time: | 11/17/2016 08:22 EST |
| Result Status: | Unauth |
| Document Subject: | EKG12L |
| Perform Information: | |
| Sign Information: | |

**EKG12L**
```
**This is a computer interpretation**
**This result must  be over read by an attending Cardiologist**
*** No QRS complexes found, no ECG analysis possible
No previous ECGs available
```

**EKG12L**
http://jhsmusedb01:8080/musescripts/museweb.dll?RetrieveTestList?PatientID=4884406&Site=01_HNAM URL

| | |
|---|---|
| Document Type: | Electrocardiogram 12 Lead |
| Service Date/Time: | 11/17/2016 08:25 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | EKG12L |
| Perform Information: | Zambrano,Juan P (11/17/2016 08:25 EST) |
| Sign Information: | |

**EKG12L**
```
Sinus rhythm with 1st degree A-V block
Nonspecific T wave abnormality
```

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978  38 years     Male |
| Facility: | Jackson South Community Hospital | | |



## Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### *Cardiology Procedures - General*

Abnormal ECG
Confirmed by Zambrano MD, Juan Pablo (7036) on 11/17/2016 7:14:40 PM

**EKG12L**

http://jhsmusedb01:8080/musescripts/museweb.dll?RetrieveTestList?PatientID=4884406&Site=01_HNAM_URL

---

| | |
|---|---|
| Document Type: | Electrocardiogram 12 Lead |
| Service Date/Time: | 11/17/2016 12:22 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | EKG12L |
| Perform Information: | Zambrano,Juan P (11/17/2016 12:22 EST) |
| Sign Information: | |

**EKG12L**

Sinus rhythm with 1st degree A-V block
Nonspecific T wave abnormality
Abnormal ECG
No previous ECGs available
Confirmed by Zambrano MD, Juan Pablo (7036) on 11/17/2016 7:15:05 PM

**EKG12L**

http://jhsmusedb01:8080/musescripts/museweb.dll?RetrieveTestList?PatientID=4884406&Site=01_HNAM_URL

---

### *Clinical Laboratory*

### *Chemistry*

| Procedure | Result | Units | Reference Range | Collected Date/Time |
|---|---|---|---|---|
| Glucose | 95 | mg/dL | [74-106] | 11/17/2016 08:38 EST |
| Sodium | 140 | mmol/L | [137-145] | 11/17/2016 08:38 EST |
| Potassium | 5.7 H | mmol/L | [3.6-5.0] | 11/17/2016 08:38 EST |
| Chloride | 105 | mmol/L | [98-107] | 11/17/2016 08:38 EST |
| Total CO2 Content | 26 | mmol/L | [22-30] | 11/17/2016 08:38 EST |
| Anion Gap | 8 | | [6-22] | 11/17/2016 08:38 EST |
| Blood Urea Nitrogen | 15 | mg/dL | [9-20] | 11/17/2016 08:38 EST |
| Creatinine | 1.20 | mg/dL | [0.66-1.25] | 11/17/2016 08:38 EST |
| Osmolality Calculated | 280 | mOsm/kg | [275-295] | 11/17/2016 08:38 EST |
| Calcium Level | 8.8 | mg/dL | [8.4-10.2] | 11/17/2016 08:38 EST |
| Total Protein | 6.9 | g/dL | [6.3-8.2] | 11/17/2016 08:38 EST |
| Albumin Level | 4.1 | g/dL | [3.9-5.0] | 11/17/2016 08:38 EST |

---

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years   Male |
| Facility: | Jackson South Community Hospital | | |



### Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| ED Note-Physician |
| --- |

| | |
| --- | --- |
| AST (SGOT) | 22 unit/L |
| ALT (SGPT) | 30 unit/L |
| **Alkaline Phosphatase** | **31 unit/L  LOW** |
| eGFR (Non African-American) | >60 mL/min/1.73m2 |
| eGFR (African-American) | >60 mL/min/1.73m2 |
| WBC Count | 4.2 x10(3)/mcL |
| RBC Count | 4.33 x10(6)/mcL |
| **Hemoglobin** | **12.0 g/dL  LOW** |
| **Hematocrit** | **37.2 %  LOW** |
| MCV | 85.9 fL |
| MCH | 27.7 pg |
| MCHC | 32.3 g/dL |
| RDW-CV | 12.7 % |
| Platelet Count | 217 x10(3)/mcL |
| Diff Type | AUTO |
| NEUT% | 49.5 % |
| LYMPH% | 38.9 % |
| MONO% | 9.5 % |
| BASO% | 0.7 % |
| EO% | 1.2 % |
| NEUT(Abs) | 2.1 x10(3)/mcL |
| LYMPH(Abs) | 1.6 x10(3)/mcL |
| MPV | 9.7 fL |
| MONO(Abs) | 0.40 x10(3)/mcL |
| EO(Abs) | 0.05 x10(3)/mcL |
| BASO(Abs) | 0.03 x10(3)/mcL |
| IG% | 0.2 % |
| IG(Abs) | 0.01 x10(3)/mcL |
| NRBC% | 0.0 % |
| NRBC(Abs) | 0.00 x10(3)/mcL |

, Lab results : Lab View
    11/17/2016 08:45 EST
    11/17/2016 08:38 EST

| | |
| --- | --- |
| POC Troponin I. | 0.00 nanogram/mL |
| Glucose | 95 mg/dL |
| Sodium | 140 mmol/L |
| **Potassium** | **5.7 mmol/L  HI** |
| Chloride | 105 mmol/L |

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978  38 years      Male |
| Facility: | Jackson South Community Hospital | | |



## Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

### ED Note-Physician

| | |
|---|---|
| Total CO2 Content | 26 mmol/L |
| Anion Gap | 8 |
| Blood Urea Nitrogen | 15 mg/dL |
| Creatinine | 1.20 mg/dL |
| Osmolality Calculated | 280 mOsm/kg |
| Calcium Level | 8.8 mg/dL |
| Total Protein | 6.9 g/dL |
| Albumin Level | 4.1 g/dL |
| Total Bilirubin | 0.4 mg/dL |
| AST (SGOT) | 22 unit/L |
| ALT (SGPT) | 30 unit/L |
| **Alkaline Phosphatase** | **31 unit/L  LOW** |
| eGFR (Non African-American) | >60 mL/min/1.73m2 |
| eGFR (African-American) | >60 mL/min/1.73m2 |
| WBC Count | 4.2 x10(3)/mcL |
| RBC Count | 4.33 x10(6)/mcL |
| **Hemoglobin** | **12.0 g/dL  LOW** |
| **Hematocrit** | **37.2 %  LOW** |
| MCV | 85.9 fL |
| MCH | 27.7 pg |
| MCHC | 32.3 g/dL |
| RDW-CV | 12.7 % |
| Platelet Count | 217 x10(3)/mcL |
| Diff Type | AUTO |
| NEUT% | 49.5 % |
| LYMPH% | 38.9 % |
| MONO% | 9.5 % |
| BASO% | 0.7 % |
| EO% | 1.2 % |
| NEUT(Abs) | 2.1 x10(3)/mcL |
| LYMPH(Abs) | 1.6 x10(3)/mcL |
| MPV | 9.7 fL |
| MONO(Abs) | 0.40 x10(3)/mcL |
| EO(Abs) | 0.05 x10(3)/mcL |
| BASO(Abs) | 0.03 x10(3)/mcL |

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978  38 years    Male |
| Facility: | Jackson South Community Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## ED Note-Physician

| | | |
|---|---|---|
| | IG% | 0.2 % |
| | IG(Abs) | 0.01 x10(3)/mcL |
| | NRBC% | 0.0 % |
| | NRBC(Abs) | 0.00 x10(3)/mcL |
| , Lab results : Lab View | | |
| 11/17/2016 12:19 EST | POC Troponin I. | 0.00 nanogram/mL |
| 11/17/2016 08:45 EST | POC Troponin I. | 0.00 nanogram/mL |
| 11/17/2016 08:38 EST | Glucose | 95 mg/dL |
| | Sodium | 140 mmol/L |
| | **Potassium** | **5.7 mmol/L  HI** |
| | Chloride | 105 mmol/L |
| | Total CO2 Content | 26 mmol/L |
| | Anion Gap | 8 |
| | Blood Urea Nitrogen | 15 mg/dL |
| | Creatinine | 1.20 mg/dL |
| | Osmolality Calculated | 280 mOsm/kg |
| | Calcium Level | 8.8 mg/dL |
| | Total Protein | 6.9 g/dL |
| | Albumin Level | 4.1 g/dL |
| | Total Bilirubin | 0.4 mg/dL |
| | AST (SGOT) | 22 unit/L |
| | ALT (SGPT) | 30 unit/L |
| | **Alkaline Phosphatase** | **31 unit/L  LOW** |
| | Lipase | 145 unit/L |
| | eGFR (Non African-American) | >60 mL/min/1.73m2 |
| | eGFR (African-American) | >60 mL/min/1.73m2 |
| | WBC Count | 4.2 x10(3)/mcL |
| | RBC Count | 4.33 x10(6)/mcL |
| | **Hemoglobin** | **12.0 g/dL  LOW** |
| | **Hematocrit** | **37.2 %  LOW** |
| | MCV | 85.9 fL |
| | MCH | 27.7 pg |
| | MCHC | 32.3 g/dL |
| | RDW-CV | 12.7 % |
| | Platelet Count | 217 x10(3)/mcL |
| | Diff Type | AUTO |
| | NEUT% | 49.5 % |

---

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years       Male |
| Facility: | Jackson South Community Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## ED Note-Physician

| | |
|---|---|
| LYMPH% | 38.9 % |
| MONO% | 9.5 % |
| BASO% | 0.7 % |
| EO% | 1.2 % |
| NEUT(Abs) | 2.1 x10(3)/mcL |
| LYMPH(Abs) | 1.6 x10(3)/mcL |
| MPV | 9.7 fL |
| MONO(Abs) | 0.40 x10(3)/mcL |
| EO(Abs) | 0.05 x10(3)/mcL |
| BASO(Abs) | 0.03 x10(3)/mcL |
| IG% | 0.2 % |
| IG(Abs) | 0.01 x10(3)/mcL |
| NRBC% | 0.0 % |
| NRBC(Abs) | 0.00 x10(3)/mcL |

**Chest X-Ray:** No acute disease process.

**Reexamination/ Reevaluation**
Course: well controlled.

**Impression and Plan**
    Diagnosis
        Epigastric pain (ICD10-CM R10.13, Discharge, Emergency medicine, Medical)
        Atypical chest pain (ICD10-CM R07.89, Discharge, Emergency medicine, Medical)
    Plan
        **Disposition:** Discharged: to home.
        **Prescriptions:** Launch prescriptions
        Pharmacy:
            Zofran 4 mg oral tablet (Prescribe): 4 mg, 1 tab, ORAL, Q8H, for 5 day, PRN: as needed for nausea/vomiting, 15 tab, 0 Refill(s)
            PriLOSEC 40 mg oral delayed release capsule (Prescribe): 40 mg, 1 cap, ORAL, DAILY, for 30 day, 30 cap, 0 Refill(s).
        **Patient was given the following educational materials:** CHEST PAIN, NonCardiac, ANXIETY REACTION.
        **Follow up with:** PRIMARYCARE NOPHYSICIAN Within 1-2 days; Return to Emergency Department Within 1-2 days Return to ER as needed.
        **Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription.

| | |
|---|---|
| *Electronically Signed by:* | *Vinardell, Silvio* |
| *Electronically Signed on:* | *11/18/16 10:15 EST* |

*Date & Time Dictated/Typed:*   *11/17/16 08:47 EST*
*Transcribe Date & Time:*

---

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years   Male |
| Facility: | Jackson South Community Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## *ED Note-Physician*

| | |
|---|---|
| Document Type: | ED Note-Physician |
| Service Date/Time: | 11/17/2016 15:06 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | Certification of Emergency Condition |
| Perform Information: | Vinardell,Silvio (11/17/2016 15:06 EST) |
| Sign Information: | Vinardell,Silvio (11/17/2016 15:06 EST) |

**Certification of Emergency Condition Entered On: 11/17/2016 3:06 PM EST**
**Performed On: 11/17/2016 3:06 PM EST by Vinardell, Silvio**

**Certification of Emergency Condition**
*Emergency Certification Definition :* To comply with the Department of Children and Families requirements, non-citizens that would be Medicaid eligible on all factors other, than their INS status may be eligible for medicaid to cover medical emergencies, including the birth of a child. Before Medicaid may be, authorized, applicants must provide proof from the doctor or hospital stating the treatment was due to an emergency condition., The Proof also must include the dates of the emergency.
*Emergency Certification Eligibility :* Section 1903(v) of the Social Security Act provides that "the term emergency condition means a medical condition (including emergency labor and delivery), manifesting itself by acute symptoms of sufficient severity (including severe pain) such that the absence of immediate medical attention, could reasonably be expected in (A) placing the patient's health in serious jeopardy, (B) serious impairment to bodily functions,, or (C) serious dysfunction of any bodily organ or part."
*Does Pt meet emergency condition :* Yes
*Electronically signed :* Yes

Vinardell, Silvio - 11/17/2016 3:06 PM EST
(As Of: 11/17/2016 3:06:07 PM EST)

**Problems(Active)**

| | |
|---|---|
| Abdominal pain (SNOMED CT :36112013 ) | *Name of Problem:* Abdominal pain ; *Recorder:* SYSTEM; *Confirmation:* *Confirmed ; *Classification:* Medical ; *Code:* 36112013 ; *Last Updated:* 11/17/2016 14:59 EST ; *Life Cycle Date:* 11/17/2016 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT ; *Comments:* |

11/17/2016 2:59 PM - SYSTEM
Problem added by system based on Diagnosis Epigastric pain

**Diagnoses(Active)**

| | |
|---|---|
| Atypical chest pain | *Date:* 11/17/2016 ; *Diagnosis Type:* Discharge ; *Confirmation:* *Confirmed ; *Clinical Dx:* Atypical chest pain ; *Classification:* |

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years      Male |
| Facility: | Jackson South Community Hospital | | |



# Jackson Health System
## Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Clinical Laboratory |
| --- |

| Chemistry |
| --- |

| Procedure | Result | Units | Reference Range | Collected Date/Time |
| --- | --- | --- | --- | --- |
| Total Bilirubin | 0.4 | mg/dL | [0.2-1.3] | 11/17/2016 08:38 EST |
| AST (SGOT) | 22 | unit/L | [15-46] | 11/17/2016 08:38 EST |
| ALT (SGPT) | 30 | unit/L | [21-72] | 11/17/2016 08:38 EST |
| Alkaline Phosphatase | 31 L | unit/L | [38-126] | 11/17/2016 08:38 EST |
| eGFR (Non African-American) | >60 f | mL/min/1.73m2 | | 11/17/2016 08:38 EST |

f:        (NOTE)
ESTIMATED GFR FOR NON-AFRICAN AMERICAN.

eGFR MAY NOT BE SUITABLE FOR ALL POPULATIONS.
THE EQUATION IS NOT RECOMMENDED FOR USE WITH:

INDIVIDUALS WITH UNSTABLE CREATININE CONCENTRATIONS. THIS INCLUDES
PREGNANT WOMEN; PATIENTS WITH SERIOUS CO-MORBID CONDITIONS; AND
HOSPITALIZED PATIENTS, PARTICULARLY THOSE WITH ACUTE RENAL FAILURE.

PERSONS WITH EXTREMES IN MUSCLE MASS AND DIET. THIS INCLUDES, BUT IS
NOT LIMITED TO, INDIVIDUALS WHO ARE AMPUTEES, PARAPLEGICS,
BODYBUILDERS, OR OBESE; PATIENTS WHO HAVE A MUSCLE-WASTING DISEASE OR
A NEUROMUSCULAR DISORDER; AND THOSE SUFFERING FROM MALNUTRITION,
EATING A VEGETARIAN OR LOW-MEAT DIET, OR TAKING CREATINE DIETARY
SUPPLEMENTS.

| eGFR (African-American) | >60 f | mL/min/1.73m2 | | 11/17/2016 08:38 EST |
| --- | --- | --- | --- | --- |

f:        (NOTE)
ESTIMATED GFR FOR AFRICAN AMERICAN.

eGFR MAY NOT BE SUITABLE FOR ALL POPULATIONS.
THE EQUATION IS NOT RECOMMENDED FOR USE WITH:

INDIVIDUALS WITH UNSTABLE CREATININE CONCENTRATIONS. THIS INCLUDES
PREGNANT WOMEN; PATIENTS WITH SERIOUS CO-MORBID CONDITIONS; AND
HOSPITALIZED PATIENTS, PARTICULARLY THOSE WITH ACUTE RENAL FAILURE.

PERSONS WITH EXTREMES IN MUSCLE MASS AND DIET. THIS INCLUDES, BUT IS
NOT LIMITED TO, INDIVIDUALS WHO ARE AMPUTEES, PARAPLEGICS,
BODYBUILDERS, OR OBESE; PATIENTS WHO HAVE A MUSCLE-WASTING DISEASE OR
A NEUROMUSCULAR DISORDER; AND THOSE SUFFERING FROM MALNUTRITION,

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years      Male |
| Facility: | Jackson South Community Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Clinical Laboratory |
| --- |

| Chemistry |
| --- |

| Procedure | Result | Units | Reference Range | Collected Date/Time |
| --- | --- | --- | --- | --- |
| | EATING A VEGETARIAN OR LOW-MEAT DIET, OR TAKING CREATINE DIETARY SUPPLEMENTS. | | | |
| Lipase | 145 $^{O1}$ | unit/L | [23-300] | 11/17/2016 08:38 EST |
| Color | STRAW | | | 11/17/2016 13:17 EST |
| Clarity | CLEAR | | | 11/17/2016 13:17 EST |
| Specific Gravity | 1.009 | | [1.008-1.022] | 11/17/2016 13:17 EST |
| Urine pH | 6.0 | | [4.6-8.0] | 11/17/2016 13:17 EST |
| Protein | NEGATIVE | mg/dL | [NEG] | 11/17/2016 13:17 EST |
| Glucose | NEGATIVE | mg/dL | [NEG] | 11/17/2016 13:17 EST |
| Ketones | NEGATIVE | mg/dL | [NEG] | 11/17/2016 13:17 EST |
| Bilirubin | NEGATIVE | mg/dL | [NEG] | 11/17/2016 13:17 EST |
| Blood | NEGATIVE | mg/dL | [NEG] | 11/17/2016 13:17 EST |
| Urobilinogen | NEGATIVE | mg/dL | [NEG] | 11/17/2016 13:17 EST |
| Nitrites | NEGATIVE | | [NEG] | 11/17/2016 13:17 EST |
| Leukocyte Esterase | NEGATIVE $^f$ | Leu/mcL | [NEG] | 11/17/2016 13:17 EST |
| f: | MICROSCOPIC NOT INDICATED. | | | |

Order Comments
O1:     Lipase Level (LIPASE)
          ACCESSION NUMBER:H71832

| Hematology |
| --- |

| Procedure | Result | Units | Reference Range | Collected Date/Time |
| --- | --- | --- | --- | --- |
| WBC Count | 4.2 | x10(3)/mcL | [4.0-10.5] | 11/17/2016 08:38 EST |
| RBC Count | 4.33 | x10(6)/mcL | [4.2-5.6] | 11/17/2016 08:38 EST |
| Hemoglobin | 12.0 $^L$ | g/dL | [13.3-16.3] | 11/17/2016 08:38 EST |
| Hematocrit | 37.2 $^L$ | % | [39.0-47.1] | 11/17/2016 08:38 EST |
| MCV | 85.9 | fL | [79.9-95.0] | 11/17/2016 08:38 EST |
| MCH | 27.7 | pg | [27.1-33.1] | 11/17/2016 08:38 EST |
| MCHC | 32.3 | g/dL | [32.2-36.5] | 11/17/2016 08:38 EST |
| RDW-CV | 12.7 | % | [11-15] | 11/17/2016 08:38 EST |
| Platelet Count | 217 | x10(3)/mcL | [140-400] | 11/17/2016 08:38 EST |
| Diff Type | AUTO | | | 11/17/2016 08:38 EST |
| NEUT% | 49.5 | % | [36-70] | 11/17/2016 08:38 EST |
| LYMPH% | 38.9 | % | [16-43] | 11/17/2016 08:38 EST |
| MONO% | 9.5 | % | [6-12] | 11/17/2016 08:38 EST |
| BASO% | 0.7 | % | [0-1.2] | 11/17/2016 08:38 EST |

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years      Male |
| Facility: | Jackson South Community Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Clinical Laboratory

### Hematology

| Procedure | Result | Units | Reference Range | Collected Date/Time |
|---|---|---|---|---|
| EO% | 1.2 | % | [0-5] | 11/17/2016 08:38 EST |
| NEUT(Abs) | 2.1 | x10(3)/mcL | [2.0-6.0] | 11/17/2016 08:38 EST |
| LYMPH(Abs) | 1.6 | x10(3)/mcL | [1.1-2.7] | 11/17/2016 08:38 EST |
| MPV | 9.7 | fL | [9.4-16.4] | 11/17/2016 08:38 EST |
| MONO(Abs) | 0.40 | x10(3)/mcL | [0.32-0.91] | 11/17/2016 08:38 EST |
| EO(Abs) | 0.05 | x10(3)/mcL | | 11/17/2016 08:38 EST |
| BASO(Abs) | 0.03 | x10(3)/mcL | | 11/17/2016 08:38 EST |
| IG% | 0.2 | % | [0.0-1.0] | 11/17/2016 08:38 EST |
| IG(Abs) | 0.01 | x10(3)/mcL | [0.0-0.1] | 11/17/2016 08:38 EST |
| NRBC% | 0.0 | % | | 11/17/2016 08:38 EST |
| NRBC(Abs) | 0.00 | x10(3)/mcL | | 11/17/2016 08:38 EST |

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-16-0259957 | GR Abdomen KUB | 11/17/2016 09:53 EST | Vinardell,Silvio |

**Reason For Exam**
(GR Abdomen KUB) nausea/vomiting

**Report**
Procedure: GR Abdomen KUB

Exam Date: 11/17/2016 9:53 AM

Reason for Study: nausea/vomiting

COMPARISON: None

TECHNIQUE: AP supine portable KUB was obtained

FINDINGS: There is a nondilated nonobstructed bowel gas pattern and no evidence of ileus seen either.

No pathologic radiopaque calculi in the abdomen or pelvis are seen.

Soft tissues and organ contours are grossly unremarkable.

Osseous structures appear intact without acute fracture.

---

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years      Male |
| Facility: | Jackson South Community Hospital | | |

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*General Radiology*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-16-0259957 | GR Abdomen KUB | 11/17/2016 09:53 EST | Vinardell,Silvio |

**Report**

Impression:
 Normal KUB with a nondilated nonobstructed bowel gas pattern without evidence of ileus seen either and with no overt gastric distention.

No pathologic radiopaque calculi seen either

***FINAL REPORT***
*Attending Physician: Didovic, John Nicholai*
*Dictation Date/Time:11/17/16 09:54:2*
*Transcribed by & Date/Time: Didovic, John Nichol11/17/2016 09:54*
*Electronically Signed By: Didovic, John NicholaiSignature Date/Time: 11/17/2016 09:55*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-16-0259944 | GR Chest 1 View | 11/17/2016 09:12 EST | Vinardell,Silvio |

**Reason For Exam**
(GR Chest 1 View) cough

**Report**
Procedure: GR Chest 1 View

Exam Date: 11/17/2016 9:12 AM

Reason for Study: cough

COMPARISON: None

TECHNIQUE: AP portable view the chest was obtained

FINDINGS: There is no pneumothorax or effusion

There is no pneumonia, edema, consolidation or significant atelectasis identified.

| | | | |
|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years   Male |
| Facility: | Jackson South Community Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

### *General Radiology*

| | | | |
|---|---|---|---|
| Accession | Exam | Exam Date/Time | Ordering Provider |
| GR-16-0259944 | GR Chest 1 View | 11/17/2016 09:12 EST | Vinardell,Silvio |

**Report**
There is a 3.5 mm nodular density at the medial left lung base which may related to pulmonary vessel on end or small nodule/calcified granuloma.

Heart size and mediastinal contours are within normal limits

Osseous structures appear intact without acute fracture.

Impression:
 No acute cardiopulmonary process identified and no pneumonia seen

***FINAL REPORT***
*Attending Physician: Didovic, John Nicholai*
*Dictation Date/Time:11/17/16 09:14:2*
*Transcribed by & Date/Time: Didovic, John Nichol11/17/2016 09:14*
*Electronically Signed By: Didovic, John NicholaiSignature Date/Time: 11/17/2016 09:15*

| | | | | |
|---|---|---|---|---|
| Admit Date: | 11/17/2016 | Patient: | SHORTER, CHRISTOPHER | |
| Discharge Date: | 11/17/2016 | MRN: | 4884406 | |
| FIN: | 40012938572 | Attending: | Vinardell,Silvio | |
| Report Request ID: | 74794745 | DOB/Age/Sex: | 6/21/1978   38 years | Male |
| Facility: | Jackson South Community Hospital | | | |

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | G |
| Date: | 11/18/2016 14:14 | Provider: | Ferretti, Anna Maria Psych | | | |

<u>Focus of Session</u>

Inmate Shorter is being assessed on a monthly basis as part of Psychology Service's Care2-MH program. Inmates are placed on Care2-MH status if they require clinical intervention on a monthly basis; have a history of suicidal behaviors, parasuicidal behaviors, psychosis, psychiatric hospitalization, and/or treatment with anti-psychotics or mood stabilizers particularly in the last five years.

Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005). Inmate is currently being prescribed Sertraline 200mg per day.

<u>Subjective/Objective Presentation</u>

Ms. Shorter expressed frustration regarding issues in her unit and but stated she has been doing well otherwise. She recently went out on a medical trip after citing chest pains and indicated the doctors told her it was stress related.

Ms. Shorter was alert, oriented, and appropriately dressed/groomed. Her gait and motor coordination was adequate. Her speech was of normal rate, volume, and prosody. Expressive and receptive language was adequate. She displayed appropriate eye contact. Thought processes were coherent and content of her responses were appropriate to questions posed. Judgment and insight were adequate. Her mood was dysthymic and affect was congruent to expressed content. No noted perceptual disturbances. She denied current suicidal ideation, plan, or intent.

<u>Intervention(s)</u>

A mental status examination was conducted. Today's session focused on addressing transitioning Ms. Shorter to another staff member for services as this writer will be leaving next month. Her feelings regarding the transition were explored and discussed.

<u>Progress/Plan</u>

Inmate Shorter will be continue to be seen by psychology services as per Care2-MH policy.

Completed by Ferretti, Anna Maria Psych Student Volunteer on 11/18/2016 14:56

**Reviewed by Trgovac, Marie PsyD/RDAP Coordinator on 12/23/2016 08:26**

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | G |
| Date: | 01/19/2017 13:07 | Provider: | Torres, Vivian Psy.D. | | | |

### Focus of Session

Inmate Shorter is being assessed on a monthly basis as part of Psychology Service's Care2-MH program. Inmates are placed on Care2-MH status if they require clinical intervention on a monthly basis; have a history of suicidal behaviors, parasuicidal behaviors, psychosis, psychiatric hospitalization, and/or treatment with anti-psychotics or mood stabilizers particularly in the last five years.

Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005). Inmate is currently being prescribed Sertraline 200mg per day.

### Subjective/Objective Presentation

Upon interview, inmate SHORTER indicated that she is feeling anxious as she is unsure as to what direction health service staff is going with regards to her transgender needs. When asked to elaborate, inmate SHORTER indicated that she has not been seen by the endocrinologist who has experience with treating transgender individuals. Moreover, inmate SHORTER reported that she has discontinued her hormone replacement therapy since November 2016 as a result of the adverse effects (chest pain, numbness on left side of the body). Inmate SHORTER indicated that she was transported to Jackson South Community Hospital on November 17, 2016 as a result of chest pain. A review of BEMR records confirms inmate's reports.

Inmate SHORTER further explained that she is anxious as she wants to move forward with her gender dysphoria treatment (e.g., bilateral breast mastectomy and bilateral breast reconstructive surgery). Inmate SHORTER denied feeling depressed. She denied any current suicidal/homicidal ideation. Inmate SHORTER reported disturbances of sleep although she attributes the sleep difficulties to hot flashes. Inmate SHORTER denied experiencing any nightmares related to her trauma although she did report being hypervilginant when Hispanic inmates are too close to her.

Inmate SHORTER's mood was anxious with congruent affect. Inmate SHORTER denied experiencing any suicidal/homicidal ideation.

### Intervention(s)

Discussed and challenged inmate's cognitive distortions in regards to her perceived lack of medical care.

In accordance with the Brief Cognitive Behavioral Therapy For Suicidal Inmates discussed inmate's current stressors and how they can lead to suicidal ideation.

Reviewed mindfulness and relaxation exercises.

Health Service Administrator, Clinical Director, Chief Psychiatrist, Medical Doctor, and Acting Chief Psychologist were notified of today's encounter.

### Progress/Plan

Inmate SHORTER will continue to work on challenging her negative/irrational thoughts via the use of RSAs and she will continue to practice the mindfulness and relaxation exercises discussed during today's session.

Completed by Torres, Vivian Psy.D. on 02/26/2017 11:49

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK | Facility: | MIA |
| Encounter Date: | 01/20/2017 14:42 | Provider: | Cornett, Todd MD | | | Unit: | G01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Cornett, Todd MD

Chief Complaint: Behavioral Health Problem

Subjective:      "My gender dysphoria is not being treated"
Review of record with inmate shows that he continues on Spironolactone; and it is assumed that pending appointment with in-network endocrinologist will add finestride. Inmate remain wary of estradiol given breast tissue changes. Inmate also stated there is forward movement on choice of PCP, so all in all, he is feeling less frustrated and anxious than in weeks past. He denied worsening depression, or thoughts of self-harm, harm to others, or need to change Zoloft dose, or need to try another psychotropic medication. He continues with at least monthly meetings with Psychology and feels their interventions and recommendations are helpful.

MSE was non-acute, non-urgent. endo appt. pending. Inmate was encouraged to see about optomery follow-up, as he is on eye drops for glaucoma.

Pain:            Not Applicable

**OBJECTIVE:**

**Exam Comments**
Mental Status:
Inmate was alert and oriented to time, place, self, and situation.  He was cooperative, well-groomed, and appropriately dressed. His posture was normal with no problems of gait or ambulation. There was no psychomotor agitation or retardation.

His mood was "alright" with congruent affect. He denied any neuro-vegetative symptoms of depression. Speech rate, tone and volume were unremarkable. Thought processes were linear and goal-directed. Thought content was absent of any delusional or bizarre material. He denied visual and auditory hallucinations and did not appear to be responding to internal stimuli.
No signs of suicidality, self-harm, or harm to others were noted, reported or observed. Inmate denied suicidal ideation, plan or intent. Short and long-term memory appeared unremarkable.
The inmate is aware to report to Psychology or Medical if symptoms change.

**ASSESSMENT:**

Depressive DO, not elsewhere classified, 311 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Unspecified Depressive Disorder, F32.9*b - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | | | |

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 01/20/2017 14:42 | Provider: | Cornett, Todd MD | | Unit: | G01 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 108894-MIA | Sertraline HCl 100 MG Tab | 01/20/2017 14:42 | Take two tablets (200 MG) by mouth each day   ***NOTE DOSE and STRENGTH*** STOP 150 MG DOSE ***self carry*** *consent form on file * x 180 day(s) |

 Indication: Depressive DO, not elsewhere classified

**Disposition:**

 Follow-up in 3 Months

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/20/2017 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 01/20/2017 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 01/20/2017 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |
| 01/20/2017 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |
| 01/20/2017 | Counseling | Plan of Care | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Cornett, Todd MD on 01/20/2017 14:53

**Bureau of Prisons**
**Psychology Services**
**Administrative Contact with an Inmate**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | G |
| Date: | 01/25/2017 14:24 | Provider: | Torres, Vivian Psy.D. | | | |

<u>Comments</u>

Inmate SHORTER was seen as a walk in to psychology services on January 25, 2017 at 1300. Inmate SHORTER indicated that after reviewing the Transgender Offender Manual Program Statement (P5200.04) she was requesting psychology services enter the CMA assignment of TRN M2F (Inmate is male to female transgender [transgender female]).

After consultation with the Acting Chief Psychology, SENTRY was updated to reflect TRN M2F. Please see attached consent form (BP-A1110).

Inmate SHORTER's unit team was notified via email (copy of BP-A1110 was included).

Completed by Torres, Vivian Psy.D. on 01/25/2017 14:45

**Bureau of Prisons**                              **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Suicide Risk Assessment**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #:  21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M    Facility:  MIA | Unit Team:  G |
| Date: | 02/15/2017 16:56 | Provider:  Torres, Vivian Psy.D. | |

**Type of Housing:**    General Population
**Cell Accommodation:** Single Cell

## FINDINGS

This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Inmate Interview (other), Presentence Report, Psychology Data System, Sentry

### Reason for Referral

At approximately at 1300 on February 15, 2017 the chapel's orderly came to psychology services requesting to speak to this writer with concerns for inmate SHORTER's safety. Specifically, the inmate indicated that over the weekend inmate SHORTER had expressed a desire to remove her testicles in an effort to commit suicide. Moreover, the inmate indicated that inmate SHORTER confided with him that she is struggling with thoughts of suicide. At this point, the inmate provided a written letter addressed to psychology services in which he outlined his concerns regarding inmate SHORTER's safety.

Subsequently to the aforementioned interaction inmate SHORTER's housing unit officer was contacted and instructed to send inmate SHORTER to psychology services. Inmate SHORTER was seen for a suicide risk assessment in psychology services at 1320 on February 15, 2017.

### Developmental History

Inmate Shorter was born and raised in Quincy, Florida. She was raised by her biological parents. However, her parents reportedly divorced when she was in kindergarten. According to inmate Shorter, her father was not involved in her upbringing. Currently, her only contact with her father is through her mother.
Inmate Shorter reported having four siblings.

Inmate Shorter described her childhood as being difficult due to her struggles with her identity as she stated, "My siblings were always apart from me. I felt alone a lot growing up because no one understood me."

### Educational History/Cognitive Impairment

According to inmate Shorter, she earned her Bachelors degree in Business Management and Minor in Administration in 2000 from Florida State University. Additionally, inmate Shorter reportedly completed several online course in religious education from Liberty University. However, she indicated that she was unable to complete to her degree as she was arrested. Inmate Shorter indicated that she did not report her education accomplishments during her PSR interview as she was afraid the judge would have given her a harsher sentence.

With regards to her formative years, inmate Shorter stated that she would have to fight a lot in school as kids would try to make fun of her, "it was my way of defending myself."

### Arrest History and Experience of Incarceration

According to inmate Shorter, she was incarcerated in Florida State prison from 2003 to 2007 for Bank Fraud.

### Mental Health History

According to inmate Shorter, she was referred to the Apalachee Center for psychiatric counseling following her release from state prison in 2007. In 2009, she reportedly was referred by the staff at Apalachee Center to the Bond Clinic in Tallahassee, Florida. Between December 2009 and May 2011 she reportedly attended periodic sessions at the Bond Clinic. According to her PSR, she was diagnosed with schizoaffective disorder and prescribed Seroquel XR and later prescribed Abilify. When questioned as to why she was diagnosed with schizoaffective disorder she stated, "I think it was because I told them I heard a female voice. The voice is my conscious. I don't have a male conscious because I am a woman."

While in federal custody, inmate Shorter has been diagnosed with following: Bipolar Disorder, Depressive Disorder NOS, Other Specified Trauma, Gender Identity Disorder, and Schizophrenia.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M | Facility: MIA | Unit Team: | G |
| Date: | 02/15/2017 16:56 | Provider: Torres, Vivian Psy.D. | | | |

According to records, inmate Shorter reported being a victim of a sexual assault in October 2015 while at FCI Fort Dix. She indicated that while at Fort Dix she was provided with trauma counseling.  A review of BEMR records, revealed that inmate Shorter had also made allegations about staff misconduct on September 30, 2014. While at FCI Miami, inmate SHORTER has received two sexual abuse interventions.

According to BEMR records dated October 22, 2015, inmate's Care Level was increased to a Care2-MH due to her extensive mental health history.

While at FCI Miami, inmate Shorter was receiving weekly counseling sessions with a psychology doctoral student for anger management and PTSD related to the alleged sexual assault at Fort Dix. However, in December 2016 inmate SHORTER's weekly counseling sessions were terminated as her therapist's rotation at FCI Miami had concluded. Inmate SHORTER was subsequently transitioned to this author.

On April 26, 2016 a suicide risk assessment was conducted with inmate SHORTER. According to BEMR records dated April 26, 2016, "Inmate was referred for a Suicide Risk Assessment at 3:45 pm by the Acting Chief Psychologist after receiving a copy of a BP-9 form completed by inmate Shorter in which she stated: "Currently, my feelings of DYSPHORIA is very intense and is causing me to have, SUICIDAL IDEATION, EMOTIONAL DISTRESS, EXCESSIVE PREOCCUPATION with GENITAL MUTILATION and SELF-CASTRATION." A formal suicide watch placement was not warranted.

Inmate SHORTER is currently being prescribed Zoloft 100 mg. According to psychiatry records dated January 20, 2017 inmate SHORTER reported "denied worsening depression, or thoughts of self-harm, harm to others, or need to change Zoloft dose, or need to try another psychotropic medication. He continues with at least monthly meetings with Psychology and feels their interventions and recommendations are helpful."

**Self-Harm History**

According to inmate Shorter, she has struggled with her gender identity all her life. She indicated that her depression started as a result of the fact that her family initially did not accept her lifestyle. Inmate indicated that she attempted suicide several times while in the community and state prison. Specifically, she indicated that she attempted to overdose on ibuprofen in 2000, which resulted in her being hospitalized (Baker Act) for 3 days and referred to a psychologist. According to inmate Shorter, she saw the psychologist for one visit but felt uncomfortable and did not return. Additionally, inmate Shorter reported a second overdose in 2003 which also resulted in her being hospitalized. In 2005, she reportedly attempted to overdose with Tylenol but her boyfriend intervened and she vomited the pills. Later in 2005, inmate Shorter reportedly pointed a loaded gun to her head, however, the gun never went off. In 2006 inmate Shorter reportedly purposefully crashed her car into a tree with the intent of killing herself.  In 2008, inmate Shorter reportedly cut her wrists but her boyfriend stopped her from going further.

**Substance Abuse History**

According to inmate SHORTER, prior to incarceration she reportedly was consuming wine everyday, however, she denied experiencing any clinically significant impairments in daily living as a result of her alcohol consumption as she stated, "I didn't have problems at work or with my family." Inmate Shorter did however indicate that she began attending AA meeting with a friend in 2011. When asked to elaborate she stated, "I took a friend who was alcoholic to the meetings and I really liked what was being taught so I would just go to learn."

**Medical Concerns**

Inmate Shorter reportedly suffers from high cholesterol, hypertension, and glaucoma.

According to medical records dated October 13, 2016, "Inmate returned from having his result for a biopsy that was taken on the 9/22/16 while a lumpectomy was performed. Negative for malignancy, Positive for lobular hyperplasia, Genetic testing has been discussed with the patient, prescribed by the physician. If BRCA is positive: HRT must be stopped. Prophylactic mastectomy will be performed."

According to medical records dated November 18, 2016, inmate SHORTER was escorted to the outside hospital the previous day due to chest pains. As a result, inmate SHORTER indicated that she discontinued the hormone replacement therapy due to increased adverse effects.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex:  M | Facility:  MIA | Unit Team: | G |
| Date: | 02/15/2017 16:56 | Provider:  Torres, Vivian Psy.D. | | | |

## Current Problem

Upon interview, inmate SHORTER acknowledged having suicidal thoughts since February 11, 2017. Reportedly, inmate SHORTER began feeling hopeless after she was notified by health service staff that her appointment for the transgender endocrinologist was not "an emergency" and therefore was "scheduled for several months out." Inmate SHORTER stated, "I felt like my life was over at that point because my only hope to feel complete is seeing the endocrinologist. I know I am not the only inmate on the compound but I feel like the people who have control over my care do not understand or care about my well being."

At this point, inmate SHORTER continued to describe how her perceived lack of medical attention has resulted in increased anxiety, frustration, and depression. Inmate SHORTER stated, "I still have not had any follow up for the lumpectomy and that was done in September. I don't think health services is treating my gender dysphoria at all." Specifically, inmate SHORTER stated, "I am having erections again and it drives me insane. I don't like having erections. I want to feel like a woman and having an erection reminds me that I am a male. So yes, I have thought about cutting my testicles off. Some days I don't feel like I can make it to 2018."

Lastly, inmate SHORTER indicated that she is also feeling frustrated as her request for the chapel orderly to be transferred from another housing unit to cell with her was denied. Inmate SHORTER stated, "My unit team doesn't get it. I was assaulted by a Hispanic man and being here is stressful because there is a lot of Hispanic inmates. And my friend [chapel orderly] reported back in December that an inmate told him he wanted to burn my bed. I feel safe with this individual and I think that should be taken into consideration."

## Current Mental Status

Level of Consciousness:   Alert and Oriented
Psychomotor Activity:   Normal
General Appearance:  Normal
Behavior:  Cooperative
Mood:  Appropriate to Content
Thought Process:  Goal Directed
Thought Content:  Normal

Mental status examination prior to inmate SHORTER talking to the Warden and Captain:  During the diagnostic process the inmate was alert and oriented x4. The inmate was well groomed and dressed appropriately with institution issued clothing. Her posture was normal and no problems with gait or ambulation was noted or reported. Her speech was well paced, coherent and goal directed. Her mood was anxious with congruent affect. Speech reflected clear and well organized thought processes, and rate, tone and volume were unremarkable. The content of speech was void of any delusional or bizarre mentations. Some psychomotor agitation was observed. She denied hallucinations and did not appear to be distracted by or responding to internal stimuli. Interaction with this psychologist was noted to be open and cooperative. Short and long-term memory was unremarkable. She reported having mixed feelings about suicide citing: "Some days are worse. I can't tell you how I will feel tomorrow because I don't know." Inmate SHORTER reported feeling somewhat hopeless about her current situation as she stated, "I'm in a no win situation. My mental health is in the hands of health service."

At this point in the interview, the Warden and Captain requested to speak with inmate SHORTER. They met with her for approximately 15 minutes.

Mental status examination after talking to the Warden and Captain:  Inmate's mood appeared substantially improved after she was notified by the Warden that tomorrow morning a meeting was scheduled with the health service administer and clinical director to expedite her appointment to the endocrinologist. Inmate SHORTER reported feeling hopeful about her gender dysphoria treatment as she stated, "Now I have a goal. I feel heard and understood by the administration. It was nice that the Warden and Captain came to talk to me. The Captain told me to go directly to her should I have any problems with any inmate. I now feel heard." Inmate SHORTER denied any current suicidal ideation, intent, or plan.

Reasons for not placing inmate Shorter on Suicide Watch:
1. She denied any suicidality

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #:   21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M    Facility:  MIA | Unit Team:  G |
| Date: | 02/15/2017 16:56 | Provider:  Torres, Vivian Psy.D. | |

2. She has been compliant with treatment (psychotropic medication, Care2-MH treatment interventions)
3. She evidenced future orientation as she spoke about her strong desire to live as a woman in the community
4. She has good social system support both inside and outside of prison
5. Inmate agreed to see psychology should her mood deteriorate

**RISK AND PROTECTIVE FACTORS ASSESSED:**

This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm and suicide.

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: History of inpatient psychiatric treatment, History of mental illness, History of self-injury or suicide attempt

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Recent significant loss

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Adequate problem solving skills, Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Social support in the institution, Supportive family relationships, View of death as negative, Willingness to engage in treatment

Static Factors:
Inmate Shorter reported two prior psychiatric hospitalizations following overdose attempts. Additionally, inmate Shorter has a history of mental health treatment in the community and while in federal custody. Moreover, inmate Shorter has a history of suicidal attempts/self harm while in the community and state custody. It should be noted that inmate Shorter has not engaged in self harm behaviors while in federal custody.

Dynamic Factors:
Inmate SHORTER initially verbalized feeling somewhat feeling hopeless about her medical treatment. She initially acknowledged having a suicide plan and intent (exsanguination by removing her testicles). However, after being reassured by the Warden that her medical needs would be addressed first thing in the morning a sense of hope was instilled. Inmate SHORTER stated, "Everything has changed. There's a plan now. We have a goal. I'm being heard. I feel like a huge weight was lifted." Moreover, she denied fearing for her own safety or feeling like a burden. Although inmate SHORTER did not contact psychology services for assistance in coping with her suicidal ideation she has historically demonstrated appropriate help seeking behaviors and good problem solving skills. When questioned as to why she did not request assistance from psychology services she stated, "You guys are great. You have helped me a lot but it's pointless when other departments don't take your recommendations serious. I wasn't thinking right but you have my word that I will come to you if I start having those thoughts again."

Protective Factors:
Inmate SHORTER was able to verbalize reasons for living as she indicated that she is looking forward to feeling "like a complete woman." Inmate SHORTER presents with adequate problem solving skills, future orientated thinking, and a willingness to engage in treatment. Moreover, inmate SHORTER's religious and spiritual beliefs go against suicide. Lastly, inmate SHORTER denied any current suicidal ideation, intent, or plan.

**DIAGNOSIS:**

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Unspecified Depressive Disorder, F32.9*b - Current

**CONCLUSIONS**

The Overall Acute Suicide Risk for this Inmate is:     Low
Overall Chronic Suicide Risk for this Inmate is:     Present

**RECOMMENDATIONS**

After consultation with the Acting Chief Psychologist it was determined that inmate SHORTER does not appear to meet qualifications to be placed on Suicide Watch at this time. While she does evidence frequent thoughts of genital mutilation and suicidal ideation, she does not appear to be a danger to herself or others at the present time.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M    Facility: MIA | Unit Team: | G |
| Date: | 02/15/2017 16:56 | Provider: Torres, Vivian Psy.D. | | |

Reasons for not placing inmate Shorter on Suicide Watch:
1. She denied any suicidality
2. She has been compliant with treatment (psychotropic medication, Care2-MH treatment interventions)
3. She evidenced future orientation as she spoke about her strong desire to live as a woman in the community
4. She has good social system support both inside and outside of prison
5. Inmate agreed to see psychology should her mood deteriorate

Given inmate's recent suicidal ideation it is recommended that inmate no longer be celled alone. Inmate SHORTER should be double cell in order to reduce the risk of suicide in the future. Due to inmate SHORTER's moderate to high risk of sexual victimization inmate's Unit Team and Correctional Staff have been notified regarding Psychology staff's recommendation that she not be housed in a cell with any inmates identified as at increased risk for sexual abusiveness.

Psychological interventions moving forward will consist of challenging her negative/irrational thoughts via the use of RSAs, introduce mindfulness interventions to assist with depression as per the Brief Cognitive Behavioral Therapy for Suicidal Inmates manual.

Safety plan will be created as a decisional aid that outlines a set of specific instructions for inmate SHORTER to follow during periods of crisis.

**Suicide Watch:**    **A suicide watch is not warranted at this time**

Completed by Torres, Vivian Psy.D. on 03/29/2017 16:16

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 03/29/2017 17:02**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

## Bureau of Prisons
## Psychology Services
## Diagnostic and Care Level Formulation

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M    Facility: MIA | Unit Team: | G |
| Date: | 02/15/2017 18:55 | Provider: | Torres, Vivian Psy.D. | | |

### Relevant Historical Information

Current Diagnostic and Care Level Formulation (DCLF) is being generated as an update to her previous DCLF dated 04/26/16 as a result of her Suicide Risk Assessment dated 02/15/17.

Inmate Shorter was born and raised in Quincy, Florida. She was raised by her biological parents. However, her parents reportedly divorced when she was in kindergarten. According to inmate Shorter, her father was not involved in her upbringing. Currently, her only contact with her father is through her mother. Inmate Shorter reported having four siblings.

Inmate Shorter described her childhood as being difficult due to her struggles with her identity as she stated, "My siblings were always apart from me. I felt alone a lot growing up because no one understood me."

According to inmate Shorter, she was referred to the Apalachee Center for psychiatric counseling following her release from state prison in 2007. In 2009, she reportedly was referred by the staff at Apalachee Center to the Bond Clinic in Tallahesse, Florida. Between December 2009 and May 2011 she reportedly attended periodic sessions at the Bond Clinic.

According to her PSR, she was diagnosed with schizoaffective disorder and prescribed Seroquel XR and later prescribed Abilify. When questioned as to why she was diagnosed with schizoaffective disorder she stated, "I think it was because I told them I heard a female voice. The voice is my conscious. I don't have a male conscious because I am a woman."

While in federal custody, inmate Shorter has been diagnosed with following: Bipolar Disorder, Depressive Disorder NOS, Other Specified Trauma, Gender Identity Disorder, and Schizophrenia.

According to records, inmate Shorter reported being a victim of a sexual assault in October 2015 while at FCI Fort Dix. She indicated that while at Fort Dix she was provided with trauma counseling. A review of BEMR records, revealed that inmate Shorter had also made allegations about staff misconduct on September 30, 2014.

According to BEMR records dated October 22, 2015, inmate's Care Level was increased to a Care2-MH due to her extensive mental health history.

While at FCI Miami, inmate Shorter has been receiving weekly counseling sessions for anger management and PTSD related to the alleged sexual assault at Fort Dix.
Additionally, inmate Shorter has been seen on a monthly basis as per Care2-MH policy. Moreover, she is attending the following groups: Anger Management and Mindfulness Based
Cognitive Therapy. Additionally, inmate Shorter reported that her antidepressant medication (Zoloft)was increased to 150 mg from 100 mg last week as she has been feeling more depressed and frustrated in recent days due to her current situation (grievance procedures). A review of BEMR records confirms inmate's reports.

On 04/26/16 inmate SHORTER was referred for a Suicide Risk Assessment by the Acting Chief Psychologist after receiving a copy of a BP-9 form completed by inmate Shorter in which she stated: "Currently, my feelings of DYSPHORIA is very intense
and is causing me to have, SUICIDAL IDEATION, EMOTIONAL DISTRESS, EXCESSIVE PREOCCUPATION with GENITAL MUTILATION and SELF-CASTRATION." Inmate Shorter was evaluated by psychology services. A formal suicide watch was not warranted. However, it should be noted that inmate Shorter endorsed recurrent thoughts of self-castration.

### Presenting Problem/Symptom
On February 15, 2017 the chapel's orderly came to psychology services requesting to speak to this writer with concerns

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M    Facility: MIA | Unit Team: | G |
| Date: | 02/15/2017 18:55 | Provider: | Torres, Vivian Psy.D. | | |

for inmate SHORTER's safety. Specifically, the inmate indicated that over the weekend inmate SHORTER had expressed a desire to remove her testicles in an effort to commit suicide. Moreover, the inmate indicated that inmate SHORTER confided with him that she is struggling with thoughts of suicide. At this point, the inmate provided a written letter addressed to psychology services in which he outlined his concerns regarding inmate SHORTER's safety.

Inmate SHORTER was seen for a suicide risk assessment in psychology services at 1300 on February 15, 2017. A formal suicide watch was not warranted.

**Diagnostic Reconciliation**

Inmate SHORTER meets the criteria for Unspecified Depressive Disorder. This category applies to presentations in which symptoms characteristic of a depressive disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the depressive disorders diagnostic class.

Additionally, inmate SHORTER meets the diagnostic criteria for Gender Dysphoria.

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 month's duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics. (e.g., Inmate SHORTER has repeated reported feeling as a woman.)

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (e.g., thoughts of self castration)

3. A strong desire for the primary and/or secondary sex characteristics of the other gender (e.g., desire for breast augmentation surgery and castration)

4. A strong desire to be of the other gender (e.g., desire to be a woman)

5. A strong desire to be treated as the other gender (e.g., prefers to be called Ms. Shorter)

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning (e.g., thoughts of self castration and suicidal thoughts as evident by previous and most recent Suicide Risk Assessments while at FCI Miami.

**Diagnostic Formulation**

Unspecified Depressive Disorder
Gender Dysphoria

**Care Level Formulation**

Inmate SHORTER continues to meet the criteria for Care2-MH due to her extensive history of suicide attempts.

**Diagnosis:**

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Unspecified Depressive Disorder, F32.9*b - Current

Completed by Torres, Vivian Psy.D. on 03/01/2017 12:52

**Bureau of Prisons**
**Psychology Services**
**Safety Plan**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M        Facility: MIA | Unit Team: | G |
| Date: | 02/16/2017 08:53 | Provider: | Torres, Vivian Psy.D. | | |

**Warning Signs**

"Increased frustration, irritability, during times I feel my case isn't being taken seriously

**Coping Strategies**

"Report to Psychology Services, use relaxation techniques, use anger management skills, look at pictures of myself/family to remember good times.

**Social Contacts**

Outside of prison: "Mother, sister, friends, grandma, daddy."

Inside the institution: "Inmate Arnold, Inmate Lowe, Inmate Beauvais, Inmate White, Inmate Williams."

**Contacting Staff**

During working hours: "Just walk over and/or notify unit staff so I can be seen."

After hours: " Get officer to notify out call psychologist."

Completed by Torres, Vivian Psy.D. on 02/16/2017 09:05

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 02/16/2017 14:16**

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M        Facility: MIA | Unit Team: | G |
| Date: | 02/16/2017 14:23 | Provider: | Torres, Vivian Psy.D. | | |

### Focus of Session

Inmate SHORTER was seen as a follow up to her suicide risk assessment conducted on 02/15/17.

### Subjective/Objective Presentation

Upon interview, inmate SHORTER indicated that prior to arriving this morning to psychology services for her follow up session, she attended a meeting with the Warden and health services staff. Reportedly, the meeting addressed several of her concerns regarding her medical treatment. Specifically, inmate SHORTER indicated that she was feeling "better" after the meeting as she stated, "At least now I know what is going to happen. I feel better now because my case is being taken serious."

Inmate SHORTER's mood was euthymic with congruent affect. She denied experiencing any disturbances in sleep or appetite at the present moment. Additionally, she denied experiencing any suicidal/homicidal ideation as she stated, "I have something to look forward to now and that's the appointment with the endocrinologist."

### Intervention(s)

Treatment plan was updated to reflect CBT for suicide phase II. Inmate was explained the rationale for treatment plan and her input was taken into consideration.

In accordance with the Brief Cognitive Behavioral Therapy for Suicidal Inmates, Phase I, discussed and created a safety plan created. Inmate agreed to contact psychology services should the need arise (e.g., presences of suicidal ideation).

Rational self analysis technique was reviewed with inmate SHORTER and she was instructed to use it should negative thoughts arise.

### Progress/Plan

Inmate SHORTER will continue to identify and challenging her irrational thoughts via the use of RSAs. Additionally, inmate will implement her safety plan as instructed during today's session.

Completed by Torres, Vivian Psy.D. on 02/26/2017 12:49

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 02/21/2017 14:56 | Provider: Cornett, Todd MD | Unit: | G01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Cornett, Todd MD

**Chief Complaint:** Behavioral Health Problem

**Subjective:** Inmate was seen after complaining of worsening symptoms of Gender Dysphoria after dc'ing estrogen. Estrogen was stopped due to side effects of Estradiol, including possibly the two breast lumps. Inmate states she did not have side effects when she was taking homeopathic preparations. She complains of increased anxiety, poor mood, poor sleep, poor energy, anhedonia. Appetite and concentration are OK. She is experiencing a return of discomfort with biological reminders of natal sex. However, she denies suicidal thoughts or thoughts/wishes of self-harm. She finds solace in reading the bible and derives personal strength with religion. She is future-oriented with respect for getting "back on track" with medical interventions to treat Gender Dysphoria.

Plan is to stop sertraline, which the inmate feels has plateaued in effectiveness, and try Celexa. Risks and benefits of the medication were discussed in detail as the inmate also has diagnosis of glaucoma.
Multi-disciplinary meeting is scheduled for this week to discuss next steps. Safety plan is in place: seek out staff if symptoms worsen, and inmate has demonstrated she can access services when needed. She will also continue with mental health programming.

**Pain:** Not Applicable

**OBJECTIVE:**

**Exam Comments**

Mental Status:
Inmate was alert and oriented to time, place, self, and situation.  She was cooperative, well- groomed, and appropriately dressed. Her posture was normal with no problems of gait or ambulation.
There was no psychomotor agitation or retardation.

Her mood was "down" with congruent affect.
Speech rate, tone and volume were unremarkable. Thought processes were linear and goal-directed. Thought content was absent of any delusional or bizarre material. She denied visual and auditory hallucinations and did not appear to be responding to internal stimuli.
No signs of suicidality, self-harm, or harm to others were noted, reported or observed. Inmate denied suicidal ideation, plan or intent. Short and long-term memory appeared unremarkable.
The inmate is aware to report to Psychology or Medical if symptoms change.

**ASSESSMENT:**

Bipolar disorder, 296.80 - Resolved - *not an active diagnosis*

Depressive DO, not elsewhere classified, 311 - Current

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Transgender, validated male to female, 302.5b - Current

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 02/21/2017 14:56 | Provider: | Cornett, Todd MD | Unit: | G01 |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Citalopram Tablet | 02/21/2017 14:56 | 20mg Orally - daily x 180 day(s) -- *self-carry* |

    **Indication:** Depressive DO, not elsewhere classified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| *109803-MIA* | *Sertraline HCl 100 MG Tab* | *02/21/2017 14:56* | *Take two tablets (200 MG) by mouth each day   ***NOTE DOSE and STRENGTH*** STOP 150 MG DOSE ***self carry*** *consent form on file ** |

    **Discontinue Type:** *When Pharmacy Processes*
    **Discontinue Reason:** *Failed Therapy*
    **Indication:**

**Disposition:**
Follow-up in 1 Month

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/21/2017 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 02/21/2017 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 02/21/2017 | Counseling | New Medication | Cornett, Todd | Verbalizes Understanding |
| 02/21/2017 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |
| 02/21/2017 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cornett, Todd MD on 02/21/2017 15:22

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | G |
| Date: | 02/21/2017 15:32 | Provider: | Torres, Vivian Psy.D. | | | |

**Focus of Session**

Inmate Shorter is being assessed on a monthly basis as part of Psychology Service's Care2-MH program. Inmates are placed on Care2-MH status if they require clinical intervention on a monthly basis; have a history of suicidal behaviors, parasuicidal behaviors, psychosis, psychiatric hospitalization, and/or treatment with anti-psychotics or mood stabilizers particularly in the last five years.

Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005).

**Subjective/Objective Presentation**

Upon interview, inmate SHORTER indicated that although she feels "better" knowing that her medical concerns are being addressed she indicated that she still feels somewhat "frustrated" as she believes not everyone in health services understands her gender dysphoria. At this point, inmate SHORTER presented this writer with a detailed outline of her medical history at FCI Miami and her request for breast augmentation and surgical castration. Inmate SHORTER stated, "I just want to be proactive. I don't want to continue stressing over my medical care. I have suffered enough mentally for 38 years."

Inmate SHORTER's mood was frustrated with congruent affect. She denied any current suicidal/homicidial ideation.

**Intervention(s)**

Inmate SHORTER's feelings were normalized and the importance of accepting events outside of her control were discussed. Cognitive distortions in her thinking (her perception of health service' staff) were explored and more adaptive alternatives were presented. Positive coping skills were also reviewed and reinforced.

**Progress/Plan**

Inmate SHORTER will continue to challenge her negative/irrational thinking via the use of RSAs and the 5 Rules of Rational Thinking.

A mulitdiscilpinary team meeting will be scheduled to discuss inmate SHORTER's medical request, housing request, and pat search procedures as it relates to the new Transgender Offender Program Statement.

Completed by Torres, Vivian Psy.D. on 04/05/2017 15:42

**Bureau of Prisons**
**Psychology Services**
**General Administrative Note**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M      Facility: MIA | Unit Team: | G |
| Date: | 02/22/2017 15:35 | Provider: | Torres, Vivian Psy.D. | | |

Comments
A mulitdiscilpinary team meeting was held on 02/22/17 at 0800 in the warden's conference room to discuss inmate SHORTER's medical request, housing request, and pat search procedures as it relates to the new Transgender Offender Program Statement.

Present during the meeting were the following: Associate Warden, Captain, Health Services Adminsitrator, Clinical Director, Cheif Psychiatrist, Medical Doctor, Acting Chief Psychologist, and this writer.

Completed by Torres, Vivian Psy.D. on 02/23/2017 10:21

**Bureau of Prisons**

**Psychology Services**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Administrative Contact with an Inmate**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: G |
| Date: | 02/22/2017 17:35 | Provider: | Skibinski, Sherri PsyD/DAP | | |

### Comments

Met briefly with inmate Shorter to discuss results of the multidisciplinary meeting held today regarding inmate Shorter's concerns about the progress of her medical treatment.

Informed inmate Shorter that the team reviewed her current treatment plan in the light of the new Transgender Offender Program Statement which went into effect recently.

This author queried inmate Shorter regarding her trial on hormones. She indicated that she had taken homeopathic hormones while in the Community and did not have any problems with them. She indicated that many transgender individuals in the Community take these homeopathic hormones. She related that she stopped taking the hormones prescribed here at FCI Miami due to the side effects she experienced recently (heart palpitations, numbness down her side, etc.) as well as the fear that they could cause cancer. She stated that her sister also had a negative BRCA, but died of cancer anyway. This author asked if it was explained to her that the symptoms she experienced may have been the result of a Panic Attack and not a problem with her heart. She raised her voice slightly stating that she had never had a panic attack previously and has not had one since she stopped the hormones, thus making the causal relationship between the symptoms and the hormones and excluding the possibility of an anxiety reaction.

At this point, our discussion was interrupted as the inmate's were called back to their units. This author requested that inmate Shorter return tomorrow.

Completed by Skibinski, Sherri PsyD/DAP Coord on 02/22/2017 17:53

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Note Date: | 02/23/2017 11:04 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Alarcon, Inerio MD/CD

    Late Enter Note: 02-22-2017.
    Tele-Conference Meeting: (Clinical Director, Chief Psychiatrist, Medical Doctor, BOP Endocrinology
    Transgender team).

    A Teleconference Meeting was held on 02/22/17 at 0903 in the  Clinical Director Office to discuss inmate
    Shorte's medical request (Orchiectomy).
    During the meeting the Endocrinology  was informed that inmate Shorter was on hormonal therapy for more
    than 1 years, but he refused to continue on medication due to side effect so inmate request Orchiectomy.
    The new guideline for transgender was discussed and he needs to be on hormonal therapy for almost 1 yea,
    and enough time on sentence to wait for possible surgery if he qualify.  At this time the personal in the Central
    Office are working with different agency to elaborate a plan for  surgical and post-surgical care.

    .

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Alarcon, Inerio MD/CD on 02/23/2017 12:44

**Bureau of Prisons**

**Health Services**

**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/27/2017 15:17 | | | Facility: | MIA |

**Amendment made to this note by Alarcon, Inerio MD/CD on 02/27/2017 15:18.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race:BLACK | Facility: | MIA |
| Note Date: | 02/27/2017 08:41 | Provider: | Chipi, Martha MD | Unit: | G01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**     **Provider:** Chipi, Martha MD
   Patient discussed in the AM morning Report meeting- Awaiting local Transgender Specialist consult for further recommendations. Ordering lab work in preparation for Specialist visit.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Cortisol, Free | One Time | 03/01/2017 00:00 | Routine |
| Lab Tests-E-Estradiol | | | |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests-P-Progesterone | | | |
| Lab Tests-P-Prolactin | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests-L-Luteinizing Hormone | | | |
| Lab Tests-I-Insulin-like Growth Factor 1 (IGF-1) | | | |
| Lab Tests-F-Follicule-Stimulating Hormone (FSH) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

   **Additional Information:**
      AM-Cortisol
**Other:**

   A Teleconference Meeting with The BOP TCC Clinical Director-Endocrinologist, was held on 02/22/17 at 0903 in the HSD/FCI-MIA Clinical Director's Office, to discuss patients management plan.
   Clinical Director, this clinician and Dr. Cornett, Psychiatrist were present. Medical Management of Transgender Inmates was discussed. Specific questions in this case were raised; Given that patients gender affirming hormone treatment plan has not remained at goal for at least one year, in conjunction with, a full-time real life experience in their preferred gender to demonstrate consolidation of gender identity. The patient does not meet criteria for Gender-Affirming Surgery at this time.
   Recommendations:
   -Follow-up with local Endocrinologist Specialist.
   -Consult with Transgender Specialist, if possible.
   -Continue medical follow-up visits as needed.
   -Continue Psych Services as needed.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 02/27/2017 08:41 | Provider: | Chipi, Martha MD | Unit: | G01 |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No


Completed by Chipi, Martha MD on 02/27/2017 09:27

Requested to be reviewed by  Alarcon, Inerio MD/CD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/27/2017 08:41 | Provider: | Chipi, Martha MD | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 02/27/2017 10:53.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 02/27/2017 15:17 | Provider: | Alarcon, Inerio MD/CD | Unit: | G01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Alarcon, Inerio MD/CD
Late Enter Note: 02-22-2017.
Tele-Conference Meeting: (Clinical Director, Chief Psychiatrist, Medical Doctor, BOP Endocrinology
Transgender team).

A Teleconference Meeting was held on 02/22/17 at 0903 in the  Clinical Director Office to discuss inmate
Shorte's medical request (Orchiectomy).
During the meeting the Endocrinology  was informed that inmate Shorter was on hormonal therapy for more
than 1 years, but he refused to continue on medication due to side effect so inmate request Orchiectomy.
The new guideline for transgender was discussed and he needs to be on hormonal therapy for almost 1 yea,
and enough time on sentence to wait for possible surgery if he qualify.  At this time the personnel  in the
Central Office are working with different agency to elaborate a plan for  surgical and post-surgical care.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Alarcon, Inerio MD/CD on 02/27/2017 15:18

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 02/28/2017 14:33 | Provider: Cornett, Todd MD | Unit: G01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Cornett, Todd MD

**Chief Complaint:** Behavioral Health Problem
**Subjective:**     Inmate was interviewed one week after med change to Celexa.
He did not experience any effects from the switch, and now understands that we just have to wait and see if the Celexa better targets the symptoms of down mood, poor energy, poor sleep; appetite is up.
There are no thoughts of suicide or self-harm (including castration). Inmate remains hopeful that he will soon see an endocrinologist, or other providers who are aware of transgender medical needs/ interventions.
Inmate is animated when discussing his need to pursue administrative remedies.
Inmate is aware of recommendation to participate in mental health programming, in conjunction with psychotropic medication.
He is aware how to access services, otherwise RTC in 2-3 months to re-asses Celexa. If moderate effect, recommendation is to increase Celexa to 40mg daily.
**Pain:**       Not Applicable

**OBJECTIVE:**

**Exam Comments**

Mental Status:
Inmate was alert and oriented to time, place, self, and situation.  He was cooperative, well-groomed, and appropriately dressed. His posture was normal with no problems of gait or ambulation. There was no psychomotor agitation or retardation.

His mood was "down" with congruent affect.
Speech rate, tone and volume were unremarkable. Thought processes were linear and goal-directed. Thought content was absent of any delusional or bizarre material. He denied visual and auditory hallucinations and did not appear to be responding to internal stimuli.
No signs of suicidality, self-harm, or harm to others were noted, reported or observed. Inmate denied suicidal ideation, plan or intent. Short and long-term memory appeared unremarkable.
The inmate is aware to report to Psychology or Medical if symptoms change.

**ASSESSMENT:**

Depressive DO, not elsewhere classified, 311 - Current

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Disposition:**
      Follow-up in 2 Months

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 02/28/2017 14:33 | Provider: | Cornett, Todd MD | | Unit: | G01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/28/2017 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 02/28/2017 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 02/28/2017 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |
| 02/28/2017 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |
| 02/28/2017 | Counseling | Plan of Care | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cornett, Todd MD on 02/28/2017 15:10

**MRBA:**

**VRE:**

# WESTCHESTER GENERAL HOSPITAL
2500 SW 75TH Avenue  •  Miami, Florida  33155
Telephone Number: (305) 264-5252

ADV DIR:  N

ADMIT BY:  VR

## PATIENT INFORMATION

| ACCOUNT NUMBER | ADMISSION DATE & TIME | | FINANCIAL CLASS | ROOM / BED | HSV | DISCHARGE DATE | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| 2130906 | 03/13/17 | 09:03 | CO | / | MOP | 03/13/17 | 001065459 |

| PATIENT NAME | (FIRST) | (INITIAL) | BIRTHDATE | AGE | RACE | SEX | MS | MAIDEN/PREV NAME | RELIGION |
|---|---|---|---|---|---|---|---|---|---|
| SHORTER | CHRISTOPHER | L | 06/21/1978 | 38 | T | M | S | | U |

| PATIENT TYPE | SOCIAL SECURITY NUMBER | ADMIT LEGAL STATUS (I-Involuntary V-Voluntary U-Unknown) | ADMIT TYPE | ADMIT SOURCE |
|---|---|---|---|---|
| E | 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 | V | 3 | 2 |

| BLOCKER | PREV ADMIT NUMBER | PREV DISCHARGE DATE | REFERRAL / TRANSFERRED FROM |
|---|---|---|---|
| | 2130520 | 00/00/00 | |

**ALLERGIES**
No Known Allergies

| PATIENT ADDRESS | | | | COUNTY |
|---|---|---|---|---|
| MIAMI FCI | MIAMI | FL | 33177 | MIAMI-DADE |

**EMPLOYER (Name, Address)**

| ACCIDENT DATE | ACCIDENT HOUR | ACCIDENT STATE CODE | ACCIDENT DESCRIPTION | PATIENT TELEPHONE NUMBER |
|---|---|---|---|---|
| | 00 | | | |

## CONTACT INFORMATION

CONTACT ONE (Name, Telephone Number, Work Telephone Number, Relationship)
(000)  -

CONTACT TWO (Name, Telephone Number, Work Telephone Number, Relationship)
(000)  -

## GUARANTOR INFORMATION

GUARANTOR NAME (Name, Address)
SHORTER CHRISTOPHER L    MIAMI FCI         MIAMI        FL  33177

| GUARANTOR TELEPHONE NUMBER | RELATIONSHIP TO PATIENT |
|---|---|
| | SELF |

| GUARANTOR EMPLOYER (Name, Address) | TELEPHONE NUMBER |
|---|---|
| | |

## INSURANCE INFORMATION

| PRIMARY INSURANCE | ADDRESS | | | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| CORRECTIONS-NAPHCARE | 2090 COLUMBIANA RD #400 | BIRMINGHAM | AL  35216 | |

| INSURED'S NAME | SEX | PAT REL | POLICY # | GROUP NAME | GROUP NUMBER |
|---|---|---|---|---|---|
| SHORTER CHRISTOPHER L | M | | 21344-017 | | |

| SECONDARY INSURANCE | ADDRESS | AUTHORIZATION NUMBER |
|---|---|---|
| | | |

| INSURED'S NAME | SEX | PAT REL | POLICY # | GROUP NAME | GROUP NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| TERTIARY INSURANCE | ADDRESS | AUTHORIZATION NUMBER |
|---|---|---|
| | | |

| INSURED'S NAME | SEX | PAT REL | POLICY # | GROUP NAME | GROUP NUMBER |
|---|---|---|---|---|---|
| | | | | | |

## PHYSICIAN INFORMATION

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | REFERRING PHYSICIAN | FAMILY PHYSICIAN |
|---|---|---|---|
| ESTES CHRISTOPHER | ESTES CHRISTOPHER | ESTES CHRISTOPHER | ESTES CHRISTOPHER |

**ADMITTING DIAGNOSIS**

ENCNTR FOR GENERAL ADULT MEDICAL EXAM W/O ABNORMAL FINDINGS

**COMMENTS**

WG1000/051112

03/15/17      12:04

Consult Note- Late Entry: Consult performed on 3/13/17

Westchester General Hospital

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Shorter, Christopher L | Date of Service | Mar-21-2017 1140 | | DOB | Jun-21-1978 (M) |
| Attending | ESTES CHRISTOPHER | Admitted | Mar-13-2017 | | Encounter | 2130906 |
| Primary | ESTES CHRISTOPHER MD | Discharged | Mar-13-2017 | | MRN | 1065459 |

## Consultation

Routine Consultation
Date Requested Mar-13-2017

## Reason for Consultation

Requesting Physician: Dr. (Dr. Todd Cornet), Consult and Write Orders

## Chief Complaint

I would like to discuss transgender treatment options

## HPI / Subjective

Pt is a 38 year old trans-woman. She has identified as transgender for 'several years' but did not begin any type of treatment until approximately 1/2016. She took Estrogen, Progresterone and Spironolactone for 8 months and felt some improvement in her gender dysphoria and other psychiatric symptoms (anxiety, depression) but did not feel completely better. In 8/2016, she noted a lump in her right breast. She underwent surgical excision on 9/22/16- pathology shows PASH and florid lobular hyperplasia without atypia. Estrogen and progesterone were held at that time, she continue spironolactone 300 mg daily. Currently, she feels only 1/10 on gender transition; she desires alternative/additional medications and possible orchiectomy. She would like top surgery in the future, unsure if she desires full bottom surgery.

## ROS

Gen: no fever, malaise
HEENT: no cough, no rhinorrhea
Chest: no chest pain, no SOB
CVx: no palpitations, DOE, PND
GI: no abdominal pain, nausea/vomiting or diarreah
GU: no dysuria or hematuria
Musc: no myalagia or weakness
Neuro: no headache, seizure or paresthesia
Psych: positive for gender dysphoria, mild depression, occasional anxiety; denies suicidal or homicidal ideation

## Allergies

No Known Allergies

No known allergy

## Past Medical History

Hypertensive disorder
Identifies as female gender
Breast lobule hyperplasia @ 9/22/16, Florid lobular hyperplasia without atypia of right breast

## Past Surgical History

Excisional biopsy of breast, Right breast lump in 2016, path showed PASH and florid lobular hyperplasia without atypia

## Social History

Patient is incarcerated, plan for release in Spring 2018

## Family History

Grandparents
  Maternal Grandmother Deceased Malignant tumor of breast @ 48
Siblings
  Sister Alive 35y
    Malignant tumor of breast
    per patient, sister had BRCA testing which was negative, currently A/W, NED from CA
  Sister Deceased Malignant tumor of breast @ 35

## Home Medications

Aspirin Low Strength
Dose: MG BY MOUTH DAILY

**Consult Note- Late Entry: Consult performed on 3/13/17**

Westchester General Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Shorter, Christopher L | Date of Service | Mar-21-2017 1140 | DOB | Jun-21-1978 (M) |
| Attending | ESTES CHRISTOPHER | Admitted | Mar-13-2017 | Encounter | 2130906 |
| Primary | ESTES CHRISTOPHER MD | Discharged | Mar-13-2017 | MRN | 1085459 |

Spironolactone
Dose: 300 MG BY MOUTH DAILY

## Vital Signs
BP: 118/76, P: 88, RR: 12

## General
A/A/Ox3, no distress

## HEENT
NC/AT, no oral lesions

## Neck
Full ROM, no LAD

## Cardiac
RRR, S1, S2, no murmur

## Lungs
CTA bilaterally

## Abdomen
soft, nt/nd, no mass

## EXT
Full ROM, no c/c/e, no calf tenderness

## Neuro
CN II-XII grossly intact, no focal deficit

## GU
Deferred

## Skin
No lesions;
Breasts: Right side well healed scar around areola; small amount of breast tissue developed bilaterally (Tanner II), no masses noted bilaterally; no axillary LAD

## Lab Results
See scanned documents

## Diagnostic Results
See scanned documents

## Assessment
1. Male to Female Gender Identity, poor progress in transition
2. History of florid hyperplasia of right breast
3. Family History of breast cancer, BRCA negative

## Plan
1. Given history of florid hyperplasia of breast following E/P treatment, the patient's risk for breast cancer under the influence of continued E/P treatment is significantly increased. Patient's sister had negative BRCA test and pt had negative BRCA test (though only major Ashkenazi mutations tested). The patient's gender transition remains poorly addressed  I discussed the following options for treatment: a. Re-start hormonal therapy (E/P) with the knowledge that intensive, regular screening with ultrasound and MMG would be needed and that a Breast CA could develop and she

## Consult Note- Late Entry: Consult performed on 3/13/17

### Westchester General Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Shorter, Christopher L | Date of Service | Mar-21-2017 1140 | DOB | Jun-21-1978 (M) |
| Attending | ESTES CHRISTOPHER | Admitted | Mar-13-2017 | Encounter | 2130906 |
| Primary | ESTES CHRISTOPHER MD | Discharged | Mar-13-2017 | MRN | 1085459 |

would then need to stop therapy and treat the CA as appropriate; b.  Add Depo Lupron; c.  Add finasteride; d.  Consider orchiectomy if medical therapies do not help.  For now, patient wants to start finasteride and observe.  Will begin at 1 mg daily, continue x6 weeks and assess response.  Continue Spironolactone at same dose

2.  Follow up with me in 6 weeks.  Check labs before next visit: free/total Testosterone, estrogen; SHBG, Prolactin, CBC, CMP.

3.  If response is not adequate, consider increasing dose of finasteride at that time.

4.  If medical therapies reach their maximum dose limits, will refer for evaluation by Urology or Plastic Surgery for Orchiectomy.

Electronically signed by ESTES CHRISTOPHER MD on Mar-21-2017 1203



your independent healthcare choice.

Miami
15801 S.W. 137th Ave.
Miami , FL 33177

## Inmate and Payer Information

Name: Shorter, Christopher Lamont

Inmate #: 21344-017

DOB: 6/21/1978

Gender: Male

Inmate Type: FBOP

Facility: FCI Miami

Responsible Party:

Claims Address:

Approval Number: TCOL372328

Transportation Type: None

## Appointment Details

Provider: WESTCHESTER GENERAL HOSPITAL, INC.

Address: 2500 SW 75TH AVE | MIAMI, FL 33155 | 3032645252

Service Dates: 3/13/2017 - 3/13/2017

Appointment Time: 09:00 AM

Urgency: 7 days

Details: Request to schedule in mate with Endocrinologist and OB/Gyn for Transgender Issues including nausea and vomiting POC:
Dr,Christopher Estes 305-801-9052 Please park in Physician Parking officers should call upon arrival and Dr. Estes will come out and
Escort officers and Inmate to location at Westchester

Scenario: CONSULT-OB/GYN

Special Instructions:

Pro-Op Testing Required: N/A

## Appointment Results/Findings

Findings: Pt. is a 76 woman, Hx of Florid Lobular Hyperplasia, Poor candidate for E₂/P tx. Request alternative.
PE: Htgen/well
Ext: chest: small bust, dmless
Ext: d/c/c/c
Neuro: non-feel

Recommendations/STAT Orders:

Medication Changes: ①Continue Spironolactone
② Add Finasteride 1mg daily ③ F/U 1mo
P loss.
RP: ①Educate re: HRT, breast/ch risk
②Repeat labs ~ 4-6 week after start Finasteride:
TT, T₂, T₃, SHBG, CBC, CMP, Prolactin





WESTCHESTER GENERAL HOSPITAL
2500 SW 75 AVE.
MIAMI, FL 33155
(305) 264-5252

Name Christopher Shirley Age

Address

SECURITY FEATURES ON BACK Date 3/13/17

℞ DEA BC5277294

#003107

Vaniqa 13.9%

apply b.i.d x 10-12 weeks

disp #1 tube

Refill. NR 1 2 3 4 5 (0)

Christopher Estes MD/DO

NRX1606135001

To ensure that a brand name product be dispensed, the prescriber must handwrite "Brand Medically Necessary" on the prescription form.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/15/2017 09:18 EST | | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 03/20/2017 15:09.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 03/13/2017 12:33 | Provider: Perez, Clark RN | Unit: G01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Perez, Clark RN

**Chief Complaint:** Other Problem
**Subjective:** Medical trip return from Westchester hospital.
**Pain:** No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 97.6 | 36.4 | Oral | Perez, Clark RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 62 | | | Perez, Clark RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 12 | Perez, Clark RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 121/77 | Left Arm | Sitting | Adult-regular | Perez, Clark RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 100 | Room Air | Perez, Clark RN |

**Exam:**
**General**
  **Affect**
    Yes: Pleasant
  **Appearance**
    Yes: Alert and Oriented x 3

**ASSESSMENT:**

Other
Medical trip return from Westchester Hospital. Pt denies any medical complaints.

DX: Unknown from medical care provider. OBGYN Consult

PLan: Repeat blood work in 6 weeks and to be seen by Dr Estes in 6 weeks for a follow up appointment. Medications Vaniza 13.9% apply bid 10-12 weeks. Finasteride 1 mg, daily

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|

Inmate Name:  SHORTER, CHRISTOPHER LAMONT
Date of Birth:  06/21/1978                                Sex:    M    Race:  BLACK
Encounter Date: 03/13/2017 12:33          Provider:  Perez, Clark RN

Reg #:     21344-017
Facility:  MIA
Unit:       G01

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Finasteride Tablet (Propecia) | 03/13/2017 12:33 | 1 mg Orally  -   daily x 14 day(s) |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Referral | 04/24/2017 00:00 | Physician 02 |

**Disposition:**

Will Be Placed on Callout
Consultation Written
Follow-up in 1 Month

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/13/2017 | Counseling | Access to Care | Perez, Clark | Verbalizes Understanding |

Copay Required: No                      **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes       **By:**  Chipi, Martha MD
**Telephone or Verbal order read back and verified.**


Completed by Perez, Clark RN on 03/13/2017 12:50
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/13/2017 12:33 | Provider: | Perez, Clark RN | Facility: | MIA |

**Cosigned with New Encounter Note by Chipi, Martha MD on 03/13/2017 13:06.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 03/13/2017 13:06 | | Provider: | Chipi, Martha MD | Unit: | G01 |

Cosign Note - Chart Review encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1      Provider:** Chipi, Martha MD

**Chief Complaint:** GENERAL
**Subjective:** Case discussesd with RN and CD- s/p OBGYN consult, Dx:- Transgender; Plan HRT, F/u in 6 weeks after repeat lab work.
**Pain:** Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 97.6 | 36.4 | Oral | Perez, Clark RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 62 | | | Perez, Clark RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 12 | Perez, Clark RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 121/77 | Left Arm | Sitting | Adult-regular | Perez, Clark RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 100 | Room Air | Perez, Clark RN |

**ASSESSMENT:**

 Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 03/13/2017 13:06 | Provider: | Chipi, Martha MD | Unit: | G01 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
|  | Eflornithine HCL Cream 13.9% | 03/13/2017 13:06 | apply as directed Topically - Two Times a Day x 90 day(s) |

**Indication:** Transgender, validated male to female

## Other Active Medications

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 107524-MIA | Aspirin 81 MG EC Tab | 04/19/2017 | Take one tablet (81 MG) by mouth each day |
| 110674-MIA | Citalopram 20 MG Tab | 08/21/2017 | Take one tablet (20 MG) by mouth each day STOP SERTRALINE *consent form on file * |
| 110545-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | 03/17/2017 | Instill 1 drop in BOTH EYES at bedtime  when finished with bottle request refill |
| 107523-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | 04/19/2017 | Instill one drop in both eyes at bedtime |
| 107528-MIA | Spironolactone 100 MG Tab | 04/19/2017 | Take three tablets (300 MG) by mouth each day |
| ORDER | Finasteride Tablet (Propecia) |  | 1 mg Orally -  daily x 14 day(s) |

## Other Active IVs:

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

## Other Active OTCs:

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

## Allergies
No Known Allergies

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-E-Estradiol | One Time | 04/12/2017 00:00 | Routine |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests-P-Prolactin | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-F-Follicule-Stimulating Hormone (FSH) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 03/13/2017 13:06 | Provider:  Chipi, Martha MD | Unit: | G01 |

Endocrinology                          04/24/2017    04/24/2017                    Routine           No

    **Subtype:**

        Offsite Appt

    **Reason for Request:**

        Patient needs follow-up with Dr Estes- OBGYN- Dx: Transgender Male to female on hormonal manipulation.

    **Provisional Diagnosis:**

        Transgender M-F

    **Additional Records Required for Consultation:**

        Laboratory Report(s)

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/13/2017 | Not Done | | Chipi, Martha | No Participation |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Chipi, Martha MD on 03/13/2017 13:25

# Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
| Date of Birth: 06/21/1978 | Sex: M | |

**Consultation/Procedure Requested:** Endocrinology

**Subtype:** Offsite Appt

**Priority:** Routine
Target Date: 04/24/2017

**Reason for Request:**
Patient needs follow-up with Dr Estes- OBGYN- Dx: Transgender Male to female on hormonal manipulation.

**Provisional Diagnosis:**
Transgender M-F

**Medications (As of 03/27/2017)**
Aspirin 81 MG EC Tab  Exp: 04/19/2017  SIG: Take one tablet (81 MG) by mouth each day
Citalopram 20 MG Tab  Exp: 09/12/2017  SIG: Take one tablet (20 MG) by mouth each day   STOP SERTRALINE
*consent form on file *
Latanoprost Ophth Soln 0.005% (2.5ml)  Exp: 04/19/2017  SIG: Instill one drop in both eyes at bedtime
Spironolactone 100 MG Tab  Exp: 04/19/2017  SIG: Take three tablets (300 MG) by mouth each day

**Allergies (As of 03/27/2017)**
No Known Allergies

**Health Problems (As of 03/27/2017)**
Depressive DO, not elsewhere classified, Psychosocial and environmental problems, GAF 51 - 70, Examination of eyes and vision, Transgender, validated male to female, Body Mass Index 29.0-29.9, adult, Other behavioral problems, Counseling on other sexually transmitted diseases, Other Specified Trauma- And Stressor-Related Disorder, Unspecified Depressive Disorder, Gender Dysphoria In Adolescents And Adults, Encounter for general adult medical exam without abnormal findings, Nausea

**Inmate Requires Translator:** No          **Language:**
**Additional Records Required:**
Laboratory Report(s)

**Comments:**
**Requested By:** Chipi, Martha MD

**Ordered Date:** 03/13/2017 13:06

**Scheduled Target Date:** 04/24/2017 00:00

**Level of Care:** Medically Acceptable-Not Always Necessary

## Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| Inmate Name:  SHORTER, CHRISTOPHER LAMONT | Reg #:  21344-017 | Complex: MIA |
| Date of Birth:      06/21/1978 | Sex:    M | |

Report of Consultation: Endocrinology                    Subtype:  Offsite Appt

Inmate Name: SHORTER, CHRISTOPHER LAMONT                        Reg #:      21344-017
Date of Birth: 06/21/1978                                                          Sex:        M
Institution:    MIAMI FCI
                     15801 S.W. 137TH AVENUE
                     MIAMI,Florida 33177
                     3052592100

Assessment:

Plan:

Signature
Date

Completed By:

Report may be hand-written or (preferably) typed on this form.  If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

**Bureau of Prisons**                                    **SENSITIVE BUT UNCLASSIFIED**

**Psychology Services**

**Clinical Intervention - Clinical Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | D |
| Date: | 03/15/2017 12:00 | Provider: | Medina-Reyes, Lillian Psych | | | |

**Focus of Session**

Ms. SHORTER is receiving individual therapy to assist her in living more comfortably with her gender identity and to deal effectively with non-gender issues (i.e. difficulties faced within the prison setting).

Today's session was conducted with the chief psychiatrist as part of a multidisciplinary approach in order to provide comprehensive assessment and consultation to Ms. SHORTER.

Ms. SHORTER is currently being prescribed Celexa 10mg and Zoloft 100mg.

Contact was conducted by L. Medina-Reyes, M.S., psychology trainee, under the supervision of S. Skibinski, Psy.D., Interim Chief Psychologist.

**Subjective/Objective Presentation**

SUBJECTIVE: Upon interview, Ms. Shorter indicated that she was feeling "fine" and had not noticed any side effects from the Celexa. She also reported that she had seen the endocrinologist and it was determined that she was NOT a "good candidate" for hormones. She stated that she felt "hopeful" that her case was moving forward and that she may possibly undergo surgery.

OBJECTIVE: Ms. Shorter was fully oriented to person, place, time, and situation. Thought processes were coherent and content of her responses were adequate. Her mood appeared to be euthymic and her affect was congruent. She maintained appropriate eye contact throughout the session. The rate, tone, and volume of her speech were appropriate. She denied current suicidal ideation, plan, or intent.

**Intervention(s)**

This writer validated Ms. SHORTER's report by utilizing active listening in order to continue building a collaborative therapeutic relationship. Furthermore, the psychiatrist, who was also present in the session as part of a multidisciplinary approach, was able to clarify some of Ms. Shorter's concerns related to her expectations.

**Progress/Plan**

Ms. Shorter will continue to be seen by psychology on a weekly basis to help deal with her gender identity and challenges related to the prison setting. Ms. Shorter will continue taking her medication and seek assistance from staff if any changes are noted.

Completed by Medina-Reyes, Lillian Psych Pract Student Vol on 05/23/2017 13:07

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 05/26/2017 11:31**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 03/15/2017 12:53 | Provider: | Cornett, Todd MD | Unit: | G01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Cornett, Todd MD

**Chief Complaint:** Behavioral Health Problem

**Subjective:** Inmate interviewed after visit with off-site OB/Gyn transgender care specialist, but also after receiving 'disturbing' anonymous note from another inmate. Inmate was pleased with outcome of meeting with specialist who recommended finastride addition and follow-up labs. Progesterone was discussed but inmate wants to think on possible side effect of osteoporosis. Estrogen is not recommended. Hormone manipulation therapy was discussed as inmate feels it has direct effect on over-all mental health. This is to be expected in this case. Inmate does not have side effects from Celexa, and does not notice difference from being on Zoloft. Plan is to continue at current dose and increase if mood worsens.

Inmate is working with Psychology to address ways to shore up coping mechanisms to address Gender Dysphoria.

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 03/13/2017 | 12:33 | MIA | 97.6 | 36.4 | Oral | Perez, Clark RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 62 | | | Perez, Clark RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 12 | Perez, Clark RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 121/77 | Left Arm | Sitting | Adult-regular | Perez, Clark RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/13/2017 | 12:33 MIA | 100 | Room Air | Perez, Clark RN |

**Comments**

Mental Status:
Inmate was alert and oriented to time, place, self, and situation.  He was cooperative, well-groomed, and appropriately dressed. His posture was normal with no problems of gait or ambulation.
There was no psychomotor agitation or retardation.

His mood was "frustrated" with congruent affect.
He denied any neuro-vegetative symptoms of depression.
Speech rate, tone and volume were unremarkable. Thought processes were linear and goal-directed. Thought content was absent of any delusional or bizarre material. He denied visual and auditory hallucinations and did not appear to be

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 03/15/2017 12:53 | Provider: Cornett, Todd MD | Unit: G01 |

responding to internal stimuli.
No signs of suicidality, self-harm, or harm to others were noted, reported or observed. Inmate denied suicidal ideation, plan or intent. Short and long-term memory appeared unremarkable.
The inmate is aware to report to Psychology or Medical if symptoms change.

**ASSESSMENT:**

Depressive DO, not elsewhere classified, 311 - Current

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 110674-MIA | Citalopram 20 MG Tab | 03/15/2017 12:53 | Take one tablet (20 MG) by mouth each day   STOP SERTRALINE *consent form on file * x 180 day(s) -- *self-carry* |

**Indication:** Depressive DO, not elsewhere classified

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/15/2017 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 03/15/2017 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 03/15/2017 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |
| 03/15/2017 | Counseling | Plan of Care | Cornett, Todd | Verbalizes Understanding |
| 03/15/2017 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cornett, Todd MD on 03/15/2017 13:08

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:    M    Race:  BLACK | Facility: | MIA |
| Encounter Date: | 04/13/2017 08:53 | Provider:  Cornett, Todd MD | Unit: | B01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Cornett, Todd MD

**Chief Complaint:** Behavioral Health Problem

**Subjective:** Inmate was seen to assess Celexa, which inmate reports is helping with stress, but feels can benefit from increase. Celexa has helped "stabilize" mood, less depressed, sleep better and energy up as well. Inmate is in midst of legal dispute with BOP regarding housing. Inmate has one inmate he finds supportive, knows how to access services from psychology, is undergoing psychometric testing (for better diagnostic differentiation), and has been started on low-dose finastride. Pending visit with community-based specialist should occur 4-6 weeks after being on finastride with labs drawn just prior. Inmate understands needs to be on finastride + spironolactone for 6 months to see meaningful effects, and up to 3 years for maximum effect.

Plan is to increase Celexa 30mg daily, self-carry.

**Pain:** Not Applicable

---

**OBJECTIVE:**

**Exam Comments**

Mental Status:
Inmate was alert and oriented to time, place, self, and situation.  He was cooperative, well-groomed, and appropriately dressed. His posture was normal with no problems of gait or ambulation. There was no psychomotor agitation or retardation.

His mood was "still down, but better" with congruent affect. He denied any neuro-vegetative symptoms of depression. Speech rate, tone and volume were unremarkable. Thought processes were linear and goal-directed. Thought content was absent of any delusional or bizarre material. He denied visual and auditory hallucinations and did not appear to be responding to internal stimuli.
No signs of suicidality, self-harm, or harm to others were noted, reported or observed. Inmate denied suicidal ideation, plan or intent. Short and long-term memory appeared unremarkable.
The inmate is aware to report to Psychology or Medical if symptoms change.

**ASSESSMENT:**

Transgender, validated male to female, 302.5b - Current

Unspecified Depressive Disorder, F32.9*b - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | | | |

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 04/13/2017 08:53 | Provider: | Cornett, Todd MD | Unit: | B01 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Citalopram Tablet | 04/13/2017 08:53 | 30mg Orally  -  daily x 180 day(s) -- *self-carry* |

**Indication:** Depressive DO, not elsewhere classified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| *111288-MIA* | *Citalopram 20 MG Tab* | *04/13/2017 08:53* | *Take one tablet (20 MG) by mouth each day  STOP SERTRALINE *consent form on file** |

**Discontinue Type:** *When Pharmacy Processes*
**Discontinue Reason:** *new order written*
**Indication:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Psychiatry Follow Up | 06/13/2017 00:00 | Psychiatrist |

**Disposition:**

Follow-up in 3 Months

**Other:**

Await psychometric testing results to assess adding diagnosis PTSD. Inmate responding to current SSRI so would not be candidate now for Zoloft, Paxil, or Prazosin. Celexa can be increased to 40mg in the future if warranted.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/13/2017 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 04/13/2017 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 04/13/2017 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |
| 04/13/2017 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Cornett, Todd MD on 04/13/2017 09:26

WESTCHESTER GENERAL HOSPITAL
2500 S.W. 75TH Avenue
Miami, FL 33155
(305) 264-5252

CONSULTATION

PATIENT NAME: SHORTER, CHRISTOPHER
MEDICAL RECORD #: 1065459 / 2132368
DATE: 04/20/17
CONSULTANT: Christopher Estes, MD

DATE OF CONSULTATION:
04/20/2017

CHIEF COMPLAINT:
Persistent gender dysphoria, "feeling badly about myself in regards to my gender transition."

HISTORY OF PRESENT ILLNESS:
I saw the patient, Christopher Shorter, previously regarding gender identity and gender transition and
we had made several decisions regarding additional lines of therapy. Foremost, the patient only began
the finasteride therapy approximately 7 days prior to the visit that she had with me on 04/20/2017. As
such, I am not surprised that the patient reports very little difference in her symptoms. Also, I reviewed
her labs that were drawn after only 2 days of finasteride therapy and they were essentially unchanged
from the previous lab draw. Again, this was far too soon for us to see any significant change in her
hormonal profile. Also, additionally I prescribed Vaniqa topical for hair growth. The patient reports that
she began that a couple of weeks ago and is already experiencing a positive result and is very happy with
those results. Overall, the patient states that her gender dysphoria is somewhat improved, however, is
not optimal.

REVIEW OF SYSTEMS:
HEENT: The patient denies rhinorrhea, cough or sore throat.
LUNGS: Denies cough or shortness of breath.
CARDIOVASCULAR: Denies chest pain or swelling of the extremities.
ABDOMINAL: Denies abdominal pain, swelling, constipation or diarrhea.
GENITOURINARY: Denies dysuria, hematuria; however, positive for spontaneous erections.
MUSCULOSKELETAL: Denies myalgia, weakness or decreased range of motion.
NEUROLOGIC: Denies headaches or syncopal episodes.

PHYSICAL EXAMINATION:
HEENT: The patient is normocephalic, atraumatic. There is somewhat decreased amount of hair growth
around the upper lip and chin. No notation of hypopigmentation in the areas upon which the patient
has been applying Vaniqa. No lymphadenopathy.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, nontender, nondistended.
EXTREMITIES: There is no clubbing, cyanosis or edema.
SKIN: Showed no rashes.
MUSCULOSKELETAL: Normal range of motion of all extremities with no weakness.

LABORATORY DATA:
The labs prior to this admission are scanned into the chart. In summary, they essentially showed no
change from the patient's initial labs that were significant.

ASSESSMENT AND PLAN:
1. Gender dysphoria. The patient has recently begun the finasteride therapy. Due to the short duration
of use, I would not alter the dose of medication at this time. Rather, I would continue the patient at the
current dose of 1 mg daily. She should continue this dose for approximately 4 to 6 weeks from the time
she began it and repeat the labs as before at that time that would be a CBC, CMP, free and total

*Pre-authenticated by ESTES CHRISTOPHER 2017-04-25 21:58:01*

WESTCHESTER GENERAL HOSPITAL
CONSULTATION

PATIENT NAME: SHORTER, CHRISTOPHER
MEDICAL RECORD #: 1065459 / 2132368
Page 2 of 2

testosterone, estrogen, progesterone and sex hormone-binding globulin. Upon checking these labs after 4 to 6 weeks of therapy, she should follow up with me again for reevaluation to consider the effects of the finasteride and decide whether to continue at that dose or to increase it to 5 mg daily. She may continue to use the Vaniqa on areas affected by unwanted hair growth. Again, I cautioned her regarding the possible hypopigmentation of her skin and to pay careful attention to the Vaniqa's effects on those areas. 2. Gender transition. The patient expressed a desire to proceed with orchidectomy and breast augmentation. I counseled the patient that orchidectomy is a permanent surgery and as such, per the WPATH guidelines, requires 2 letters from mental health professionals confirming that the patient has gender dysphoria, which warrants and is an appropriate candidate for permanent general surgery. I recommend that the patient obtain these appropriate consults at this time so that when it is appropriate time to make the referral for surgery, she has been prepared and ready to go. The patient voices understanding. I will discuss this with her counselor in the prison system and will report back on progress at the next visit.

_____
Dr. Christopher Estes, MD

CE: mn
D: 04/25/2017 15:01:00
T: 04/25/2017 21:58:43
CC:

*Pre-authenticated by ESTES CHRISTOPHER 2017-04-25 21:58:01*

*[handwritten: Copy FCI Miami 4/20/17 1205]*

## NaphCare
your independent healthcare choice.

Miami
15801 S.W. 137th Ave.
Miami , FL 33177

### Inmate and Payer Information

Name: Shorter, Christopher Lamont

Inmate #: 21344-017

DOB: 6/21/1978

Gender: Male

Inmate Type: FBOP

Facility: FCI Miami

Responsible Party:

Claims Address:

Approval Number: TCOL374882

Transportation Type: None

### Appointment Details

Provider: WESTCHESTER GENERAL HOSPITAL, INC.

Address: 2500 SW 75TH AVE | MIAMI, FL 33155 | 3052645252

Service Dates: 4/20/2017 - 4/20/2017

Appointment Time: 08:00 AM

Urgency: 30 days

Details: F/U Dr. Estes

Scenario: CONSULT-ENDOCRINOLOGY

Special Instructions:

Pre-Op Testing Required: N/A

### Appointment Results/Findings

Findings: *Pt. recently Started Finasteride (9d. ago) Some response to symptoms*

Recommendations/STAT Orders: *① Check labs after 6 weeks if treatment ; CBC, CMP, Free / total Estrom, Testosterone, Progesterone*

Medication Changes: *② Continue Finasteride 1mg*

Provider's Signature: *③ Obtain Consult letters from 2 providers for orchiectomy. Must confirm Gender Dysphoria and need for permanent*

Date:

*④ Surgery Referral Dr. Chris Salgado*    *Estes*    4/20/17

4/18/2017

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M  Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/20/2017 11:48 | Provider: Perez, Clark RN | Unit: | B01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**  **Provider:** Perez, Clark RN

**Chief Complaint:** GENERAL
**Subjective:**  Medical trip return from Westchester General Hospital.
**Pain:**  No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/20/2017 | 11:48 MIA | 98.3 | 36.8 | Oral | Perez, Clark RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/20/2017 | 11:48 MIA | 67 | Via Machine | | Perez, Clark RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/20/2017 | 11:48 MIA | 14 | Perez, Clark RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/20/2017 | 11:48 MIA | 115/81 | Left Arm | Sitting | Adult-regular | Perez, Clark RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/20/2017 | 11:48 MIA | 98 | Room Air | Perez, Clark RN |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert and Oriented x 3

**ASSESSMENT:**

Initial assessment
Medical trip return from Westchester General Hospital. Inmate had a consultation with Dr. Estes for endocrinology.
Medical Director, psychology and psychiatrist were notified. Inmate denies any medical complaints, all vitals are stable.

Dx: Transgender male to female on hormonal manipulation.

Plan: continue finasteride 1 mg. Obtain consult letters from 2 providers for orchiectomy procedure. Must confirm gender
dysphoria and the need for this permanent surgery. Surgery referral-Dr. Chris Salsado.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/20/2017 11:48 | Provider: | Perez, Clark RN | | Unit: | B01 |

## PLAN:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-P-Progesterone | One Time | 05/12/2017 00:00 | Routine |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests-C-CBC w/diff | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

**Labs requested to be reviewed by:**     Cornett, Todd MD

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/20/2017 | Counseling | Diagnosis | Perez, Clark | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Perez, Clark RN on 04/20/2017 12:06
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Cornett, Todd MD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/20/2017 11:48 | Provider: | Perez, Clark RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 04/20/2017 14:03.**

**Bureau of Prisons**

**Health Services**

**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/20/2017 11:48 | Provider: | Perez, Clark RN | Facility: | MIA |

**Reviewed by Cornett, Todd MD on 04/21/2017 10:03.**

**Bureau of Prisons**                          **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: B |
| Date: | 04/26/2017 12:00 | Provider: | Medina-Reyes, Lillian Psych | | |

<u>Focus of Session</u>

Ms. SHORTER is receiving individual therapy to assist her in living more comfortably with her gender identity and to deal effectively with non-gender issues (i.e. difficulties faced within the prison setting).

Ms. SHORTER is currently being prescribed Celexa 10mg and Zoloft 100mg.

Contact was conducted by L. Medina-Reyes, M.S., psychology trainee, under the supervision of S. Skibinski, Psy.D., Interim Chief Psychologist.

<u>Subjective/Objective Presentation</u>

SUBJECTIVE: Upon interview, Ms. SHORTER indicated that she was feeling "somewhat weak and fatigued." She further explained, "I started taking the medication, and I just feel tired, but I am excited that I am not getting an erection." Nonetheless, she reported feeling "happy" because "the cream for the face is working already." She explained that the hair growth is slowing down significantly. She also stated that she saw the specialist and discussed the possibility of undergoing surgery. She explained that the specialist requested two letters from the mental health department in regards to her readiness for surgery.

OBJECTIVE: Ms. SHORTER was fully oriented to person, place, time, and situation. Thought processes were coherent and content of her responses were adequate. She appeared to be drowsy. Upon inquiry, she stated that she felt "fatigued" due to the side effects of her medication. However, she indicated "I know this is normal, I'm happy to see progress." She maintained appropriate eye contact throughout the session. The rate, tone, and volume of her speech were appropriate. She denied current suicidal ideation, plan, or intent.

<u>Intervention(s)</u>

Active and empathic listening was provided and coping skills were reviewed. This writer advised Ms. SHORTER to speak to the staff psychologist and/or the psychiatrist in regards to the letters. Additionally, she was encouraged to seek assistance in the event that her fatigue and drowsiness worsened.

<u>Progress/Plan</u>

Ms. SHORTER will continue to practice the coping skills discussed as needed. Ms. Shorter will continue to be seen by psychology on a weekly basis to help her deal with her gender identity. Additionally, she will seek assistance from the staff in the event that her symptoms worsen.

Completed by Medina-Reyes, Lillian Psych Pract Student Vol on 05/23/2017 13:43

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 05/26/2017 11:36**

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | B |
| Date: | 04/26/2017 15:21 | Provider: | Torres, Vivian Psy.D. | | | |

**Focus of Session**

Inmate SHORTER was seen for her Care2-MH session. Inmate Shorter is on Care2-MH status due to an extensive history of suicidal gestures/attempts (Reports six past attempts with last attempt in 2005).

Inmate SHORTER is currently being prescribed Celexa 10mg.

**Subjective/Objective Presentation**

Upon interview, inmate SHORTER indicated that she recently received good news from the outside endocrinologist. According to inmate SHORTER, she went on an outside medical trip last week to the endocrinologist in which she was told she is a "good candidate" for breast implants. Additionally, inmate SHORTER indicated that the physician requested to see her for a follow up visit in six weeks. According to inmate SHORTER, the endocrinologist requested that she bring two supporting letters from her treating BOP providers during her next follow up appointment.

Inmate SHORTER's mood was euthymic with congruent affect. She reported feeling "good." Inmate SHORTER denied any mental health concerns at this time. She denied any suicidal/homicidial ideation.

**Intervention(s)**

Inmate SHORTER was informed that psychology services had not received any new information regarding her medical care. She was encouraged to contact her treating psychiatrist for further guidance.

Provided CBT interventions including reframing negative maladaptive thoughts and reviewed relaxation skills.

**Progress/Plan**

Inmate SHORTER will continue to work on challenging her negative/irrational thoughts via the use of RSAs and the Five Rules of Rational Thinking. Additionally, it should be noted that inmate SHORTER is currently receiving individual therapy to further assist her with her gender dsyphoria.

Completed by Torres, Vivian Psy.D. on 05/04/2017 16:31

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M       Facility:  MIA | Unit Team: | B |
| Date: | 05/10/2017 12:00 | Provider: | Medina-Reyes, Lillian Psych | | |

### Focus of Session
Ms. SHORTER is receiving individual therapy to assist her in living more comfortably with her gender identity and to deal effectively with non-gender issues (i.e. difficulties faced within the prison setting).

Ms. SHORTER is currently being prescribed Celexa 10mg and Zoloft 100mg.

Contact was conducted by L. Medina-Reyes, M.S., psychology trainee, under the supervision of S. Skibinski, Psy.D., Interim Chief Psychologist.

### Subjective/Objective Presentation
SUBJECTIVE: Upon interview, Ms. Shorter indicated that she was feeling hopeful because she had an appointment with the specialist. She stated that during this visit, the specialist would most likely write a prescription to refer her for surgery. On the other hand, she stated that she was feeling upset due to receiving a letter from a previous institution indicating that there was a lack of evidence regarding the sexual assault she experienced.

OBJECTIVE: Ms. Shorter was fully oriented to person, place, time, and situation. Thought processes were coherent and content of her responses were adequate. Her mood appeared to be euthymic and her affect was congruent. She maintained appropriate eye contact throughout the session. The rate, tone, and volume of her speech were appropriate. She denied current suicidal ideation, plan, or intent.

### Intervention(s)
Active and empathic listening was provided and coping skills were reviewed. Also, negative maladaptive thoughts were discussed and reframed. Additionally, expectations and possibilities regarding the approval of the surgery were discussed.

### Progress/Plan
Ms. SHORTER will continue to practice the coping skills discussed as needed. Ms. SHORTER will continue to be seen by psychology on a weekly basis to help her deal with her gender identity and the challenges faced related to a prison setting.

Completed by Medina-Reyes, Lillian Psych Pract Student Vol on 05/23/2017 13:48

**Reviewed by Skibinski, Sherri PsyD/DAP Coord on 05/26/2017 11:29**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Note Date: | 06/01/2017 10:38 | Provider: | Chipi, Martha MD | Unit: | B01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:** Chipi, Martha MD

As per Psychiatrist- patient is to follow-up with OBGYN. Will order labs and submit consult.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 06/05/2017 00:00 | Routine |
| Lab Tests-P-Progesterone | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Endocrinology | 07/01/2017 | 07/01/2017 | Routine | No | |

   **Subtype:**
      Offsite Appt
   **Reason for Request:**
      Patient needs follow-up with Dr Estes- OBGYN- Dx: Transgender Male to female on hormonal manipulation.
   **Provisional Diagnosis:**
      As above
   **Additional Records Required for Consultation:**
      Laboratory Report(s)

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:** No


Completed by Chipi, Martha MD on 06/01/2017 10:48
Requested to be reviewed by  Alarcon, Inerio MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/01/2017 10:38 | Provider: | Chipi, Martha MD | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 06/01/2017 13:43.**

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 | Complex: MIA |
| Date of Birth: | 06/21/1978 | Sex: | M | |

Consultation/Procedure Requested:   Endocrinology
Subtype:   Offsite Appt

*July 6, 10 13*

Priority:  Routine
Target Date:  07/01/2017

**Reason for Request:**
Patient needs follow-up with Dr Estes- OBGYN- Dx: Transgender Male to female on hormonal manipulation.

**Provisional Diagnosis:**
As above

**Medications (As of 06/12/2017)**
Aspirin 81 MG EC Tab  Exp: 10/04/2017  SIG: Take one tablet (81 MG) by mouth each day
Calcium Polycarbophil 625 MG Tab  Exp: 10/31/2017  SIG: Take two tablets (1250 MG) by mouth each day
Citalopram 10 MG Tab  Exp: 10/10/2017  SIG: Take three tablets (30 MG) by mouth each day   STOP 20 MG
TABLET *consent form on file * ***self carry***
Eflornithine HCL 13.9% Cream  Exp: 07/10/2017  SIG: Apply a thin layer topically twice daily as directed to affected
area of face/adjacent involved areas under chin, rub in thoroughly Do not wash areas for at least 4 hours Wash
hands after applying
Finasteride 1 MG TAB  Exp: 10/08/2017  SIG: Take one tablet (1 MG) by mouth each day ***non-formulary
approved*** 03-13-2018
Latanoprost Ophth Soln 0.005% (2.5ml)  Exp: 11/21/2017  SIG: Instill one drop in both eyes at bedtime
Spironolactone 100 MG Tab  Exp: 10/04/2017  SIG: Take three tablets (300 MG) by mouth each day
Tears, Ophth Sol, 30 ml (Refresh Classic) UD  Exp: 11/21/2017  SIG: Place 1 drop in both eyes four times daily

**Allergies (As of 06/12/2017)**
No Known Allergies

**Health Problems (As of 06/12/2017)**
Depressive DO, not elsewhere classified, Psychosocial and environmental problems, GAF 51 - 70, Examination of
eyes and vision, Transgender, validated male to female, Body Mass Index 29.0-29.9, adult, Other behavioral
problems, Counseling on other sexually transmitted diseases, Other Specified Trauma- And Stressor-Related
Disorder, Unspecified Depressive Disorder, Gender Dysphoria In Adolescents And Adults, Encounter for general
adult medical exam without abnormal findings, Nausea

Inmate Requires Translator:   No         Language:
**Additional Records Required:**
Laboratory Report(s)

**Comments:**
Requested By:   Chipi, Martha MD

*July 13th
8am
Westchester
consult endo*

Ordered Date:   06/01/2017 10:38
Scheduled Target Date:  06/25/2017 00:00
Level of Care:   Medically Acceptable-Not Always Necessary

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 06/14/2017 10:59 | Provider: Cornett, Todd MD | Unit: B01 |

Psychiatry - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Cornett, Todd MD

Chief Complaint: Behavioral Health Problem

Subjective: Inmate was interviewed to assess Celexa at 30mg / day in context of continued Gender Dysphoria.
Inmate expresses extreme dislike to primary and secondary sexual characteristics of being a natal male. Inmate still cannot purchase bras at the commissary. Inmate is waiting for follow-up with OB/GYN TG specialist to evaluate Finastride 1mg, and whether to increase it to 5mg. Consult pending per HSA.

Inmate denies thoughts of self-harm and appears at baseline. Inmate is in weekly psychotherapy with Psychology, and closely followed by Psychology. Safety plan is in place, and inmate has demonstrated how to access services when the need exists.

Plan is for Celexa 30mg to be continued and renewed by PCP. Inmate can be seen by Psychiatry in the future if Psychology requests.

Pain: Not Applicable

**OBJECTIVE:**

**Exam Comments**

Mental Status:
Inmate was alert and oriented to time, place, self, and situation.  He was cooperative, well-groomed, and appropriately dressed. His posture was normal with no problems of gait or ambulation. There was no psychomotor agitation or retardation.

His mood was "alright" with congruent affect. He denied any neuro-vegetative symptoms of depression. Speech rate, tone and volume were unremarkable. Thought processes were linear and goal-directed. Thought content was absent of any delusional or bizarre material. He denied visual and auditory hallucinations and did not appear to be responding to internal stimuli.
No signs of suicidality, self-harm, or harm to others were noted, reported or observed. Inmate denied suicidal ideation, plan or intent. Short and long-term memory appeared intact.
The inmate is aware to report to Psychology or Medical if symptoms change.

**ASSESSMENT:**

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Transgender, validated male to female, 302.5b - Current

Unspecified Depressive Disorder, F32.9*b - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M    Race:  BLACK | Facility: | MIA |
| Encounter Date: | 06/14/2017 10:59 | Provider: | Cornett, Todd MD | Unit: | B01 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 112178-MIA | Citalopram 10 MG Tab | 06/14/2017 10:59 | Take three tablets (30 MG) by mouth each day   STOP 20 MG TABLET *consent form on file * ***self carry*** x 180 day(s) |

**Indication:** Depressive DO, not elsewhere classified

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 11/14/2017 00:00 | Physician 01 |
| to renew Celexa | | |

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/14/2017 | Counseling | Access to Care | Cornett, Todd | Verbalizes Understanding |
| 06/14/2017 | Counseling | Compliance - Treatment | Cornett, Todd | Verbalizes Understanding |
| 06/14/2017 | Counseling | Medication Side Effects | Cornett, Todd | Verbalizes Understanding |
| 06/14/2017 | Counseling | Risk vs. benefit of treatment | Cornett, Todd | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Cornett, Todd MD on 06/14/2017 11:08

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M    Race:BLACK | Facility: | MIA |
| Note Date: | 06/21/2017 15:31 | Provider: | Perry, Selenia RN | Unit: | B01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:**  Perry, Selenia RN

Dx: transgender male to female on hormonal manipulation. Inmate schedule consult on 07-13-2017 at 08:00 Westchester Hospital for Endocrinology follow -up. Dr. Estes- ObGyn requests labs done the week before the next appointment. Tests: CBC, CMP, hormonal studies - progesterone, estradiol/estrogen, testosterone.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-E-Estradiol | One Time | 07/03/2017 00:00 | Routine |
| Lab Tests-P-Progesterone | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests-C-CBC | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

**Labs requested to be reviewed by:**         Alarcon, Inerio MD/CD

**Copay Required:** No         **Cosign Required:** Yes

**Telephone/Verbal Order:**   No


Completed by Perry, Selenia RN on 06/21/2017 15:43
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/21/2017 15:31 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned by Chipi, Martha MD on 06/22/2017 07:21.**

Quick Note

Westchester General Hospital

| | | | | |
|---|---|---|---|---|
| Name | Shorter, Christopher L | Date of Service | Jul-14-2017 0832 | DOB  Jun-21-1978 (M) |
| Attending | ESTES CHRISTOPHER | Admitted | Mar-13-2017 | Encounter  2130906 |
| Primary | ESTES CHRISTOPHER MD | Discharged | Mar-13-2017 | MRN  1065459 |

Note that this is a late entry for DOS 7/13/17.  Pt was seen by me for follow up of GID.  Pt reports no change in gender dysphoria symptoms on current medical Rx.

ROS: HEENT: denies cough, rhinorrhea
Chest: No CP, no SOB
CVX: no palpitations
Endocrine: No sweats, polyuria, polydypsia
Psych: mild anxiety d/t gender dysphoria, no suicidal or homicidal ideation
PE: HEENT: nc/at
Chest: CTA bilaterall
ABD: soft, nt/nd
Ext: No c/c/e, full ROM
Neuro: no focal deficit
Assessment: Gender identity disorder/dysphoria, not improved
Plan: 1.  Labs reviewed and essentially stable from last assessment.  Continue spironolactone at current dose.  Increase finasteride to 5 mg daily.  F/u response in 6 weeks, check labs before next visit.
2.  Pt is a poor candidate for hormonal tx due to history.  Desires definitve surgery for gender confirmation.  With this will come orchiectomy which will improve hormonal profile.  Pt needs referral to plastic surgeon for full consultation regarding surgical options.  Will arrange before next visit for surgical planning.

Electronically signed by ESTES CHRISTOPHER MD on Jul-18-2017 0837



Miami
15801 S.W. 137th Ave.
Miami , FL 33177

## Inmate and Payer Information

Name: Shorter, Christopher Lamont

Inmate #: 21344-017

DOB: 6/21/1978

Gender: Male

Inmate Type: FBOP

Facility: FCI Miami

Responsible Party:

Claims Address:

Approval Number: TCOL387846

Transportation Type: None

## Appointment Details

Provider: WESTCHESTER GENERAL HOSPITAL, INC.

Address: 2500 SW 75TH AVE | MIAMI, FL 33155 | 3052645252

Service Dates: 7/13/2017 - 7/13/2017

Appointment Time: 08:00 AM

Urgency: 30 days

Details: follow up with DR.ESTES

Scenario: CONSULT-ENDOCRINOLOGY

Special Instructions:

Pre-Op Testing Required: N/A

## Appointment Results/Findings

Findings: _See Consult note_

Recommendations/STAT Orders:

Medication Changes: _↑ Finasteride to 5mg daily_

Provider's Signature:

Date: _7/13/17_

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
| Date of Birth: 06/21/1978 | Sex: M | |

**Report of Consultation:** Endocrinology          **Subtype:** Offsite Appt

Inmate Name: SHORTER, CHRISTOPHER LAMONT.          Reg #: 21344-017
Date of Birth: 06/21/1978          Sex: M
Institution:   MIAMI FCI
        15801 S.W. 137TH AVENUE
        MIAMI, Florida 33177
        3052592100

**Assessment:** Pt. reports no improvement in symptoms.
Labs reviewed, essentially unchanged.
PE: n/dAt decreased hirsutism
Abd: soft, ntbd
Ext: ( dble, ( calf tendess
Neuro! ( deficit.

**Plan:**
(1) Increase Finasteride to 5mg daily
(2) Refill Vaniqa.
(3) Refer to Dr. Gregory Dowbak for evaluation
for orchiectomy and top surgery. This is
necessary to address persistent gender dysphoria.
(4) F/U with me in 6 weeks check labs
before visit: CBC, CMP, Free Total Testosterone,
Estrogen, Progesterone

**Signature Date**

**Completed By:** Submit letter from Psychiatry for permanent letter state

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to
follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff.
While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review
by the inmate's primary care provider, the institution utilization review committee and/or the BOP National
Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.







WESTCHESTER GENERAL HOSPITAL
2500 SW 75 AVE.
MIAMI, FL 33155

(305) 264-5252

Name ........................ Age ......

Address ........................

SECURITY FEATURES ON BACK Date ........

℞ DEA # 

#003123

Refill NR 1 2 3 4 5

MD/DO

To ensure that a brand name product be dispensed, the prescriber must handwrite "Brand Medically Necessary" on the prescription form.

NRX1606135001

WESTCHESTER GENERAL HOSPITAL
2500 SW 75 AVE
MIAMI, FL 33155

(305) 264-5252

Name Christopher Shutte Age

Address

SECURITY FEATURES ON BACK Date 7/13/17

℞ DEA # ME9277294

#003122

Vaniqa
apply to affected
area b.i.d
disp #1 tube

Refill NR 1 2 3 4 5

Christopher Estes MD/DO
ME99617

To ensure that a brand name product be dispensed, the prescriber must handwrite "Brand Medically Necessary" on the prescription form.

NDX 4606135001

WESTCHESTER GENERAL HOSPITAL
2500 SW 75 AVE.
MIAMI, FL 33155

(305) 264-5252

Name: Christopher Shater Age:

Address:

SECURITY FEATURES ON BACK Date: 7/13/17

℞ DEA # BE9277294

#003121

Finasteride 5mg
T p.o. daily
disp #30

Refill NR 1 2 3 4 (5)

Christopher M. Estes MD/DO
ME99617

To ensure that a brand name product be dispensed, the prescriber must handwrite "Brand Medically Necessary" on the prescription form.

NRX1606135001

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/13/2017 13:43 EST | | | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 07/18/2017 15:02.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 07/13/2017 12:04 | Provider: Perez, Clark RN | Unit: B01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Perez, Clark RN

**Chief Complaint:** Other Problem
**Subjective:** Medical trip return from Westchester Hospital
**Pain:** No

**OBJECTIVE:**
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/13/2017 | 12:04 MIA | 98.6 | 37.0 | | Perez, Clark RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/13/2017 | 12:04 MIA | 77 | | | Perez, Clark RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/13/2017 | 12:04 MIA | 14 | Perez, Clark RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff/Size | Provider |
|---|---|---|---|---|---|---|
| 07/13/2017 | 12:04 MIA | 121/77 | | | | Perez, Clark RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/13/2017 | 12:04 MIA | 99 | | Perez, Clark RN |

Exam:
   General
      Affect
         Yes: Cooperative
      Appearance
         Yes: Alert and Oriented x 3

**ASSESSMENT:**

   Initial assessment
   Medical trip return from Westchester Hospital. No medical complaints all vitals are stable.

   Plan: Finasteride 5mg, refill vaniza. Refer to Dr. Gregory Dowbak plastic surgery doctor for evaluation for orchiectomy and top surgery. Follow up in 6 weeks, cbc, cmp, free total test, estrogen and progesterone. Follow up with Dr. Estes. Obtain letter from psychiatry for surgery.

**PLAN:**

Inmate Name:  SHORTER, CHRISTOPHER LAMONT

| | |
|---|---|
| Date of Birth:  06/21/1978 | Sex:    M    Race:  BLACK |
| Encounter Date:  07/13/2017 12:04 | Provider:  Perez, Clark RN |

Reg #:    21344-017
Facility:  MIA
Unit:      B01

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Finasteride Tablet | 07/13/2017 12:04 | 5 mg Orally  -  daily x 14 day(s) |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 08/24/2017 00:00 | Routine |
| Lab Tests-P-Progesterone | | | |
| Lab Tests-T-Testosterone, Free/Total | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests-E-Estrogens | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Endocrinology | 08/24/2017 | 08/24/2017 | Routine | No | |

Subtype:
   Offsite Appt

Reason for Request:
   Plan: Finasteride 5mg, refill vaniza. Refer to Dr. Gregory Dowbak plastic surgery doctor for evaluation for orchiectomy and top surgery. Follow up in 6 weeks, cbc, cmp, free total test, estrogen and progesterone. Follow up with Dr. Estes

Disposition:
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/13/2017 | Counseling | Access to Care | Perez, Clark | Verbalizes Understanding |

Copay Required: No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes    **By:**  Alarcon, Inerio MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Perez, Clark RN on 07/13/2017 12:17
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

See Amendment

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Encounter Date: | 07/13/2017 12:57 | | Facility: | MIA |

**Amendment made to this note by Perez, Clark RN on 07/13/2017 13:01.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/13/2017 12:04 | Provider: | Perez, Clark RN | Facility: | MIA |

Cosigned by Alarcon, Inerio MD/CD on 07/13/2017 15:58.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M  Race:  BLACK | Facility: MIA |
| Encounter Date: | 07/13/2017 12:57 | Provider:  Perez, Clark RN | Unit: B01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Perez, Clark RN

    **Chief Complaint:** Other Problem
    **Subjective:**   Medical trip return from Westchester Hospital
    **Pain:**        No

**OBJECTIVE:**

**Exam:**
    **General**
        **Affect**
            Yes: Cooperative
        **Appearance**
            Yes: Alert and Oriented x 3

**ASSESSMENT:**

    Initial assessment
    Medical trip return from Westchester Hospital. No medical complaints all vitals are stable.

    Plan: Finasteride 5mg, refill vaniza. Refer to Dr. Gregory Dowbak plastic surgery doctor for evaluation for orchiectomy and top surgery. Follow up in 6 weeks, cbc, cmp, free total test, estrogen and progesterone. Follow up with Dr. Estes. Obtain letter from psychiatry for surgery.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Plastic Surgery | 10/13/2017 | 10/13/2017 | Routine | No | |

    **Subtype:**
        Plastic Surgery
    **Reason for Request:**
        Plan: Finasteride 5mg, refill vaniza. Refer to Dr. Gregory Dowbak plastic surgery doctor for evaluation for orchiectomy and top surgery. Follow up in 6 weeks, cbc, cmp, free total test, estrogen and progesterone. Follow up with Dr. Estes
    **Provisional Diagnosis:**
        Inmate is requesting orchiectomy procedure.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 07/13/2017 12:57 | Provider: | Perez, Clark RN | Unit: | B01 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Perez, Clark RN on 07/13/2017 13:01
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/13/2017 12:57 | Provider: | Perez, Clark RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 07/13/2017 15:58.**

## Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** SHORTER, CHRISTOPHER LAMONT | **Reg #:** 21344-017 | **Complex:** MIA |
| **Date of Birth:** 06/21/1978 | **Sex:** M | |

**Consultation/Procedure Requested:**   Endocrinology

**Subtype:**   Offsite Appt

**Priority:** Routine
**Target Date:** 08/24/2017

**Reason for Request:**
   Plan: Finasteride 5mg, refill vaniza. Refer to Dr. Gregory Dowbak plastic surgery doctor for evaluation for orchiectomy and top surgery. Follow up in 6 weeks, cbc, cmp, free total test, estrogen and progesterone. Follow up with Dr. Estes

**Provisional Diagnosis:**
   Schedule with lab test result

**Medications (As of 07/20/2017)**
   Aspirin 81 MG EC Tab  Exp: 10/04/2017  SIG: Take one tablet (81 MG) by mouth each day
   Calcium Polycarbophil 625 MG Tab  Exp: 10/31/2017  SIG: Take two tablets (1250 MG) by mouth each day
   Citalopram 10 MG Tab  Exp: 12/12/2017  SIG: Take three tablets (30 MG) by mouth each day  STOP 20 MG
   TABLET *consent form on file * ***self carry***
   Eflornithine HCL 13.9% Cream  Exp: 01/16/2018  SIG: Apply a thin layer topically twice daily as directed to affected area of face/adjacent involved areas under chin, rub in thoroughly Do not wash areas for at least 4 hours Wash hands after applying
   Finasteride 5 MG TAB  Exp: 01/13/2018  SIG: Take one tablet (5 MG) by mouth each day  **NEW DOSE**  STOP 1 MG TABLET
   Latanoprost Ophth Soln 0.005% (2.5ml)  Exp: 11/21/2017  SIG: Instill one drop in both eyes at bedtime
   Spironolactone 100 MG Tab  Exp: 10/04/2017  SIG: Take three tablets (300 MG) by mouth each day
   Tears, Ophth Sol, 30 ml (Refresh Classic) UD  Exp: 11/21/2017  SIG: Place 1 drop in both eyes four times daily


**Allergies (As of 07/20/2017)**
   No Known Allergies

**Health Problems (As of 07/20/2017)**
   Depressive DO, not elsewhere classified, Psychosocial and environmental problems, GAF 51 – 70, Examination of eyes and vision, Transgender, validated male to female, Body Mass Index 29.0-29.9, adult, Other behavioral problems, Counseling on other sexually transmitted diseases, Other Specified Trauma- And Stressor-Related Disorder, Unspecified Depressive Disorder, Gender Dysphoria In Adolescents And Adults, Encounter for general adult medical exam without abnormal findings, Nausea

**Inmate Requires Translator:**  No           **Language:**
**Additional Records Required:**

**Comments:**

**Requested By:**   Alarcon, Inerio MD/CD

**Ordered Date:**   07/13/2017 12:04
**Scheduled Target Date:** 08/24/2017 00:00
**Level of Care:**   Medically Acceptable-Not Always Necessary

**Bureau of Prisons**
**Psychology Services**
**Administrative Contact with an Inmate**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility:  MIA | Unit Team: | B |
| Date: | 07/20/2017 18:24 | Provider: | Skibinski, Sherri PsyD/DAP | | | |

<u>Comments</u>

The Warden, Staff Psychologist, and Interim Chief Psychologist met with inmate SHORTER this afternoon to inform her that the Warden has authorized the purchase of breast forms for her use. Inmate SHORTER was provided with several options to choose from and provided this author with her first and second choice which was forwarded to the Trust Fund Supervisor to be purchased.

The Warden reminded inmate SHORTER that no inmates other than herself are to be in possession of the breast forms. Additionally, inmate SHORTER will continue to be pat searched as required per policy. Inmate SHORTER was also informed that staff would be informed that she is being provided with breast forms so they do not confiscate them in error.

Finally, the Warden indicated that the hair care products and panties that she had requested were also authorized.

Subsequent to the meeting with the Warden, inmate SHORTER met with the Staff Psychologist and this author to discuss which breast forms she believed would be most appropriate for her as well as the size she is requesting (38 D Cup). She indicated that this is the same size breast form that she wore in the community prior to her incarceration.

Finally, inmate SHORTER acknowledged that she understood that she would continue to be pat searched and that staff would be receiving additional training to ensure they are conducting her pat searches properly.

Completed by Skibinski, Sherri PsyD/DAP Coord on 08/15/2017 11:56

## SOAP Progress Note

### Westchester General Hospital

| | | | | | |
|---|---|---|---|---|---|
| Name | Shorter, Christopher L | Date of Service | Sep-28-2017 1356 | DOB | Jun-21-1978 (M) |
| Attending | ESTES CHRISTOPHER | Admitted | Sep-28-2017 | Encounter | 2138490 |
| Primary | ESTES CHRISTOPHER MD | Discharged | Sep-28-2017 | MRN | 1065459 |

## Subjective

Pt is here today to f/u on hormonal management of gender transition. She reports continued gender/genital dysphoria though the associated anxiety has improved. Continues to strongly desires orchidectomy to complete transition and improve hormonal status.
ROS: HEENT: denies rhinorrhea, sore throat, dry eyes
CV: denies chest pain, palpitations
Resp: denies SOB, cough
GI: denies abdominal pain, nausea, vomiting, diarrhea,
GU: denies dysuria, urgency
MSK: denies back pain, decreased ROM
Psych: denies suicidal/homicidal ideation

## Neck

Full ROM

## Cardiovascular

No c/c/e, pulses 2+ bilaterally

## Abdomen

soft, nt/nd

## Extremities

Full ROM, NL gait

## Assessment

1. Gender identity disorder/gender dysphoria

## Plan

Patient is currently on max dose of meds with some response, but not to an acceptable level. Discussed option of course of depo-lupron. Pt informed it may have side effects such as hot flashes, insomnia and anxiety. Pt declines as she does not want more medications or to risk side effects. Labs not repeated since last visit. Re-check CBC, CMP, free/total estrogen, testosterone, progesterone, TSH in 2 weeks. Patient needs referral to Dr. Dowbak for evaluation for orchidectomy. F/u after labs as appropriate.

Electronically signed by ESTES CHRISTOPHER MD on Sep-28-2017 1442



your independent healthcare choice.

Miami
15801 S.W. 137th Ave.
Miami , FL 33177

## Inmate and Payer Information

| | | |
|---|---|---|
| Name: Shorter, Christopher Lamont | Inmate #: 21344-017 | DOB: 6/21/1978 |
| Gender: Male | Inmate Type: FBOP | Facility: FCI Miami |
| Responsible Party: NaphCare EDI Payer ID: 58182 | Claims Address: 2090 Columbiana Road, Suite 4000 Birmingham, AL 35216 Fax: (205) 536-8526 | |

Approval Number: TCOL399308

Transportation Type: None

## Appointment Details

| | | |
|---|---|---|
| Provider: WESTCHESTER GENERAL HOSPITAL, INC. | Address: 2500 SW 75TH AVE | MIAMI, FL 33155 | 3052645252 | |
| Service Dates: 9/28/2017 - 9/28/2017 | Appointment Time: 08:00 AM | Urgency: 45 days |

Details: 6WK F/U OUTPT enter thru ER

Scenario: CONSULT-ENDOCRINOLOGY

Special Instructions:

Pre-Op Testing Required: N/A

## Appointment Results/Findings

Findings: *Pt has minimal improvement in Sx. Reports continued dysphoria c genitals and strongly desires orchiectomy.*

Recommendations/STAT Orders: *(1) Repeat Labs x 2 weeks: CBC, CMP, Free/total Testosterone Estrogen, 15th. Please fax to Dr. Estes @ 305-763-8236*

Medication Changes: *(2) Schin Consult c Dr. Gregory Dowbak as previously requested ASAP*

Provider's Signature: *Estes*          Date: *9/28/17*

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: SHORTER, CHRISTOPHER LAMONT | Reg #: 21344-017 | Complex: MIA |
|---|---|---|
| Date of Birth:   06/21/1978 | Sex:   M | |

Report of Consultation: Endocrinology               Subtype:  Offsite Appt

Inmate Name: SHORTER, CHRISTOPHER LAMONT                    Reg #:        21344-017
Date of Birth: 06/21/1978                                   Sex:          M
Institution:   MIAMI FCI
               15801 S.W. 137TH AVENUE
               MIAMI,Florida 33177
               3052592100

Assessment: ① Gender dysphoria - persistent. Medications currently at max dose. Continue @ current dose.
② Needs consult with Dr. Gregory Dowbak ASAP for orchidectomy.

Plan: ① Repeat Labs: CBC, CMP, Free/Total Testosterone, Estrogen, TSH
② Continue current meds
③ Consult c Dr. Dowbak

Signature
Date

Completed By: _____ Estes  9/28/17

Report may be hand-written or (preferably) typed on this form.  If dictated on office or hospital letterhead to
follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff.
While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review
by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National
Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 | Complex: MIA |
|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | |

Request Approval Actions:

Approved by Alarcon, Inerio MD/CD acting in the role of Institution Clinical Director on 07/13/2017.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M Race: BLACK | Facility: MIA |
| Encounter Date: | 09/29/2017 08:33 | Provider: Perry, Selenia RN | Unit: B01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Perry, Selenia RN

**Chief Complaint:** Other Problem
**Subjective:**    Inmate returned from Endocrinologist consult on 09/28/2017.
**Pain:**       No

**OBJECTIVE:**
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/29/2017 | 08:39 MIA | 96.9 | 36.1 | Oral | Perry, Selenia RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/29/2017 | 08:39 MIA | 77 | Via Machine | | Perry, Selenia RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/29/2017 | 08:39 MIA | 17 | Perry, Selenia RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/29/2017 | 08:39 MIA | 133/82 | Left Arm | Sitting | Adult-regular | Perry, Selenia RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/29/2017 | 08:39 MIA | 98 | Room Air | Perry, Selenia RN |

Exam:
**General**
  **Affect**
    Yes: Pleasant
  **Appearance**
    Yes: Alert and Oriented x 3
  **Nutrition**
    Yes: Within Normal Limits

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Hand-written report received. Official prescription and reported requested to Naphcare. NOTE: Gender dysphoria persistent. Medications currently at max dose. Continue current medication dose. Needs consult with Dr. Gregory Dowback ASAP for Orchiedectomy. Repeat labs: CBC, CMP, Free total Testosterone, Estrogen and TSH.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 09/29/2017 08:33 | Provider: | Perry, Selenia RN | Unit: | B01 |

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 116469-MIA | Aspirin 81 MG EC Tab | Take one tablet (81 MG) by mouth each day |
| BOP | Continue | Rx | 116470-MIA | Calcium Polycarbophil 625 MG Tab | Take two tablets (1250 MG) by mouth each day |
| BOP | Continue | Rx | 113876-MIA | Citalopram 10 MG Tab | Take three tablets (30 MG) by mouth each day   STOP 20 MG TABLET *consent form on file * ***self carry*** |
| BOP | Continue | Rx | 114850-MIA | Eflornithine HCL 13.9% Cream | Apply a thin layer topically twice daily as directed to affected area of face/adjacent involved areas under chin, rub in thoroughly Do not wash areas for at least 4 hours Wash hands after applying |
| BOP | Continue | Rx | 114732-MIA | Finasteride 5 MG TAB | Take one tablet (5 MG) by mouth each day  **NEW DOSE**  STOP 1 MG TABLET |
| BOP | Continue | Rx | 113297-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | Instill one drop in both eyes at bedtime |
| BOP | Continue | Rx | 112059-MIA | Spironolactone 100 MG Tab | Take three tablets (300 MG) by mouth each day |
| BOP | Continue | Rx | 113331-MIA | Tears, Ophth Sol, 30 ml (Refresh Classic) UD | Place 1 drop in both eyes four times daily |
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-T-Testosterone, Free/Total | One Time | 10/12/2017 00:00 | Routine |
| Lab Tests-E-Estrogens | | | |
| Lab Tests-C-CBC | | | |
| Lab Tests-T-TSH | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Inmate Name:  SHORTER, CHRISTOPHER LAMONT | | | Reg #:  21344-017 | |
| Date of Birth:  06/21/1978 | Sex:  M   Race:  BLACK | | Facility:  MIA | |
| Encounter Date: 09/29/2017 08:33 | Provider:  Perry, Selenia RN | | Unit:  B01 | |

| Specialty Procedure - Offsite | 10/20/2017 | 10/20/2017 | Routine | No |

**Subtype:**
>   Other Specialty Procedure - Offsite

**Reason for Request:**
>   Endocrinologist requested consult with Dr. Gregory Dowback for Orchiedectomy.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/29/2017 | Counseling | Access to Care | Perry, Selenia | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  Yes     **By:**  Chipi, Martha MD
**Telephone or Verbal order read back and verified.**


Completed by Perry, Selenia RN on 09/29/2017 08:49
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/29/2017 08:33 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned by Chipi, Martha MD on 10/02/2017 13:33.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Scanned Date: | 10/03/2017 08:59 EST | | Facility: | MIA |

Reviewed by Alarcon, Inerio MD/CD on 10/05/2017 12:49.

## Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 10/10/2017 09:31 | Provider: Funtieo, L. RN | Unit: | B01 |

---

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Funtieo, L. RN

**Chief Complaint:** Pain

**Subjective:**   Inmate came to report Testicular Pain.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 10/10/2017 09:32 |
| Location: | Testicle(s) |
| Quality of Pain: | Pulsing |
| Pain Scale: | 2 |
| Intervention: | OTC Medication |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 6-12 Hours |
| Exacerbating Factors: | waking |
| Relieving Factors: | Rest |
| Comments: | Pain appears to associate with medication increased. Finasteride 5 MG TAB |

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/10/2017 | 09:35 MIA | | 97.7 | 36.5 | Oral | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/10/2017 | 09:35 MIA | 66 | Via Machine | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/10/2017 | 09:35 MIA | 16 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/10/2017 | 09:35 MIA | 110/64 | Left Arm | Sitting | Adult-regular | Funtieo, L. RN |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

**ASSESSMENT:**

Pain - Other

Patient came to medical to report testicular pain. He stated is related with the medication increased.  OTC medications

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:   M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 10/10/2017 09:31 | Provider:  Funtieo, L. RN | Unit: | B01 |

recommended from commissary following label instructions. Patient was advised to return if the condition worsens. Educate to wash his hands with soap and water for at least 15 seconds, notified health staff for changes.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/10/2017 | Counseling | Access to Care | Funtieo, L. | Verbalizes Understanding |

**Copay Required:** No         **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Funtieo, L. RN on 10/10/2017 09:51
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Alarcon, Inerio MD/CD.
Review documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/10/2017 09:31 | Provider: | Funtieo, L. RN | Facility: | MIA |

Cosigned by Chipi, Martha MD on 10/10/2017 11:38.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/10/2017 09:31 | Provider: | Funtieo, L. RN | Facility: | MIA |

**Reviewed with New Encounter Note by Alarcon, Inerio MD/CD on 10/10/2017 12:54.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: BLACK | Facility: | MIA |
| Note Date: | 10/10/2017 12:54 | Provider: | Alarcon, Inerio MD/CD | Unit: | B01 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1          **Provider:** Alarcon, Inerio MD/CD

I was in the trauma room with inmate during the Nurse Clinical Encounter.
Inmate states that her physician outside notify her that the testicular pain is related the hormonal therapy and
she can support the pain so she does not asking for pain medication but she wants to notify and document it
on her medical record.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Alarcon, Inerio MD/CD on 10/10/2017 13:00

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M    Race: BLACK | Facility: | MIA |
| Note Date: | 10/19/2017 07:39 | Provider:  Chipi, Martha MD | Unit: | B01 |

Admin Note - Utilization Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Chipi, Martha MD

      Consult-Endocrinologist requested consult with Dr. Gregory Dowback for Orchiedectomy:
      Refer up to Region by Alarcon, MD/CD
      Comments: Inmate transgender male to female has been follow up by endocrinologist since last year. Inmate
      was recommended orchiectomy
      Referred for orchiectomy.
      Defer by Thomas, RNC/Mast RN Regional Review

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Chipi, Martha MD on 10/19/2017 07:43

# Bureau of Prisons
# Psychology Services
# General Administrative Note

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Facility: MIA | Unit Team: | B |
| Date: | 10/25/2017 15:12 | Provider: | | Skibinski, Sherri PsyD/DAP | | |

## Comments

Met briefly with inmate SHORTER to give her a response to her question regarding whether or not the Transgender Committee had made a decision regarding her receiving Gender Reassignment Surgery.

This author informed inmate SHORTER that I had received an email reply from the head of the Female Offender Branch indicating the following: "This surgery request has been discussed, but it was not approved or denied at this point."

Inmate SHORTER was appreciative of the information.

Completed by Skibinski, Sherri PsyD/DAP Coord on 10/25/2017 15:16

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 11/07/2017 07:57 | Provider:  Funtieo, L. RN | Unit: | B01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       Provider: Funtieo, L. RN

**Chief Complaint:** Pain
**Subjective:**   Inmate came to report Testicular Pain.
**Pain:**        Yes
**Pain Assessment**
  **Date:**                    11/07/2017 07:57
  **Location:**               Testicle(s)
  **Quality of Pain:**      Cramping
  **Pain Scale:**            9
  **Intervention:**         OTC medication
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:**                  2-6 Months
  **Duration:**               6-12 Hours
  **Exacerbating Factors:** waking
  **Relieving Factors:**    none
  **Comments:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/07/2017 | 07:59 MIA | 96.3 | 35.7 | Oral | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/07/2017 | 07:59 MIA | 56 | Via Machine | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/07/2017 | 07:59 MIA | 16 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/07/2017 | 07:59 MIA | 118/84 | Left Arm | Sitting | Adult-regular | Funtieo, L. RN |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M    Race:   BLACK | Facility: | MIA |
| Encounter Date: | 11/07/2017 07:57 | Provider: | Funtieo, L. RN | Unit: | B01 |

**ASSESSMENT:**

Pain - Other
Patient came to medical to report testicular pain. Stated is related with the medication increased. OTC medications recommended from commissary following label instructions. Patient was advised to return if the condition worsens. Educate to wash his hands with soap and water for at least 15 seconds, notified health staff for changes. Pt. requesting Lipid panel blood test.

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-L-Lipid Profile | One Time | 11/14/2017 00:00 | Routine |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/07/2017 | Counseling | Access to Care | Funtieo, L. | Verbalizes Understanding |

Copay Required: No          Cosign Required:  Yes
Telephone/Verbal Order:   No

Completed by Funtieo, L. RN on 11/07/2017 08:04
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Chipi, Martha MD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/07/2017 07:57 | Provider: | Funtieo, L. RN | Facility: | MIA |

**Reviewed by Chipi, Martha MD on 11/07/2017 08:48.**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Encounter Date: | 11/07/2017 07:57 | Provider: Funtieo, L. RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 11/09/2017 12:50.**

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M    Facility: MIA | Unit Team: | B |
| Date: | 11/09/2017 08:15 | Provider: | Torres, Vivian Psy.D. | | |

**Focus of Session**

Inmate SHORTER was seen as a walk in to psychology services.

**Subjective/Objective Presentation**

Inmate SHORTER indicated that she has been thinking about the region's decision to reportedly deny her "orchiectomy" (surgical procedure which one or both testicles are removed). Inmate SHORTER stated, "I haven't slept. My mind won't let me rest until I get this resolved. I don't understand why they [region] stated that I have not been living as a woman, the real life experience for a year. But I have. Look at all my documentation. I have been living as woman since 2008. Look at my driver's license picture. It shows me as a woman and that was renewed in 2012. In 2014, Dr. Moorehead diagnosed me with gender dyspohoria when I was Oakdale and in January of this year you guys entered the CMA code in SENTRY. What more do they want?  I'm stressed out."

Inmate SHORTER's mood was "upset" with congruent mood. She denied any current suicidal/homicidal ideation.

**Intervention(s)**

Supportive counseling was provided. Specifically, inmate SHORTER's  feelings were normalized and the importance of accepting events outside of her control were discussed. Cognitive distortions in her thinking were explored and more adaptive alternatives were presented. Positive coping skills were also reviewed and reinforced.

**Progress/Plan**

Inmate SHORTER will continue to work on challenging her irrational thoughts via the use of RSAs. Additionally, inmate SHORTER will been seen for her monthly Care2-MH.


Completed by Torres, Vivian Psy.D. on 11/13/2017 10:02

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 11/15/2017 12:01 | Provider:  Chipi, Martha MD | Unit: | B01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1      Provider: Chipi, Martha MD**

**Chief Complaint:** Chronic Care Clinic

**Subjective:** Patient 39 year old for routine CCC follow-up. At this time offers no complaints, no recent illness, chest pain, shortness of breath, cough, night sweats or unintentional weight loss. Patient is on a heart healthy, low carbs, low fat diet and walking daily approx. 30 minutes, is loosing body fat and feels well. Continues with gender dysphoria symptoms- dislikes masculinity and his genitalia. Denies suicidal ideations, no intent to harm self , no hallucinations.

**Pain:** No

Seen for clinic(s): Gastrointestinal, Mental Health

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue, Fever, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/15/2017 | 10:00 MIA | 58 | Via Machine | | Chipi, Martha MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/15/2017 | 10:00 MIA | 14 | Chipi, Martha MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/15/2017 | 10:00 MIA | 116/77 | Left Arm | Sitting | Adult-regular | Chipi, Martha MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/15/2017 | 10:00 MIA | 191.0 | 86.6 | | Chipi, Martha MD |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 11/15/2017 12:01 | Provider: | Chipi, Martha MD | Unit: | B01 |

**Exam:**

        **Auscultation**
            Yes: Regular Rate and Rhythm (RRR)
            No: M/R/G

    **Peripheral Vascular**
        **General**
            No: Pitting Edema

    **Mental Health**
        **Grooming/Hygiene**
            Yes: Appropriate Grooming

        **Affect**
            Yes: Appropriate

        **Speech/Language**
            Yes: Appropriate, Normal Rate, Normal Articulation, Spontaneous

        **Mood**
            Yes: Appropriate

        **Thought Process**
            Yes: Goal Directed

        **Thought Content**
            No: Suicidal or Homicidal Ideation

        **Perceptions**
            No: Hallucinations-Auditory, Hallucinations-Visual

**ROS Comments**
    Patient brings in pictures of himself, from a time period prior to incarceration, where he appears dressed as a female.
**Exam Comments**
    Labs-
    Chol- 225
    LDL---170
    Estradiol- 19L
    Testosterone- 623k

    Awaiting repeat Lipids to assess need for Statins.
**Comments**
    Asked by CD to see patient today.

**ASSESSMENT:**

Depressive DO, not elsewhere classified, 311 - Current

Transgender, validated male to female, 302.5b - Current

Constipation, unspecified, 564.00 - Resolved

Esophageal reflux, 530.81 - Resolved

Unspecified glaucoma, H409 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | | Order Date | Prescriber Order |
|-----|------------|---|-----------|------------------|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 11/15/2017 12:01 | Provider: | Chipi, Martha MD | Unit: | B01 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 116469-MIA | Aspirin 81 MG EC Tab | 11/15/2017 12:01 | Take one tablet (81 MG) by mouth each day x 180 day(s) |
| | **Indication:** Transgender, validated male to female | | |
| 116470-MIA | Calcium Polycarbophil 625 MG Tab | 11/15/2017 12:01 | Take two tablets (1250 MG) by mouth each day x 180 day(s) |
| | **Indication:** Transgender, validated male to female, Constipation, unspecified | | |
| 117108-MIA | Citalopram 10 MG Tab | 11/15/2017 12:01 | Take three tablets (30 MG) by mouth each day   STOP 20 MG TABLET *consent form on file * ***self carry*** x 180 day(s) |
| | **Indication:** Depressive DO, not elsewhere classified | | |
| 114850-MIA | Eflornithine HCL 13.9% Cream | 11/15/2017 12:01 | Apply a thin layer topically twice daily as directed to affected area of face/adjacent involved areas under chin, rub in thoroughly Do not wash areas for at least 4 hours Wash hands after applying x 180 day(s) |
| | **Indication:** Transgender, validated male to female | | |
| 114732-MIA | Finasteride 5 MG TAB | 11/15/2017 12:01 | Take one tablet (5 MG) by mouth each day  **NEW DOSE**  STOP 1 MG TABLET x 180 day(s) |
| | **Indication:** Transgender, validated male to female | | |
| 117043-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | 11/15/2017 12:01 | Instill one drop in both eyes at bedtime x 180 day(s) |
| | **Indication:** Unspecified glaucoma, Examination of eyes and vision | | |
| 117044-MIA | Spironolactone 100 MG Tab | 11/15/2017 12:01 | Take three tablets (300 MG) by mouth each day x 180 day(s) |
| | **Indication:** Transgender, validated male to female | | |
| 117045-MIA | Tears, Ophth Sol, 30 ml (Refresh Classic) UD | 11/15/2017 12:01 | Place 1 drop in both eyes four times daily x 180 day(s) |
| | **Indication:** Examination of eyes and vision | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 02/13/2018 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests-O-Occult Blood x3 (not POC) | | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: BLACK | Facility: | MIA |
| Encounter Date: | 11/15/2017 12:01 | Provider: Chipi, Martha MD | | Unit: | B01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/15/2017 | Counseling | Access to Care | Chipi, Martha | Verbalizes Understanding |
| 11/15/2017 | Counseling | Compliance - Treatment | Chipi, Martha | Verbalizes Understanding |
| 11/15/2017 | Counseling | Plan of Care | Chipi, Martha | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 11/15/2017 13:11

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: | MIA |
| Note Date: | 11/15/2017 15:51 | Provider: Ford, Rochelle HSA/RDH | Unit: | B01 |

Admin Note - General Administrative Note encounter performed at Other.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:** Ford, Rochelle HSA/RDH

Bi-annual Assessment of Transgender/Intersex meeting held today.  No medical issues with inmate Shorter at this time.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ford, Rochelle HSA/RDH on 11/15/2017 16:04

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M    Race: BLACK | Facility: | MIA |
| Note Date: | 12/20/2017 15:07 | Provider: Alarcon, Inerio MD/CD | Unit: | B01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Alarcon, Inerio MD/CD

        Today we have a multidisciplinary meeting at the Warden conference room to ventilates any concerns of
        inmate Shorter. During the meeting  was presents the AW and Captain. Also representation of the following
        departments:
        1- Health services
        2-Phychologist services
        3-Educations
        4-Custody.
        5-Case managements.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Alarcon, Inerio MD/CD on 12/20/2017 15:15

1/5/2018                                   CHRISTOPHER LAMONT SHORTER - DOS: 01/05/2018

Angueira Endocrine, PA
351 NW 42nd Ave., Suite 204, Miami, FL 33126
Office: 305-644-2212  Fax: 786-475-7787

## Office Visit Note                                                 ElationHealth

### Patient Name: CHRISTOPHER L. SHORTER
D.O.B.: 06/21/1978; 39 yrs, 6 mo at the time of visit
Seen by Eugenio Angueira-Serrano, M.D.

### Date of Encounter: 01/05/2018

### Exam Reason (CC): Follow-Up: MTF transgender

**Problem:**

39 year old male to female patient seen and examined. Since initial evaluation, patient was taken off of estrogen therapy after developing breast lumps. She underwent a lumpectomy in Sept 2016. Pt reports that biopsy results came back consistent with lobular hyperplasia and POSH. Pt with 2 sisters with breast cancer. She was deemed to have a contraindication to further estrogen therapy, and stopped in Dec 2016. She was placed on maximum testosterone suppression therapy, but her levels are still normal. In March she was evaluated by another physician that (Dr. Estes (Ob/Gyn and CMO at Westchester)) recommended patient undergo orchiectomy and top surgery due to lack of response with testosterone suppression. Patient describes having problems with erections, causing increased preoccupation with wanting to have her testicles removed, and having increasing dysphoria as a result. In July 13 2017 was recommended to have orchiectomy and top surgery. Was again recommended to have surgery again, but prison sent here here for further evaluation

**ROS:**

GENERAL: Denies: Fatigue, Tired, Cold intolerance, Heat intolerance, Easy bruising, Insomnia, Always hungry, Excessive sweating, Night sweats, Recent weight change. Reports:

HENT: Denies: Headaches, Trouble swallowing, Dizziness. Reports:

CVS: Denies: Chest pain, Palpitations, Tachycardia, Shortness of breath with activity, Leg swelling, Calf pain with walking. Reports:

GU: Denies: Night urination, Blood in urine, Incontinence, Burning/Pain upon urination, Difficulty urinating, Sexual dysfunction. Reports:

**Vitals:**

BP: 135/81   HR: 61   RR: 14   Ht: 69 in.   Wt: 197 lbs. [+13 from 184 lbs on 05/13/2016]

BMI: 29.09 [+1.92 from 27.17 on 05/13/2016]

**Objective:**
no new labs
Labs from 08/07/2017 reviewed

**PE:**

GENERAL: Patient appears well developed, well nourished, and well groomed. Normal habitus. Patient is in no acute distress. No deformities noted.

NECK: Neck is supple with full range of motion. No JVD or Adenopathy. Thyroid appears normal in size. No thyroid nodules could be palpated.

RESP: Clear to percussion and auscultation bilaterally. Normal breath sounds and respiratory effort. No crackles, wheezing or rhonchii.

CVS: Examination of the heart is normal. Regular Rate & Rhythm. No murmurs heard. Carotid artery pulses 2+ bilaterally, no bruit heard.  Dorsalis pedis and posterior tibial pulses 2+ and equal bilaterally.  No lower extremity edema noted.
+breast development

**Documents Referenced:**

REGISTRATION ADMISSION 1/5/18 01/04/2018

**Assessment:**

MTF Transexual Person on Hormone Therapy
- patient with contraindication to further estrogen therapy
- testosterone not suppressed despite max dose spironolactone and finasteride
- Agree with previous recommendation to proceed with surgical interventions
- Will start lupron at this time as a temporary measure to help alleviate symptoms while waiting for surgery to be performed. Lupron is to be discontinued upon surgical intervention

**Attending Note:**
1. Transgender:  The patient has a contraindication for estrogen therapy so only antiandrogen therapy can be done.  I will start her on lupron to suppress endogenous testosterone production as a temporary measure until she undergoes orchiectomy which is the best treatment at this time.

2. HTN:  In fair control.  No changes are needed.

**Plan:**
as above
Clinical summary (MIPS) printed

**Orders:**

- *Doc'd D/C*  Estradiol 1 mg Tab 4 tablet orally daily because: developed breast lumps (Eugenio Angueira-Serrano, M.D.)
- *New*  Lupron Depot (1-Month) 7.5 mg Kit Intramuscular 7.5 mg intramuscularly every 30 days #1 kit RFx6

**Care Plan:**

1. Goal: ...

   1. Patient Handout: Essential (primary) hypertension;
      http://apps.nlm.nih.gov/medlineplus/services/mpconnect.cfm?
      mainSearchCriteria.v.c=I10&mainSearchCriteria.v.cs=2.16.840.1.113883.6.90&mainSearchCriteria.v.dn=Esse
      ntial%20%28primary%29%20hypertension

**Follow-up**
as needed

Electronically signed by Eugenio Angueira-Serrano, M.D. on 01/05/2018 11:39 am in ElationHealth

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/12/2018 11:15 EST | | | Facility: | MIA |

Reviewed by Alarcon, Inerio MD/CD on 01/19/2018 14:03.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 01/05/2018 13:18 | | Provider: | Perry, Selenia RN | Unit: | B01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT  1**      **Provider:**  Perry, Selenia RN
   **Chief Complaint:** Other Problem
   **Subjective:**  Inmate returned from Larkin Hospital.
   **Pain:**      No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/05/2018 | 13:19 MIA | 97.9 | 36.6 | Oral | Perry, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/05/2018 | 13:19 MIA | 66 | Via Machine | | Perry, Selenia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/05/2018 | 13:19 MIA | 16 | Perry, Selenia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/05/2018 | 13:19 MIA | 119/78 | Left Arm | Sitting | Adult-regular | Perry, Selenia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/05/2018 | 13:19 MIA | 98 | Room Air | Perry, Selenia RN |

**Exam:**
   **General**
      **Affect**
         Yes: Cooperative
      **Appearance**
         Yes: Alert and Oriented x 3
      **Nutrition**
         Yes: Within Normal Limits

**ASSESSMENT:**

   No Significant Findings/No Apparent Distress
   Inmate returned from endocrinologist evaluation. Clinical summary: Transgender patient ha a contraindication for estrogen therapy. Start on Lupron to suppress endogenous testosterone production as a temporary measure until she undergoes orchiectomy. Recommendation to proceed with surgical interventions. Order/prescriptions: discontinue Estradiol 1 mg tab orally daily. Start new medication: Lupron Depot 7.5mg kit intramuscular every 30 days #1.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:  BLACK | Facility: | MIA |
| Encounter Date: | 01/05/2018 13:18 | Provider: | Perry, Selenia RN | Unit: | B01 |

## PLAN:

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Leuprolide Acetate Subcutaneous  (30 day) | 01/05/2018 13:18 | 1 injection Subcutaneously Every 4 Weeks x 30 day(s) Pill Line Only -- Lupron 7.5mg intramuscular every 30 days #1 |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 117882-MIA | Aspirin 81 MG EC Tab | Take one tablet (81 MG) by mouth each day |
| BOP | Continue | Rx | 117842-MIA | Calcium Polycarbophil 625 MG Tab | Take two tablets (1250 MG) by mouth each day |
| BOP | Continue | Rx | 117885-MIA | Citalopram 10 MG Tab | Take three tablets (30 MG) by mouth each day    *consent form on file * ***self carry*** |
| BOP | Continue | Rx | 117843-MIA | Eflornithine HCL 13.9% Cream | Apply a thin layer topically twice daily as directed to affected area of face/adjacent involved areas under chin, rub in thoroughly Do not wash areas for at least 4 hours Wash hands after applying |
| BOP | Continue | Rx | 117844-MIA | Finasteride 5 MG TAB | Take one tablet (5 MG) by mouth each day  **NEW DOSE**  STOP 1 MG TABLET |
| BOP | Continue | Rx | 117845-MIA | Latanoprost Ophth Soln 0.005% (2.5ml) | Instill one drop in both eyes at bedtime |
| BOP | Continue | Rx | 117846-MIA | Spironolactone 100 MG Tab | Take three tablets (300 MG) by mouth each day |
| BOP | Continue | Rx | 117847-MIA | Tears, Ophth Sol, 30 ml (Refresh Classic) UD | Place 1 drop in both eyes four times daily |
| | | OTC | | No known OTCs | |

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Access to Care | Perry, Selenia | Verbalizes Understanding |

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race:   BLACK | Facility: | MIA |
| Encounter Date: | 01/05/2018 13:18 | Provider: | Perry, Selenia RN | Unit: | B01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | New Medication | Perry, Selenia | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes     **By:**   Alarcon, Inerio MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Perry, Selenia RN on 01/05/2018 13:38

Requested to be cosigned by  Alarcon, Inerio MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/05/2018 13:18 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 01/08/2018 15:07.**

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/08/2018 11:21 | | | Facility: | MIA |

**Amendment made to this note by Perry, Selenia RN on 01/08/2018 11:27.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: 06/21/1978 | Sex: M  Race: BLACK | Facility: MIA |
| Encounter Date: 01/08/2018 11:21 | Provider: Perry, Selenia RN | Unit: B01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Perry, Selenia RN

      **Chief Complaint:** Other Problem
      **Subjective:**   Inmate returned from Larkin Hospital.
      **Pain:**      No

**OBJECTIVE:**

**Exam:**
    **General**
      **Affect**
        Yes: Cooperative
      **Appearance**
        Yes: Alert and Oriented x 3
      **Nutrition**
        Yes: Within Normal Limits

**ASSESSMENT:**

    No Significant Findings/No Apparent Distress
    Inmate returned from endocrinologist evaluation. Clinical summary: Transgender patient ha a contraindication for estrogen therapy. Start on Lupron to suppress endogenous testosterone production as a temporary measure until she undergoes orchiectomy. Recommendation to proceed with surgical interventions. Order/prescriptions: discontinue Estradiol 1 mg tab orally daily. Start new medication: Lupron Depot 7.5mg kit intramuscular every 30 days #1.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Plastic Surgery | 02/05/2018 | 02/05/2018 | Routine | No | |

    **Subtype:**
      Plastic Surgery
    **Reason for Request:**
      Inmate transgender evaluated by endocrinologist specialist and recommended inmate undergo orchiectomy and top surgery.
      and top surgery.

| | | |
|---|---|---|
| Inmate Name:  SHORTER, CHRISTOPHER LAMONT | | Reg #:  21344-017 |
| Date of Birth:  06/21/1978 | Sex:  M   Race:  BLACK | Facility:  MIA |
| Encounter Date:  01/08/2018 11:21 | Provider:  Perry, Selenia RN | Unit:  B01 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Perry, Selenia RN on 01/08/2018 11:27
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/08/2018 11:21 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 01/08/2018 15:10.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SHORTER, CHRISTOPHER LAMONT | | Reg #: 21344-017 |
| Date of Birth: 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: 04/18/2018 14:40 | Provider: Perry, Selenia RN | Unit: B01 |

Nursing - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Perry, Selenia RN

**Chief Complaint:** Other Problem
**Subjective:** Inmate complaints experiencing side effects of medication: leuprolide acetate injection - Lupron.
**Pain:** No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/18/2018 | 14:48 MIA | 97.5 | 36.4 | Oral | Perry, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/18/2018 | 14:48 MIA | 83 | Via Machine | | Perry, Selenia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/18/2018 | 14:48 MIA | 16 | Perry, Selenia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/18/2018 | 14:48 MIA | 124/84 | Left Arm | Sitting | Adult-regular | Perry, Selenia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/18/2018 | 14:48 MIA | 100 | Room Air | Perry, Selenia RN |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Nutrition**
Yes: Within Normal Limits

## ASSESSMENT:

No Significant Findings/No Apparent Distress
Inmate complaints of side effects of medication Lupron. He complaints of chest pain, tachycardia, hot flashes, nausea, increased sweating and tiredness. Inmate requesting follow up consult with specialist.  EKG done. Inmate evaluated by physician.

| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
|---|---|---|---|---|---|
| Date of Birth: | 06/21/1978 | Sex: | M   Race: BLACK | Facility: | MIA |
| Encounter Date: | 04/18/2018 14:40 | Provider: | Perry, Selenia RN | Unit: | B01 |

**PLAN:**

**Disposition:**
    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/18/2018 | Counseling | Access to Care | Perry, Selenia | Verbalizes Understanding |
| 04/18/2018 | Counseling | Medication Side Effects | Perry, Selenia | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Perry, Selenia RN on 04/18/2018 15:15
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/18/2018 14:40 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned with New Encounter Note by Chipi, Martha MD on 04/20/2018 08:03.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 04/20/2018 08:03 | Provider: | Chipi, Martha MD | Unit: | B01 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Chipi, Martha MD
   Case discussed with RN- Inmate complaints experiencing side effects of medication: leuprolide acetate injection - Lupron. Patient requesting to follow-up with his specialist.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Endocrinology | 06/19/2018 | 06/19/2018 | Routine | No | |

   **Subtype:**
      Offsite Appt
   **Reason for Request:**
      Case discussed with RN- Inmate complaints experiencing side effects of medication: leuprolide acetate injection - Lupron. Patient requesting to follow-up with his specialist. last Endo eval Jan 2018 with recommendations for follow-up PRN. Lupron started as a temporary measure to aliviate symptoms while awaiting permanent treatment.
   **Provisional Diagnosis:**
      Transgender Male to Female

**Copay Required:** No                    **Cosign Required:**  No
**Telephone/Verbal Order:**  No


Completed by Chipi, Martha MD on 04/20/2018 11:32
Requested to be reviewed by  Alarcon, Inerio MD/CD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M | Race: | BLACK |
| Encounter Date: | 04/20/2018 08:03 | Provider: Chipi, Martha MD | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 04/20/2018 12:40.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | Reg #:  21344-017 |
| Date of Birth: | 06/21/1978 | Sex:  M   Race:  BLACK | Facility:  MIA |
| Encounter Date: | 04/28/2018 18:52 | Provider:  Perry, Selenia RN | Unit:  B01 |

Nursing - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Perry, Selenia RN

Chief Complaint: Chest Pain
**Subjective:**    Inmate complaints of chest pain and troubled breathing.
**Pain:**    Yes
**Pain Assessment**
**Date:**                  04/28/2018 18:53
**Location:**              Chest-Sternal
**Quality of Pain:**       Sharp
**Pain Scale:**            5
**Intervention:**          medication
**Trauma Date/Year:**

**Injury:**
**Mechanism:**
**Onset:**                 6-12 Hours
**Duration:**              6-12 Hours
**Exacerbating Factors:**  none
**Relieving Factors:**     none
**Comments:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/28/2018 | 19:27 MIA | 98.3 | 36.8 | Oral | Perry, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/28/2018 | 19:27 MIA | 88 | Via Machine | | Perry, Selenia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/28/2018 | 19:27 MIA | 17 | Perry, Selenia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/28/2018 | 19:27 MIA | 138/76 | Left Arm | Sitting | Adult-regular | Perry, Selenia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/28/2018 | 19:27 MIA | 100 | Room Air | Perry, Selenia RN |

**Exam:**
**General**

| | | | | |
|---|---|---|---|---|
| Inmate Name:   SHORTER, CHRISTOPHER LAMONT | | | Reg #:   21344-017 | |
| Date of Birth:   06/21/1978 | Sex:   M   Race:   BLACK | | Facility:   MIA | |
| Encounter Date:   04/28/2018 18:52 | Provider:   Perry, Selenia RN | | Unit:   B01 | |

## Exam:

### Affect
Yes: Cooperative

### Appearance
Yes: Alert and Oriented x 3

### Nutrition
Yes: Within Normal Limits

## ASSESSMENT:

Alteration in comfort
Inmate stated experiencing side effects of medication: Lupron. He stated experiencing troubled breathing, tightness in the chest, numbness on left arm, fast heartbeat, and weakness.

## PLAN:

### Disposition:
Follow-up at Sick Call as Needed
To be Evaluated by Provider
Return Immediately if Condition Worsens

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/28/2018 | Medication | Leuprolide Acetate 7.5 MG Depot Inj | Perry, Selenia | Verbalizes Understanding |
| 04/28/2018 | Counseling | Medication Side Effects | Perry, Selenia | Verbalizes Understanding |
| 04/28/2018 | Counseling | Access to Care | Perry, Selenia | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Perry, Selenia RN on 04/28/2018 20:59
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/28/2018 18:52 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned with New Encounter Note by Chipi, Martha MD on 04/30/2018 07:47.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: M   Race: BLACK | Facility: MIA |
| Encounter Date: | 05/01/2018 13:19 | Provider: Chipi, Martha MD | Unit: B01 |

Cosign Note - Follow up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Chipi, Martha MD

**Chief Complaint:** GENERAL

**Subjective:** Patient presented thru Sick-Call with complains of chest pain. Patient seen with RN. Described short recurrent episodes of anterior chest pain. Pt. describes a intermittent, sharp, discomfort began about two months ago, after the second and third injection of Lupron. Pain is relieved by itself. No pain at the time this provider arrived.

**Pain:** No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/01/2018 | 08:12 MIA | 97.4 | 36.3 | | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/01/2018 | 08:12 MIA | 88 | | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/01/2018 | 08:12 MIA | 16 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/01/2018 | 08:12 MIA | 122/73 | | | | Funtieo, L. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/01/2018 | 08:12 MIA | 100 | Room Air | Funtieo, L. RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Exam Comments**

EKG- NSR-no acute changes

**ASSESSMENT:**

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

Inmate Name:  SHORTER, CHRISTOPHER LAMONT          Reg #:  21344-017
Date of Birth:  06/21/1978          Sex:  M   Race:  BLACK          Facility:  MIA
Encounter Date:  05/01/2018 13:19          Provider:  Chipi, Martha MD          Unit:  B01

---

Endocrinology          06/15/2018   06/15/2018          Routine          No

**Subtype:**
> Endocrinology

**Reason for Request:**
> Case discussed with CD Inmate complaints experiencing side effects of medication: leuprolide acetate injection - Lupron. Patient requesting to follow-up with his specialist. last Endo eval Jan 2018 with recommendations for follow-up PRN. Lupron started as a temporary measure to aliviate symptoms while awaiting permanent treatment. . Pt. describes a intermittent, sharp, discomfort began about two months ago, after the second and third injection of Lupron; patient He stated experiencing troubled breathing, tightness in the chest, numbness on left arm, fast heartbeat, and weakness.

**Provisional Diagnosis:**
> Hormone management follow-up.

**Disposition:**
> Follow-up at Sick Call as Needed

**Other:**
> Patient requesting Endocrinology consult to be resubmitted for hormone management adjustment.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/01/2018 | Counseling | Plan of Care | Chipi, Martha | Verbalizes Understanding |

Copay Required: No          Cosign Required:  No
Telephone/Verbal Order:  No

Completed by Chipi, Martha MD on 05/01/2018 13:32
Requested to be reviewed by  Alarcon, Inerio MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHORTER, CHRISTOPHER LAMONT | | | Reg #: | 21344-017 |
| Date of Birth: | 06/21/1978 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/01/2018 13:19 | Provider: | Chipi, Martha MD | Facility: | MIA |

**Reviewed by Alarcon, Inerio MD/CD on 05/01/2018 14:19.**